# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

KIMBERLY GENEREUX,
    Plaintiff

V.

COLUMBIA SUSSEX CORPORATION d/b/a
WESTIN CASUARINA HOTEL, STARWOOD HOTELS &
RESORTS WORLDWIDE, INC., and CORPORATE
DEFENDANTS X1-100,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10879 JLT

TO: (Name and address of Defendant)

COLUMBIA SUSSEX CORPORATION
c/o CT Corporation
101 Federal Street
Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK F. ITZKOWITZ, ESQUIRE
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE APR 29 2005

CLERK

(By) DEPUTY CLERK

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | July 29, 2005 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Gail Brown, Fulfillment Specialist for CT Corporation, Resident
~~Duly Authorized~~ Agent for the within-named  Defendant, Columbia Sussex Corporation.

Said service was made at:

101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ 24.00   |B/____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 29, 2005
                    Date

Signature of Server: *Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| **ALSO SERVED: CIVIL COVER SHEET** | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  **Boston, MA 02109**              Fax #        (617) 720-5737