UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,<br>    Plaintiff<br><br>    v.<br><br>COLUMBIA SUSSEX CORPORATION<br>d/b/a WESTIN CASUARINA HOTEL,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., and<br>CORPORATE DEFENDANTS X1-100,<br>    Defendants | **NOTICE OF AMENDMENT**<br>**<u>AS OF RIGHT</u>** |

    Pursuant to Fed. R. Civ. P. 15(a), the plaintiff, Kimberly Genereux, hereby amends her Complaint, as of right and as of course, by substituting the First Amended Complaint and Jury Trial Demand filed herewith for the original Complaint and Jury Trial Demand previously filed.  The plaintiff states that no responsive pleading has been served and dismissal has not been ordered.

                                            Respectfully submitted,
                                            The Plaintiff,
                                            By her Attorney,

---

MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504
(617) 227-1848
August 23, 2005