UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

KIMBERLY GENEREUX, )
    Plaintiff )
)
    v. )  **AFFIDAVIT OF LONG ARM**
)  **SERVICE OF PROCESS**
COLUMBIA SUSSEX CORPORATION )
d/b/a WESTIN CASUARINA HOTEL, )
STARWOOD HOTELS & RESORTS )
WORLDWIDE, INC., WESTIN LICENSE )
COMPANY, WESTIN LICENSE COMPANY )
NORTH, WESTIN MANAGEMENT )
COMPANY NORTH, INC., WESTIN )
MANAGEMENT COMPANY EAST, )
WESTIN NORTH AMERICA MANAGEMENT )
COMPANY, INC., GALLEON BEACH )
RESORT, LTD., and CORPORATE )
DEFENDANTS X1-100, )
    Defendants )

    1.  My name is Mark F. Itzkowitz.  I am an attorney licensed to practice law in the Commonwealth of Massachusetts, the State of New York, the federal District Courts of Massachusetts and the Eastern, Northern and Southern Districts of New York, and the U.S. Courts of Appeals for the First and Second Circuits.  I am the attorney for the plaintiff herein.

    2.  On August 24, 2005, in accordance with Fed. R. Civ. P. 4(e)(1) and 4(h)(1), M.G.L. c. 223A, §3 and §6(a)(3), M.G.L. c. 223, §37 and §38, and 8 Del. Laws c. 1, §321, I made service upon the out-of-state defendant, Westin License Company, by serving the Registered Agent of the corporation, The Corporation Trust Company, an agent authorized by appointment or by law to receive service of process, with copies of the Summons, First Amended

Complaint and Jury Trial Demand, Notice of Amendment as of Right, and two (2) Civil Cover Sheets in the above-entitled action by express mail, return receipt requested, which was received by the defendant on August 25, 2005.

    3.    Hereto annexed are copies of the cover letter and return receipt, and the original Summons.

Signed under the pains and penalties of perjury this 29th day of August, 2005.

                                        MARK F. ITZKOWITZ
                                        BBO #248130

# Mark F. Itzkowitz

*Attorney at Law*

85 Devonshire Street  
Suite 1000  
Boston, Massachusetts 02109-3504

Telephone: (617) 227-1848  
Facsimile: (617) 742-9130  
*Also Admitted In New York*

August 24, 2005

**CERTIFIED or EXPRESS MAIL**  
**RETURN RECEIPT REQUESTED**

The Corporation Trust Company  
Corporation Trust Center  
1209 Orange Street  
Wilmington, DE  19801

    Re:   *Kimberly Genereux v. Columbia Sussex Corporation, et. als.*  
           *No. 05-CV-10879-JLT*

Dear Sir/Madam:

    Pursuant to Fed. R. Civ. P. 4(e)(1) and 4(h)(1), M.G.L. c. 223A, §3 and §6(a)(3), and Mass. R. Civ. P. 4(d)(2) and 4(e), enclosed please find copies of the following documents in the above-entitled action in which you are being served with process as the Registered Agent for the defendant, Westin License Company, a Delaware corporation, whose principal place of business is 1111 Westchester Avenue, White Plains, New York:

    1.    Summons  
    2.    First Amended Complaint and Jury Trial Demand  
    3.    Notice of Amendment as of Right  
    4.    Civil Cover Sheets.

    Service is hereby made upon Westin License Company in accordance with Federal law and the Massachusetts Long Arm Statute.

    Thank you for your courtesy and cooperation.

                                Very truly yours,

                                Mark F. Itzkowitz

MFI:el  
enc.

**EXPRESS MAIL**
**POST OFFICE TO ADDRESSEE**    EK897156566US
UNITED STATES POSTAL SERVICE

*Customer Copy*

| ORIGIN (POSTAL USE ONLY) | | |
|---|---|---|
| ZIP Code | Day of Delivery | Flat Rate Envelope |
| | Next / Second | |
| Day / Year | 12 Noon / 3 PM | Postage $ |
| | Military | Return Receipt Fee |
| AM / PM | 2nd Day / 3rd Day | |
| Weight lbs. ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| Delivery Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $ |

SEE REVERSE SIDE FOR SERVICE GUARANTEE AND INSURANCE COVERAGE LIMITS

Postmark: MILK ST STATION, AUG 24 2005, 02196

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Mail Corporate Acct. No. _____
Agency Acct. No. or Service Acct. No. _____

☐ **WAIVER OF SIGNATURE** (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend   ☐ Holiday   Customer Signature _____

FROM: (PLEASE PRINT)   PHONE ( )
[illegible address]

TO: (PLEASE PRINT)   PHONE ( )
[illegible address]

FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com    EMS
Label 11-B September 1999

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE  19801

   EK897156566US

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Nicole Ciacca_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: AUG 25 2005

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

   Restricted Delivery? (Extra Fee)   ☐ Yes

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

KIMBERLY GENEREUX,
    Plaintiff

V.

COLUMBIA SUSSEX CORPORATION d/b/a
WESTIN CASUARINA HOTEL, STARWOOD HOTELS
& RESORTS WORLDWIDE, INC., WESTIN LICENSE
COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN
MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT
COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT
COMPANY, INC., GALLEON BEACH RESORT LTD., AND
CORPORATE DEFENDANTS X1-100,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10879 JLT

TO: (Name and address of Defendant)
    WESTIN LICENSE COMPANY
    1111 Westchester Avenue
    White Plains, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK F. ITZKOWITZ, ESQUIRE
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _(signature)_

APR 2005
DATE

(By) DEPUTY CLERK