# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

KIMBERLY GENEREUX,
    Plaintiff
        V.

COLUMBIA SUSSEX CORPORATION d/b/a
WESTIN CASUARINA HOTEL, STARWOOD HOTELS
& RESORTS WORLDWIDE, INC., WESTIN LICENSE
COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN
MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT
COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT
COMPANY, INC., GALLEON BEACH RESORT LTD., AND
CORPORATE DEFENDANTS X1-100,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10879 JLT

TO: (Name and address of Defendant)
    WESTIN LICENSE COMPANY
    1111 Westchester Avenue
    White Plains, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK F. ITZKOWITZ, ESQUIRE
85 Devonshire Street
Suite 1000
Boston, MA    02109-3504

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _[signature]_          DATE APR 6 3 2005

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 24 & 25, 2005 |
| NAME OF SERVER *(PRINT)*<br>Mark F. Itzkowitz, Esquire | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In accordance with Fed. R. Civ. P. 4(e)(1) and 4(h)(1), M.G.L. c. 223A, §3 and 6(a)(3), M.G.L. c. 223, §37 and 38, and 8 Del. Laws c. 1, §321, by long arm service of process as set forth in the Affidavit of Long Arm Service of Process, filed herewith.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 29, 2005           *[signature]*
              Date                      Signature of Server

85 Devonshire Street
Suite 1000
Boston, MA   02109-3504
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.