AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

KIMBERLY GENEREUX,
    Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

COLUMBIA SUSSEX CORPORATION d/b/a WESTIN
CASUARINA HOTEL, STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., WESTIN LICENSE COMPANY,
WESTIN LICENSE COMPANY NORTH, WESTIN
MANAGEMENT COMPANY NORTH, INC., WESTIN
MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA
MANAGEMENT COMPANY, INC, GALLEON BEACH RESORT,
LTD., and CORPORATE DEFENDANTS X1-100,
    Defendants

CASE NUMBER:

**05 - 10879JLT**

TO: (Name and address of Defendant)

WESTIN MANAGEMENT COMPANY EAST
1111 Westchester Avenue, White Plains, NY
c/o CT CORPORATION
101 Federal Street
Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK F. ITZKOWITZ, ESQUIRE
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Kimberly M. Abaid_
(By) DEPUTY CLERK

August 24, 2005
DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | August 25, 2005 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. GAIL BROWN, FULFILLMENT SPECIALIST FOR CT CORPORATION &

Duly Authorized Agent for the within-named   WESTIN MANAGEMENT COMPANY EAST

Said service was made at:
101 FEDERAL STREET, BOSTON _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $ _____8.00_____  _____ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___August 25, 2005___        *[signature]*
            Date                          Signature of Server

                                          One Devonshire Place, Boston, Massachusetts
                                          Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| ALSO SERVED: | | | $ _____ |
| FIRST AMENDED COMPLAINT; JURY TRIAL DEMAND; NOTICE OF AMENDMENT AS OF RIGHT | | | $ _____ |
| AND CIVIL/LOCAL COVER SHEETS. | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #        (617) 720-5737