UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX, )
       Plaintiff, )
)
v. )   C.A. NO. 05-CV-10879-JLT
)
COLUMBIA SUSSEX CORPORATION )
d/b/a WESTIN CASUARINA HOTEL, )
STARWOOD HOTELS & RESORTS )
WORLDWIDE, INC., WESTIN LICENSE )
COMPANY, WESTIN LICENSE )
COMPANY NORTH, INC., WESTIN )
MANAGEMENT COMPANY EAST, )
WESTIN NORTH AMERICA )
MANAGEMENT COMPANY, INC., )
GALLEON BEACH RESORT, LTD., and )
CORPORATE DEFENDANTS X1-100, )
       Defendants. )

## JOINT MOTION TO EXTEND TIME FOR DEFENDANT COLUMBIA SUSSEX CORPORATION TO ANSWER AMENDED COMPLAINT

The plaintiff and defendant Columbia Sussex Corporation jointly move that the time during which defendant Columbia Sussex Corporation may file an answer to the plaintiff's First Amended Complaint be extended up to and including October 14, 2005. In support of this motion, this defendant says that the additional time is needed in order to resolve various insurance and coverage issues.

Plaintiff Kimberly Genereux,
by her attorney

*Mark F. Itzkowitz (MJ)*

Mark F. Itzkowitz (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA 02109
(617) 227-1848

Defendant Columbia Sussex Corporation,
by its attorney

*John B. Johnson*

John B. Johnson (BBO #252580)
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075