UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX, )
    Plaintiff, )
  )
v. )      C.A. NO. 05-CV-10879-JLT
  )
COLUMBIA SUSSEX CORPORATION )
d/b/a WESTIN CASUARINA HOTEL, )
STARWOOD HOTELS & RESORTS )
WORLDWIDE, INC., WESTIN LICENSE )
COMPANY, WESTIN LICENSE )
COMPANY NORTH, INC., WESTIN )
MANAGEMENT COMPANY EAST, )
WESTIN NORTH AMERICA )
MANAGEMENT COMPANY, INC., )
GALLEON BEACH RESORT, LTD., and )
CORPORATE DEFENDANTS X1-100, )
    Defendants. )

## APPEARANCE

Please enter my appearance for Defendant Columbia Sussex Corporation.

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580