UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>Defendants. | Civil Action No. 05-CV-10879-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Lynn Kappelman, Esq., and Stephen C. Bazarian, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210, in the above-captioned matter on behalf of defendants Starwood Hotels & Resorts Worldwide, Inc., Westin License Company, Westin Management Company North f/k/a Westin License Company North, Westin Management Company East, and Westin North America Management Co.

No appearance will be entered on behalf of defendants Westin Management Company North, Inc., and Westin North America Management Company, Inc., as these corporations do not exist.

BO1 15747415.1 / 24711-000001

        STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN MANAGEMENT COMPANY NORTH f/k/a WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY EAST and WESTIN NORTH AMERICA MANAGEMENT CO.

        By their attorneys,

        /s/ Lynn A. Kappelman
        Lynn Kappelman (BBO # 642017)
        Stephen C. Bazarian (BBO # 553148)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Dated: November 15, 2005

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 15th day of November, 2005, I served a copy of the foregoing document via first class mail, postage prepaid, to the following counsel of record:

        Mark F. Itzkowitz (BBO # 248130)
        85 Devonshire St.
        Suite 1000
        Boston, MA 02109-3504

        Lynn A. Kappelman

BO1 15747415.1 / 24711-000001