UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-10879-JLT |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND JURY TRIAL DEMAND

NOW COME defendants Starwood Hotels & Resorts Worldwide, Inc., Westin License Company, Westin Management Company North f/k/a Westin License Company North, Westin Management Company East, and Westin North America Management Co. (collectively, the "Defendants") and, pursuant to Fed.R.Civ.P. 12, hereby move this Court for an extension of time up to and including November 25, 2005, to answer or otherwise respond to the First Amended Complaint And Jury Trial Demand ("Complaint") of plaintiff Kimberly Genereux ("Plaintiff"). The Plaintiff assents to this Motion.

As grounds for this Assented-To Motion, the Defendants state that:

1. This personal injury action was commenced by the Plaintiff on or about April 29, 2005.

2. Between approximately July 29, 2005, and August 25, 2005, the Plaintiff effectuated service upon the Defendants.

3. Thereafter, the Defendants investigated whether the Plaintiff had named the correct Westin Hotel-related entities as defendants. In addition, during this time the Defendants examined issues related to their liability insurance and the availability, and extent, of coverage for the claims of the Plaintiff.

4. As a result of these investigations, the Defendants were unable to retain the undersigned counsel until recently. The requested extension is necessary for counsel to investigate the allegations of the Complaint and prepare an appropriate response.

5. On Friday, November 11, 2005 counsel for Defendants contacted Attorney Itzkowitz who assented to the instant motion for an extension of time.

6. No party will be prejudiced by the allowance of this Motion.

WHEREFORE, the Defendants respectfully request that this Court ALLOW this Assented-To Motion.

                STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN MANAGEMENT COMPANY NORTH f/k/a WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY EAST and WESTIN NORTH AMERICA MANAGEMENT CO.

By their attorneys,

/s/ Stephen C. Bazarian
Lynn Kappelman (BBO # 642017)
Stephen C. Bazarian (BBO # 553148)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

ASSENTED TO:
KIMBERLY GENEREUX

By her attorney,

/s/ Mark F. Itzkowitz
Mark F. Itzkowitz (BBO # 248130)
85 Devonshire St.
Suite 1000
Boston, MA 02109-3504
(617) 227-1848

Dated: November 15, 2005

3

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 15th day of November, 2005, I served a copy of the foregoing document via first class mail, postage prepaid, to the following counsel of record:

Mark F. Itzkowitz (BBO # 248130)
85 Devonshire St.
Suite 1000
Boston, MA 02109-3504

_____
Lynn A. Kappelman

BO1 15747426.1 / 24711-000001