UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-10879-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Starwood Hotels & Resorts Worldwide, Inc., states that Wellington Capital Management, LLP owns more than 10% of its stock.

2

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

By its attorneys,


 /s/ Stephen C. Bazarian
Lynn Kappelman (BBO # 642017)
Stephen C. Bazarian (BBO # 553148)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

BO1 15774342.1 / 24711-000337