UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-10879-JLT |

## **DEFENDANT STARWOOD HOTELS & RESORTS WORLDWIDE, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Defendant Starwood Hotels & Resorts Worldwide, Inc. (hereinafter "Starwood Corp"), hereby certifies that it has conferred with its counsel (1) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Starwood Hotels & Resorts
Worldwide, Inc.

*Lynne A. Dougherty*
By: Lynne A. Dougherty
Its: Senior Vice President, Franchise

BO1 15774522.1 / 24711-000337

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

By its attorneys,


 /s/ Stephen C. Bazarian
Lynn Kappelman (BBO # 642017)
Stephen C. Bazarian (BBO # 553148)
Heidsha Sheldon (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

2