

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX,

    Plaintiff,

v.

COLUMBIA SUSSEX CORPORATION
d/b/a WESTIN CASUARINA HOTEL,
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., WESTIN LICENSE
COMPANY, WESTIN LICENSE
COMPANY NORTH, INC., WESTIN
MANAGEMENT COMPANY EAST,
WESTIN NORTH AMERICA
MANAGEMENT COMPANY, INC.,
GALLEON BEACH RESORT, LTD., and
CORPORATE DEFENDANTS X1-100,
    Defendants.

C.A. NO. 05-CV-10879-JLT

CERTIFICATION PURSUANT
TO L.R.16.1(D) (3)

In accordance with the provisions of L.R. 16.1(D) (3), I, Steve Finney, as a representative of the Insurer and on behalf of Columbia Sussex, hereby depose and say as follows:

1. I have conferred with counsel with a view toward establishing a budget for the costs of conducting the full course, and various alternate courses of the litigation; and also to consider the possibility of resolution of the litigation through alternate dispute resolution programs.

                                                                                           Steve Finney
                                                                                           GE Insurance Solutions
                                                                                           As insurer of
                                                                                           Columbia Sussex, Corp.