UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX,

      Plaintiff,

v.

COLUMBIA SUSSEX CORPORATION
d/b/a WESTIN CASUARINA HOTEL,
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., WESTIN LICENSE
COMPANY, WESTIN LICENSE
COMPANY NORTH, INC., WESTIN
MANAGEMENT COMPANY EAST,
WESTIN NORTH AMERICA
MANAGEMENT COMPANY, INC.,
GALLEON BEACH RESORT, LTD., and
CORPORATE DEFENDANTS X1-100,
      Defendants.

C.A. NO. 05-CV-10879-JLT

**CERTIFICATION PURSUANT
TO L.R.16.1(D) (3)**

In accordance with the provisions of L.R. 16.1(D) (3), I, Robert J. Brown, as one of the defense counsel acting on behalf of defendant Columbia Sussex, hereby affirm the following under penalty of perjury:

1. I have conferred with the defendant party's insurer with a view toward establishing a budget for the costs of conducting the full course, and various alternate courses of the litigation; and also to consider the possibility of resolution of the litigation through alternate dispute resolution programs.

_/s/ Robert J. Brown_

MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019