UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,<br>    Plaintiff<br><br>    v.<br><br>COLUMBIA SUSSEX CORPORATION<br>d/b/a WESTIN CASUARINA HOTEL,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., WESTIN LICENSE<br>COMPANY, WESTIN LICENSE COMPANY<br>NORTH, WESTIN MANAGEMENT<br>COMPANY NORTH, INC., WESTIN<br>MANAGEMENT COMPANY EAST,<br>WESTIN NORTH AMERICA MANAGEMENT<br>COMPANY, INC., GALLEON BEACH<br>RESORT, LTD., and CORPORATE<br>DEFENDANTS X1-100,<br>    Defendants | **CERTIFICATION PURSUANT<br>TO LOCAL RULE 16.1 (D)(3)** |

Pursuant to L.R. 16.1(D)(3), the undersigned plaintiff and counsel hereby certify that they have conferred, (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
KIMBERLY GENEREUX

Her Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504
(617) 227-1848
May 2, 2006