UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10879-JLT |
| | * | |
| COLUMBIA SUSSEX CORPORATION d/b/a | * | |
| WESTIN CASUARINA HOTEL, STARWOOD | * | |
| HOTELS & RESORTS WORLDWIDE, INC., | * | |
| WESTIN LICENSE COMPANY, WESTIN | * | |
| LICENSE COMPANY NORTH, WESTIN | * | |
| MANAGEMENT COMPANY NORTH, INC., | * | |
| WESTIN MANAGEMENT COMPANY EAST, | * | |
| WESTIN NORTH AMERICA MANAGEMENT | * | |
| COMPANY, INC., GALLEON BEACH RESORT, | * | |
| LTD., and CORPORATE DEFENDANTS X1-100, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 3, 2006

TAURO, J.

After the Conference held on May 2, 2006, this court hereby orders that:

1. Defendants' Motion for Additional Time to Comply with Discovery Order [#23] is ALLOWED;

2. The parties may conduct written discovery;

3. The abovementioned written discovery must be completed by September 29, 2006;

4. Plaintiff may depose the following: (1) Each of the Defendants pursuant to Rule 30(b)(6); and

5.  Defendants may depose the following: (1) Kimberly Genereux.

IT IS SO ORDERED.

                 /s/ Joseph L. Tauro
                United States District Judge