UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>Defendants. | Civil Action No. 05-CV-10879-JLT |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendants Westin License Company ("Westin License Co.") and Westin International Services, LLC, as successor by merger to Westin Management Company North, Westin Management Company East and Westin North America Management Company ("Westin L.P.")(Westin License Co. and Westin L.P. will sometimes hereinafter collectively be referred to as the "Westin Defendants"), hereby certify that they have conferred with their counsel (1) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Westin License Company

By: [signature] Figueroa
Its: Vice President

Westin International Services, LLC, as successor
by merger to Westin Management Company
North, Westin Management Company East
and Westin North America Management Company

By: Philip A. Martone
Its: Vice President

WESTIN LICENSE COMPANY and WESTIN
INTERNATIONAL SERVICES, LLC, as
successor by merger to WESTIN
MANAGEMENT COMPANY NORTH,
WESTIN MANAGEMENT COMPANY EAST
and WESTIN NORTH AMERICA
MANAGEMENT COMPANY

By their attorneys,

/s/ Stephen C. Bazarian
Lynn Kappelman (BBO # 642017)
Stephen C. Bazarian (BBO # 553148)
Heidsha Sheldon (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:  (617) 946-4801

2