UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, WESTIN MANAGEMENT COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-10879-JLT |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Westin License Company states that Broad Street Contract Services, Inc. owns more than 10% of its stock.

BO1 15778171.1 / 24711-000337

2

        WESTIN LICENSE COMPANY

        By its attorneys,

        /s/ Stephen C. Bazarian
        Lynn Kappelman (BBO # 642017)
        Stephen C. Bazarian (BBO # 553148)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:    (617) 946-4800
        Telecopier:    (617) 946-4801

Dated: May 12, 2006

2