UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX,
          Plaintiff,

v.

COLUMBIA SUSSEX CORPORATION
d/b/a WESTIN CASUARINA HOTEL,
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., WESTIN LICENSE
COMPANY, WESTIN LICENSE
COMPANY NORTH, INC., WESTIN
MANAGEMENT COMPANY EAST,
WESTIN NORTH AMERICA
MANAGEMENT COMPANY, INC.,
GALLEON BEACH RESORT, LTD., and
CORPORATE DEFENDANTS X1-100,
          Defendants.

C.A. NO. 05-CV-10879-JLT

## APPEARANCE

Please enter our appearance for Defendants Starwood Hotels & Resorts Worldwide, Inc., Westin License Company. Westin Management Company North f/k/a Westin License Company North, Westin Management Company East and Westin North America Management Company.

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580

Robert J. Brown
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

Dated: September 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record Mark Itzkowitz, 85 Devonshire Street, Suite 1000, Boston, MA 02109 and Stephen C. Bazarian, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028 by mail, postage pre-paid on September 20, 2006.

John B. Johnson