UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10879-JLT |
| | * | |
| COLUMBIA SUSSEX CORPORATION d/b/a | * | |
| WESTIN CASUARINA HOTEL, STARWOOD | * | |
| HOTELS & RESORTS WORLDWIDE, INC., | * | |
| WESTIN LICENSE COMPANY, WESTIN | * | |
| LICENSE COMPANY NORTH, WESTIN | * | |
| MANAGEMENT COMPANY NORTH, INC., | * | |
| WESTIN MANAGEMENT COMPANY EAST, | * | |
| WESTIN NORTH AMERICA MANAGEMENT | * | |
| COMPANY, INC., GALLEON BEACH RESORT, | * | |
| LTD., and CORPORATE DEFENDANTS X1-100, | * | |
| | * | |
| Defendants. | * | |

ORDER

September 26, 2006

TAURO, J.

Pursuant to the parties Joint Motion for Clarification, this court hereby orders that:

1. Written discovery shall be limited to the issue of ownership of the property in question;

2. Discovery regarding the issue of ownership shall conclude by October 24, 2006;

3. The Status Conference scheduled for October 16, 2006 is continued until October 25, 2006, at 10:30 A.M..

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge