UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLUMBIA SUSSEX CORPORATION ) <br> d/b/a WESTIN CASUARINA HOTEL, ) <br> STARWOOD HOTELS & RESORTS ) <br> WORLDWIDE, INC., WESTIN LICENSE ) <br> COMPANY, WESTIN LICENSE ) <br> COMPANY NORTH, WESTIN ) <br> MANAGEMENT COMPANY NORTH, ) <br> INC., WESTIN MANAGEMENT ) <br> COMPANY EAST, WESTIN NORTH ) <br> AMERICA MANAGEMENT COMPANY, ) <br> INC., GALLEON BEACH RESORT, LTD., ) <br> and CORPORATE DEFENDANTS X1- ) <br> 100, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-CV-10879-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

*TO THE CLERK OF THE ABOVE NAMED COURT:*

Please withdraw the appearance of Lynn Kappelman, Esq., Stephen C. Bazarian, Esq., and Heidsha Sheldon, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts, as counsel for defendants Starwood Hotels & Resorts Worldwide, Inc., Westin License Company, Westin Management Company North f/k/a Westin License Company North, Westin Management Company East and Westin North America Management Company. The notice of appearance of successor counsel, John B. Johnson, Esq., was filed in this action on or about September 20, 2006.

BO1 15808844.1 / 24711-000337

2

        /s/ Stephen C. Bazarian
Lynn Kappelman (BBO # 642017)
Stephen C. Bazarian (BBO # 553148)
Heidsha Sheldon (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

Dated:  October 25, 2006

2