UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10879-JLT |
| | * | |
| COLUMBIA SUSSEX CORPORATION d/b/a | * | |
| WESTIN CASUARINA HOTEL, STARWOOD | * | |
| HOTELS & RESORTS WORLDWIDE, INC., | * | |
| WESTIN LICENSE COMPANY, WESTIN | * | |
| LICENSE COMPANY NORTH, WESTIN | * | |
| MANAGEMENT COMPANY NORTH, INC., | * | |
| WESTIN MANAGEMENT COMPANY EAST, | * | |
| WESTIN NORTH AMERICA MANAGEMENT | * | |
| COMPANY, INC., GALLEON BEACH RESORT, | * | |
| LTD., and CORPORATE DEFENDANTS X1-100, | * | |
| | * | |
| Defendants. | * | |

ORDER

November 7, 2006

TAURO, J.

After a conference held on November 7, 2006, the court hereby orders:

1. Defendants will answer all outstanding interrogatories within 60 days;

2. Plaintiff may depose the following parties: (1) Denzil Luke, (2) Detective Superintendent Michael William Needham, (3) Detective Sergeant Eustace Joseph, (4) Special Constable Carolyn Parker, (5) Kafara Augustin, (6) Special Constable Kenneth Bryant, (7) Dr. Radovic, (8) Womens Detective Inspector Karen Mills, (9) Tommy Ebanks Bishop, (10) Bartender on duty at the given Westin hotel at the time of the incident, (11) Manager on duty at the given Westin hotel at the time

    of the incident, (12) an authorized representative of Defendants Columbia Sussex Corp., (13) Galleon Beach Resort, Ltd., (14) Starwood Hotels and Resorts Worldwide, Inc., and (15) Westin Casuarina Hotel;

3. Defendant may depose (1) Plaintiff, (2) Denzil Luke, (3) Detective Superintendent Michael William Needham, (4) Detective Sergeant Eustace Joseph, (5) Special Constable Carolyn Parker, (6) Kafara Augustin, (7) Special Constable Kenneth Bryant, (8) Bartender on duty at the given Westin hotel at the time of the incident, and (9) Manager on duty at the given Westin hotel at the time of the incident;

4. All listed discovery, including presently outstanding document requests made by Plaintiff, will be completed by September 28, 2007.

5. A Pretrial Conference is scheduled for October 9, 2007 at 10:00 am.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro  
                                                United States District Judge