UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>COLUMBIA SUSSEX CORPORATION )<br>d/b/a WESTIN CASUARINA HOTEL, )<br>STARWOOD HOTELS & RESORTS )<br>WORLDWIDE, INC., WESTIN LICENSE)<br>COMPANY, WESTIN LICENSE COMPANY)<br>NORTH, WESTIN MANAGEMENT )<br>COMPANY NORTH, INC., WESTIN )<br>MANAGEMENT COMPANY EAST, )<br>WESTIN NORTH AMERICA MANAGEMENT)<br>COMPANY, INC., GALLEON BEACH )<br>RESORT, LTD., and CORPORATE )<br>DEFENDANTS X1-100, )<br>    Defendants ) | **PLAINTIFF'S ASSENTED TO<br>MOTION TO CONTINUE STATUS<br>CONFERENCE & DISCOVERY** |

    Kimberly Genereux, the plaintiff, respectfully moves this Court, with the defendants' assent, to continue the Status Conference now scheduled for October 9, 2007 until a date convenient to the Court and the parties in December, and to permit the parties to complete already scheduled discovery up to the date of the Status Conference.

    In support of her Motion the plaintiff states that her counsel is a sole practitioner who has been called for trial in the case of *Geraldine Conley, et. als. v. Paul Revere Transportation, LLC, et. als.*, Middlesex Superior Court Civil Action No. 01-3875A, commencing on October 3, 2007, which is expected to last six weeks. Counsel will be on trial on October 9, 2007 and is likely to be unavailable for a rescheduled Status

Conference until late November 2007 at the earliest. The parties further state that they had been concluding discovery permitted by this Court when it became necessary to continue the discovery due to counsel's trial schedule. The parties respectfully request that they be permitted to conclude discovery before the time of the rescheduled Status Conference.

                                        The Plaintiff,
                                        By her Attorney,

                                        _____
                                        MARK F. ITZKOWITZ (BBO #248130)
                                        85 Devonshire Street
                                        Suite 1000
                                        Boston, MA 02109-3504
                                        (617) 227-1848
                                        September 28, 2007

**ASSENTED TO:**

The Defendants,
By their Attorneys,


 /s/ John B. Johnson
JOHN B. JOHNSON (BBO #252580)
CORRIGAN, JOHNSON & TUTOR, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-4244


 /s/ Robert J. Brown
ROBERT J. BROWN, ESQUIRE
MENDES & MOUNT, LLP
750 7th Avenue
New York, NY   10019-6829
(212) 261-8000