UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,            ) | |
|     Plaintiff                 ) | |
|                               ) | **PLAINTIFF'S ASSENTED TO** |
|     v.                        ) | **MOTION TO CONTINUE** |
|                               ) | **STATUS CONFERENCE** |
| COLUMBIA SUSSEX CORPORATION   ) | |
| d/b/a WESTIN CASUARINA HOTEL, ) | |
| STARWOOD HOTELS & RESORTS     ) | |
| WORLDWIDE, INC., WESTIN LICENSE) | |
| COMPANY, WESTIN LICENSE COMPANY) | |
| NORTH, WESTIN MANAGEMENT      ) | |
| COMPANY NORTH, INC., WESTIN   ) | |
| MANAGEMENT COMPANY EAST,      ) | |
| WESTIN NORTH AMERICA MANAGEMENT) | |
| COMPANY, INC., GALLEON BEACH  ) | |
| RESORT, LTD., and CORPORATE   ) | |
| DEFENDANTS X1-100,            ) | |
|     Defendants                ) | |

Kimberly Genereux, the plaintiff, respectfully moves this Court, with the defendants' assent, to continue the Status Conference now scheduled for January 3, 2008 until January 16 or 17, 2008, or to a date convenient to the Court and the parties.

In support of her Motion the plaintiff states that her counsel is a sole practitioner who will be out of the country visiting his daughter until January 7, 2008, on a trip for which he had purchased non-refundable tickets before the date the Court scheduled the Status Conference. The parties further state that they have concurred about an alternative date for the Status Conference and propose January 16 or 17, 2008 as the earliest dates mutually convenient to all counsel.

                                          The Plaintiff,
                                          By her Attorney,


                                          _____
                                          MARK F. ITZKOWITZ (BBO #248130)
                                          85 Devonshire Street
                                          Suite 1000
                                          Boston, MA 02109-3504
                                          (617) 227-1848
                                          December 14, 2007

**ASSENTED TO:**

The Defendants,
By their Attorneys,


 /s/ John B. Johnson
JOHN B. JOHNSON (BBO #252580)
CORRIGAN, JOHNSON & TUTOR, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-4244


 /s/ Robert J. Brown
ROBERT J. BROWN, ESQUIRE
MENDES & MOUNT, LLP
750 7th Avenue
New York, NY   10019-6829
(212) 261-8000