UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY GENEREUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10879-JLT |
| | * | |
| COLUMBIA SUSSEX CORPORATION d/b/a | * | |
| WESTIN CASUARINA HOTEL, STARWOOD | * | |
| HOTELS & RESORTS WORLDWIDE, INC., | * | |
| WESTIN LICENSE COMPANY, WESTIN | * | |
| LICENSE COMPANY NORTH, WESTIN | * | |
| MANAGEMENT COMPANY NORTH, INC., | * | |
| WESTIN MANAGEMENT COMPANY EAST, | * | |
| WESTIN NORTH AMERICA MANAGEMENT | * | |
| COMPANY, INC., GALLEON BEACH RESORT, | * | |
| LTD., and CORPORATE DEFENDANTS X1-100, | * | |
| | * | |
| Defendants. | * | |

ORDER

January 30, 2008

TAURO, J.

After a Pre-Trial Conference held on January 30, 2008, this court hereby orders that:

1. By February 8, 2008, the Defendants shall provide Plaintiffs with a copy of the 2002 Audit Report.

2. By February 13, 2008, the Parties shall file a Joint Motion to Correct the Record to clarify which Defendants remain in this case.

3. By February 20, 2008, the Plaintiff shall provide Defendants with a copy of both the Vocational Report and the Expert Liability Report.

4. The Final Pre-Trial Conference shall be held on April 1, 2008 at 12:00 pm.

5. A Trial is scheduled for April 14, 2008, at 10:00 am. The morning trial session shall begin each day at 10:00 am and end at 1 pm; the afternoon trial session shall begin at 2:15 pm and end at 4:30 pm.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge