UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,          )<br>    Plaintiff                   )<br>                                 )<br>       v.                      )<br>                                )<br>COLUMBIA SUSSEX CORPORATION  )<br>d/b/a WESTIN CASUARINA HOTEL, )<br>STARWOOD HOTELS & RESORTS    )<br>WORLDWIDE, INC., WESTIN LICENSE)<br>COMPANY, WESTIN LICENSE COMPANY)<br>NORTH, WESTIN MANAGEMENT      )<br>COMPANY NORTH, INC., WESTIN  )<br>MANAGEMENT COMPANY EAST,     )<br>WESTIN NORTH AMERICA MANAGEMENT)<br>COMPANY, INC., GALLEON BEACH  )<br>RESORT, LTD., and CORPORATE   )<br>DEFENDANTS X1-100,           )<br>    Defendants               ) | **PLAINTIFF'S MOTION TO EXTEND**<br>**TIME TO SERVE SECURITY**<br>**EXPERT WITNESS REPORT**<br>**UPON DEFENDANTS** |

    Kimberly Genereux, the plaintiff, respectfully moves this Court to extend the time for her to serve the report of her security expert witness upon the defendants from February 20, 2008 until Monday, March 3, 2008.

    In support of her Motion, the plaintiff states that at the Pre-Trial Conference of January 30, 2008, this Court ordered the defendants to produce the 2002 audit of conditions at the Westin Casuarina Hotel to the plaintiffs within one week (by February 6, 2008), and ordered the plaintiff to produce the report of her security expert witness, Professor Robert McCrie, within three weeks (by February 20, 2008).  Upon informing Professor McCrie of the deadlines following the Conference, the plaintiff learned for the first time that Professor McCrie will be attending a security

related conference in Italy from February 5 to February 15, 2008, and will be unable to review the materials provided to him through discovery and investigation of this action and to prepare his report properly within the deadline.  The timing of the production of Professor McCrie's report had not been addressed by the Court or parties before the Pre-Trial Conference and the plaintiff's counsel had not inquired about Professor McCrie's availability to produce the report until the Conference concluded.  The plaintiff respectfully requests that this Court extend the deadline by approximately the ten day period that Professor McCrie will be unavailable while overseas:  to March 3, 2008, the first business day after the tenth day (Saturday, March 1, 2008).

                                      Respectfully submitted,
                                      The Plaintiff,
                                      By her Attorney,

                                      _____
                                      MARK F. ITZKOWITZ (BBO #248130)
                                      85 Devonshire Street
                                      Suite 1000
                                      Boston, MA   02109-3504
                                      (617) 227-1848
                                      February 4, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY   10019-6829. |

                                            /s/ Mark F. Itzkowitz
                                            MARK F. ITZKOWITZ (BBO #248130)

Dated:   February 4, 2008