UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

KIMBERLY GENEREUX,               )
        Plaintiff               )
                                 )    **PLAINTIFF'S REVISED**
        v.                       )    **MOTION TO EXTEND TIME**
                                 )    **TO OPPOSE DEFENDANTS'**
COLUMBIA SUSSEX CORPORATION,     )    **MOTION FOR SUMMARY JUDGMENT**
STARWOOD HOTELS & RESORTS        )
WORLDWIDE, INC., and             )
WESTIN HOTEL MANAGEMENT, L.P.,   )
        Defendants               )

    Kimberly Genereux, the plaintiff, hereby moves this Court to extend the time for her to oppose the defendants' Motion for Summary Judgment by three days, so that the opposition is due on Friday, March 28, 2008, rather than Tuesday, March 25, 2008.

    In support of her Motion, the plaintiff states that opposing the defendants' motion has required her to review multiple cartons of documents and transcripts and to review and brief numerous foreign authorities within two weeks.  The defendants had alerted the Court of their intention to file the motion on January 30, 2008 and filed it on March 11, 2008; six weeks later and eight days after they received the report of the plaintiff's security expert witness.  The plaintiff respectfully requests a brief extension of less than one week to complete the assembly and scanning for electronic filing of her opposing materials.

    This Motion has been revised to correct an error in the caption which had indicated that the defendants assent to this Motion.  They do not assent.

<u>**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**</u>

On March 24, 2008, I, Mark F. Itzkowitz, counsel for the plaintiff, discussed and reviewed the foregoing motion with Attorney John B. Johnson, counsel for the defendants, and could not resolve the issue as the defendants would not agree to any extension.

The Plaintiff,
By her Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504
(617) 227-1848
March 24, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

John B. Johnson, Esquire          Robert J. Brown, Esquire
Corrigan, Johnson & Tutor, P.A.   Mendes & Mount, LLP
141 Tremont Street                750 7th Avenue
Boston, MA 02111; and             New York, NY   10019-6829.

 s/ Mark F. Itzkowitz
MARK F. ITZKOWITZ (BBO #248130)

Dated:  March 24, 2008