UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,  )<br>    Plaintiff         )<br>                     )<br>         v.          )<br>                     )<br>COLUMBIA SUSSEX CORPORATION,  )<br>STARWOOD HOTELS & RESORTS     )<br>WORLDWIDE, INC., and          )<br>WESTIN HOTEL MANAGEMENT, L.P., )<br>    Defendants        ) | **PLAINTIFF'S OPPOSITION<br>TO DEFENDANTS' MOTION<br>FOR SUMMARY JUDGMENT** |

Kimberly Genereux, the plaintiff, hereby opposes the Defendants' Motion for Summary Judgment for the reasons set forth in her Memorandum of Law, in the Affidavit of Mark F. Itzkowitz in Opposition to Defendant's Motion for Summary Judgment, in the Plaintiff's Opposition to Defendants' Statement of Undisputed Facts Pursuant to Local Rule 56.1, in the Motion to Strike the Affidavit of Robert J. Brown, and the Motions to Strike Portions of the Affidavits of Theodore Mitchel, John McGovern, and Niels R. Olsen, in her Appendix of Legal Authorities, and in other materials referenced in said Memorandum of Law, all of which have been filed herewith or by the defendants as attachments to the Affidavit of Robert Brown, Esquire.

**REQUEST FOR ORAL ARGUMENT**

The plaintiff respectfully requests oral argument of the defendants' motion.

>The Plaintiff,
>By her Attorney,
>
>_____
>MARK F. ITZKOWITZ (BBO #248130)
>85 Devonshire Street
>Suite 1000
>Boston, MA  02109-3504
>(617) 227-1848
>March 26, 2008

**CERTIFICATE OF SERVICE**

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY  10019-6829. |

>  s/ Mark F. Itzkowitz
> MARK F. ITZKOWITZ (BBO #248130)

Dated:  March 26, 2008