UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

KIMBERLY GENEREUX,
Plaintiff

v.

COLUMBIA SUSSEX CORPORATION, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., and WESTIN HOTEL MANAGEMENT, L.P.,
Defendants

**AFFIDAVIT OF MARK F. ITZKOWITZ IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. My name is Mark F. Itzkowitz. I am an attorney licensed to practice law in the Commonwealth of Massachusetts (BBO #248130) and in the State of New York. I am the attorney for the plaintiff herein.

2. I make this Affidavit freely based upon my personal knowledge.

3. Hereto annexed are true and accurate photocopies of the following documents:

| | |
|---|---|
| Exhibit “A” | Transcript of the Deposition of Kimberly Genereux (excerpts) |
| Exhibit "B" | Map & Photo Key |
| Exhibit “C” | Conference Centre at the Westin Casuarina Resort Site Plan |
| Exhibit “D” | Site Plan Excerpt-Identifications |
| Exhibit “E” | Photographs |
| Exhibit “F” | Affidavit of Kimberly Genereux |

| | |
|---|---|
| Exhibit "G" | Royal Cayman Islands Police Service Letter to Westin Casuarina Attorney Michael Alberga, September 27, 2005 |
| Exhibit "H" | Reports of Eleanor K. Egan, LHMC (February 21, 2005 & September 16, 2007) |
| Exhibit "I" | Report of David S. Chapin, M.D. (February 29, 2007 [*sic*]) |
| Exhibit "J" | Report of Norman C. Hursh, ScD, CRC, CVE (February 10, 2008) |
| Exhibit "K" | Report of Allan M. Feldman, Ph.D. (February 27, 2008) |
| Exhibit "L" | System License Agreement |
| Exhibit "M" | Transcript of the Deposition of Theodore Mitchel (excerpts) |
| Exhibit "N" | Transcript of the Deposition of Theodore Mitchel (excerpts) in *Keppner v. Galleon Beach Resort, Ltd., et. als.,* Index No. 011724/2003 (N.Y. Sup. Ct., Erie County) |
| Exhibit "O" | Transcript of the Deposition of John McGovern (excerpts) |
| Exhibit "P" | American Hotel & Lodging Association, DIRECTORY OF HOTEL & LODGING COMPANIES (74th ed., 2005)(excerpts) |

| | |
|---|---|
| Exhibit “Q” | American Hotel & Lodging Association, DIRECTORY OF HOTEL & LODGING COMPANIES (71st ed., 2002)(excerpts) |
| Exhibit “R” | Lashner Rush & Associates Audit (September 24, 2000) |
| Exhibit “S” | Lashner Rush & Associates Audit (April 24, 2001) |
| Exhibit “T” | Westin Quality Assurance Program/QAP 2000 |
| Exhibit “U” | Westin Hotels & Resorts Property Maintenance Reference Guide |
| Exhibit “V” | Transcript of the Deposition of Theodore Mitchel (excerpts) in *Reynolds v. Westin Hotel Company, et. als.,* U.S.D.C. E.D. Ky. Case No. 97-77 (March 16, 1998) |
| Exhibit “W” | Service Agreement |
| Exhibit “X” | Columbia Sussex website excerpt |
| Exhibit “Y” | *Westin Casuarina Opens Luxury Spa* (Hospitality Job Resource, February 13, 2002) |
| Exhibit “Z” | Westin Corporate Identity Manual |
| Exhibit “AA” | Columbia Sussex’ Manager’s Manual |
| Exhibit "BB" | Lashner Rush & Associates Audit (August 30, 1999) |

| | |
|---|---|
| Exhibit "CC" | Transcript of the Deposition of Kellie Ann Lowell (excerpts) in *Reynolds v. Westin Hotel Company, et. als.,* U.S.D.C. E.D. Ky. Case No. 97-77 |
| Exhibit "DD" | Columbia Sussex Corporation Safety & Loss Prevention Manual |
| Exhibit "EE" | Expert Witness Report of Robert J. McCrie, Ph.D., CPP [filed but not scanned because scanned by defense] |
| Exhibit "FF" | Cayman Islands Annual Report & Official Handbook (1998) |
| Exhibit "GG" | Cayman Islands Annual Report & Official Handbook (1999) |
| Exhibit "HH" | Cayman Islands Annual Report & Official Handbook (2000) |
| Exhibit "II" | Cayman Islands Annual Report & Official Handbook (2001) |
| Exhibit "JJ" | Cayman Islands Annual Report & Official Handbook (2002) |
| Exhibit "KK" | Lashner Rush & Associates Audit (November 5, 2002) |
| Exhibit "LL" | Starwood/Westin Design Review Memorandum |

| | |
|---|---|
| Exhibit “MM” | Response of Defendant Columbia Sussex Corporation to Plaintiff’s Request for Production of Documents |
| Exhibit “NN” | Correspondence of Mark F. Itzkowitz to Robert J. Brown and John B. Johnson (September 10, 2007) |
| Exhibit “OO” | Correspondence of Mark F. Itzkowitz to Robert J. Brown and John B. Johnson (September 19, 2007) |
| Exhibit “PP” | Correspondence of Robert J. Brown to Mark F. Itzkowitz (September 28, 2007) |
| Exhibit “QQ” | Correspondence of Robert J. Brown to Mark F. Itzkowitz (January 8, 2008) |
| Exhibit “RR” | Correspondence of Robert J. Brown to Mark F. Itzkowitz (January 25, 2008) |
| Exhibit “SS” | ASIS *Dynamics* (May/June 2000) |
| Exhibit “TT” | ASIS *Dynamics* (May/ June 2001) |
| Exhibit “UU” | ASIS *Dynamics* (May/June 2002) |
| Exhibit “VV” | ASIS *Dynamics* (May/June 2003). |

Signed under the pains and penalties of perjury, this 26th day of March, 2008.

Mark F. Itzkowitz Digitally signed by Mark F. Itzkowitz DN: CN = Mark F. Itzkowitz, C = US, O = Mark F. Itzkowitz, Esquire Date: 2008.03.25 21:52:38 -04'00'

MARK F. ITZKOWITZ (BBO #248130)

**CERTIFICATE OF SERVICE**

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

John B. Johnson, Esquire
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111; and

Robert J. Brown, Esquire
Mendes & Mount, LLP
750 7th Avenue
New York, NY 10019-6829.

s/ Mark F. Itzkowitz
MARK F. ITZKOWITZ (BBO #248130)

Dated: March 26, 2008

**ECF FILING ERROR - WILL BE AMENDED**

THEODORE R. MITCHEL

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

HAROLD KEPPNER and
MARIE KEPPNER,

Plaintiffs,

-vs-

GALLEON BEACH RESORT, LTD.,
STARWOOD HOTELS & RESORTS,
WORLDWIDE, INC., and
COLUMBIA SUSSEX CORPORATION,

Defendants.

---

Examination Before Trial of THEODORE MITCHEL, taken pursuant to Notice under Article 31 of the Civil Practice Law and Rules, taken in the law offices of JAECKLE, FLEISCHMANN & MUGEL, LLP, 400 Essjay, Suite 320, Williamsville, New York 14221, taken on March 13, 2007, commencing at 11:50 A.M., before VALERIE WHITE, Notary Public.

APPEARANCES:
WEBSTER SZANYI, LLP,
BY CHARLES E. GRANEY, ESQ.,
1400 Liberty Building,
Buffalo, New York 14202,
Appearing for the Plaintiffs.

JAECKLE, FLEISCHMANN & MUGEL, LLP,
BY ANTHONY J. LATONA, ESQ.,
400 Essjay,
Suite 320,
Williamsville, New York 14221,
Appearing for the Defendants.

(Whereupon, the following stipulations were entered into by both parties.)

It is hereby stipulated by and between counsel for the respective parties that the oath of the Referee is waived, that signing, filing and certification of the transcript are waived, and that all objections, except as to the form of the questions, are reserved until the time of trial.

(Whereupon, a site plan was then received and marked as Plaintiff's Exhibit 5 for identification.)

T H E O D O R E R. M I T C H E L, 5157

take a restroom break, let us know and we'll accommodate you?

A. All right.

Q. Sir, how are you presently employed?

A. I'm employed with Columbia Sussex Corporation.

Q. In what capacity?

A. Secretary, treasurer.

Q. What are your duties as secretary and treasurer for Columbia Sussex?

A. I'm chief accounting officer and responsible for financial statement preparation.

Q. How long have you held that position?

A. Seventeen years.

Q. Have you held any other positions with Columbia Sussex?

A. No.

Q. How many employees are there of Columbia Sussex?

A. Columbia Sussex, fifteen thousand, something like that.

Q. Really, I had no idea. What business is Columbia Sussex in?

A. We own and operate hotels and resorts.

Q. How many?

THE WITNESS: It would have, you know, approved that, I guess, through the use of the architect. They would work together, an architect and builder usually work together on a design.

BY MR. GRANEY:

Q. Was there someone at Galleon Beach Resort Limited who was the project manager for the construction of the hotel?

A. The project manager for the construction of the hotel would have been an employee of Columbia Sussex.

Q. Okay. Who was that?

A. I don't know who it was at the time.

Q. Is there some way to find that out?

A. It's possible.

Q. Would that person have been the project manager for the construction of the pool as well?

A. Yes.

Q. Who retained the architect and the builder?

A. It would have been Galleon Beach Resort Limited.

Q. Who at Galleon Beach Resort Limited was responsible for retaining the builder and architect?

A. It would have been Mr. Bill Yung who's president of

A. No, I believe it was a company based in the Caribbean somewhere.

Q. Can you describe for me what your knowledge is of Mr. Yung's involvement in the construction of the Galleon Beach Resort Hotel?

A. I can't speak for him, but as president, he would be responsible for review and approval of the planning done by the architect, he would have had some involvement in selecting the builder and any of the subcontractors and would have been kept apprised of status and construction as it proceeded.

Q. And that would be in his capacity as president of what company?

A. Of Galleon Beach Resort Limited.

Q. Did Columbia Sussex have any role in the construction of the hotel and pool on Grand Cayman?

A. Not in the construction of it.

Q. What involvement did Columbia Sussex have with respect to the hotel and pool in 1995 during the construction phase?

A. As I stated before, one of the project engineers was an employee of Columbia Sussex and he would

have in that capacity been involved in working with Asphaltic and the other contractors in seeing that the construction was done in accordance with the design.

Q. Would that project manager have reported to Mr. Yung?

A. Yes.

Q. How many project managers did Columbia Sussex -- strike that. How many engineers did Columbia Sussex have back in 1995?

A. I don't recall the exact number.

Q. Can you give me an estimate?

A. Probably six or seven.

Q. Where are Columbia Sussex headquarters in?

A. In Fort Mitchell, Kentucky.

Q. Is that where Mr. Yung's office is?

A. Yes, he has an office in Fort Mitchell, Kentucky.

Q. Are you from Cincinnati?

A. I live in Cincinnati, I work in Fort Mitchell, Kentucky.

Q. How about the project engineers, where are they located?

A. Generally the project engineers are located in Fort

A. Yes.
Q. How many regional vice presidents are there?
A. I don't know the exact number. I believe there's about five.
Q. Why does the general manager of the Hotel Casuarina report directly to Mr. Yung as opposed to a regional vice president?
A. I have to ask Mr. Yung why he's done that. That property has always been special.
Q. Why do you say that?
A. It's our first -- well, it wasn't the first resort, it's one of our premier hotels. I mean, it's one of the nicest properties we have and he's always taken a special interest in it. One of his daughters works there so he has a special interest in that property.
Q. Do Columbia Sussex employees handle the purchasing primarily for the eighty or so hotels that it operates?
A. It's structured similar to what I described for this hotel. There's a large amount that's purchased by the general manager and then special things that I described, the logoed items, the

VOLUME I
PAGES 1-263
EXHIBITS 1-12

COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 05-CV-10879-JLT

KIMBERLY GENEREUX, )
)
Plaintiff, )
)
vs. )
)
)
COLUMBIA SUSSEX CORPORATION, )
ET AL, )
)
Defendant. )

DEPOSITION OF JOHN B. MCGOVERN, a witness called on behalf of the Plaintiff in the above-entitled cause, taken before Dawn Mack-Boaden, Notary Public in and for Commonwealth of Massachusetts, pursuant to the Massachusetts Rules of Civil Procedure, at the Law Offices of Mark F. Itzkowitz, 85 Devonshire Street, Boston, Massachusetts, on Monday, September 17, 2007, commencing at 10:05 a.m.

A. M-C-G-O-V-E-R-N.

Q. Mr. McGovern, you've been designated to testify in response to a -- you've been designated to testify on behalf of the Westin Corporations; is that correct?

A. Yes.

Q. Okay. Are you also designated to testify on behalf of Starwood?

A. Yeah.

Q. Okay. Great. Do you know how it was that you were chosen to be the person to testify on behalf of those corporations?

A. Yes.

Q. How is that?

A. I believe the first person, Mary Hynes, she wasn't available; so they called me.

Q. Okay. And what was Mary Hynes' title?

A. What is it or what was it?

Q. I'm sorry, what is it?

A. Mary is the director of franchise operations and services, I believe. Vice president. Did I say that?

Q. No.

A. VP.

Q. Okay. And what is your title?

A. Currently?

Q. Please.

A. The vice president of Aloft and Element Operations. A-L-O-F-T; and element, E-L-E-M-E-N-T, operations.

Q. For whom?

A. Starwood Hotels.

Q. Have you ever testified before in a -- on behalf of Westin or Starwood in a lawsuit?

A. Ten, 15 years ago, yes.

Q. And do you recall what it was that you testified then?

A. I don't really. It was a hotel matter, and it was -- the hotel was in Mississippi somewhere. I don't remember.

Q. Okay. And was that the only time that you had testified for them?

A. Yes.

Q. In the incident that you testified for 10 or 15 years ago, was that a matter that you were involved with personally down in Mississippi?

A. No.

Q. Were you also designated by Starwood to

it became Starwood. And then I rejoined in -- I think it was 2001 when I came back in my Boston based job. Did I get that okay?

Q. Yeah; I'm going to go back over it with you.

The jobs that you had before ITT Sheraton, I take it, were --

A. Just --

Q. -- small filler jobs?

A. Yeah.

Q. And you said that you started with ITT Sheraton in May of 1980?

A. Yes.

Q. That became Starwood?

A. That became Starwood in, roughly, September of '98, I believe. Starwood bought Sheraton.

Q. What positions did you hold for ITT Sheraton?

A. Between '80 and '98?

Q. Right.

A. I was the front desk clerk at the Sheraton Boston.

Q. How long did you do that, approximately, for?

A. A year and a half.

Q. So that would bring us about -- to about November of '81?

A. Right. And from there, I went on to be a management trainee with ITT Sheraton for probably just over 12 months. It's a one-year course.

And then I was placed at the Sheraton New York Hotel where I was the assistant front office manager.

Q. Where is the Sheraton New York?

A. It's now the Omni Park Central. It was sold. It was right on 7th Avenue across from Symphony Hall. I don't remember the address.

Q. Okay. And how long did you work at the Sheraton New York?

A. Roughly, two years.

Q. So that would cover the period from November '82 to November '84; approximately?

A. Yes. And the hotel was sold. So they transferred me to the Sheraton Salt Lake City Hotel in Salt Lake City.

And I was the front office manager there for approximately another -- probably a little over two years; maybe two and a half years.

review of the material and encourage them to take part.

Q. Okay. And, again, this is while you were with ITT Sheraton; correct?

A. Correct.

Q. Okay. When you returned to Starwood after that hiatus with Homestead Village and the MeriStar hotels, you indicated you returned as the vice president of operations for the New England region; correct?

A. Correct.

Q. Were your responsibilities at that time for Starwood the same as your responsibilities had been for ITT Sheraton?

A. Very similar, yes.

Q. In what way did they differ?

A. We had a stronger focus on owner relationships under Starwood than we did in the previous under -- under ITT Sheraton.

Q. How do you mean a stronger focus?

A. We were more committed to eliminating poor representation of the brand.

Q. When you say poor representation of the brand, what are you referring to?

A. Hotels that didn't comply with the particular brand standards that they were associated with.

Q. And when you say eliminating, what do you mean?

A. De-franchising.

Q. Okay. Let me just make sure I follow you. If the hotel was not in compliance with the standards required by Starwood, would Starwood be more likely to terminate the franchise than ITT Sheraton had been when you were vice president of operations with ITT Sheraton?

A. I'd say, at that time, yes, we were more focussed on de-franchising poor representation.

Q. Okay. You told me a few minutes ago that when you were with ITT Sheraton as the vice president of operations, that the standards of ITT Sheraton were set out in a standards manual or standards manuals that were provided to the franchises?

A. Yes.

Q. Was that arrangement similar to -- strike that.

Is that a similar arrangement with

Starwoods; in other words, there were documents that were handed to the Starwood's franchises telling them what they had to be in compliance with?

A. Yes.

Q. Okay. And, again, is it among your responsibilities now to ensure that the -- well, strike that.

When you were vice president of franchised operations for Starwood, was it among your responsibilities to ensure that the franchises were in compliance with those standards?

A. Yes.

Q. Okay. Let me just get a little bit more of your background. I noticed you have a long history in this industry.

You've mentioned that after you were vice president of operations in the mid-Atlantic region, your next position was transient sales manager with Sheraton Boston; is that correct?

A. Yes.

Q. Did that take you out of the corporate office, as it were, and put you in to a hotel office?

A. Yes.

parking lot at the Sheraton in Atlanta set out as part of the hotel standards or was that something you were doing unique to that location?

A. It was unique to that location due to its location.

Q. Okay. Was there any type of policy of the Sheraton itself that in addition to the standards that were set out for all hotels, as it were, that there would be additional standards -- supplemental standards or something of that nature -- to cover individual hotels?

A. No.

Q. Was there any restriction on a hotel doing more than what was set forth on the standards of the Sheraton?

A. No.

Q. Okay. And when you were the manager of the hotel in Atlanta, were there folks that came down to check the compliance of your particular hotel?

A. Yes.

Q. And how did they do that?

A. A third-party company would come and do an audit of the property.

MR. JOHNSON: And, again, we're talking

about the Sheraton in Atlanta?

MR. ITZKOWITZ: Correct; while he was the manager there.

MR. JOHNSON: Okay.

BY MR. ITZKOWITZ:

Q. And who was the third-party company?

A. Lashner, Rush & Associates.

Q. And do you know what type of a company that was?

A. A -- no. An auditing company.

Q. Were they auditing just the financial matters related to the hotel?

A. No; they were auditing standards, compliance, condition.

Q. Were you present at any of their audits?

A. Yes.

Q. And how did they actually conduct the audits?

A. They would come in the night before and utilize various areas of the hotel -- restaurant, room service, telephone service, you know, check-in -- and then they'd notify me the next day that they were there.

And then we would take a tour of the hotel.

a large franchisee of multiple brands. So it was great exposure to see how all the other companies did it.

Q. What other companies did you see?

A. Holiday Inn, Intercontinental, Hilton, Marriott; all of them.

Q. Okay.

A. As well as Starwood. MeriStar operated some Starwood Hotels -- franchised.

Q. Is there a difference between Starwood and Westin?

A. It's a different -- well, Westin is a brand of a hotel, and Starwood is the name of the company that owns Westin.

Q. Okay. So when you were -- when you mentioned before that MeriStar franchised some Starwood Hotels, were those actually Westin Hotels that they were -- that they owned?

A. I think, at the time, they did have a couple of Westin Hotels that they -- that were franchised. They operated them under a license agreement with Starwood.

Q. Okay. Is there a Starwood Hotel brand name, as it were, similar to -- to Westin?

A. Meaning like a Starwood Hotel?

Q. Exactly.

A. No, sir.

Q. Okay. Are there any other brand names, for lack of a better way of putting it, that Starwood owns besides Westin?

A. Oh, yes.

Q. What other ones do they own?

A. They own Sheraton Hotels. They own Four Points by Sheraton Hotels. They own St. Regis Hotels. They own Le Meridien Hotels. They own a group of hotels that we call the Luxury Collection.

Q. Is that the brand name of their hotels --

A. That's -- the Luxury Collection is a group of hotels that are well known independent hotels, like the Venetian, and you can either franchise that, or some of those we own and operate.

Q. Okay. Are there any other brand names that Starwood owns besides the ones you just mentioned?

A. Today we also are -- we don't have any bill yet, but we also have the brand Aloft Hotels and Element Hotels.

Q. Okay. In your current position as vice president of Aloft and Element Operations, does that

Q. Are there -- is there any other owner of the Westin brand?

A. Is there any other owner of the Westin brand? No; Starwood owns the Westin brand.

Q. Okay. So, for example, if somebody wants to operate a Westin Hotel, who would they go to if they wanted to do that?

A. They'd go to Starwood.

Q. Okay. And so just to make sure I'm following you, if -- in order to be able to use the Westin name and use the standards that Westin is known for, somebody who wanted to take advantage of that name recognition would have to come to Starwood to be able to operate such a hotel?

MR. JOHNSON: All these questions are as of today?

MR. ITZKOWITZ: Yeah; why don't we do it as of today.

THE WITNESS: Can you ask me the question again.

BY MR. ITZKOWITZ:

Q. Sure. What I'm trying to determine is what -- whether there's -- where the difference is, if any, between Westin and Starwood.

A. Westin is a brand that Starwood owns. There are some Westin Hotels that Starwood owns and operates.

If you wanted to buy or build a hotel and make it a Westin, you'd come to us and we'd see about giving you a license to operate it; and that would become a franchised Westin Hotel.

Q. Okay. Thank you. I appreciate that. Is there any other corporation that you're aware of that has the ability to license or franchise Westin Hotels other than Starwood?

A. No.

Q. Okay. All right. And we talked about various other hotels that Starwood owns.

When we say they own them, does that mean that they also license and franchise the brand name; so, for example, Sheraton or Four Points by Sheraton?

A. Yes.

Q. Okay. And there are actually some Westin Hotels that Starwood runs directly by itself?

A. Yes.

Q. And those would be the owned and managed hotels that you talked about earlier?

A. Yes.

Q. All right. But those -- there are other Westin Hotels that they don't own and manage, but they will franchise out the name and the operational requirements to whoever it is that they allow to purchase the license; correct?

A. Correct.

Q. Great. Thank you. Are you familiar with an organization known as Columbia Sussex Corporation?

A. I know them.

Q. Okay. And what is your understanding of what they do or what they are?

A. They are an owner and operator of hotels.

Q. Sort of similar to the way MeriStar owned and operated different hotel brands?

A. Correct.

Q. Did they also own and operate Westin Hotels; as far as you know?

A. Who?

Q. Columbia Sussex.

A. Yes.

Q. Okay. Is there any relationship that you're aware of between Starwood and Columbia

any, the Westin Casuarina in the Cayman Islands would be part of?

A. I believe it's Florida and the Caribbeans, if that's the name of the region.

Q. Okay. Back when you were the director of franchise operations at ITT Sheraton out of Atlanta for the southeast region, did that region include Florida?

A. No.

Q. Okay. And is the regional structure of Starwood basically the same regional structure that ITT Sheraton had?

A. Is the structure under Starwood the same as it was under --

Q. The geographic regions, in other words.

A. Close. There might be some states that went in different regions based on the number of hotels in that region as we grew or shrunk, whatever.

Q. Okay. In terms of Starwood's corporate structure, as it were, is there a -- is there some division or some department within Starwood that handles security functions or loss prevention functions?

A. No.

Q. Who handles security functions within Starwood?

MR. JOHNSON: If anyone.

BY MR. ITZKOWITZ:

Q. Right; if anyone.

A. I don't know.

Q. To your knowledge, is there someone within Starwood who prepares standards relating to security matters at Star -- at Westin Hotels? Why don't we stick to Westin.

A. One specific person that handles --

Q. Right; or one specific department that handles it.

A. I'm sorry, let's start again. Can you ask that again.

Q. Okay. Is -- and I apologize if this is repetitive. I just want to make sure the question is clearly out there.

To your knowledge, is there any one person or one group of people within the Starwood corporation that is responsible for preparing standards relating to security matters for Westin Hotels?

I just want to make sure I get my terminology a little bit better than I think I have it down.

Within Starwood, is there some type of designation to sort of refer to the Westin Hotels as opposed to other hotels that are owned by -- owned or licensed by Starwood?

A. Any other designation?

Q. In other words, is it the Westin division, the Westin department, the Westin brand, or something like that?

A. Well, there's the Westin brand.

Q. All right. Within the Starwood Corporation if you want to specify something related to Westin and distinguish it from something related to, say, Four Points, how would you refer to it?

A. It would be a standard for the Westin brand.

Q. Okay. All right. Thank you. Is there somebody within Starwood that oversees security for all of the different brands that Starwood owns and licenses?

A. No.

Q. And we talked about standards for the

Westin brand relating to security.

What I'm wondering is putting aside whoever it may be that actually sets standards, is there, within the Westin brand, somebody whose job it is to oversee security within the Westin brand?

MR. JOHNSON: Objection. Because you were talking about standards, and that seems to imply that there's a standard within the Westin brand that applies to security at a hotel. And I don't think that's the testimony.

MR. ITZKOWITZ: You know what, let me -- let me try to rephrase it. I apologize for being confusing.

BY MR. ITZKOWITZ:

Q. Is there a standard that governs security within the Westin brand; as far as you know?

A. No.

Q. Do you know why there is not a standard for security within the Westin brand?

A. I think you need to define standard of security.

We have standards that applies to smoke detectors, sprinklers, you know, a placard behind

the guest room door that tells you what to do in case of a fire; and those are all standards that everybody has to have in a Westin Hotel.

Q. Okay. Does the Westin brand have a standard, for example, relating to types of security devices that have to be present in Westin Hotels?

A. Can you give me an example of a device?

Q. Sure. Closed circuit television.

A. No.

Q. How about panic alarms -- panic buttons?

A. No.

Q. Does the Westin brand have a standard addressing security guards or security personnel?

A. No.

Q. Okay. Is there, to your knowledge, a single individual or a single group of individuals whose function is to review the Westin standards as they relate to security matters to determine whether the security matter -- security provisions are adequate?

A. Any standards that affect the Westin Hotels are done through the Westin brand team.

Q. Okay. And the brand team, as I understand what you were testifying earlier, covers a wide

range of standards; correct?

A. Any Westin brand standard comes from the Westin brand team.

Q. Okay. And that would include, for example, things relating to the type of bedding that's used?

A. Correct.

Q. And the shampoos that are used in the bathroom?

A. That's correct.

Q. Okay. You would apply to such things as the number and types of lamps that are used --

A. That's correct.

Q. -- in the rooms? Okay. Do you know whether, within the Westin brand team, there are people who are sort of designated to deal with, say, issues relating to furniture for use at Westins as opposed to issues relating to check-in procedures?

A. There are people responsible for that, and that's in the design team.

So you've got a Westin brand team and you've got a Westin design team to get the look and feel of what a Westin Hotel is supposed to be.

Q. Okay. Is there any other team besides the design team, besides the brand team, that would be

concerned specifically with -- with matters related to security?

A. No.

Q. Okay.

MR. JOHNSON: I'm going to object. That makes it sound as though those two groups are concerned with the issue of security.

I don't think that's the testimony, but that's my objection.

MR. ITZKOWITZ: Okay.

BY MR. ITZKOWITZ:

Q. Do you know why there isn't such a team designated to address security issues of the type we were talking about earlier, such as types of security devices or security controls?

A. Not. I guess they're all unique, and that would be up to the people that operate the hotel.

Q. And as part of the corporate management, though, do you have any knowledge as to why they don't have a team specifically handling security?

A. For our owned and managed hotels?

Q. For the Westin brand as a whole, both owned and managed and franchised.

A. Why they don't have somebody?

of individuals whose function was to design and assure compliance with standards related specifically to security?

MR. JOHNSON: Objection.

THE WITNESS: Possibly.

BY MR. ITZKOWITZ:

Q. And, you know, sort of from a corporate perspective, I mean, wouldn't -- wouldn't it be fair to assume that if there was an individual or a group of individuals whose primary focus was to set standards and assure compliance with standards related to security that that would probably reduce any losses or claims arising from security related matters at Westin Hotels?

MR. JOHNSON: Objection. Go ahead.

THE WITNESS: I mean, that's why we have the, you know, the double locks on the doors, the electronic key cards, all the things to make it safer; you know, how to react in a fire. We have smoke detectors and those types of things. Those are standards.

BY MR. ITZKOWITZ:

Q. Okay. All right. Is there anybody within

the Westin brand that is responsible for designing security policies for the Westin brand as a whole?

A. No.

Q. Okay. Does Starwood use any outside companies to review security items for the Westin brand?

A. No.

Q. As far as you understand, do the individual Westin Hotels set their own security policies?

MR. JOHNSON: Are you referring to franchised hotels or owned and operated?

BY MR. ITZKOWITZ:

Q. Both. Both franchised and owned and operated.

A. Okay. Can you say it again.

Q. Yeah. Do the individual Westin Hotels set their own security standards?

A. Yes.

Q. Do you know how they do that?

A. No.

Q. Is there any guidance given by Starwood or by the Westin brand within Starwood as to how to go about establishing security policies at Westin Hotels?

A. We have some training materials that would help you make suggestions towards things you would want to think about security, perhaps.

Q. Okay. And what types of training materials are they?

A. Maybe a standard alert saying -- I'm trying to think of something specific. You know, I can't think of anything specific.

But I know that there are documents of some sort that would make suggestions on how you would want to think about security.

Q. Okay. Do you know what types of matters are addressed in these training materials?

A. I can't think of anything specific right now.

Q. Okay. You mentioned earlier that there are certain standards that apply that do address security related functions, like the double locks on the door and the evacuation plans that are put up on the back of the door.

Do the individual hotels, either franchised or owned and managed, have the authority to add additional security provisions besides those that are required specifically by the Westin standards?

A. Yes.

Q. Okay. So, for example, if I follow you correctly, every single Westin Hotel has to have double locks on the doors in accordance with the standards; correct?

A. Correct.

Q. Okay. It doesn't matter whether it's a franchised hotel or an owned and --

A. Correct.

Q. -- managed hotel?

A. It's a standard.

Q. And in addition to having the double locks on the doors, if the hotel felt the need to add, say, a security patrol, would they have the authority to do that or do they have to go back to Starwood to get permission?

A. No; they would do whatever they deemed necessary.

Q. In addition to providing the written training materials that you were talking about a moment ago, does Starwood make available to Westin Hotels any -- any body of experts or consultants that handle security related functions?

A. No.

Q. Okay. Just as an example, there are different sort of industry groups for the hotel and motel industry that address security functions, like Resort Security International or Hospitality Risk Controls.

Do you know whether Starwood or the Westin brand within Starwood have people who are members of these organizations?

A. I don't know.

Q. Okay. Do you know if there's anybody that Starwood requires to be a member of these organizations as part of their job function?

A. No.

Q. No, they don't, or, no, you don't know?

A. I don't know.

Q. Is there anybody at Starwood or anybody within the Westin brand that reviews the security policies that the individual Westin Hotels design for themselves?

A. No.

Q. Is there anybody within Starwood or within the Westin brand of Starwood that is responsible for providing training to the people who actually operate Westin Hotels to make sure that they have

proper security training?

A. No.

Q. With respect to the security standards of the type you mentioned before, like the double locks and the evacuation card on the back of the door, is there somebody from Starwood or from the Westin brand within Starwood that actually goes out to make sure that the individual hotels are in compliance with those particular standards?

A. Yes.

Q. And do they do that through the type of audit procedure that you were telling us about earlier?

A. Yes.

Q. Now that -- now that Starwood, as opposed to ITT Sheraton, is the licensor of the Westin brand, has the identity of the folks that do the audits changed?

A. Same people do the audits.

Q. Okay.

A. Lashner, Rush & Associates do the audits.

Q. Is Lashner, Rush & Associates a separate company from Starwood?

A. Correct.

Q. Okay. In addition to the audits that are done by Lashner, Rush & Associates, is there anybody within Starwood itself that goes out on a periodic basis to check compliance with the standards?

A. Yes.

Q. Who does that?

A. The director of operations.

Q. Is there a single director of operations at Starwoods for all the different brands that Starwoods owns and licenses or are there directors of operations within each brand?

A. Both of those are no. There's a director of operations in each region that would support various brands.

Q. Okay. Thank you. Okay. Let me just make sure I got this right.

In other words, there would be a regional director of operations of Starwood who would go out and check all the Starwood Hotels within that region?

A. Correct.

Q. Okay. And those would be both the, for example, the Westin brand that Starwood owns and the Four Points Starwood owns?

A. Correct.

Q. Would the regional director of operations also check the franchised hotels?

A. I'm sorry.

Q. Sure.

A. The regional director of operations would support, within that region, the franchised hotels of the various brands.

So there's a distinction between what that director of franchise operations is overseeing.

Q. Okay. So the regional director of operations is only looking at the franchised hotels of Starwood within that region?

A. Yes.

Q. Okay. And the regional director of operations is looking at all the different brands that Starwood licenses within that region?

A. Yes.

Q. Okay. On those hotels that Starwood actually owns and manages by itself, is there somebody else that goes and checks compliance?

A. Yes.

Q. Who does that?

A. They fall under the same Lashner, Rush &

A. Those are all a little different, I mean, based on the relationship.

If you're going there to support the hotel, you know, some of the owners will charge you for the room; some of the owners won't charge you for the room.

Q. Okay.

(Whereupon, a break was taken in the proceedings.)

BY MR. ITZKOWITZ:

Q. Mr. McGovern, in the time that you served as vice president of franchise operations for Starwood, had you ever designed a security policy for any Westin Hotel?

A. No.

Q. Had you ever reviewed a security policy for a Westin Hotel?

A. No.

Q. Is there -- do you know who the regional director of operations for the Starwood territory that covers the Cayman Islands is today?

A. Do I know where that person is today?

Starwood?

A. Yes.

Q. Okay. Do you know where her base of operations is?

A. Orlando, Florida.

Q. Do you know whether Ms. Hynes-Talhouk had ever developed security policies for any hotel within her region?

A. No.

Q. No, she has not, or --

A. She hasn't.

Q. All right. So it's not part of the responsibility of the regional manager to develop hotel security policies?

A. It's not the responsibility of the director of franchise operations to do that.

Q. Right. Okay. During the time that you were the director -- the vice president of franchise operations for the New England region for Starwood, did you have somebody assigned to you whose primary function was security?

A. No.

Q. Okay. And as far as you're aware, has Ms. Hynes-Talhouk had anybody assigned to her --

A. No, I don't know.

Q. Do you know whether this is the kind of information that Ms. Hynes-Talhouk would know?

A. No, I don't know.

Q. Is there anybody within the Starwood organization or within the Westin brand portion of the Starwood organization whose responsibility is to make sure that the franchised hotels actually are developing security policies?

A. No, there isn't.

Q. Do you know whether -- strike that.

Do you personally have any information about the audits that were conducted of the Westin Casuarina back before May of 2002?

A. No.

Q. Do you know whether Ms. Hynes-Talhouk would have that information?

A. I'm sorry, what information again?

Q. How the audits had gone at the Westin Casuarina in or before May of 2002.

A. The Lashner, Rush audits?

Q. Yes.

A. Yes; she would have that.

Q. Okay. You mentioned earlier that when you

A. Yes.

Q. Is it your understanding, though, that notwithstanding what it says here, that Starwood is the holder of the license?

MR. JOHNSON: Objection. You mean as of now or back at the time this agreement was implemented?

BY MR. ITZKOWITZ:

Q. Your understanding presently.

A. This is a license with Westin License Company.

Q. Okay. And is it -- what is your understanding of the relationship between Westin License Company and Starwood?

A. Personally, I look at it as the same. I mean, we own Westin, right. So as far as I'm concerned, it's one company, one license. This happens to be with the Westin brand.

Q. Okay.

A. I don't know if that makes sense.

Q. It does. Okay. And the licensee identified on this is Galleon Beach Resort, Limited; correct?

A. Correct.

Q. So that's the company that's actually going to be operating the Westin franchise?

A. That's -- yes, that's correct.

Q. Okay. Do you have an understanding that there's a different company that's actually operating the Westin Casuarina in the Cayman Islands other than the Galleon Beach Resort, Limited that's identified here?

A. This says it's the Galleon Beach Resort, Limited.

Q. Right. No; I understand that. What I'm wondering is the same way you indicated a minute ago that, in your own mind, Starwood and Westin Licensing Company is basically the same, do you have an understanding who's actually operating the Westin Casuarina?

A. Before I saw this, I would say that it's Columbia Sussex Hotel.

Q. Okay. All right. And what would have made you say that?

A. I originally learned that -- through a relationship with Columbia Sussex -- I supported one of their hotels in New Jersey. They also owned and operated the Sheraton Newark Airport Hotel.

Through a conversation, I believe -- I couldn't tell you when -- that, you know, Columbia Sussex had a hotel in the Cayman Islands and it was the Westin Casuarina.

Q. Okay.

A. Mark, I want to clarify one thing on this. When I said that I thought Westin was Starwood, that's today. This was done before Westin was part of Starwood. Does that clarify that for you?

Q. It does. This agreement is dated back in 1995; correct?

A. Yes.

Q. Okay. Do you know when Starwood took over ownership of Westin?

A. It was just before Sheraton; so I'm going to guess it was late '97, early '98.

Q. Okay. And is it your understanding that at the time that Starwood took over Westin, they would have picked up all the agreements that had existed between Westin and the various franchisees?

MR. JOHNSON: Objection. Go ahead.

THE WITNESS: Yes.

MR. ITZKOWITZ: Okay. Let me mark this as the next exhibit.

more time.

BY MR. ITZKOWITZ:

Q. Sure. Is that in accordance with your understanding that Columbia Sussex owned or operated the Westin Casuarina?

MR. JOHNSON: Objection.

THE WITNESS: Yes.

BY MR. ITZKOWITZ:

Q. Okay. Do you see anything on that web site page that's been marked as Exhibit 2 that would tell you that it was somebody other than Columbia Sussex that either owned or operated the Westin Casuarina?

A. From what I'm looking at, no.

Q. Okay.

MR. ITZKOWITZ: Why don't we mark that as Exhibit 3.

(Exhibit Number 3 was marked for identification.)

BY MR. ITZKOWITZ:

Q. Let me hand you what we've marked now as Exhibit 3.

Let me represent to you that Exhibit 3 is

compliant with that standard.

Q. Once you had received a copy of the audit indicating that they were out of compliance with this particular standard, was there anything that you personally would do to make sure that they then got in to compliance?

A. Any missing standard would show up on an action plan that would then go back to the hotel ownership management company to follow up on.

I would then follow up on my visit to say have you corrected this in the action plan.

Q. Okay. What would -- what, if anything, would you do if it turned out that they hadn't made the correction in the action -- identified in the action plan?

A. There would be potential meetings with the management company or with the owner to drive compliance.

Q. What do you mean to drive compliance?

A. To encourage them to meet the standards.

Q. Okay. Would you make up some type of follow-up plan for yourself to go back and maintain -- you know, go back and follow up with the hotel on a periodic basis to ensure that they have met

compliance?

A. Yes. There would be periodic phone calls and/or visits to the hotel to ensure compliance.

Q. Okay. And if, despite all your efforts, the hotel remained out of compliance with the standard, what then, if anything, would you do?

A. Okay. If they were out of compliance with a standard, it would be handled much differently than if they were out of compliance with several standards.

Q. Okay.

A. Several -- out of compliance with several standards would lead to a legal process outlined in the license that could lead to termination.

For standards that were missed one off, for example, would be dealt with by a face-to-face meeting and asking them to meet the standard.

Q. Okay. If, for whatever reason, they were just persistent in not complying with a particular standard that was set by Westin, was there anything that you would do to enforce compliance if it was just a single standard other than what you've explained to us?

A. That's a difficult question. Say, for

instance, they didn't comply to the Westin Heavenly Bed, we could take stronger action than if they didn't comply to the right number of towels in the room.

Q. Okay. And what would the reason for the distinction be?

A. Well, the Heavenly Bed is a trademark of Westin. It's an essential standard. All of our guests sleep on Heavenly Beds versus if -- what is a good example -- say they missed, you know, a point in the check-in process -- they didn't use your name three times -- that would be more of a reenforcement of please meet the standard. Do this to train to the standard. Is that clear?

Q. It is. And if I understand you correctly, as the vice president of operations who was responsible for ensuring compliance with the standards, you have some measure of discretion as to how serious you feel the violation of the standard would be?

A. The brand would set up what standards were essential to the brand.

Q. Okay.

A. No ifs, ands, or butts. You have to have

it.

Q. Okay.

A. The other standards we worked -- constantly worked towards compliance.

Q. Okay. All right. But you didn't necessarily disenfranchise the franchise owner if they hadn't gotten into compliance despite your efforts; is that correct?

A. Depending on what the standard was that they missed, yes.

Q. Right. In other words, if it was not an essential standard --

A. That's correct.

Q. Okay. And just so the record is clear later when we look back on this, you used the term Heavenly Bed several times.

That's actually a term of art for Westin referring to a particular kind of bed; correct?

A. That's the name of the bed in the Westin brand. It's called the Heavenly Bed. The shower is called the Heavenly Shower. The Westin workout is powered by Reebok.

Those are all brand essential standards for the Westin brand.

BY MR. ITZKOWITZ:

Q. Mr. McGovern, let me hand you what we've just marked as Exhibit 5.

Let me represent to you this particular document is a page that's contained in the Columbia Sussex Manager's Manual, and it identifies the -- this is a folio page for the Westin Casuarina Hotel down in the Cayman Islands.

Can you take a look at the page and tell us, just from your observation, whether that's in compliance with the Westin Corporate Identity Manual?

A. It doesn't look like it's in compliance.

Q. Okay. And why do you say that?

A. Because it's missing the name of the owner on the bottom.

Q. Okay. All right. And so, again, if somebody were to receive this particular document, they wouldn't know, for example, whether this hotel was owned by Westin or owned by Starwood or owned by somebody else?

A. Not from this page, no.

Q. And the purpose of the identity requirements is to make sure that a person would

depending on another -- there would be another clause added somewhere that would further define that.

This one seems to indicate that there would only be the one Westin on the Cayman Islands or perhaps whoever that licensee is could have several Westins in that area of protection -- in that license territory.

Q. Okay. In addition to the benefits that the licensee gets from the system license agreement, am I correct in understanding that they also take on certain responsibilities under the terms of the agreement?

A. The licensee?

Q. Yes.

A. Yes.

Q. Okay. And among those, they commit to maintaining the Westin standard; is that correct?

A. Yes.

Q. And, essentially, to conforming their styles to whatever the Westin standards are determined to be?

A. Can you ask that in a different way.

Q. In other words, if -- well, you know what,

let me try something different, then.

In terms of maintaining the Westin standards, am I correct in understanding that under the system license agreement, the licensee agrees to submit to inspection to determine whether they're in conformity with the Westin standards?

A. Yes.

Q. Okay. Earlier today you told us that -- was it Lashman?

A. LRA.

Q. Thank you. LRA does an audit report, and you told us who the different folks were that received copies of the report.

When Starwood sends people to the hotel to check for conformity with the standards, do copies of their reports go to anybody?

A. When Starwood -- I'm sorry.

Q. Let me try it again.

A. Lashner, Rush does the quality audits.

Q. Right.

A. Okay.

Q. So let me back up. You had mentioned that you would go out and visit the properties twice a year; correct?

that apply?

BY MR. ITZKOWITZ:

Q. Yes. In other words, the statement -- well, let me rephrase it.

The statement that I read to you a moment ago appears to be an acknowledgment by Westin of an obligation to safeguard the wellbeing of guests, patrons, associates, by providing reasonable security. Would you agree with that?

A. Yes.

Q. Okay. Is it your understanding that Starwood recognized the same obligation?

MR. JOHNSON: Again, objection, because of the lack of distinction between owned and operated hotels and franchised hotels.

THE WITNESS: I'm not sure of the question, Mark.

BY MR. ITZKOWITZ:

Q. Okay. Let me try it again. In fact, let me address John's question.

Did Starwood draw a distinction between franchised hotels and Starwood owned and operated hotels with respect to safeguarding the wellbeing of hotel guests, patrons, and associates by providing

reasonable security?

A. No. I think that the statement is for both franchised and owned and managed.

However, how the franchised operator meets this criteria is, you know, that's up to them how they provide reasonable security depending on their location and their local jurisdictions, etc. That's their responsibility.

Q. What did Starwood do -- and I'm saying Starwood, but I'm referring to Westin Starwood.

A. The owned and managed. What did they do?

Q. What did Westin do to ensure that the hotels were actually providing reasonable security?

A. For both owned and managed and franchised?

Q. Yes.

A. I mean, other than the property visits, guest comments, and feedback, on the franchise side, it was left to the operator to provide, you know, reasonable security.

And on the owned and managed side, the owned and managed team would follow up with the owned and managed hotels to see that that was in place?

Q. How would they follow up?

A. No; the security -- providing reasonable security was the sole responsibility of the operator.

Q. Okay. Let me just rephrase this a little bit.

Putting aside the question of who was responsible or not responsible, am I correct in understanding, though, that there was nobody within Westin -- the Westin brand of Starwood or within Starwood that actually followed up with the franchised hotels to find out what they were doing with respect to providing security on site?

A. No. Or I don't know. Not that I know of.

Q. Okay. No, there was nobody that did that?

A. No.

Q. Okay. In that same introduction section, there's a reference -- there are references to additional resources of the topics in this section, and it makes reference to a Westin Loss Control Manual and then, separately, a Westin Security Manual.

Are you familiar with those manuals?

A. No, I'm not.

Q. Does Starwood have any type of loss control

took place.)

BY MR. ITZKOWITZ:

Q. Okay. And just to go back a minute, if I understand you correctly -- and, by all means, again, please correct me if I'm wrong -- Starwood and the Westin brand within Starwood do acknowledge that there's an obligation to safeguard the wellbeing of hotel guests, patrons, and associates by providing reasonable security; is that correct?

A. Yes.

Q. Okay. Does that acknowledgment or that obligation apply to all people who are lawfully on hotel property?

MR. JOHNSON: Objection.

THE WITNESS: I would think so, yes.

BY MR. ITZKOWITZ:

Q. Okay. And, again, just to make the question a little clearer.

If somebody, for example, was using the restaurant in the hotel but wasn't actually registered as a guest, would Starwood acknowledge an obligation to provide for that person's safety?

A. Yes.

Q. Okay. Or using the gift shop, for example, in a hotel but not actually registered as a guest, would that apply to them as well?

A. I would think so.

MR. JOHNSON: When you say would it apply, you're talking about the statement in the introduction?

MR. ITZKOWITZ: Yes, that's right.

BY MR. ITZKOWITZ:

Q. Okay. There's another document mentioned on page III-3 in the last paragraph there. It refers to an International Hospitality Safety Rating System produced by Westin as a reference guide. Do you see that?

A. I see that.

Q. Are you familiar with that document?

A. No.

Q. Do you know whether Starwood has any type of document similar to what's described here?

A. In today's terms?

Q. Right.

A. I don't know.

Q. Okay.

MR. ITZKOWITZ: And, John, could you

Starwood had similar guidelines for responses to emergencies that would have covered the time frames, say, 2000 to 2002?

A. I would think so, yes.

Q. Okay. Did Starwood actually require that the individual hotel set up some type of procedures to handle these types of situations?

A. In our franchised hotels?

Q. In the franchised hotels, right.

A. Did we require it?

Q. Right.

A. No; not that I'm aware of.

Q. Do you know whether they were required for the owned and managed hotels?

A. No, I don't know.

Q. Let me back you up a bit again, if I can. Let me ask you to flip back to page I-20. That was one we looked at a little bit earlier dealing with adequate safety and security on the property.

Is there a requirement that you're aware of that Starwood or the Westin brand impose upon their franchised hotels to actually maintain the interior and exterior areas of the hotel safe and secure?

A. A standard?

Q. Right.

A. Not that I'm aware of.

Q. Okay. And what I'm trying to figure out is we had talked a little bit earlier about the kind of standards that are in play at Westin brand hotels, and we talked about things like the types of soap that's in the bathroom and the type of bed that's going to be in the hotel and furniture and whatnot.

Am I correct in understanding that there actually are specific requirements from the Westin brand that the hotel comply specifically with items like the type of shampoo in the bathroom, but there's no standard that a hotel even provide a safe and secure premises?

A. Well, one is that, you know, we have a standard based on compliance to what we want the Westin brand to be.

When it comes to these guidelines on how to operate the hotel, you know, we put this out as a reference guide to help whoever it is that's maintaining and operating the property to make sure that these areas are covered.

So we are suggesting, through this reference guide, that they have, you know,

evacuation plans and procedures to handle bomb threats so that the management of the hotel can use this as a guideline.

Q. I guess that's why I am confused. Because it seems that, as I'm following what you're saying, it's so important to the brand that the brand be recognized as the kind of -- have the kind of recognition that they want that they'll specify what type of shampoo to put in the bathtub and, yet, you would think that they would be no less interested in making sure that the interior and exterior areas of the hotels be safe and secure, and, yet, there's no standard for that?

MR. JOHNSON: Objection.

THE WITNESS: There isn't a standard. That would be up to, you know, the company that's managing the hotel.

BY MR. ITZKOWITZ:

Q. Is there a standard that even requires, sort of in broad terms, that the interior and exterior areas of the hotel be kept safe and secure?

In other words, without saying do this, do that, do the other thing, is there a standard, though, that the interior and exterior areas of the

misplaced and it was misplaced where the guest might trip over it and now it's unsafe, that's up to the day-to-day operation of the hotel to maintain it through this reference guide to keep it in the order to which it will be safe and secure.

Q. Okay. So if I am following you correctly -- and, again, please correct me if I'm wrong -- even though this particular item about providing adequate safety and security and that all interior and exterior areas must be kept safe and secure isn't categorized as a standard, nevertheless, Westin Starwood do expect that the hotel will, in fact, be kept safe and secure?

MR. JOHNSON: Objection.

THE WITNESS: Yes.

BY MR. ITZKOWITZ:

Q. Okay. And the mechanism for keeping the hotel safe and secure is being left to the franchise owner?

A. Owner/operator.

Q. Right. Owner/operator.

A. You could have an owner that's hired a private management company that would be responsible for the day-to-day operation of the hotel; and, in

some cases, the owner may be running it himself or herself.

Q. Okay. On page I-21, there's another reference to safety and security at the very bottom of that page. Do you see that?

A. Yes.

Q. Okay. And this one says: Adequate safety and security precautions shall be taken in all areas of the hotel.

Do you see that?

A. Yes.

Q. And, again, without calling that a standard, that's an expectation that Starwood would have; that all their Westin brand hotels would, in fact, have adequate safety and security precautions?

A. Yes.

Q. There's a reference in that same section to a safety and loss control section of the Westin Quality Assurance Program Manual. Do you know what that is?

A. I don't know. This was just -- due to the date of this information, it's not a term that I'm familiar with.

Q. Okay. Is there any type of safety and loss

control document that you are aware of at the franchised hotels?

A. No.

MR. ITZKOWITZ: And, again, John, if you can just take a look and see if there is such a document. We don't have it.

MR. JOHNSON: Yes.

BY MR. ITZKOWITZ:

Q. There's a provision a little further into this document that's on page I-31. It actually beginnings on page I-30.

A. Okay.

Q. There's a section that's captioned, Public Restrooms, at the bottom of the page. See that?

A. Yes.

Q. And this one says that in addition to the following standards, public restrooms are to comply with what's listed in that paragraph. See what I'm talking about?

A. Yes.

Q. And then it goes on on page I-31 to, again, have a reference of safety and security?

A. Yes.

Q. And, again, this one says: Adequate

safety/security precautions must be taken in all public restrooms. Do you see that?

A. Yes.

Q. Without categorizing that as a standard, am I correct in understanding that that's a Starwood expectation that adequate safety and security precautions would be taken in all public restrooms of Westin Hotels?

A. Yes.

Q. The last sentence of that particular section says: Access to these areas by unauthorized persons must be restricted. Do you see that?

A. Yes, I do.

Q. Does the use of the term "must" in that particular sentence make it a standard for franchised hotels?

A. No; it's not a standard.

Q. Okay. Is there an expectation, though, that, in fact, access to public restrooms by unauthorized persons would be restricted at Westin Hotels?

A. I would think there would be an attempt to keep people out.

For example, if there was a -- if you were

Q. If we were looking to get a comprehensive list of what the Westin brand standards were, say, in January of 2000, which is the date of this particular document, would this be where we would look to find those items?

A. Yes; this looks like a complete list.

Q. Okay. All right. And so if the auditors from LRA were not using this particular document, it would have been something that basically would have had the same standards that they could sort of check off as they went through to see whether the standard was complied with or not?

A. Yes.

Q. Okay. And what you would get back would be sort of a summary report, then, of what they had observed and what they had concluded?

A. Yes.

Q. Okay. Let me just call your attention to a couple of things here and there on this document.

Why don't you turn to page 77 of this particular document, and right at the very top of the page is an item that says: There's a minimum of one agent visible at all times at the front desk.

Would that have been a Westin brand

standard, say, in January of 2000?

A. Yes.

Q. Okay. And so in the course of an audit of the hotel, the LRA folks would be looking to see if there was an agent visible at the front desk. And, if there was, they would check compliant; and, if there wasn't, they would check noncompliant?

A. Yes; if this was on the LRA audit list, yes, they would. They would look for that and check it. And I can't answer whether or not that was on the list as one of the things that they checked for.

But, yes, you would either have a minimum of one agent on the desk or you don't.

Q. Okay.

A. I mean, when they walk through the lobby or when they came to check in.

Q. Okay. There's a provision on page 83 -- again, towards the top -- at the top of the page -- that says: Guest and patron security escorts.

Do you see that?

A. Yes.

Q. And it says: An escort to the automobile or guest room is provided to anyone who requests the service.

A. Yes.

Q. Am I correct in understanding that that was a Westin brand standard, generally, in January of 2000?

A. It appears that way, yes, that there would be someone available. If you ask for an escort to your automobile, that one would be provided.

Q. Okay.

A. And a designated member of management, a member of security, or an authorized employee of the hotel provides the escort.

Q. Okay. Let me call your attention to page 73 of the document.

A. Okay.

Q. There's an item that's marked F.05.01.09 just above the bold heading for accident and loss investigation. Do you see that?

A. Yes.

Q. It says: All garage associates follow all safety, security, and loss control procedures and policies.

A. Yes.

Q. That would be a -- would have been a Westin brand standard in January of 2000?

A. Yes.

Q. Do you know what safety, security, and loss control procedures and policies is referred to in that item?

A. No, I don't.

Q. Would there have been a standard somewhere that would have set out safety, security, and loss control procedures and policies for garage associates to follow?

A. It appears that there is, yes.

Q. Do you know whether that's contained in this document or if it's somewhere else?

A. It would have to be somewhere else. This is just clearly the standards --

Q. Okay.

A. What that loss -- security and loss control policy -- procedure and policy looks like, I don't know.

Q. Okay. In the section headed Accident and Loss Prevention, there's a provision that says: A member of the management staff is involved in guest communication regarding incidents of loss or injury.

Do you see that?

A. Yes.

MR. JOHNSON: Where are you reading from, Mark?

MR. ITZKOWITZ: That was the second item under the accident and loss investigation on page 73.

MR. JOHNSON: Yes. Thank you.

BY MR. ITZKOWITZ:

Q. Okay. Again, that would -- that would have been a standard of the Westin in January of 2000?

A. Yes.

Q. When it says guest communication, do you know what that is referring to?

A. I would assume that anything that involves a guest, someone from management would be in communication with them.

An example would be if you checked into a hotel room and your watch was missing. So you'd call down and say I think my watch has been stolen.

They'd respond. Perhaps the local police would be called in. Someone from management would say, Mark, we understand your watch has been stolen. We're looking in to it. We'll keep you apprised.

Q. Okay. So as you understand it, the reference is as to communication between the guest

and the hotel as opposed to between the hotel and Starwood or Westin brand?

A. No; I see it between the hotel operator and the guest that had the incident.

Q. Okay. And the next item, again, it says: All activities are completed while displaying or carrying a concerned attitude toward the guest of patron.

That would have been a standard --

A. Yes.

Q. -- back in January of 2000?

A. Yes.

Q. On page 120 on the same document, there's a bold heading that talks about exterior lighting. It's about the middle of the page. Do you see that?

A. Yes.

Q. There's an item that starts, Hotel entrance and exterior areas are well illuminated. Adequate timing/sensing, quote, on/off, closed quote, device is installed and working. Do you see that?

A. Yes.

Q. This was, again, a standard of Westin?

A. Yes.

Q. Did Westin require its hotels to have

timing devices on -- on exterior lights?

A. Not to my knowledge. I think if you did have an area that -- if you had a huge parking lot and the back part of it was never used and you want to put a sensor on it to save some electricity, that was an option you could use.

But I don't know that we ever had a standard saying you had to use timers or sensors to turn your lights on and off.

Q. Okay. I had asked you earlier today if there were any more specific standards dealing with security measures, and there is something that appears on page 126.

I just want to make sure that this was a standard of Westin back in January of 2000. On public area doors, the second item -- and it's towards the top of the page.

A. Okay. Yes.

Q. It says: Public area doors have locks that are high grade and difficult to force.

Do you see that?

A. Yes.

Q. Okay. That would have been a standard?

A. Yes.

Q. Does that mean, since it was a standard, that all Westin Hotels, whether franchised or owned and operated, had to have high grade locks that are difficult to force on public area doors?

A. Yes.

Q. Okay. And would public area doors have included such things as public restroom doors?

A. Yes.

Q. Okay. On page 129 of the same document there's a section about the middle -- maybe just under the middle of the page. It talks about restroom safety. Do you see that?

A. Yes.

Q. And there's one item in the section that says: Appropriate safety signs are used in conjunction with mopping.

Do you see that?

A. Yes. Appropriate safety signs are used in conjunction with mopping, yes.

Q. Okay. That would have been the standard back in January of 2000; right?

A. Yes.

Q. That appears to be the only item listed under the category of restroom safety.

(Exhibit Number 10 was marked for identification.)

THE WITNESS: Yes; this looks like -- Exhibit 10 looks like the document that would be used to --

MR. JOHNSON: Wait until you're asked the question.

THE WITNESS: I'm anticipating his next question.

MR. JOHNSON: You're probably right.

BY MR. ITZKOWITZ:

Q. Okay. Does this appear to be the document that listed the standards for Westin in January of 2001 for their fitness centers and pools?

A. Yes.

Q. And I apologize for handing you sort of subsets, but there do appear to be items that seem to carry over to different things.

On page 13 of the document at the very top, there's an item that says: Public area doors have locks that are high grade and difficult to force.

A. Yes.

Q. Okay. Was it your understanding that that

was a standard for all public areas of Westin Hotels in January of 2001?

A. Yes.

Q. Do you know if that standard was relaxed in the following year?

A. I don't know.

Q. Would you have expected it --

A. I wouldn't expect it to be.

Q. Okay.

MR. ITZKOWITZ: Let's mark that as the next one, please.

(Exhibit Number 11 was marked for identification.)

BY MR. ITZKOWITZ:

Q. And, Mr. McGovern, we just handed you what was marked as Exhibit 11, which is an item captioned Westin Quality Assurance Program QAP-2001, guest room, bathroom, and corridor checklist. Again, it's with a revision date of January of 2001. Do you see that?

A. Yes.

Q. Does that document set forth the standards

A. That's correct.

Q. Other than what you may have heard from counsel, had you heard that, including Ms. Genereux's incident, that there were three rapes at the Westin Casuarina?

A. No.

Q. Had you ever heard about Starwood or Westin making any requirements at the corporate level of changes in security of franchised hotels?

MR. JOHNSON: Could you repeat that.

(The question was read back as follows: "Had you ever heard about Starwood or Westin making any requirements at the corporate level of changes in security of franchised hotels.")

MR. ITZKOWITZ: You know what, let me rephrase that to make it clear.

BY MR. ITZKOWITZ:

Q. Are you aware of any situations where Westin or Starwood required a franchised hotel to change its security practices for any reason?

A. I'm not.

reporting requirements for the hotels that it operated or owned and operated and managed, including, for example, that there be quarterly safety meetings among the staff analysis of loss; that there would be periodic inspections and written reports of those inspections, and training sessions and reports of the training.

Am I correct in understanding that none of those written documents were sent to the Westin brand or to Starwood?

A. For the franchised hotel?

Q. Right; for the franchised hotels of Columbia Sussex.

A. No.

MR. JOHNSON: That would be correct?

THE WITNESS: Correct.

BY MR. ITZKOWITZ:

Q. To your knowledge, had Starwood or any -- or the Westin brand within Starwood ever conducted any type of an analysis of crime levels in the area of a franchised hotel?

A. No. Of a franchised hotel; right?

Q. Right.

A. No.

Q. Do you know whether they conducted such an analysis for owned and managed hotels?

A. I don't know.

Q. Do you know whether a crime analysis was ever conducted for the Cayman Islands?

A. I don't know.

Q. Do you know whether the franchised hotels that you had responsibility for as vice president had conducted analysis of crime levels in the areas of their hotels?

A. Not that I'm aware of.

Q. Okay. And I take it from that -- and correct me if I'm wrong, please -- that you never actually received a copy of any type of analysis of an area crime level that had been done by any franchised hotels?

A. No.

Q. Do you have any information, other than what you may have learned from counsel, about the rape of Kimberly Genereux?

A. No.

Q. Before you were designated to come into the deposition, had you ever heard of the rape of Kimberly Genereux?

After Starwood took over ITT Sheraton, are you -- were there any hotels that Starwood actually de-franchised?

A. Say that again.

Q. Yeah; let me rephrase that. Were there any hotels, to your knowledge, that Starwood took away the franchise from the owner because the hotel was not in compliance with brand standards?

A. Yeah.

Q. Which hotels?

A. You want a list?

Q. Were there many?

A. Yes.

Q. Okay. Were there any Westin Hotels that were de-franchised?

A. A Westin name doesn't come to mind. It doesn't mean that there weren't any.

Most of the hotels that we de-franchised were either Sheratons or Four Points by Sheraton Hotel.

Q. Do you recall why it was that those hotels were de-franchised -- the ones that you do recall?

A. They weren't compliant. They weren't in good physical condition. They didn't meet

standards. They weren't compliant. They were in poor condition physically, and they were bad representations for the brand.

Q. When the hotels are de-franchised, what happens to the hotel itself?

A. It would go and become another brand. It would maybe not be a Sheraton anymore. It might become, you know, a Ramada Hotel.

So they'd have to de-identify it, get all the marks off the hotel, etc., give us back all these manuals; and then they would convert to another brand.

Q. In any of the hotels that you know to have been de-franchised, were safety or security considerations a factor in the hotel being de-franchised?

A. No. It's all about living up to the license agreement, to the standards, to the quality audits, guest satisfaction scores. That's our way of ending the agreement.

Q. Okay. But among the different items that could have appeared in the audits or the guest satisfaction scores, do you have a recollection of whether any of those concerned security related

issues?

A. No.

Q. No, they didn't; or, no, you don't recall?

A. No, they didn't.

Q. Okay. And I apologize if I've asked you this, but have you ever heard of any analysis conducted by Starwood or by the Westin brand of claims at the Westin Casuarina?

A. No, sir.

Q. And have you ever heard of any analysis conducted by Starwood or by the Westin brand of incidents that had occurred at the Westin Casuarina?

A. No.

Q. Okay. And am I correct in understanding, from your answers today, that Mary Hynes-Talhouk, as the person who had jurisdiction over the area in which the Westin Casuarina was located, would have greater familiarity with the hotel than you do?

A. I'm sorry, do I know if she would have had greater --

Q. Yes.

A. She would have physically been at the hotel. So she would have known what it looks like and she would have known the people.

# DIRECTORY
## OF HOTEL & LODGING COMPANIES

## 74TH EDITION

*Published by the*
**American Hotel Association Directory Corporation**
*Established in 1886*

*Under the auspices of the*
**American Hotel & Lodging Association**
*Established in 1910*

**Jessica Lytle**
Publisher/Editor

### KEY TO LISTINGS

| | | |
|---|---|---|
| CAO | - | Chief Administrative Officer |
| CCO | - | Chief Creative Officer |
| CDO | - | Chief Development Officer |
| | | Chief Design Officer |
| CEO | - | Chief Executive Officer |
| CFO | - | Chief Financial Officer |
| CIO | - | Chief Information Officer |
| | | Chief Investment Officer |
| CMO | - | Chief Marketing Officer |
| COO | - | Chief Operations Officer |
| CQO | - | Chief Quality Officer |
| CTO | - | Chief Technology Officer |
| EVP | - | Executive Vice President |
| SVP | - | Senior Vice President |
| VP | - | Vice President |
| ▲ | - | Franchised Property |

**© 2005 American Hotel Association Directory Corporation**
1201 New York Avenue, NW, #600 • Washington, DC 20005-3931
Telephone: 202-289-3142 (editorial) • Fax: 202-289-3158
Telephone: 800-344-3320 (sales) • Fax: 517-372-4104 (sales)
E-mail: directory@ahla.com • Web site: www.ahla.com

## CODEV, INC.

PAUL CONKLE GM
ROB RIES, Director, Sales & Marketing
BETH SWEET Director, Catering
JAMES CARDIFF, Manager, Purchasing
MARK COTTER, Banquet Manager & Director, Beverage
KRIS DRAKE, Manager, Reservations
GINNIFER WADE, Manager, Front Desk
CHARLES WENDELL, Controller
NANCY FREELAND, Assistant, HR
Executive Offices: 4900 Sinclair Road
Columbus, OH 43229
Telephone: (614) 846-0300
FAX Number: (614) 847-1022
E-mail: meetings@ramadaplazacolumbus.com
Web site: www.ramadaplazacolumbus.com
Toll Free Reservation No.: (800) 2-RAMADA

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Ramada Plaza Hotel & Conf Ctr | Columbus, OH | 264 |

Brands: Ramada Int'l Plaza
Operates in the state of Ohio
Domestic Properties 1/Rooms 264
Total Number of Properties 1/Rooms 264
Franchise & Management Company
Year company was established: 1999

## COLONIAL HOLDINGS CORPORATION

STEPHEN COOPER, Exec. GM
JAN BRISSON-CLEAR, GM
Executive Offices: 1010 Herron Road
Dorval, QC H9S 1B3 Canada
Telephone: (514) 631-4537
FAX Number: (514) 631-1562
E-mail: info@travelodgemontreal.com
Web site: www.travelodgemontreal.com
Toll Free Reservation No.: (800) 461-4537

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| INTERNATIONAL PROPERTIES | | |
| Travelodge Aeroport Montreal | Dorval Airport, Canada | 108 |

Brands: Travelodge
Operates in Canada
Non Domestic Properties 1/Rooms 108
Total Number of Properties 1/Rooms 108
Owning Company

## COLUMBIA SUSSEX CORPORATION

WILLIAM J. YUNG, President
J. STANLEY CLAYTON, VP, Operations
BRUCE RATHJE, Sales & Marketing
THOMAS DAY, Controller
LARRY DERINGER HR
JOE RUWE, Purchasing
Executive Offices: 207 Grandview Drive
Fort Mitchell, KY 41017 2799
Telephone: (859) 578-1100
FAX Number: (859) 578-1190

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Birmingham Radisson | Birmingham, AL | 298 |
| ▲Marriott Hotel | Mobile, AL | 250 |
| ▲Marriott Hotel | Anchorage, AK | 400 |
| ▲Marriott Hotel Airport | Phoenix, AZ | 350 |
| J W Marriott Le Merigot | Santa Monica, CA | 175 |

(Continued next column)

## COLUMBIA SUSSEX CORPORATION—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Best Western Eastgate | Kissimmee, FL | 403 |
| ▲Radisson Inn | Lake Buena Vista, FL | 200 |
| ▲Crowne Plaza Orlando Airport | Orlando, FL | 350 |
| Marriott-Hutchinson Island Resort | Stuart, FL | 285 |
| ▲Crowne Plaza Hotel | Tampa, FL | 269 |
| ▲Marriott Hotel | Savannah, GA | 385 |
| ▲Holiday Inn Glen Ellyn | Glen Ellyn, IL | 120 |
| ▲Holiday Inn Itasca | Itasca, IL | 161 |
| ▲Marriott Hotel | Evansville, IN | 201 |
| ▲Marriott Hotel | Indianapolis, IN | 316 |
| ▲Holiday Inn South Airport | Louisville, KY | 405 |
| ▲Marriott Hotel | Louisville, KY | 255 |
| ▲Marriott Hotel | Baton Rouge, LA | 300 |
| ▲Holiday Inn Crowne Plaza | Woburn, MA | 349 |
| ▲Crowne Plaza Detroit | Detroit, MI | 350 |
| ▲Marriott Hotel | East Lansing, MI | 181 |
| ▲Holiday Inn Southfield | Southfield, MI | 417 |
| ▲Marriott Hotel Minneapolis Airport | Bloomington, MN | 475 |
| ▲Fairfield Inn By Marriott | Greenville, MS | 148 |
| Greenville Inn | Greenville, MS | 40 |
| Horizon Casino | Vicksburg, MS | 115 |
| Tan-Tar-A Estates | Osage Beach, MO | 558 |
| Tan-Tar-A Resort | Osage Beach, MO | 500 |
| ▲Crowne Plaza Airport | Saint Louis, MO | 353 |
| Westin Hotel | Las Vegas, NV | 825 |
| River Palms | Laughlin, NV | 1,000 |
| Horizon Casino Resort | South Lake Tahoe, NV | 539 |
| ▲Sheraton Hotel Airport | Newark, NJ | 501 |
| ▲Marriott Hotel | Saddle Brook, NJ | 245 |
| ▲Islandia Marriott | Long Island, NY | 280 |
| ▲Marriott Hotel | Melville, NY | 371 |
| ▲Holiday Inn Rochester | Rochester, NY | 250 |
| ▲Marriott Hotel | Greensboro, NC | 280 |
| ▲Radisson Inn Airport | Cincinnati, OH | 214 |
| ▲Holiday Inn | Columbus, OH | 150 |
| ▲Holiday Inn North | Dayton, OH | 252 |
| ▲Holiday Inn | Lima, OH | 150 |
| ▲Holiday Inn South | Springfield, OH | 150 |
| ▲Holiday Inn Toledo | Toledo, OH | 220 |
| ▲Renaissance Philadelphia Airport | Philadelphia, PA | 348 |
| Marriott Resort | Myrtle Beach, SC | 400 |
| Marriott | Knoxville, TN | 385 |
| ▲Courtyard By Marriott | El Paso, TX | 90 |
| ▲Marriott Hotel | El Paso, TX | 300 |
| ▲Marriott Hotel Las Colinas | Irving, TX | 365 |
| ▲Marriott Hotel Airport | San Antonio, TX | 300 |
| ▲Holiday Inn | Richmond, VA | 280 |
| ▲Marriott Hotel | Richmond, VA | 242 |
| ▲Fairfield Inn By Marriott | Charleston, WV | 135 |
| ▲Holiday Inn Charleston House | Charleston, WV | 256 |
| ▲Super 8 Motel | Charleston, WV | 160 |
| ▲Marriott Hotel | Milwaukee, WI | 294 |
| INTERNATIONAL PROPERTIES | | |
| ▲Radisson Suites | Winnipeg, Canada | 160 |
| Casuarina Beach Resort Westin | Cayman Islands | 350 |
| ▲Holiday Inn | Cayman Islands | 230 |

Brands: Best Western; Courtyard; Crowne Plaza; Fairfield Inn; Holiday Inn; Marriott Hotels and Resorts; Radisson; Renaissance Hotels & Resorts; Sheraton Hotel; Super 8; Westin
Operates in 27 states, 2 countries
Domestic Properties 57/Rooms 17,581
Non Domestic Properties 3/Rooms 740
Total Number of Properties 60/Rooms 18,321
Annual Gross Sales: $800 million
Franchise, Management & Owning Company
Year company was established: 1972

## FOUR SEASONS HOTELS & RESORTS—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Four Seasons Hotel Tokyo | Tokyo, Japan | 283 |
| Four Seasons Tokyo @ Marunouchi | Tokyo, Japan | 57 |
| Four Seasons Amman | Amman, Jordan | 193 |
| Four Seasons Maldives @ Kuda Huraa | Kuda Huraa, Maldives | 106 |
| Four Seasons Mexico City | Mexico City, Mexico | 240 |
| Four Seasons Resort Punta Mita | Nayarit, Mexico | 140 |
| Four Seasons Hotel Ritz Lisbon | Lisbon, Portugal | 282 |
| Four Seasons Riyadh | Riyadh, Saudi Arabia | 233 |
| Four Seasons Hotel Singapore | Singapore, Singapore | 254 |
| Four Seasons The Regent Singapore | Singapore, Singapore | 441 |
| Four Seasons Resort Nevis | Charlestown, St Kitts & Nevis | 196 |
| Four Seasons Bangkok | Bangkok, Thailand | 340 |
| Four Seasons Chiang Mai | Chiang Mai, Thailand | 80 |
| Four Seasons Hotel Istanbul | Istanbul, Turkey | 65 |
| Four Seasons Canary Wharf | London, United Kingdom | 142 |
| Four Seasons Hotel London | London, United Kingdom | 220 |
| Four Seasons Resort Carmelo | Carmelo, Uruguay | 44 |

Brands: Four Seasons
Operates in 12 states and the District of Columbia 25 countries
Domestic Properties 23/Rooms 6,773
Non Domestic Properties 37/Rooms 8,300
Total Number of Properties 60/Rooms 15,073
Annual Gross Sales: 268,000,000
Development & Management Company
Year company was established: 1961

## FOUR SISTERS INNS

SHELLEY POST CLAUDEL, President
JONI MASELLI VP
TAMARA REBELO, Director, Marketing
LIN MCMAHON, Director, Operations
Executive Offices: P. O. Box 3073
Monterey, CA 93942
Telephone: (831) 649-0908
(800) 234-1425
FAX Number: (831) 649-4822
E-mail: info@foursisters.com
Web site: www.foursisters.com

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Cobblestone Inn | Carmel, CA | 24 |
| Blue Lantern Inn | Dana Point, CA | 29 |
| Blackbird Inn | Napa CA | 8 |
| Gosby House Inn | Pacific Grove, CA | 22 |
| Green Gables Inn | Pacific Grove, CA | 11 |
| Inn At Sonoma | Sonoma, CA | 19 |
| Lavender | Yountville, CA | 8 |
| Maison Fleurie | Yountville, CA | 13 |
| Saratoga Inn | Langley, WA | 15 |
| Inn At Harbor Steps | Seattle WA | 28 |

Operates in 2 states
Domestic Properties 10/Rooms 177
Total Number of Properties 10/Rooms 177
Annual Gross Sales $12 million
Development, Management & Owning Company
Year company was established: 1976

## G. P. HOSPITALITY GROUP, LLC

VINU PATEL, President
CHRIS ELLIS, VP, Operations
Executive Offices: 9459 State Route 14
Streetsboro, OH 44241
Telephone: (330) 422-1888
FAX Number (330) 422-0566
E-mail: cellis@gphospitality.com
Web site: www.ichotelsgroup.com
Toll Free Reservation No.: (800) HOLIDAY

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Holiday Inn Express & Suites | Streetsboro OH | 72 |

Brands: Holiday Inn Express Hotel
Operates in the state of Ohio
Domestic Properties 1/Rooms 72
Total Number of Properties 1/Rooms 72
Annual Gross Sales $1.2 million
Owning Company
Year company was established 1998

## G.S.M. HOTELS

MR. JOSE MANUEL MARTIN GONZALEZ, Marketing & Sales Manager
Executive Offices: Santa Engracia-4
Madrid 28010 Spain
Telephone +34913190607
FAX Number: +34913195783
E-mail: COMMERCIAL@GSMHOTELES.ES
Web site: www.gsmhoteles.es

Membership Company
Year company was established: 1992

## GAL-TEX HOTEL CORPORATION

ROBERT L. MOODY SR., Chairman
EUGENE LUCAS, President
MICHAEL RILEY, VP, Operations
JOYCE DUNDEE Corp Secretary & Director, Purchasing
DAN DICK, Treasurer
Executive Offices. P. O. Box 59, 2302 Postoffice Street, Suite 500
Galveston, TX 77553
Telephone: (409) 763-8536
FAX Number: (409) 763-5304
E-mail: genelucas@1859historichotels.com
Web site: www.1859historichotels.com

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Hotel Washington | Washington, DC | 344 |
| Ramada Inn | Kingsport, TN | 193 |
| Moody Gardens Hotel | Galveston, TX | 425 |
| Hilton Hobby Airport | Houston, TX | 305 |
| Holiday Inn NASA | Houston, TX | 225 |
| Holiday Inn North | Houston, TX | 236 |
| Holiday Inn Southwest | Houston, TX | 244 |
| Y O Ranch Hotel | Kerrville, TX | 200 |
| South Shore Harbour Resort Hotel | League City, TX | 243 |
| Menger Hotel | San Antonio, TX | 320 |
| The Crockett Hotel | San Antonio, TX | 204 |
| Mountain Lake Hotel | Pembroke, VA | 100 |

Brands: Hilton; Holiday Inn; Ramada
Operates in 3 states and the District of Columbia
Domestic Properties 12/Rooms 3,039
Total Number of Properties 12/Rooms 3,039
Management & Owning Company
Year company was established 1940

▲ Franchised Property

## STARHOTELS—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Starhotel Splendid Suisse | Venice Italy | 172 |

Operates in the state of New York Italy
Domestic Properties 1/Rooms 178
Non Domestic Properties 19/Rooms 3,135
Total Number of Properties 20/Rooms 3,313
Owning Company
Year company was established 1980

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

MR. STEVEN J. HEYER, CEO
MR. BARRY S. STERNLICHT, Executive Chairman
MR. ROBERT F. COTTER, President and COO
MR. VASANT M. PRABHU, EVP, CFO
MR. TED W. DARNALL, President, Real Estate Group
MR. KENNETH S. SIEGEL, EVP General Counsel and Secretary
MR. NORMAN W. MACLEOD, EVP, Sheraton Hotels & Resorts
MR. DAVID K. NORTON, EVP, HR
MR. WILLIAM G. OATES, SVP & CIO
MR. TOM CONOPHY, EVP & CTO
MS SUE A. BRUSH, SVP, Westin Hotels & Resorts
MR. ROSS A. KLEIN, SVP, CMO - W Hotels
MR. HOYT H. HARPER II, SVP, Four Points by Sheraton
MR. F. DANIEL GIBSON, SVP Corporate Affairs
MR. RAYMOND L. GELLEIN JR., Chairman & CEO, Starwood Vacation Ownership, Inc.
MR. OSVALDO V. LIBRIZZI, President, Latin America
MR. MIGUEL KO, President Asia-Pacific
MR. ROELAND VOS, President Europe, Africa, & Middle East
MR. STEPHEN ALDEN, SVP St. Regis & The Luxury Collection
MR. GEOFF A. BALLOTTI, President North America
Executive Offices: 1111 Westchester Avenue
White Plains, NY 10604
Telephone: (914) 640-8100 (Corporate Office)
FAX Number: (914) 640-8310 (Corporate Office Fax)
E-mail: Dan.Gibson@starwoodhotels.com (Investor Relations)
Web site: www.starwoodhotels.com
Toll Free Reservation No.: (877) 443-4585

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| FOUR POINTS | | |
| ▲Four Points Huntsville Airport | Huntsville, AL | 146 |
| ▲Four Points Tuscaloosa Capstone | Tuscaloosa, AL | 150 |
| Four Points Barcelo MetroCtr | Phoenix, AZ | 284 |
| Four Points Tuscon University Plaza | Tucson, AZ | 150 |
| ▲Four Points Bakersfield | Bakersfield, CA | 198 |
| Four Points Barcelo Culver City | Culver City, CA | 199 |
| ▲Four Points San Francisco Bay Bridge | Emeryville, CA | 153 |
| ▲Four Points Fresno | Fresno, CA | 204 |
| ▲Four Points Fullerton Anaheim | Fullerton, CA | 251 |
| ▲Four Points Los Angeles Int'l Airport | Los Angeles, CA | 564 |
| Four Points Barcelo Monrovia | Monrovia, CA | 149 |
| ▲Four Points Pleasanton | Pleasanton, CA | 214 |
| Four Points Rancho Bernardo | Rancho Bernardo, CA | 209 |
| ▲Four Points San Diego | San Diego, CA | 225 |
| Four Points Barcelo Hotel San Rafael | San Rafael, CA | 235 |
| ▲Four Points Santa Monica | Santa Monica, CA | 309 |
| ▲Four Points Htl & Stes San Francisco Arprt | South San Francisco, CA | 100 |
| ▲Four Points Sunnyvale | Sunnyvale, CA | 378 |

(Continued next column)

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Four Points Harbortown Marina Resort | Ventura, CA | 175 |
| Four Points Barcelo Htl Denver University | Denver, CO | 245 |
| Four Points Denver Cherry Creek | Denver, CO | 210 |
| Four Points Denver Southeast | Denver, CO | 475 |
| ▲Four Points Meriden | Meriden, CT | 150 |
| ▲Four Points Norwalk | Norwalk, CT | 127 |
| ▲Four Points Washington Downtown | Washington, DC | 265 |
| ▲Four Points Destin Fort Walton Beach | Fort Walton Beach, FL | 157 |
| ▲Four Points Miami Beach | Miami Beach, FL | 216 |
| ▲Four Points Columbus Airport | Columbus, GA | 177 |
| ▲Four Points Chicago Midway Airport | Chicago, IL | 157 |
| ▲Four Points Fairview Heights | Fairview Heights, IL | 120 |
| Four Points Barcelo Oakbrook | Oakbrook Terrace, IL | 228 |
| ▲Four Points Rock Island | Rock Island, IL | 175 |
| ▲Four Points O'Hare International Airport | Schiller Park, IL | 295 |
| ▲Four Points Indianapolis East | Indianapolis, IN | 190 |
| ▲Four Points Des Moines | Des Moines, IA | 140 |
| ▲Four Points Des Moines North | Des Moines, IA | 198 |
| ▲Four Points Wichita Airport | Wichita, KS | 200 |
| Four Points Barcelo Lexington | Lexington, KY | 174 |
| ▲Four Points Louisville | Louisville, KY | 101 |
| ▲Four Points New Orleans Airport | Metairie, LA | 220 |
| ▲Four Points Bangor Airport | Bangor, ME | 102 |
| ▲Four Points Aberdeen | Aberdeen, MD | 131 |
| ▲Four Points BWI Airport | Baltimore, MD | 201 |
| Four Points Bethesda | Bethesda, MD | 164 |
| ▲Four Points Hagerstown | Hagerstown, MD | 108 |
| Four Points Barcelo Hotel Burlington | Burlington, MA | 180 |
| ▲Four Points Eastham Seashore Park | Eastham, MA | 107 |
| Four Points Hyannis Resort | Hyannis, MA | 224 |
| ▲Four Points Leominster Hotel & Conf Ctr | Leominster, MA | 187 |
| ▲Four Points Conf Ctr | Norwood, MA | 123 |
| ▲Four Points Boston Logan | Revere, MA | 180 |
| Four Points Barcelo Waltham | Waltham, MA | 148 |
| ▲Four Points Woburn | Woburn, MA | 99 |
| ▲Four Points Ann Arbor | Ann Arbor, MI | 197 |
| ▲Four Points Detroit Airport | Romulus, MI | 173 |
| ▲Four Points Saginaw | Saginaw, MI | 156 |
| ▲Four Points Hotel & Suites Detroit North | Warren, MI | 126 |
| Four Points Minneapolis Metrodome | Minneapolis, MN | 252 |
| ▲Four Points St Paul Capital Hotel | St Paul, MN | 197 |
| ▲Four Points St Louis West | Earth City, MO | 185 |
| Four Points Barcelo Kansas City | Kansas City, MO | 241 |
| ▲Four Points Manchester | Manchester, NH | 120 |
| Four Points Barcelo Newark Airport | Elizabeth, NJ | 260 |
| Four Points Barcelo Piscataway | Piscataway, NJ | 206 |
| ▲Four Points Buffalo Airport | Cheektowaga, NY | 300 |
| ▲Four Points Manhattan Chelsea | New York, NY | 158 |
| ▲Four Points Niagara Falls | Niagara Falls, NY | 189 |
| ▲Four Points Charlotte Uptown | Charlotte, NC | 193 |
| ▲Four Points Akron West Fairlawn | Akron, OH | 91 |
| ▲Four Points Canton Belden Village | Canton, OH | 152 |
| ▲Four Points Cincinnati | Cincinnati, OH | 152 |

(Continued next page)

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| W Hotel Lake Shore Drive Downtown | Chicago, IL | 549 |
| W Hotel French Quarter | New Orleans, LA | 98 |
| W Hotel New Orleans | New Orleans, LA | 423 |
| W Hotel Court & Tuscany New York | New York, NY | 320 |
| W Hotel New York | New York, NY | 688 |
| W Hotel New York Times Square | New York, NY | 507 |
| W Hotel Union Square | New York, NY | 270 |
| W Hotel Seattle | Seattle, WA | 426 |
| INTERNATIONAL PROPERTIES | | |
| W Hotel Sydney | Woolloomooloo, Australia | 104 |
| W Hotel Montreal | Montreal, Canada | 152 |
| W Hotel Mexico City | Mexico City, Mexico | 237 |
| W Hotel Seoul Walkerhill | Seoul, South Korea | 253 |
| WESTIN | | |
| Westin Kierland Resort & Spa | Scottsdale, AZ | 732 |
| Westin La Paloma | Tucson, AZ | 487 |
| Westin South Coast Plaza | Costa Mesa, CA | 390 |
| Westin Long Beach | Long Beach, CA | 460 |
| ▲Westin Bonaventure Hotel & Suites | Los Angeles, CA | 1,354 |
| Westin Century Plaza Hotel & Spa | Los Angeles, CA | 728 |
| Westin Los Angeles Airport | Los Angeles, CA | 740 |
| Westin San Francisco Airport | Millbrae, CA | 393 |
| ▲Westin Palo Alto | Palo Alto, CA | 184 |
| Westin Pasadena | Pasadena, CA | 350 |
| Westin Mission Hills Resort | Rancho Mirage, CA | 512 |
| Westin Horton Plaza San Diego | San Diego, CA | 450 |
| Westin St Francis Union Square | San Francisco, CA | 1,195 |
| Westin Santa Clara | Santa Clara, CA | 505 |
| Westin Tabor Ctr | Denver, CO | 430 |
| Westin Westminster | Westminster, CO | 369 |
| ▲Westin Stamford Hotel | Stamford, CT | 462 |
| Westin Embassy Row | Washington, DC | 206 |
| Westin Grand Washington | Washington, DC | 263 |
| Westin Fort Lauderdale | Fort Lauderdale, FL | 293 |
| Westin Diplomat Resort Hotel | Hollywood, FL | 996 |
| Westin Walt Disney World Swan | Lake Buena Vista, FL | 758 |
| ▲Westin Grand Bohemian | Orlando, FL | 250 |
| Westin Innisbrook Golf Resort | Palm Harbor, FL | 607 |
| Westin Atlanta North Perimeter | Atlanta, GA | 369 |
| Westin Buckhead | Atlanta, GA | 365 |
| Westin Peachtree Plaza | Atlanta, GA | 1,068 |
| ▲Westin Atlanta Airport | College Park, GA | 495 |
| Westin Savannah Harbor Golf Resort | Savannah, GA | 403 |
| Westin Maui | Lahaina - Maui, HI | 759 |
| Westin Chicago River North | Chicago, IL | 424 |
| Westin Michigan Avenue | Chicago, IL | 751 |
| Westin O'Hare | Rosemont, IL | 525 |
| Westin Indianapolis | Indianapolis, IN | 573 |
| Westin Copley Place | Boston, MA | 800 |
| Westin Waltham Boston | Waltham, MA | 346 |
| Westin Detroit Metropolitan Airport | Detroit, MI | 404 |
| ▲Westin Southfield Detroit | Southfield, MI | 387 |
| Westin Crown Ctr | Kansas City, MO | 729 |
| Westin St Louis | St Louis, MO | 255 |
| ▲Westin Casuarina Las Vegas Htl & Spa | Las Vegas, NV | 825 |
| Westin Princeton Forrestal Vlg Hotel | Princeton, NJ | 294 |
| Westin Essex House | New York, NY | 605 |
| Westin The New York @ Times Square | New York, NY | 863 |

(Continued next column)

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Westin Charlotte | Charlotte, NC | 700 |
| Westin Cincinnati | Cincinnati, OH | 450 |
| ▲Westin Columbus | Columbus, OH | 186 |
| ▲Westin Oklahoma City | Oklahoma City, OK | 395 |
| Westin Portland | Portland, OR | 205 |
| Westin Philadelphia | Philadelphia, PA | 290 |
| Westin Conv Ctr Pittsburgh | Pittsburgh, PA | 616 |
| Westin Providence | Providence, RI | 364 |
| ▲Westin Poinsett | Greenville, SC | 200 |
| Westin Resort Hilton Head | Hilton Head Island, SC | 412 |
| Westin City Ctr Dallas | Dallas, TX | 407 |
| Westin Galleria | Dallas, TX | 432 |
| Westin Park Central | Dallas, TX | 536 |
| Westin Stonebriar Resort | Frisco, TX | 301 |
| Westin Galleria & Oaks | Houston, TX | 893 |
| Westin La Cantera Resort | San Antonio, TX | 508 |
| Westin Riverwalk | San Antonio, TX | 473 |
| Westin Seattle | Seattle, WA | 891 |
| INTERNATIONAL PROPERTIES | | |
| Westin Melbourne On Regent Place | Melbourne, Australia | 262 |
| Westin Sydney | Sydney, Australia | 416 |
| Westin @ Our Lucaya | Lucaya, Bahamas | 735 |
| Westin Calgary | Calgary, Canada | 525 |
| Westin Edmonton | Edmonton, Canada | 413 |
| ▲Westin Nova Scotian | Halifax, Canada | 297 |
| ▲Westin Prince Hotel | North York, Canada | 384 |
| Westin Ottawa | Ottawa, Canada | 487 |
| Westin Harbour Castle | Toronto, Canada | 977 |
| ▲Westin Resort & Spa Tremblant | Tremblant, Canada | 126 |
| Westin Bayshore Resort & Marina | Vancouver, Canada | 510 |
| ▲Westin Grand Hotel Vancouver | Vancouver, Canada | 207 |
| ▲Westin Resort & Spa Whistler | Whistler, Canada | 400 |
| ▲Westin Casuarina Resort | Grand Cayman, Cayman Islands | 343 |
| Westin Residences Shanghai | Shanghai, China | 145 |
| ▲Westin Shanghai | Shanghai, China | 301 |
| ▲Westin Taipei | Taipei,Taiwan, China | 285 |
| Westin Trianon Palace | Versailles, France | 192 |
| Westin Grand Hotel | Berlin, Germany | 355 |
| Westin Bellevue | Dresden, Germany | 339 |
| ▲Westin Hotel Leipzig | Leipzig, Germany | 447 |
| Westin Resort Guam | Tumon, Guam | 436 |
| ▲Westin Camino Real | Guatemala City, Guatemala | 271 |
| ▲Westin Camino Real Tikal | San Jose, Guatemala | 72 |
| Westin Nusa Dua Resort | Nusa Dua, Indonesia | 353 |
| Westin Dublin | Dublin, Ireland | 163 |
| ▲Westin Awaji Island Resort & Conf Ctr | Hyogo Prefecture, Japan | 201 |
| ▲Westin Nagoya Castle | Nagoya, Japan | 229 |
| ▲Westin Osaka | Osaka, Japan | 304 |
| Westin Tokyo | Tokyo, Japan | 445 |
| Westin Resort Macau | Ilha De Coloane, Macau | 208 |
| Westin Kuala Lumpur | Kuala Lumpur, Malaysia | 384 |
| Westin Dragonara Resort | Saint Julians, Malta | 313 |
| Westin Regina Resort | Cancun, Mexico | 379 |
| ▲Westin Soberano Chihuahua | Chihuahua, Mexico | 204 |
| Westin Regina Resort | Puerto Vallarta, Mexico | 279 |
| Westin Regina Golf & Beach Resort | San Jose Del Cabo, Mexico | 243 |
| ▲Westin San Luis Potosi | San Luis Potosi, Mexico | 123 |
| Westin Rotterdam | Rotterdam, Netherlands | 231 |
| ▲Westin Caesar Park Hotel | Panama City, Panama | 491 |
| Westin Philippine Plaza | Pasay City, Philippines | 645 |
| Westin Warsaw | Warsaw, Poland | 361 |
| ▲Westin Ocean Villas @ Rio Mar Beach | Rio Grande, Puerto Rico | 94 |

(Continued next page)

▲ Franchised Property

**DEVELOPMENT COMPANIES**—(Continued)

White Lodging Services Corporation, p. 585
Wilson Hotel Management Company, Inc., p. 587
Windsor Hospitality Group, p. 587
Winegardner & Hammons, Inc., p. 588
Winston Hotels, Inc., p. 589
Woodbine Development Corporation (Dallas), p. 589
Woodfin Suite Hotels, LLC, p. 590
Wright Hotels, Inc. p. 590
Wright Investment Properties, Inc., p. 591
Zarco Hotels, Inc., p. 594

**FRANCHISE COMPANIES**

A.H.M.I - RES-HOTEL, p. 1
Accor North America, p. 21
Allen Management. Inc., p. 35
Alliance Hospitality, p. 35
Allied Hotel Properties Inc., p. 36
American Property Management Corporation, p. 38
AmericInn International, LLC, p. 39
Andrews Hospitality, LLC, p. 42
Atlantica Hotels International, p. 46
Auberges Wandlyn Inns, p. 47
Austria Hotels, p. 47
Avista Hotels, Inc., p. 48
Axar Hotels, p. 48
Baymont Inn & Suites, p 49
Belvedere Hotels, Inc., p. 51
BreakFree Resort Apartments, p. 99
Brilyn, Inc., p. 99
Budget Motels, Inc., p. 102
Campbell Motel Properties, Inc., p. 104
Carlson Hospitality Worldwide, p 106
Cendant Corporation, p. 117
Central Group Management, LLC, p. 171
Choice Hotels Canada, Inc., p. 174
Choice Hotels International, Inc., p. 176
Coast Hotels & Resorts Canada, p. 218
Coast Hotels & Resorts USA, p. 219
Coastal Inns, Inc., p. 219
Codev, Inc., p. 220
Columbia Sussex Corporation, p. 220
Concord Enterprises Company Inc., p. 222
Cooper Companies, p. 223
Country Hearth Inns, p. 225
Crown American Hotels, p. 228
Daly Seven, Inc., p. 230
Dan Emmett House Hotel Ltd. Partnership, p. 231
Danubius Hotels Rt., p. 231
DBG Enterprises, Inc., p. 233
Dedeman Hotels & Resorts, p. 234
Dellisart Lodging, p. 234
Delta Hotel Group, L.P., p. 235
Delta Hotels, p. 235
Domina Hotels & Resorts, p. 237
Dunn Hospitality Group, p. 241
Dusit Hotels & Resorts, p. 241
E. J. Del Monte Corporation, p. 242
Executive Hotels & Resorts, p. 247
Expotel Hospitality Services, LLC, p. 248

**FRANCHISE COMPANIES**—(Continued)

Fels Hotel Group, p. 252
Fine Hotels Corp., p. 252
Golden Tulip Hotels, Inns & Resorts, p. 262
Golden Tulip Worldwide B.V., p. 263
Good Hospitality Services, Inc., p. 266
Grand Hotels International - Asia Pacific, p. 267
GuestHouse International Franchise Systems, Inc., p. 269
Gulph Creek Hotels, p. 270
Hampton Inn & Suites SouthPark, p. 272
Harmony Hospitality, Inc., p. 272
Hegg Companies, Inc., p. 274
Hess Hotels Group, p. 276
Highgate Hotels, Inc., p. 278
Hilton Hotels Corporation, p. 278
Home-Towne Suites USA, Inc., p. 305
Hospitality Group, Inc., p. 307
Hospitality International, Inc., p. 308
Hospitality Realty Services, p. 313
Hospitality Specialists (HSi, Inc), p. 313
Hotel Development & Management, Inc., p. 316
Hotelvest, Inc., p. 318
HP Hotel Management Inc., p. 318
IJS Enterprise, LLC, p. 330
IMIC Hotels, p. 331
Indiana Motel Developers, Inc., p. 331
Innisfree Hotels, p. 332
InnSuites Hospitality Trust, p. 335
InterContinental Hotels Group, p. 336
ItalJolly- Compagnia Italiana dei Jolly Hotels S.P.A., p. 387
ITC Hotels, LTD., p. 388
JHM Hotels, p 390
Key West Inns, Inc., p. 396
Kipling Hospitality Enterprise Corporation, p. 397
Kitchin Hospitality LLC, p. 397
Konover Hotel Corporation, p. 398
La Quinta Corporation, p. 399
Lees Inns of America, Inc., p. 403
Legacy Hotels & Resorts International, p. 404
LodgeWorks, p. 406
Lodgian, Inc., p. 407
Maritim Hotelgesellschaft MBH, p. 414
Marriott International, Inc., p. 415
Masters Inns, p. 444
McBride Associates, LLC, p 445
Mercure Hotel, p. 446
Milestone Hospitality International, p. 448
Millennium Management, Inc., p. 450
Montclair Hotel Investors, Inc., p. 453
Morrison Associates Management Services, Inc., p. 454
New Castle Hotels & Resorts, p. 457
Noble Hospitality, Inc., p. 459
Northwest Country Inns, p. 460
Northwest Hospitality Group, LLC, p 460
Oakbrook Hotels, Inc., p. 461
Omni Hotels, p. 465
Outrigger Lodging Services (OLS) p. 467
Pacifica Companies- Pacifica Host Hotels, p. 468
Packard Management Group, p. 469
Pannonia Hotels, p. 470
Park Lodge Hotel Group, p. 471

**MANAGEMENT COMPANIES**—(Continued)

Buffalo Lodging Associates, p. 103
Cal-Vegas Ltd./ Best Value Inn Brand, p. 104
Campbell Motel Properties, Inc., p. 104
Capitol Hotel Group, Inc., p. 105
Cardel Hotels, LC, p. 105
Cardiff Hotels, p. 106
Carlson Hospitality Worldwide, p. 106
Carlton Hospitality Management Group, p. 116
Castle Resorts & Hotels, p. 116
Centennial Hotels Limited, p. 171
Central Group Management, LLC, p. 171
Century Hotel Management Company, p. 172
Century International Hotels, p. 172
Channel Hotels Limited, p. 172
Charlestown Management Hotels, Inc., p. 172
Charming Inns, Inc., p. 173
Charter Hospitality Management, LLC, p. 173
Charter One Hotels & Resorts, Inc., p. 173
Chateau Apt. Properties, p. 173
Chip Hospitality/Chip REIT, p. 173
Chu Management Company, p. 215
Citimark Hospitality, Inc, p. 215
City Hotels, S.A., p. 215
City Inn Limited, p. 215
Classic Hotels and Resorts, p. 216
Coakley & Williams Hotel Management Company, p. 218
Coast Hotels & Resorts Canada, p. 218
Coast Hotels & Resorts USA, p. 219
Coastal Hotel Group, p. 219
Codev, Inc., p. 220
Columbia Sussex Corporation, p. 220
Commercial Management Company, p. 221
Commonwealth Hotels, Inc., p. 221
Concord Enterprises Company Inc., p. 222
Concord Hospitality Enterprises Company, p. 222
Cooper Companies, p. 223
Corcoran Jennison Hospitality Company, p. 223
Corinthia Hotels International, p. 224
Cornerstone Hospitality Group, Inc., p. 224
Cornerstone Real Estate Advisers LLC, p. 224
Courtland-Dane Management Group, Inc, p. 226
Cox Hotels, Inc., p. 226
CP Management Company, p. 226
Creative Hotel Associates, LLC, p. 226
Creel Corporation, p. 227
Crestline Hotels & Resorts, Inc., p. 227
Crown American Hotels, p. 228
Crown Hospitality Group, LLC, p. 229
CSM Lodging, LLC, p. 229
CWB Property Management, Inc., p. 229
Dakota Hospitality Company, p. 230
Dan Hotels Corporation, Ltd., p. 231
Danubius Hotels Rt., p. 231
David Holland's Resort Lodging/Conference Services, p. 232
Davidson Hotel Company, p. 232
Davis-Stewart Hospitality, LLC, p. 233
DBG Enterprises, Inc., p. 233
De Silva Properties, LLC, p. 233
Decatur Hotels, LLC, p. 234
Dedeman Hotels & Resorts, p. 234

**MANAGEMENT COMPANIES**—(Continued)

Dellisart Lodging, p. 234
Delta Hotel Group, L.P., p. 235
Delta Hotels, p. 235
DePalma Hotel Corporation, p. 235
Destination Hotels & Resorts, Inc., p. 236
Diamond Hotels Inc., p. 236
Dimension Development Company, Inc., p. 236
Dimond Hospitality Services, Inc., p. 237
Diplomat Hotels, p. 237
Domina Hotels & Resorts, p. 237
Dora Brothers Hospitality Corporation, p. 237
Douglas Wilson Companies, p. 239
Driftwood Hospitality Management, p. 239
Drury Inns, Inc., p. 240
Dunn Hospitality Group, p. 241
Dusit Hotels & Resorts, p. 241
East West Resorts- Beaver Creek/Vail, p. 242
Eastern Shore Hospitality, LLC, p. 242
Edmonds Motels, Inc., p. 243
Elite Hospitality, Inc., p. 243
Ellis Management Corporation, p. 244
Emerald Hospitality Associates, Inc., p. 244
Endeavor Hospitality Services Group, LLC, p. 244
Enjoy Florida Hotels, p. 244
Erin Hospitality Management, p. 246
Essex Partners Inc., p. 246
ETC Enterprises, Inc., p. 246
Executive Hotels & Resorts, p. 247
Exel Inns of America, Inc., p. 247
Expotel Hospitality Services, LLC, p. 248
Extended StayAmerica Efficiency Studios, p. 248
Fairfield Resorts, p. 248
Fairmont Hotels & Resorts, p. 249
Fels Hotel Group, p. 252
Fine Hotels Corp., p. 252
First Carolina Management, Inc., p. 252
First Hospitality Group, Inc., p. 253
Fisher Hotels Group, Inc., p. 253
Flag International Hotels, p. 254
Flagstone Hospitality Management, LLC, p. 257
Focus Hospitality Services, LLC, p. 257
Forbes Hamilton Management Company, p. 258
Four Seasons Hotels & Resorts, p. 258
Four Sisters Inns, p. 259
Gal-Tex Hotel Corporation, p. 259
Gangelhoff Properties, p. 260
Garf Enterprises, Inc., p. 260
Garlin Hotels Corporation, p. 260
Garot Hospitality, Inc., p. 260
Gateway Hospitality, p. 260
Gems of Barbados, p. 261
General Hotels Corporation, p. 261
GF Management, Inc., p. 261
Gibson Hospitality LLC, p. 262
Golden Tulip Hotels, Inns & Resorts, p. 262
Golf Lodging, LLC, p. 266
Good Hospitality Services, Inc., p. 266
Grace Hospitality Group, p. 266
Grand Hotels & Resorts Internationale, p. 267
Grand Hotels International - Asia Pacific, p. 267

**OWNING COMPANIES**—(Continued)

Apple REIT Companies, p. 43
Arlington Hospitality, Inc., p. 44
Atlas Hotels, Inc., p. 47
Atlific Hotels and Resorts, p. 47
Auberges Wandlyn Inns, p. 47
Austria Hotels, p. 47
Avista Hotels, Inc., p. 48
Axar Hotels, p. 48
B. F. SAUL COMPANY-HOTEL DIVISION, p. 49
B.H.G. Hotels, p. 49
Baymont Inn & Suites, p. 49
Belville Hotel Company, Ltd., p. 51
Belvedere Hotels, Inc., p. 51
Bentley Beach Hotel/Charming Hotels, p. 52
Bermeden, Inc., p. 52
Bijal Sonil, Inc., p. 95
Bissell Hotels, Inc., p. 95
Blair Hotels of Wyoming, p. 95
Boca Raton Resort & Club, p. 96
Boca Resorts, Inc., p. 96
Boyd Gaming Corporation, p. 97
Boykin Lodging Company, p. 97
Boyne USA, p. 98
Bradford Homesuites, p. 98
Brandywine Valley Hospitality, LLC, p. 98
Briggs Hospitality, p. 99
Brilyn, Inc., p. 99
Brothers Property Corporation, p. 100
Broughton Hospitality Group, p. 100
Brown County Hotels, p. 100
Brown Motel Investments, Inc., p. 100
Brutger Equities, Inc., p. 100
Budget Motels, Inc., p. 102
Budget, Inc., p. 102
Caesars Entertainment, Inc., p. 103
Cal-Vegas Ltd./ Best Value Inn Brand, p. 104
Calpac Inc., p. 104
Campbell Motel Properties, Inc., p. 104
Capital Circle Hotel Company, p. 104
Capital Hospitality Corporation, p. 104
Capital Hotel Management, LLC, p. 105
Capitol Hotel Group, Inc., p. 105
Capitol Realty One, LLC, p. 105
Cardel Hotels, LC, p. 105
Carlstead Hotel Management, p. 116
Castle & Cooke Resorts, LLC, p. 116
Centennial Hotels Limited, p. 171
Central Group Management, LLC, p. 171
Champion Road Properties, Inc., p. 172
Channel Hotels Limited, p. 172
Charter One Hotels & Resorts, Inc., p. 173
Chateau Apt. Properties, p. 173
Chip Hospitality/Chip REIT, p. 173
Chu Management Company, p. 215
City Hotels, S.A., p. 215
City Inn Limited, p. 215
Classic Campus Inns, Ltd., p. 216
Classic Hotels and Resorts, p. 216
Classic Hotels of Connecticut, p. 216
Coachman Inns of America, p. 218

**OWNING COMPANIES**—(Continued)

Coast Hotels & Resorts Canada, p. 218
Coast Hotels & Resorts USA, p. 219
Colonial Holdings Corporation, p. 220
Columbia Sussex Corporation, p. 220
Columbus Hotel Properties, LLC, p. 221
Commercial Management Company, p. 221
Commonwealth Hotels dba Hampshire House Hotel, LLC, p. 221
Commonwealth Hotels, Inc., p. 221
Concord Enterprises Company Inc., p. 222
Concord Hospitality Enterprises Company, p. 222
Connor/Jacobson Hotels, p. 223
Continental Inns of America, p. 223
Cooper Companies, p. 223
Corcoran Jennison Hospitality Company, p. 223
Corinthia Hotels International, p. 224
Country Inn & Suites- SLC South Towne, p. 225
Cox Hotels, Inc., p. 226
CP Management Company, p. 226
Creative Hotel Associates, LLC, p. 226
Creel Corporation, p. 227
Crestline Hotels & Resorts, Inc., p. 227
Crow Holdings, p. 228
Crown American Hotels, p. 228
Crown Hospitality Group, LLC, p. 229
CSM Lodging, LLC, p. 229
D & D Realty, Inc., p. 230
D.R.D. Hotel Corp., p. 230
Daly Seven, Inc., p. 230
Dan Emmett House Hotel Ltd. Partnership, p. 231
Dan Hotels Corporation, Ltd., p. 231
Danubius Hotels Rt., p. 231
Davis Bros. Incorporated, p. 233
Days Inn, Inc., p. 233
DBG Enterprises, Inc., p. 233
De Silva Properties, LLC, p. 233
Decatur Hotels, LLC, p. 234
Dedeman Hotels & Resorts, p. 234
Dellisart Lodging, p. 234
Delta Hotel Group, L.P., p. 235
Diamond Hotels Inc., p. 236
Diplomat Hotels, p. 237
Domina Hotels & Resorts, p. 237
Dora Brothers Hospitality Corporation, p. 237
Dorint Aktiengelischaft, p. 238
Drury Inns, Inc., p. 240
Dunn Hospitality Group, p. 241
Dusit Hotels & Resorts, p. 241
Duxton Hotels International, p. 242
E. J. Del Monte Corporation, p. 242
Eastern Motor Inns, Inc., p. 242
Eastern Shore Hospitality, LLC, p. 242
Eastupland Associates, p. 242
Edmonds Motels, Inc., p. 243
Electra Group of Hotels, p. 243
Elite Hospitality, Inc., p. 243
Emerald Hospitality Associates, Inc., p. 244
Essex Partners Inc., p. 246
Estwin Corporation, p. 246
Exel Inns of America, Inc., p. 247

**The following is a list of companies in order of total number of rooms indicated in the directory.**

| | Company Name | Rooms | Properties |
|---|---|---|---|
| 1. | InterContinental Hotels Group | 553,521 | 3660 |
| 2. | Cendant Corporation | 527,697 | 6632 |
| 3. | Marriott International, Inc. | 492,840 | 2738 |
| 4. | Choice Hotels International, Inc. | 392,196 | 4740 |
| 5. | Hilton Hotels Corporation | 370,676 | 2231 |
| 6. | Best Western International, Inc. | 307,243 | 4011 |
| 7. | Starwood Hotels & Resorts Worldwide, Inc. | 227,772 | 734 |
| 8. | Accor International | 207,713 | 1680 |
| 9. | Carlson Hospitality Worldwide | 153,334 | 934 |
| 10. | Accor North America | 139,542 | 1282 |
| 11. | Supranational Hotels | 93,867 | 707 |
| 12. | HVM L.L.C. | 68,019 | 613 |
| 13. | La Quinta Corporation | 63,375 | 572 |
| 14. | Hyatt Hotels Corporation | 62,579 | 130 |
| 15. | Novotel Hotel Division | 56,097 | 346 |
| 16. | Host Marriott | 55,993 | 111 |
| 17. | Interstate Hotels & Resorts | 54,679 | 242 |
| 18. | iStar Financial | 41,565 | 138 |
| 19. | FelCor Lodging Trust Incorporated | 40,784 | 150 |
| 20. | Extended StayAmerica Efficiency Studios | 40,420 | 453 |
| 21. | Wyndham International, Inc. | 39,024 | 149 |
| 22. | Hospitality Properties Trust | 37,014 | 273 |
| 23. | U.S. Franchise Systems, Inc. | 36,712 | 474 |
| 24. | Historic Hotels of America | 35,457 | 201 |
| 25. | Rezidor SAS Hospitality | 34,363 | 164 |
| 26. | Mercure Hotel | 34,314 | 535 |
| 27. | A.H.M.I. - RES-HOTEL | 34,308 | 178 |
| 28. | Prime Hospitality Corporation | 33,584 | 256 |
| 29. | CNL Hotels & Resorts, Inc. | 32,459 | 134 |
| 30. | Hyatt International Corporation | 32,443 | 92 |
| 31. | Golden Tulip Worldwide B.V. | 28,786 | 258 |
| 32. | Prince Hotels, Inc. | 28,067 | 78 |
| 33. | MeriStar Hospitality Corporation | 26,245 | 103 |
| 34. | Tharaldson Lodging | 25,256 | 345 |
| 35. | Oakwood Worldwide | 25,168 | 84 |
| 36. | Preferred Hotels & Resorts Worldwide, Inc. | 24,837 | 120 |
| 37. | Caesars Entertainment, Inc. | 24,533 | 18 |
| 38. | Millennium & Copthorne Hotels PLC | 24,068 | 88 |
| 39. | Choice Hotels Canada, Inc. | 22,777 | 271 |
| 40. | Shangri-La Hotels & Resorts | 21,905 | 45 |
| 41. | Fairmont Hotels & Resorts | 21,625 | 44 |
| 42. | Flag International Hotels | 21,078 | 408 |
| 43. | Mandalay Resort Group | 20,406 | 7 |
| 44. | Baymont Inn & Suites | 18,485 | 193 |
| 45. | The Ritz-Carlton Hotel Company | 18,333 | 58 |
| 46. | Columbia Sussex Corporation | 18,321 | 60 |
| 47. | MGM Mirage | 17,787 | 6 |
| 48. | Ocean Hospitalities, Inc. | 17,315 | 110 |
| 49. | Dorint Aktiengellschaft | 16,780 | 108 |
| 50. | Sol Melia | 16,430 | 99 |
| 51. | Small Luxury Hotels of the World | 16,260 | 309 |
| 52. | Lodgian, Inc. | 15,857 | 85 |
| 53. | Royal Host | 15,668 | 176 |
| 54. | Best Value Inn Hotel Group | 15,246 | 272 |
| 55. | Four Seasons Hotels & Resorts | 15,073 | 60 |
| 56. | Intown Suites | 15,037 | 121 |
| 57. | Sunstone Hotel Investors, Inc. | 14,817 | 63 |
| 58. | Omni Hotels | 14,710 | 40 |
| 59. | John Q. Hammons Hotels, Inc. | 14,535 | 60 |
| 60. | Southern Sun Hotels | 13,708 | 82 |
| 61. | ANA Hotels International | 13,125 | 41 |
| 62. | Equity Inns | 12,942 | 104 |
| 63. | Apple REIT Companies | 12,764 | 103 |
| 64. | Hospitality International, Inc. | 12,687 | 259 |
| 65. | Drury Inns, Inc. | 12,544 | 96 |
| 66. | Harrah's Entertainment, Inc. | 12,181 | 21 |
| 67. | Atlantica Hotels International | 11,979 | 71 |
| 68. | White Lodging Services Corporation | 11,797 | 88 |
| 69. | Janus Hotels & Resorts, Inc. | 11,727 | 69 |
| 70. | WestCoast Hospitality Corporation | 11,267 | 65 |
| 71. | Fiesta Hotels & Resorts | 10,964 | 39 |
| 72. | Delta Hotels | 10,907 | 38 |
| 73. | Outrigger Enterprises, Inc. | 10,756 | 43 |
| 74. | Legacy Hotels Real Estate Investment Trust | 10,740 | 24 |
| 75. | Thistle Hotels | 10,734 | 56 |
| 76. | Maritim Hotelgesellschaft MBH | 10,536 | 39 |
| 77. | Crestline Hotels & Resorts, Inc. | 10,390 | 45 |
| 78. | AmericInn International, LLC | 10,254 | 194 |
| 79. | Raffles Holdings | 10,248 | 30 |
| 80. | Cornerstone Hospitality Group, Inc. | 10,003 | 32 |
| 81. | Cornerstone Real Estate Advisers LLC | 10,003 | 32 |
| 82. | Remington Hotel Corporation | 9,499 | 46 |
| 83. | Danubius Hotels Rt. | 9,471 | 70 |
| 84. | Pan Pacific Hotels and Resorts | 9,411 | 24 |
| 85. | Treff Hotels | 9,279 | 67 |
| 86. | Ringhotels E.V | 9,049 | 154 |
| 87. | Grupo de Turismo Gaviota S.A. | 9,010 | 34 |
| 88. | Suburban Franchise Systems, Inc. | 8,857 | 66 |
| 89. | Kempinski Hotels & Resorts | 8,470 | 41 |
| 90. | Innkeepers USA Trust | 8,311 | 67 |
| 91. | Sage Hospitality Resources, LLC | 8,265 | 57 |
| 92. | Jurys Doyle Hotel Group PLC | 8,249 | 37 |
| 93. | Boykin Management Company | 8,204 | 29 |
| 94. | RFS Hotel Investors, Inc. | 8,190 | 57 |
| 95. | Kitchin Hospitality LLC | 8,186 | 125 |
| 96. | Protea Hotels | 8,105 | 105 |
| 97. | GF Management, Inc. | 8,104 | 37 |
| 98. | Flagstone Hospitality Management, LLC | 8,103 | 55 |
| 99. | Winston Hotels, Inc. | 8,065 | 56 |
| 100. | Movenpick Hotels & Resorts Management AG | 7,869 | 41 |
| 101. | Loews Hotels | 7,845 | 19 |
| 102. | Tishman Hotel Corporation | 7,779 | 14 |
| 103. | AFM Hospitality Corporation | 7,747 | 89 |
| 104. | Realstar Hotel Services Corp. | 7,693 | 85 |
| 105. | Mandarin Oriental Hotel Group | 7,626 | 23 |
| 106. | Chip Hospitality/Chip REIT | 7,620 | 34 |
| 107. | Innkeepers Hospitality | 7,520 | 58 |
| 108. | Crow Holdings | 7,428 | 27 |
| 109. | Okura Hotels & Resorts | 7,399 | 24 |
| 110. | ItalJolly- Compagnia Italiana dei Jolly Hotels S.P.A. | 7,299 | 44 |
| 111. | Swissotel Hotels & Resorts | 7,254 | 23 |
| 112. | Boykin Lodging Company | 7,209 | 24 |
| 113. | Winegardner & Hammons, Inc. | 7,195 | 30 |
| 114. | Wingate Inn | 7,195 | 30 |
| 115. | Thayer Lodging Group, Inc. | 7,[illegible]14 | 21 |
| 116. | Golden Tulip Hotels, Inns & Resorts | 7,019 | 45 |
| 117. | Adam's Mark Hotels & Resorts | 6,962 | 8 |
| 118. | Blue Tree Hotels | 6,942 | 32 |
| 119. | Kimpton Hotel & Restaurant Group, Inc. | 6,940 | 37 |
| 120. | Destination Hotels & Resorts, Inc. | 6,902 | 35 |
| 121. | Steigenberger Hotels & Resorts | 6,630 | 42 |
| 122. | American Property Management Corporation | 6,577 | 33 |
| 123. | Concord Hospitality Enterprises Company | 6,542 | 51 |
| 124. | Swiss International Hotels & Resorts | 6,527 | 60 |
| 125. | Prism Hotels | 6,397 | 35 |
| 126. | Restel Hotel Group | 6,340 | 40 |
| 127. | Boyd Gaming Corporation | 6,177 | 11 |
| 128. | MOA Hospitality, Inc. | 6,168 | 75 |
| 129. | Gaylord Hotels | 6,101 | 4 |

**The following is a list of companies in order of total number of properties indicated in the directory.**

| | Company Name | Properties | Rooms |
|---|---|---|---|
| 1. | Cendant Corporation | 6,632 | 527,697 |
| 2. | Choice Hotels International, Inc. | 4,740 | 392,196 |
| 3. | Best Western International, Inc. | 4,011 | 307,243 |
| 4. | InterContinental Hotels Group | 3,660 | 553,521 |
| 5. | Marriott International, Inc. | 2,738 | 492,840 |
| 6. | Hilton Hotels Corporation | 2,231 | 370,676 |
| 7. | Accor International | 1,680 | 207,713 |
| 8. | Accor North America | 1,282 | 139,542 |
| 9. | Vantis International Corporation | 1,102 | 4,206 |
| 10. | Carlson Hospitality Worldwide | 934 | 153,334 |
| 11. | Starwood Hotels & Resorts Worldwide, Inc. | 734 | 227,772 |
| 12. | Supranational Hotels | 707 | 93,867 |
| 13. | HVM L.L.C. | 613 | 68,019 |
| 14. | La Quinta Corporation | 572 | 63,375 |
| 15. | Mercure Hotel | 535 | 34,314 |
| 16. | U.S. Franchise Systems, Inc. | 474 | 36,712 |
| 17. | Extended StayAmerica Efficiency Studios | 453 | 40,420 |
| 18. | Flag International Hotels | 408 | 21,078 |
| 19. | Novotel Hotel Division | 346 | 56,097 |
| 20. | Tharaldson Lodging | 345 | 25,256 |
| 21. | Small Luxury Hotels of the World | 309 | 16,260 |
| 22. | Hospitality Properties Trust | 273 | 37,014 |
| 23. | Best Value Inn Hotel Group | 272 | 15,246 |
| 24. | Choice Hotels Canada, Inc. | 271 | 22,777 |
| 25. | Hospitality International, Inc | 259 | 12,687 |
| 26. | Golden Tulip Worldwide B.V. | 258 | 28,786 |
| 27. | Prime Hospitality Corporation | 256 | 33,584 |
| 28. | Interstate Hotels & Resorts | 242 | 54,679 |
| 29. | Historic Hotels of America | 201 | 35,457 |
| 30. | AmericInn International, LLC | 194 | 10,254 |
| 31. | Baymont Inn & Suites | 193 | 18,485 |
| 32. | A.H.M.I - RES-HOTEL | 178 | 34,308 |
| 33. | Royal Host | 176 | 15,668 |
| 34. | Rezidor SAS Hospitality | 164 | 34,363 |
| 35. | Budget Host International | 157 | 5,642 |
| 36. | Ringhotels E.V. | 154 | 9,049 |
| 37. | FelCor Lodging Trust Incorporated | 150 | 40,784 |
| 38. | Wyndham International, Inc. | 149 | 39,024 |
| 39. | iStar Financial | 138 | 41,565 |
| 40. | CNL Hotels & Resorts, Inc | 134 | 32,459 |
| 41. | Hyatt Hotels Corporation | 130 | 62,579 |
| 42. | Kitchin Hospitality LLC | 125 | 8,186 |
| 43. | Intown Suites | 121 | 15,037 |
| 44. | Preferred Hotels & Resorts Worldwide, Inc | 120 | 24,837 |
| 45. | Host Marriott | 111 | 55,993 |
| 46. | Ocean Hospitalities, Inc | 110 | 17,315 |
| 47. | Dorint Aktiengellschaft | 108 | 16,780 |
| 48. | Protea Hotels | 105 | 8,105 |
| 49. | Equity Inns | 104 | 12,942 |
| 50. | Apple REIT Companies | 103 | 12,764 |
| 51. | Minotel Suisse | 103 | 3,137 |
| 52. | MeriStar Hospitality Corporation | 103 | 26,245 |
| 53. | Jameson Inns | 102 | 5,592 |
| 54. | Sol Melia | 99 | 16,430 |
| 55. | Drury Inns, Inc. | 96 | 12,544 |
| 56. | Hyatt International Corporation | 92 | 32,443 |
| 57. | AFM Hospitality Corporation | 89 | 7,747 |
| 58. | Millennium & Copthorne Hotels PLC | 88 | 24,068 |
| 59. | Hostel Booking Center-SRM | 88 | 2,225 |
| 60. | White Lodging Services Corporation | 88 | 11,797 |
| 61. | Lodgian, Inc. | 85 | 15,857 |
| 62. | Realstar Hotel Services Corp. | 85 | 7,693 |
| 63. | Oakwood Worldwide | 84 | 25,168 |
| 64. | Southern Sun Hotels | 82 | 13,708 |
| 65. | Prince Hotels, Inc. | 78 | 28,067 |
| 66. | MOA Hospitality, Inc. | 75 | 6,168 |
| 67. | Fairfield Resorts | 73 | 0 |
| 68. | Atlantica Hotels International | 71 | 11,979 |
| 69. | Danubius Hotels Rt | 70 | 9,471 |
| 70. | Humphrey Hospitality Trust, Inc. | 69 | 4,727 |
| 71. | Janus Hotels & Resorts, Inc | 69 | 11,727 |
| 72. | GuestHouse International Franchise Systems, Inc. | 69 | 5,102 |
| 73. | Treff Hotels | 67 | 9,279 |
| 74. | Innkeepers USA Trust | 67 | 8,311 |
| 75. | Suburban Franchise Systems, Inc | 66 | 8,857 |
| 76. | WestCoast Hospitality Corporation | 65 | 11,267 |
| 77. | Sunstone Hotel Investors, Inc. | 63 | 14,817 |
| 78. | Country Hearth Inns | 61 | 3,779 |
| 79. | Columbia Sussex Corporation | 60 | 18,321 |
| 80. | John Q. Hammons Hotels, Inc. | 60 | 14,535 |
| 81. | Four Seasons Hotels & Resorts | 60 | 15,073 |
| 82. | Swiss International Hotels & Resorts | 60 | 6,527 |
| 83. | The Ritz-Carlton Hotel Company | 58 | 18,333 |
| 84. | Innkeepers Hospitality | 58 | 7,520 |
| 85. | RFS Hotel Investors, Inc | 57 | 8,190 |
| 86. | ITC Hotels, LTD. | 57 | 5,073 |
| 87. | Sage Hospitality Resources, LLC | 57 | 8,265 |
| 88. | Thistle Hotels | 56 | 10,734 |
| 89. | Winston Hotels, Inc | 56 | 8,065 |
| 90. | Flagstone Hospitality Management, LLC | 55 | 8,103 |
| 91. | The Summit Group, Inc | 52 | 4,241 |
| 92. | Arlington Hospitality, Inc. | 51 | 3,670 |
| 93. | Concord Hospitality Enterprises Company | 51 | 6,542 |
| 94. | Remington Hotel Corporation | 46 | 9,499 |
| 95. | Crestline Hotels & Resorts, Inc | 45 | 10,390 |
| 96. | Golden Tulip Hotels, Inns & Resorts | 45 | 7,019 |
| 97. | Shangri-La Hotels & Resorts | 45 | 21,905 |
| 98. | ItalJolly- Compagnia Italiana dei Jolly Hotels S.P.A. | 44 | 7,299 |
| 99. | Fairmont Hotels & Resorts | 44 | 21,625 |
| 100. | Concord Enterprises Company Inc | 43 | 5,442 |
| 101. | Shilo Management Corporation | 43 | 4,731 |
| 102. | Vista Host, Inc. | 42 | 4,903 |
| 103. | Alliance Hospitality Managemnt LLC | 42 | 5,844 |
| 104. | Outrigger Enterprises, Inc. | 42 | 10,756 |
| 105. | Steigenberger Hotels & Resorts | 42 | 6,630 |
| 106. | Ampak Group | 41 | 5,828 |
| 107. | ANA Hotels International | 41 | 13,125 |
| 108. | Kempinski Hotels & Resorts | 41 | 8,470 |
| 109. | Movenpick Hotels & Resorts Management AG | 41 | 7,869 |
| 110. | Vagabond Franchise System, Inc. | 41 | 3,256 |
| 111. | Restel Hotel Group | 40 | 6,340 |
| 112. | Omni Hotels | 40 | 14,710 |
| 113. | Domina Hotels & Resorts | 39 | 5,218 |
| 114. | Maritim Hotelgesellschaft MBH | 39 | 10,536 |
| 115. | Fiesta Hotels & Resorts | 39 | 10,964 |
| 116. | McKibbon Hotel Management, Inc. | 39 | 3,948 |
| 117. | Delta Hotels | 38 | 10,907 |
| 118. | Kimpton Hotel & Restaurant Group, Inc | 37 | 6,940 |
| 119. | Jurys Doyle Hotel Group PLC | 37 | 8,249 |
| 120. | GF Management, Inc. | 37 | 8,104 |
| 121. | LodgeWorks | 36 | 4,346 |
| 122. | Daly Seven, Inc. | 35 | 3,400 |
| 123. | Destination Hotels & Resorts, Inc. | 35 | 6,902 |
| 124. | Aston Hotels & Resorts | 35 | 6,007 |
| 125. | HHC, LLC | 35 | 3,996 |
| 126. | Prism Hotels | 35 | 6,397 |
| 127. | CSM Lodging, LLC | 34 | 4,781 |
| 128. | BreakFree Resort Apartments | 34 | 2,658 |
| 129. | Chip Hospitality/Chip REIT | 34 | 7,620 |

## Canada

Accor Inns, p. 3
Accor North America, p. 21
Allied Hotel Properties Inc., p. 36
American Motels Acquisition Company, p. 38
Aston Hotels & Resorts, p. 45
Atlific Hotels and Resorts, p. 47
Best Value Inn Hotel Group, p. 52
Best Western International, Inc., p. 55
Buena Vista Hospitality Group, p. 103
Caesars Entertainment, Inc., p. 103
Carlson Hospitality Worldwide, p. 106
Cendant Corporation, p. 117
Chip Hospitality/Chip REIT, p. 173
CNL Hotels & Resorts, Inc., p. 216
Coastal Inns, Inc., p. 219
Columbia Sussex Corporation, p. 220
Concord Enterprises Company Inc., p. 222
Cornerstone Real Estate Advisers LLC, p. 224
Crow Holdings, p. 228
Delta Hotels, p. 235
Diamond Hotels Inc., p. 236
Executive Hotels & Resorts, p. 247
Fairmont Hotels & Resorts, p. 249
FelCor Lodging Trust Incorporated, p. 250
Four Seasons Hotels & Resorts, p. 258
Glacier National Park Hotels, p. 262
Golden Tulip Worldwide B.V., p. 263
Gordon Hotels & Motor Inns Ltd., p. 266
Grand Hotels & Resorts Internationale, p. 267
Highgate Hotels, Inc., p. 278
Hilton Hotels Corporation, p. 278
Historic Hotels of America, p. 302
Hospitality International, Inc., p. 308
Hyatt Hotels Corporation, p. 328
InterContinental Hotels Group, p. 336
Interstate Hotels & Resorts, p. 382
Keddy's Hotels and Inns, p. 393
Kimpton Hotel & Restaurant Group, Inc., p. 396
La Quinta Corporation, p. 399
Langham Hotels International, p. 401
Legacy Hotels Real Estate Investment Trust, p. 404
Maritime Inns & Resorts, p. 414
Marriott International, Inc., p. 415
Metropolitan Hotels, p. 447
New Castle Hotels & Resorts, p. 457
Northwest Country Inns, p. 460
Ocean Hospitalities, Inc., p. 463
Omni Hotels, p. 465
Pan Pacific Hotels and Resorts, p. 469
Preferred Hotels & Resorts Worldwide, Inc., p. 476
Prime Hospitality Corporation, p. 479
Prince Hotels, Inc., p. 482
Realstar Hotel Services Corp., p. 488
Rodd Hotels & Resorts, p. 498
Royal Host, p. 499
Sandman Hotels, Inns & Suites, p. 503
Shell Hospitality, Inc., p. 509
Small Luxury Hotels of the World, p. 512
Someplace(s) Different, p. 516
Starwood Hotels & Resorts Worldwide, Inc., p. 522
The Sutton Place Grande Hotels Group, p. 554
U.S. Franchise Systems, Inc., p. 562

## Canada—(Continued)

U.S. Franchise Systems, Inc., p. 562
Urgo Hotels, p. 569
Vantis International Corporation, p. 571
Westmark Hotels, p. 584
Wyndham International, Inc., p. 591

## Cayman Islands

Choice Hotels International Inc., p. 176
Columbia Sussex Corporation, p. 220
Hyatt Hotels Corporation, p. 328
Marriott International, Inc., p. 415
Prism Hotels, p. 483
Starwood Hotels & Resorts Worldwide, Inc., p. 522
Wyndham International, Inc., p. 591

## Chad

Accor International, p. 3

## Chile

A.H.M.I - RES-HOTEL, p. 1
Best Western International, Inc., p. 55
Carlson Hospitality Worldwide, p. 106
Carlson Hospitality Worldwide, p. 106
Choice Hotels International, Inc., p. 176
Golden Tulip Worldwide B.V., p. 263
Hyatt International Corporation, p. 329
InterContinental Hotels Group, p. 336
Marriott International, Inc., p. 415
Marriott International, Inc., p. 415
Small Luxury Hotels of the World, p. 512
Starwood Hotels & Resorts Worldwide, Inc., p. 522
Supranational Hotels, p. 538
Vantis International Corporation, p. 571

## China

Accor International, p. 3
ANA Hotels International, p. 42
Carlson Hospitality Worldwide, p. 106
Cendant Corporation, p. 117
Cendant Corporation, p. 117
Choice Hotels International, Inc., p. 176
Four Seasons Hotels & Resorts, p. 258
Hilton Hotels Corporation, p. 278
Hyatt International Corporation, p. 329
InterContinental Hotels Group, p. 336
Kempinski Hotels & Resorts, p. 394
Langham Hotels International, p. 401
Mandarin Oriental Hotel Group, p. 412
Marriott International, Inc., p. 415
Millennium & Copthorne Hotels PLC, p. 449
Oakwood Worldwide, p. 462
Okura Hotels & Resorts, p. 464
Pan Pacific Hotels and Resorts, p. 469
Park Lane Hotels International, p. 471
Prince Hotels, Inc., p. 482
Raffles Holdings, p. 487
Rezidor SAS Hospitality, p. 492

**TownePlace Suites**—(Continued)

CNL Hotels & Resorts, Inc., p. 216
CSM Lodging, LLC, p. 229
First Hospitality Group, Inc., p. 253
Flagstone Hospitality Management, LLC, p. 257
Hospitality Properties Trust, p. 311
Hospitality Specialists (HSI, Inc). p. 313
Innkeepers USA Trust, p. 333
Larry Blumberg & Associates, Inc., p. 402
LTD Management Company, LLC, p. 410
Marriott International, Inc., p. 415
McKibbon Hotel Management, Inc., p. 445
Musselman Hotels, p. 456
RFS Hotel Investors, Inc., p. 494
Sage Hospitality Resources, LLC, p. 502
Sivica Hospitality, p. 511
SREE Hotels, LLC, p. 520
Tharaldson Lodging, p. 545
The Summit Group, Inc., p. 553
Thompson Hospitality, p. 555
Vista Host, Inc., p. 580

**Traders Hotel**

Shangri-La Hotels & Resorts, p. 507

**Travelers Inn**

H. I. Development Corp., p. 271

**Travelodge**

Akshar Management, Inc., p. 33
Alfa Hoteliers, Inc., p. 34
All Florida Hospitality Management, Inc., p. 34
Carlton Hospitality Management Group, p. 116
Cendant Corporation, p. 117
Colonial Holdings Corporation, p. 220
Harmony Hospitality, Inc., p. 272
Heartland Hotel Corporation, p. 274
Janus Hotels & Resorts, Inc., p. 389
Marshall Management, Inc., p. 443
MOA Hospitality, Inc., p. 452
Ocean Hospitalities, Inc., p. 463
Preferred Hotel Management Corporation, p. 475
Preferred Lodging Systems, Inc., p. 477
Professional Hospitality Resources, Inc., p. 483
Professional Hospitality, LLC, p. 484
Royal Host, p. 499
Shar Con Hotel Management & Development Company, p. 508
Sterling Hotels & Resorts, Inc., p. 530
TravelCenters of America, Inc., p. 559
Westmont Hospitality Group, p. 585

**Trident Hotels**

The Oberoi Group, p. 562

**TRYP Hotels & Resorts**

Sol Melia, p. 515

**Tulip Inn Hotel**

A.H.M.I - RES-HOTEL, p. 1
Golden Tulip Hotels, Inns & Resorts, p. 262
Golden Tulip Worldwide B.V., p. 263
Hostel Booking Center-SRM, p. 315
Linchris Hotel Corporation, p. 405
Vantis International Corporation, p. 571

**Vagabond Inn**

Vagabond Franchise System, Inc., p. 570
Vista Inns Management Company, p. 581

**Val-U Inn**

Hemstreet Development Corporation, p. 275

**Venture Inn**

Venture Inns of America, Inc., p. 580

**Villager Lodge**

AFM Hospitality Corporation, p. 32
Cendant Corporation, p. 117
Preferred Lodging Systems, Inc., p. 477

**Villager Premier**

AFM Hospitality Corporation, p. 32

**W Hotels**

Starwood Hotels & Resorts Worldwide, Inc., p. 522

**Wellesley Inn**

Prime Hospitality Corporation, p. 479
Sterling Hotels & Resorts, Inc., p. 530

**Wellesley Inn & Suites**

Ampak Group, p. 41
Prime Hospitality Corporation, p. 479

**Westcoast**

WestCoast Hospitality Corporation, p. 583

**Westin**

A.H.M.I - RES-HOTEL, p. 1
Columbia Sussex Corporation, p. 220
FelCor Lodging Trust Incorporated, p. 250
HEI Hospitality, LLC, p. 275
Historic Hotels of America, p. 302
Host Marriott, p. 314
Interstate Hotels & Resorts, p. 382
iStar Financial, p. 386

COMMEMORATIVE 71ST EDITION

# 2002 DIRECTORY OF HOTEL & LODGING COMPANIES

*Published by the*
**American Hotel Association Directory Corporation**
*Established in 1886*

*Under the auspices of the*
**American Hotel & Lodging Association**
*Established in 1910*

**Jessica Lytle**
***Publisher-Editor***

## KEY TO LISTINGS

CHA - Certified Hotel Administrator
CEOE - Certified Engineering Operation Executive
CFBE - Certified Food and Beverage Executive
CHHE - Certified Hospitality Housekeeping Executive
CRDE - Certified Room Division Executive
CHRE - Certified Human Resources Executive
CHSP - Certified Hospitalty Sales Professional
CHS - Certified Hospitality Supervisor
CLM - Certified Lodging Manager
(S) - Open Summer Season Only
(W) - Open Winter Season Only
● - AH&LA Member
▲ - Franchised Property

**© 2002 by the American Hotel Association Directory Corporation**
1201 New York Avenue, NW, #600 • Washington, DC 20005-3931
Telephone: (202) 289-3142 (editorial) • Fax: (202) 289-3158 (editorial)
Telephone: (301) 705-7455 (sales) • Fax: (301) 843-0159 (sales)
E-mail: directory@ahla.com • Web site: www.ahla.com

...ted in this section indicated their company type: Management, Franchising, Owning, Referral, Developing, ...or Real Estate Investment Trust. Please note that some companies did not indicate their type of business ...ted in the directory.

## MANAGEMENT COMPANIES

...nts & Management Company
...ity Corporation
...ement, Inc.
...ment Group
...nternational
...s, Inc.
... Clubs & Resorts
... Hotels
...tions Management Corporation
... Division
... America Corporation
...erties, Inc.
...agement & Investment Company
...agement, Inc.
...elopment Corporation
...ospitality Management, Inc.
...ernational
...ra, Inc.
...agement, Inc.
...ospitality, Inc.
... Properties, Inc.
... Group
...s and Resorts
... Management LLC
...otel.com
... Executive Management, Inc.
... Hospitality Management Company
...ospitality Services Corporation
... Hotel Management, Inc.
... Hotel Motel Investments, Inc.
... International Hotel Corporation
... Liberty Hospitality, Inc.
... Property Management Corporation
... Group
... Sheraton Hotels
... Hospitality Group, LLC
... Lodging Company
...agement Group, Inc.
...agement and Marketing, Inc.
...tel Company, Inc.
...tels & Resorts
... Hotels International
...otels and Resorts
... Wandlyn Inns
...rend Hotels & Resorts
... Management
...agement, Inc.
... Group
...corporated
... Company-Hotel Division
...agement Group, Inc.
...men Hospitality Management, Inc.
...otels & Resorts

## MANAGEMENT COMPANIES—(Continued)

Bay Hospitality, Inc.
Baymont Inn & Suites
Bear Paw Management, Inc.
Belvedere Hotels, Inc.
Benchmark Hospitality
Berkeley Hotels Management, Inc.
Blissful Enterprises
Blue Tree Hotels
Bond Hotels
Boutique Hotel Group
Boyd Gaming Corporation
Boykin Hospitality
Boyle Hotels
Bridge Enterprises
Bridgestreet Accommodations, Inc.
Brilyn, Inc.
Brown County Hotels
Brutger Equities, Inc.
Buckhead America Corporation
Buena Vista Hospitality Group
Buggsi Hospitality Group, LLC
C. E. Brooks Management Company
CP Management Company
CSM Lodging, LLC
CWB Property Management, Inc.
Cal-Vegas Ltd.
Candlewood Hotel Company, Inc.
Capital Hotel Management, LLC
Cardiff Hotels
Carin Hotels Limited
Carlton Hospitality Management Group
Carnival Resorts & Casinos
Castle Resorts & Hotels
Central Group Management Company
Century Hotel Management Company
Century International Hotels
Channel Hotels Limited
Charlestown Management Hotels, Inc.
Charming Inns, Inc.
Charter Hospitality Management, LLC
Charter One Hotels & Resorts, Inc.
Chip Hospitality/Chip REIT
Chu Management Company
City Hotels, S.A.
Cityhotels
Classic Hotels and Resorts
Club Mediterranee SA
Coakley & Williams Hotel Management Company
Coast Hotels & Resorts
Coastal Hotel Group
Codev, Inc.
Columbia Hotel Management, LLC
Columbia Sussex Corporation
Columbus Hotel Properties, LLC

COMPANY LISTINGS

**MANAGEMENT COMPANIES**—(Continued)

Professional Hotel Management, Inc.
Promise Management, Inc.
Protea Hotels
Providence Hospitality Partners
Provident Management Corporation
Quorum Hotels and Resorts
R & R Hotel Group
R. A. Rauch & Associates
RDS Corporation
RHW Companies
RJ & Associates, LLC
Radelow/Gittins Real Property Management Corp.
Radhakrishna, Inc.
Radisson Hotels International Latin America, Inc.
Radisson SAS Hotels Worldwide
Raffles Holdings
Raphael Hotel Group
Raybach Management, Inc.
Raymond Management Company, Inc.
Red Rock Resorts, Inc.
Regal Hotels International
Regency Hotel Management
Remington Hotel Corporation
Renaissance Hotels and Resorts
Residence Inn by Marriott
Resort Group, LLC
Resort Motels, Inc.
Resortquest International
Restel Hotel Group
Rey Hotels Chain
Richfield Hospitality Services, Inc.
Ridge Management, Ltd.
Ridgewood Hotels, Inc.
Rihga Royal Hotels & Associate Hotels
Rimco Properties
Ringhotels
Rochester Hospitality Company
Rockfield Management, Inc.
Rockgate Management Company, Inc.
Rocky Mountain Inns
Rocky Mountain Management & Development, LLC
Rosewood Hotels & Resorts, LLC
Royal Host
Royal Hotels International, Inc.
Rydges Hotels & Resorts
S & W Management Corporation
SJB Management, Inc.
SREE Hospitality Group
Sachs Management Corp.
Safir International Hotel Management
Sage Hospitality Resources, LLC
Sage Hotels & Lodges
Sai Management Company
Sand Companies, Inc.
Saunders Hotel Group
Scanticon International, Inc.
Scotto Brothers Enterprises
Sea Wake Resorts, Inc.
Sedona Resort Management
Select Hotel Management, Inc.

**MANAGEMENT COMPANIES**—(Continued)

Select Management Group
Semeo, Inc.
Sentry Hospitality, Ltd.
Shangri-La Hotels & Resorts
Shannon Resort & Club Group, Inc.
Shar Con Hotel Management & Development Company
Sharjah National Hotels
Shell Hospitality Group, Inc.
Shellist Properties, Inc.
Shilo Inns
Sierra West Investment Company
Silver Cloud Inns
Simpson Land Company
Six Hats - A Hospitality Company
Skye Hospitality LLC
Small Luxury Hotels of the World
Snavely Management Services
Sofitel Hotel Division
Sol Melia
Someplace(s) Different
Somnus Corporation
Sonesta Hotels, Resorts & Nile Cruises
Sound Hospitality Management
Southern Hospitality Services, LLC
Southwest Hotel Management, LLC
Southwest Innkeepers, Inc.
Sovereign Hotels
Sovereign Management Corporation
Spectrum Hotel Group, Inc.
SpringHill Suites by Marriott
Spruce Management Company
Stafford Hospitality
Stanford Hotels Corporation
Starwood Hotels & Resorts Worldwide, Inc.
Sterling Hospitality, LLC
Sterling Hotels & Resorts, Inc.
Sterling Hotels Corporation
Steve Martin Management, Inc.
Stirling Hotel Management, Inc.
Stonebridge Companies
Strand Development Company, LLC
Strissel Management, Inc.
Sullivan Properties, Inc.
Summit Hotel Management Company
Sunbest Management, Inc.
Sunburst Hospitality Corporation
Sundance Lodging, Incorporated
Sunridge Properties
Sunstream Hotels & Resorts
Superior Management Company
Surf Song Resort Condo Association, Inc.
Swissotel Management Corp.
TCBH, Inc.
TPG Hospitality, Inc.
Tamalpais Hotel Services, Inc.
Tarsadia Hotels
Taylor Hotel Group
Tecton Hospitality
Temple Hospitality
Tentex, LLC

**OWNING COMPANIES**—(Continued)

American Property Management Corporation
Ameristar Casinos, Inc.
Ampak Group
Amsterdam Hospitality Group
Appalachia Lodging, Ltd.
Apple Core Hotels, Inc.
Aramark Parks & Resorts
Art Deco Historic Hotels
Ascot Hotels, Inc.
Associated Hotels
Atlas Hotels, Inc.
Auberges Wandlyn Inns
Austria Hotels
Avista Hotels, Inc.
Axar Management, Inc.
Ayres Group
Azabu U.S.A. Corporation
B. F. Saul Company-Hotel Division
BRE/Homestead Village, LLC
Baroda Enterprises, LLC
Bass Hotels & Resorts
Baymont Inn & Suites
Bellville Hotel Company, Ltd.
Bentley Hospitality Group
Berkeley Hotels Management, Inc.
Bermedlen, Inc.
Best Western Hotel La Corona
Big Lagoon Rancheria
Bijal Sonil, Inc.
Bilderberg Hotels & Restaurants
Bissell Hotels, Inc.
Blair Hotels of Wyoming
Boca Raton Resort & Club, Inc.
Boca Resorts, Inc.
Boyd Gaming Corporation
Boykin Lodging Company
Boyne USA
Bramha Bazaz Hotels, Ltd.
Brandywine Valley Hospitality
Briggs Hospitality Corporation
Brown County Hotels
Brown Motel Investments, Inc.
Bruce M. Goldstein & Associates, Inc.
Brutger Equities, Inc.
Buckhead America Corporation
Budget Motels, Inc.
Budget, Inc.
Buggsi Hospitality Group, LLC
CP Management Company
CSM Lodging, LLC
CWB Property Management, Inc.
Cal-Vegas Ltd.
Calpac Management Company
Campbell Motel Properties, Inc.
Campion Road Properties, Inc.
Candlewood Hotel Company, Inc.
Capital Hospitality Corporation
Capital Hotel Management, LLC
Capitol Hotel Group, Inc.
Capitol Realty One, LLC

**OWNING COMPANIES**—(Continued)

Carlstead Hotel Management
Carnival Resorts & Casinos
Carpenter Enterprises, Inc.
Castle & Cooke Resorts, LLC
Castle Resorts & Hotels
Central Group Management Company
Chadco Hospitality Group, Inc.
Channel Hotels Limited
Chateau Apt. Hotels
Chip Hospitality/Chip REIT
Chu Management Company
City Hotels, S.A.
Classic Campus Inns, Ltd.
Classic Hotels and Resorts
Classic Hotels of Connecticut
Clay-Wal, Inc.
Coachman Inns of America
Coast Hotels & Resorts
Colonial Holdings Corporation
Colonial Williamsburg Company
Columbia Sussex Corporation
Columbus Hotel Properties, LLC
Commercial Management Company
Commonwealth Hampshire House Hotel, LLC
Commonwealth Hotels Incorporated
Concord Hospitality Enterprises Company
Connor/Jacobson Hotels
Consolidated Inns of Daytona Beach, Inc.
Consolidated Management
Continental Inns of America
Conway Lodging, Inc.
Cooper Companies
Corcoran Jennison Hospitality Company
Corporate Hotels of America, Inc.
Cosco Hospitality Management, Inc.
Cosentino Companies, Inc.
Country Inns & Suites by Ayres
Courtesy Group, Inc.
Cox Hotels, Inc.
Craft Management Company
Creative Hotel Associates, LLC
Creative Inns, Inc.
Creel Corporation
Cresta Hospitality
Crestline Hotels & Resorts, Inc.
Crown American Hotels
Crown Hospitality Group, LLC
Crystal Group, Inc.
D & D Realty, Inc.
D.R.D. Hotel Corp.
DMI Properties, Inc.
DWG Development, Inc.
Daly Seven, Inc.
Dan Hotels Corporation, Ltd.
Danubius Hotels Rt.
Davidson and Jones Hotel Corporation
Davis Bros. Incorporated
Days Inn, Inc.
De La Salle Institute
De Silva Properties, LLC

## OWNING COMPANIES—(Continued)

Princeton Properties
Principal Hotels Group
Professional Hospitality Resources, Inc.
Promise Management, Inc.
R & R Hotel Group
R. A. Rauch & Associates
R. K. Investment Company
RB Associates, Inc.
RFS Hotel Investors, Inc.
RJ & Associates, LLC
Raffles Holdings
Realvest Corporation
Red Roof Inns
Regal Hotels International
Regency Hotel Management
Rema Hotels
Reneson Hotel Group
Residenze d'Epoca dell'Emilia Romagna
Resort Group, LLC
Resorts USA, Inc.
Restel Hotel Group
Rey Hotels Chain
Rica Hotels ASA
Richland Lodging Associates Inc.
Ridgewood Hotels, Inc.
Rodd Hotels & Resorts
Rode Inn Motels
Rosen Hotels & Resorts, Inc.
Royal American Management Services, Inc.
Royal Host
Royal Motels, Inc.
Royal Vale Hospitality, Inc.
Royale Hospitality Group, Inc.
Rux Investements, Inc.
Rydges Hotels & Resorts
S & H Inc./Hobbs & Curry
SJB Management, Inc.
SREE Hospitality Group
Sage Hotels & Lodges
Samoth USA, Inc.
San Antonio Hospitality, Inc.
San Juan Services, Inc.
Sandals Resorts
Sandman Hotels & Inns Ltd.
Santa Cruz Seaside Company
Sarova Hotels
Sarp, Limited
Saunders Hotel Group
Schahet Hotels
Schoharie Hospitality, LLC
Scotsman Inns
Scottish Highland Hotels PLC
Scotto Brothers Enterprises
Seagaia Group Hotels & Resorts
Seaway Hotels Corporation
Sedona Resort Management
Select Inns
Semeo, Inc.
Shah & Associates, Inc.
Shaner Hotel Group

## OWNING COMPANIES—(Continued)

Shangri-La Hotels & Resorts
Shar Con Hotel Management & Development Company
Sharjah National Hotels
Shellist Properties, Inc.
Shilo Inns
ShoLodge, Inc.
Shri Ranchhodji Associates
Shular Hospitality
Sierra West Investment Company
Signature Inns, Inc.
Silver Cloud Inns
Skye Hospitality LLC
Smith Management Company, Inc.
Snavely Management Services
Snow King Resort Management, Inc.
Snyder Hotels
Sofitel Hotel Division
Sokos Hotels oy
Sol Melia
Someplace(s) Different
Sonesta Hotels, Resorts & Nile Cruises
Southeastern Associates, Inc.
Southern Hospitality, Inc.
Southern Tier Hospitality, LLC
Southwest Innkeepers, Inc.
Spectrum Hotel Group, Inc.
Springfield Corporation
Spruce Management Company
Squire Inns
Stafford Hospitality
Starhotels S.P.A.
Starwood Hotels & Resorts Worldwide, Inc.
Sterling Hospitality, LLC
Stirling Hotel Management, Inc.
Strang Corporation
Strategic Realty Advisors, Inc.
Studio 6
Suburban Lodges of America, Inc.
SuiteOne Hotels
Sullivan Properties, Inc.
Sun International Hotels
Sun Suites Hotels
Sunburst Hospitality Corporation
Sundance Lodging, Incorporated
Sunridge Properties
Sunstone Hotel Investors, LLC
Superide Management Company
Superior Management Company
Superray Enterprises, Inc.
Susse Chalet
Swissotel Management Corp.
Taj International Hotels, Inc.
Tapadera Motor Inns
Tarsadia Hotels
Tecton Hospitality
Thaddeus Hotels & Resorts
Tharaldson Lodging
Thayer Lodging Group, Inc.
The Ambassador Group of Hotels
The Bernstein Companies

## COLUMBIA HOTEL MANAGEMENT, LLC—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Suburban Lodge | Lithia Springs, GA | 150 |
| Suburban Lodge | Stockbridge, GA | 150 |
| GuestHouse International | Charlotte, NC | 92 |
| Suburban Lodge | Hilton Head Island, SC | 150 |
| Suburban Lodge | Austin, TX | 137 |
| Suburban Lodge Airport | Houston, TX | 150 |
| Suburban Lodge CY Fair | Houston, TX | 150 |

Brands: GuestHouse International & Suburban Lodge
Operates in 5 states
Number of Properties 8/Rooms 1,129
Annual Gross Sales: $8.8 million
Management Company
Year company was established: 2000

## COLUMBIA SUSSEX CORPORATION

WILLIAM J. YUNG, President
J. STANLEY CLAYTON, Vice President Operations
BRUCE RATHJE, Sales & Marketing
THOMAS DAY, Controller
LARRY DERINGER, Human Resources
JOE RUWE, Purchasing
Executive Offices: 207 Grandview Drive
Fort Mitchell, KY 41017-2799
Telephone: (859) 578-1100
FAX Number: (859) 578-1190

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Birmingham Radisson | Birmingham, AL | 298 |
| Marriott Hotel | Mobile, AL | 250 |
| Marriott Hotel | Anchorage, AK | 400 |
| Marriott Hotel Airport | Phoenix, AZ | 350 |
| JW Marriott Le Merigot | Santa Monica, CA | 175 |
| Marriott Hotel | Colorado Springs, CO | 292 |
| Marriott Hotel | Clearwater Beach, FL | 217 |
| Best Western Eastgate | Kissimmee, FL | 403 |
| Radisson Inn | Lake Buena Vista, FL | 200 |
| Crowne Plaza Orlando Airport | Orlando, FL | 350 |
| Crowne Plaza Hotel | Tampa, FL | 269 |
| Marriott Hotel | Savannah, GA | 385 |
| Holiday Inn Glen Ellyn | Glen Ellyn, IL | 120 |
| Holiday Inn Itasca | Itasca, IL | 161 |
| Marriott Hotel | Evansville, IN | 201 |
| Marriott Hotel | Indianapolis, IN | 316 |
| Holiday Inn South Airport | Louisville, KY | 405 |
| Marriott Hotel | Louisville, KY | 255 |
| Marriott Hotel | Baton Rouge, LA | 300 |
| Holiday Inn Crowne Plaza | Woburn, MA | 349 |
| ▲Crowne Plaza Detroit | Detroit, MI | 350 |
| ▲Marriott Hotel | East Lansing, MI | 181 |
| ▲Holiday Inn Southfield | Southfield, MI | 417 |
| ▲Marriott Hotel Minneapolis Airport | Bloomington, MN | 475 |
| ▲Fairfield Inn by Marriott | Greenville, MS | 148 |
| Tan-Tar-A Estates | Osage Beach, MO | 558 |
| Tan-Tar-A Resort | Osage Beach, MO | 500 |
| ▲Crowne Plaza Airport | Saint Louis, MO | 353 |
| Horizon Casino Resort | South Lake Tahoe, NV | 539 |
| ▲Sheraton Hotel Airport | Newark, NJ | 501 |
| ▲Marriott Hotel | Saddle Brook, NJ | 245 |
| ▲Islandia Marriott | Long Island, NY | 280 |
| ▲Marriott Hotel | Melville, NY | 371 |
| ▲Holiday Inn Rochester | Rochester, NY | 250 |
| ▲Marriott Hotel | Greensboro, NC | 280 |
| ▲Radisson Inn Airport | Cincinnati, OH | 214 |
| ▲Holiday Inn | Columbus, OH | 150 |
| ▲Holiday Inn North | Dayton, OH | 252 |
| ▲Holiday Inn | Lima, OH | 150 |

(Continued next column)

● AH&LA Member ▲ Franchised Property

## COLUMBIA SUSSEX CORPORATION—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Holiday Inn South | Springfield, OH | 150 |
| ▲Holiday Inn Toledo | Toledo, OH | 220 |
| ▲Marriott Hotel | Philadelphia, PA | 515 |
| ▲Renaissance Philadelphia Airport | Philadelphia, PA | 348 |
| ▲Marriott Hotel | Columbia, SC | 301 |
| ▲Renaissance Hotel | Memphis, TN | 408 |
| ▲Courtyard by Marriott | El Paso, TX | 90 |
| ●▲Marriott Hotel | El Paso, TX | 300 |
| ●Marriott Hotel | Houston, TX | 604 |
| ▲Marriott Hotel Las Colinas | Irving, TX | 365 |
| ▲Marriott Hotel Airport | San Antonio, TX | 300 |
| ▲Holiday Inn | Richmond, VA | 280 |
| ▲Marriott Hotel | Richmond, VA | 242 |
| ▲Fairfield Inn by Marriott | Charleston, WV | 135 |
| ▲Holiday Inn Charleston House | Charleston, WV | 256 |
| ▲Super 8 Motel | Charleston, WV | 160 |
| ▲Marriott Hotel | Milwaukee, WI | 284 |
| PROPERTIES LOCATED IN THE CARIBBEAN | | |
| Casuarina Beach Resort Westin | Cayman Islands | 350 |
| ▲Holiday Inn | Cayman Islands | 230 |
| ▲Radisson Resort Hotel | Cayman Islands | 315 |
| PROPERTIES LOCATED IN CANADA | | |
| ▲Radisson Suites | Winnipeg, MB, Canada | 160 |

Brands: Best Western, Courtyard by Marriott, Crowne Plaza, Fairfield Inn by Marriott, Hilton, Holiday Inn, Marriott, Radisson, Renaissance Hotel & Super 8 Motel
Operates in 28 states, Canada & in the Caribbean
Domestic Properties 56/Rooms 16,605
Non Domestic Properties 4/Rooms 1,055
Total Number of Properties 60/Rooms 17,660
Annual Gross Sales: $620 million
Management, Franchising & Owning Company
Year company was established: 1972

## COLUMBUS HOTEL PROPERTIES, LLC

JOSEPH C. CANIZARO, President-Columbus Hotel Properties LLC
TRICIA PEREZ, Senior Accounting Officer
Executive Offices: 909 Poydras Street #1700
New Orleans, LA 70012
Telephone: (504) 584-5000
FAX Number: (504) 584-5037

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Holiday Inn | Mobile, AL | 236 |
| ▲Best Western Kings Inn | El Dorado, AR | 131 |
| ▲Comfort Inn | El Dorado, AR | 70 |
| ●▲Best Western Savannah Historic District | Savannah, GA | 142 |
| ▲Holiday Inn Metairie | Metairie, LA | 193 |
| ▲Holiday Inn | Lincoln, NE | 231 |
| ●▲Best Western Inn | Las Cruces, NM | 166 |
| ●▲Days Inns Vanderbilt | Nashville, TN | 151 |

Brands: Best Western, Comfort Inn, Days Inn & Holiday Inn
Operates in 7 states
Number of Properties 8/Rooms 1,320
Management & Owning Company
Year company was established: 1996

## COMFORT INNS

Web site: http://www.comfortinn.com
(see: Choice Hotels International)

## GAL-TEX HOTEL CORPORATION—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| •▲Ramada Inn | Woodstock, VA | 126 |

Brands: Hilton, Holiday Inn & Ramada Inn
Operates in 3 states & the District of Columbia
Number of Properties 13/Rooms 3,175
Annual Gross Sales: $80 million
Management & Owning Company
Year company was established: 1940

## GANESH ASSOCIATES, INC.

SATISH SARASWAT, CHA, President & General Manager
CHERIE SCHNEIDER, Assistant General Manager
PATRICIA ERIN MCCULLAGH, Director of Sales & Marketing
Executive Offices: 1881 Palm Bay Road N.E.
Palm Bay, FL 32905
Telephone: (321) 723-8181
FAX Number: (321) 727-7390
E-mail: Patricia Ramada@aol.com
satishsi@aol.com
Web site: www.the.ramada.com/01795palmbay

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Ramada Plaza Hotel & Conf. Center | Palm Bay, FL | 130 |

Brands: Ramada Plaza Hotel
Operates in the city of Palm Bay, Florida
Number of Properties 1/Rooms 130
Annual Gross Sales: $1 million
Owning Company
Year company was established: 1994

## GANGELHOFF PROPERTIES

GARY R. GANGELHOFF, President
Executive Offices: 3600 Moberg Drive
Bemidji, MN 56601
Telephone: (218) 444-9500
FAX Number: (218) 444-8122
E-mail: gphotels@gphotels.com
Web site: www.gphotels.com
Toll Free Reservation No.: (800) 667-8485

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Comfort Inn | Bemidji, MN | 61 |
| • Northern Inn | Bemidji, MN | 123 |
| • Country Inn & Suites | Little Falls, MN | 48 |

Brands: Comfort Inn & Country Inn & Suites By Carlson
Operates in the state of Minnesota
Number of Properties 3/Rooms 232
Management Company

## GARF ENTERPRISES, INC.

dba: Tuckahoe Motor Inn
RAY ACKLEY, President
TERI REDA, General Manager
Executive Offices: 307 Tuckahoe Road
Yonkers, NY 10710
Telephone: (914) 793-6300
FAX Number: (914) 793-4627

(Continued next column)

## GARF ENTERPRISES, INC.—(Continued)

| PROPERTY | LOCATION | ROO |
|---|---|---|
| • Tuckahoe Motor Inn | Yonkers, NY | |

Operates in the city of Yonkers, New York
Number of Properties 1/Rooms 51
Management Company
Year company was established: 1978

## GARLIN HOTELS CORPORATION

GARY F. GILLIS, President
Executive Offices: 1500 North Military Highway #113
Norfolk, VA 23502
Telephone: (757) 461-3290
FAX Number: (757) 461-3596
E-mail: gfgillis@norfolkhilton.com

| PROPERTY | LOCATION | ROOM |
|---|---|---|
| •▲Norfolk Airport Hilton | Norfolk, VA | |

Brands: Hilton
Operates in the city of Norfolk, Virginia
Number of Properties 1/Rooms 250
Management Company
Year company was established: 1981

## GASLAMP HOTEL PARTNERS

MICHAEL CAFAGNA, President
DANA BLASI, Vice President of Operations
MARK MANDELL, Vice President of Real Estate
Executive Offices: 4275 Executive Square #1020
La Jolla, CA 92037
Telephone: (858) 558-8550
FAX Number: (858) 558-8884
E-mail: mcafagna@squareonedev.com
Web site: www.squareonedev.com

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Villager Lodge | San Diego, CA | |
| Ramada Inn | Temecula, CA | |

Brands: Ramada Inn & Villager Lodge
Operates in the state of California
Number of Properties 2/Rooms 175
Annual Gross Sales: $2.5 million
Owning Company
Year company was established: 1980

## GATEWAY HOSPITALITY

SAM AGEE, Chairman
CLANCY CIPKALA, President
DARRIN WITT, Regional Sales Director
WALT MITCHELL, Regional Facilities Manager
CHARLOTTE BARRY, Regional Sales Manager
Executive Offices: 111 Stonemark Lane #202
Columbia, SC 29210
Telephone: (803) 798-7979
FAX Number: (803) 731-1717
E-mail: clancyinn@aol.com
Web site: www.gatewayhospitality.com

| PROPERTY | LOCATION | ROO |
|---|---|---|
| Super 8 Motel Riverfront | Asheville, NC | |
| • Wingate Inn | Charleston, SC | |
| • Ramada Inn | Clemson, SC | |
| • Clarion Townhouse | Columbia, SC | |

(Continued next page)

## ...OD HOTELS & RESORTS WORLDWIDE, INC.

...RRY S. STERNLICHT, Chairman & CEO
...BERT COTTER, Chief Operating Officer
...ARNALL, President North America Hotel Operations
...ALD C. BROWN, Exec. Vice President & CFO
...MAN, Exec. Vice President Acquisitions/Development
...SNIEWSKI, Exec. Vice President Hotel Operations NA
...MACLEON, Exec. Vice President Hotel Operations NA
...BETZ, Sr. Vice President Business Development
...STER, Sr. Vice President Acquisitions & Development
...ATEF MANKARIOS, President, St. Regis
...OWAN, Sr. Vice President Operations East US & VI
...OLLETTA, Sr. Vice President Asset Management/Owner Relations
...THSTEIN, Sr. Vice President Global Brand Marketing
...GIBSON, Sr. Vice President Corporate Affairs
...NKIN, President Starwood Technology/Revenue Systems
...ARPER, Sr. Vice President Business Development/Mktg Programs
...GUY HENSLEY, Sr. Vice President W Operations
...JAMES HYMAN, Exec. Vice President Six Sigma
...BILL OATES, Sr. Vice President & CIO
...KING, CHA, Sr. Vice President Operations Westin
...MARTINI, Sr. Vice President Design & Construction
...ORE, Sr. Vice President Global Sales & Marketing NAD
...ANA ORECK, Sr. Vice President Franchising
...PETRUS, Sr. Vice President Operations Westin
...SCOTT, Sr. Vice President Operations Westin
...SOYPINSKI, Sr. Vice President Industry Relations
...ONOPHY, Sr. Vice President/Chief Technology Officer
...SMITH, CHS, Sr. Vice President Portfolio Management
...K SUHL, Sr. Vice President Operations West US
...NN TUCKMAN, Sr. Vice President Staff Operations
...TH VIEIRA, Sr. Vice President of Operations Hawaii
...WILLIAMS, Sr. Vice President Chief Creative Officer/ Advertising-Creative Services

Executive Offices: 1111 Westchester Avenue
White Plains, NY 10604
Telephone: (914) 640-8100
(877) 443-4585 (Toll Free)
FAX Number: (914) 640-8310
Web site: www.starwoodhotels.com

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| SHERATON HOTELS, INNS, RESORTS & SUITES | | |
| ...Birmingham Hotel* | Birmingham, AL | 770 |
| ...Perimeter Park South | Birmingham, AL | 205 |
| ...Anchorage Hotel | Anchorage, AK | 375 |
| ...San Marcos Golf Resort | Chandler, AZ | 295 |
| ...Mesa Hotel & Conv Center | Mesa, AZ | 274 |
| ...Crescent Hotel* | Phoenix, AZ | 342 |
| ...Phoenix Airport Hotel | Tempe, AZ | 210 |
| ...El Conquistador Resort & Country Club | Tucson, AZ | 428 |
| ...Tucson Hotel & Suites** | Tucson, AZ | 216 |
| ...Anaheim Hotel | Anaheim, CA | 489 |
| ...Gateway Hotel San Francisco Int'l Aiport | Burlingame, CA | 405 |
| ...Cerritos Hotel* | Cerritos, CA | 203 |
| ...Concord Hotel | Concord, CA | 324 |
| ...Gateway Hotel Los Angeles Airport | Los Angeles, CA | 727 |
| ...San Jose Hotel | Milpitas, CA | 229 |
| ...Ontario Airport Hotel | Ontario, CA | 164 |
| ...Palo Alto Hotel | Palo Alto, CA | 343 |

(Continued next column)

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| ▲Sheraton Pasadena Hotel | Pasadena, CA | 320 |
| Sheraton Suites Fairplex Pomona* | Pomona, CA | 247 |
| •Sheraton Grand Sacramento* | Sacramento, CA | 503 |
| •Sheraton San Diego Hotel & Marina** | San Diego, CA | 1,045 |
| •▲Sheraton Fisherman's Wharf Hotel | San Francisco, CA | 524 |
| •▲Sheraton Los Angeles Harbor Hotel | San Pedro, CA | 244 |
| ▲Sheraton Sunnyvale Hotel | Sunnyvale, CA | 174 |
| •Sheraton Universal Hotel (leased)** | Universal City, CA | 436 |
| ▲Sheraton Colorado Springs Hotel | Colorado Springs, CO | 502 |
| ▲Sheraton Crested Butte Resort | Crested Butte, CO | 247 |
| Sheraton Tamarron Resort Durango* | Durango, CO | 271 |
| •Sheraton Denver Tech Center Hotel** | Englewood, CO | 263 |
| ▲Sheraton Denver West Hotel | Lakewood, CO | 242 |
| •Sheraton Resort & Conf Center | Steamboat Springs, CO | 315 |
| Sheraton Danbury Hotel** | Danbury, CT | 436 |
| ▲Sheraton Hartford Hotel | East Hartford, CT | 215 |
| Sheraton Stamford** | Stamford, CT | 436 |
| ▲Sheraton Waterbury Hotel | Waterbury, CT | 279 |
| •▲Sheraton Hotel at Bradley Int'l Airport | Windsor Locks, CT | 237 |
| •▲Sheraton Dover Hotel | Dover, DE | 152 |
| •Sheraton Suites Wilmington | Wilmington, DE | 228 |
| •Sheraton Bal Harbour Beach Resort** | Bal Harbour, FL | 642 |
| •▲Sheraton Sand Key Resort | Clearwater Beach, FL | 390 |
| •Sheraton Ft. Lauderdale Airport Hotel** | Dania, FL | 250 |
| Sheraton Suites Cypress Creek Ft. Lauderdale* | Fort Lauderdale, FL | 253 |
| •▲Sheraton Yankee Clipper Beach Hotel | Fort Lauderdale, FL | 502 |
| •▲Sheraton Yankee Trader Beach Hotel | Fort Lauderdale, FL | 459 |
| Sheraton Gainesville** | Gainesville, FL | 197 |
| •Sheraton All-Suites Hotel Key West** | Key West, FL | 180 |
| •▲Sheraton Safari Hotel Lake Buena Vista | Lake Buena Vista, FL | 489 |
| Walt Disney World Dolphin* | Lake Buena Vista, FL | 1,509 |
| •▲Sheraton Orlando North Hotel | Maitland, FL | 388 |
| •▲Sheraton Biscayne Bay Hotel | Miami, FL | 598 |
| ▲Sheraton Studio City Hotel | Orlando, FL | 303 |
| ▲Sheraton Suites Orlando Int'l. Airport | Orlando, FL | 150 |
| •▲Sheraton World Resort | Orlando, FL | 1,094 |
| •Sheraton Suites Plantation* | Plantation, FL | 263 |
| ▲Sheraton Oceanfront North Palm Beach Hotel | Singer Island, FL | 193 |
| Sheraton Suites Tampa Airport** | Tampa, FL | 259 |
| ▲Sheraton West Palm Beach Hotel | West Palm Beach, FL | 349 |
| •▲Sheraton Atlanta Hotel | Atlanta, GA | 747 |
| •Sheraton Buckhead Hotel Atlanta** | Atlanta, GA | 359 |
| •Sheraton Colony Square** | Atlanta, GA | 467 |
| •Sheraton Suites Galleria Atlanta* | Atlanta, GA | 278 |
| ▲Sheraton Augusta Hotel | Augusta, GA | 179 |
| •Sheraton Gateway Hotel Atlanta Airport* | College Park, GA | 395 |
| •Sheraton Moana Surfrider* | Honolulu, HI | 793 |
| •Sheraton Princess Kaiulani* | Honolulu, HI | 1,152 |

(Continued next page)

## OOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| TY | LOCATION | ROOMS |
|---|---|---|
| pley Place* | Boston, MA | 803 |
| altham Boston** | Waltham, MA | 346 |
| uthfield-Detroit** | Southfield, MI | 387 |
| own Center* | Kansas City, MO | 729 |
| int Louis* | Saint Louis, MO | 257 |
| orristown | Morristown, NJ | 197 |
| ouse, A Westin Hotel* | New York, NY | 605 |
| Cincinnati** | Cincinnati, OH | 450 |
| olumbus | Columbus, OH | 196 |
| Oklahoma City | Oklahoma City, OK | 395 |
| alishan Lodge & Golf | Gleneden Beach, OR | 205 |
| ortland* | Portland, OR | 205 |
| uites Philadelphia | Philadelphia, PA | 290 |
| ittsburgh Convention | Pittsburgh, PA | 618 |
| rovidence* | Providence, RI | 364 |
| rancis Marion | Charleston, SC | 226 |
| oinsett | Greenville, SC | 200 |
| esort Hilton Head | Hilton Head Island, SC | 412 |
| alleria Dallas | Dallas, TX | 432 |
| ark Central Dallas | Dallas, TX | 545 |
| alleria Houston** | Houston, TX | 487 |
| aks** | Houston, TX | 406 |
| Cantera San Antonio | San Antonio, TX | 508 |
| iverwalk San Antonio* | San Antonio, TX | 433 |
| eattle** | Seattle, WA | 891 |
| INTERNATIONAL PROPERTIES | | |
| elbourne | Melbourne, Australia | 260 |
| ydney* | Sydney, Australia | 416 |
| ristol A Westin Hotel | Vienna, Austria | 140 |
| algary* | Calgary, AB, Canada | 525 |
| dmonton* | Edmonton, AB, Canada | 413 |
| ayshore Resort & | Vancouver, BC, Canada | 510 |
| rand | Vancouver, BC, Canada | 207 |
| esort & Spa | Whistler, BC, Canada | 419 |
| Nova Scotian | Halifax, NS, Canada | 297 |
| ttawa* | Ottawa, ON, Canada | 487 |
| arbour Castle* | Toronto, ON, Canada | 980 |
| rince | Toronto, ON, Canada | 381 |
| esort | Tremblant, QC, Canada | 126 |
| asuarina Resort | Grand Cayman Island, Cayman Islands | 343 |
| ai Ping Yang | Shanghai, China | 578 |
| alace, A Westin | Versailles, France | 192 |
| rand* | Berlin, Germany | 358 |
| ellevue* | Dresden, Germany | 339 |
| esort Guam* | Tumon Bay, Guam | 426 |
| amino Real | Guatemala City, Guatemala | 400 |
| amino Real Tikal | San Jose, Guatemala | 72 |
| urabaya* | Surabaya, Indonesia | 418 |
| ublin* | Dublin, Ireland | 163 |
| xcelsior** | Florence, Italy | 168 |
| alace** | Milan, Italy | 244 |
| xcelsior** | Rome, Italy | 321 |
| uropa & Regina** | Venice, Italy | 185 |
| xcelsior** | Venice Lido, Italy | 197 |
| waji Island | Awaji Island, Japan | 201 |
| agoya Castle | Nagoya, Japan | 229 |
| saka | Osaka, Japan | 304 |
| okyo* | Tokyo, Japan | 444 |
| esort Macau* | Coloane Ihla, Macau | 208 |
| ragonara Resort* | Saint Julians, Malta | 313 |
| egina Resort Los | Cabo San Lucas, Mexico | 295 |

(Continued next column)

## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| Westin Regina Resort Cancun** | Cancun, Mexico | 293 |
| ▲ Westin Soberano Chihuahua | Chihuahua, Mexico | 204 |
| Westin Regina Resort Puerto Vallarta** | Puerto Vallarta, Mexico | 243 |
| ▲ Westin San Luis Potosi | San Luis Potosi, Mexico | 123 |
| Westin Rotterdam | Rotterdam, Netherlands | 231 |
| ▲ Caesar Park Hotel | Panama City, Panama | 353 |
| Westin Philippine Plaza* | Manila, Philippines | 609 |
| •▲ Westin Rio Mar Beach Resort & Casino | Rio Grande, Puerto Rico | 694 |
| Westin Jeddah* | Jeddah, Saudi Arabia | 98 |
| Turnberry Hotel & Golf Resort A Westin Resort** | Ayrshire, Scotland | 221 |
| Westin Stamford & Westin Plaza* | Singapore | 2,034 |
| Westin Chosun Beach* | Pusan, South Korea | 305 |
| Westin Chosun* | Seoul, South Korea | 453 |
| Westin Palace** | Madrid, Spain | 465 |
| Westin La Quinta Golf Resort* | Marbella, Spain | 172 |
| Maria Cristina A Westin Hotel* | San Sebastian, Spain | 136 |
| Hotel Alfonso XIII A Westin Hotel* | Seville, Spain | 147 |
| ▲ Westin Resort Ta Shee | Ta Shee, Taiwan | 208 |
| ▲ Westin Taipei | Taipei, Taiwan | 288 |
| Westin Banyan Tree* | Bangkok, Thailand | 216 |
| Westin Chiang Mai* | Chiang Mai, Thailand | 526 |
| Westin Resort St. John** | Saint John, USVI | 282 |

Domestic Properties 56/Rooms 27,134
Non Domestic Properties 57/Rooms 19,860

### ST REGIS/LUXURY COLLECTION

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| • The Wigwam Resort | Litchfield Park, AZ | 331 |
| The Phoenician** | Scottsdale, AZ | 654 |
| St. Regis Monarch Beach Resort & Spa | Dana Point, CA | 400 |
| • St. Regis Los Angeles Hotel & Spa | Los Angeles, CA | 297 |
| • Palace Hotel* | San Francisco, CA | 551 |
| • St. Regis Aspen** | Aspen, CO | 257 |
| • St. Regis Washington D.C.** | Washington, DC | 193 |
| • The Diplomat Country Club & Spa | Hallandale, FL | 1,000 |
| •▲ Manele Bay Hotel | Island of Lanai, HI | 250 |
| •▲ The Lodge at Koele | Island of Lanai, HI | 102 |
| • The Orchid at Mauna Lani* | Kohala Coast, HI | 538 |
| • Kapalua Bay* | Maui, HI | 206 |
| • Princeville Hotel* | Princeville, Hanalei, HI | 252 |
| • St. Regis Club at The Essex House | New York, NY | |
| • St. Regis New York** | New York, NY | 315 |
| • St. Regis Houston** | Houston, TX | 232 |
| INTERNATIONAL PROPERTIES | | |
| Park Tower Buenos Aires** | Buenos Aires, Argentina | 181 |
| Sheraton Towers Southgate* | Melbourne, Australia | 385 |
| Hotel Goldener Hirsch | Salzburg, Austria | 69 |
| Hotel Schloss Fuschl | Salzburg, Austria | |
| Hotel Bristol | Vienna, Austria | 140 |
| Hotel Imperial | Vienna, Austria | 128 |
| Sheraton Sofia Hotel Balkan* | Sofia, Bulgaria | 188 |
| San Cristobal Tower** | Santiago, Chile | 139 |
| The St. Regis Beijing | Beijing, China | 273 |
| The St. Regis Shanghai* | Shanghai, China | 345 |
| Sheraton Park Tower* | London, England | 289 |
| Sheraton Addis* | Addis Ababa, Ethiopia | 291 |
| Hotel Kamp* | Helsinki, Finland | 179 |
| Prince de Galles Hotel | Paris, France | 168 |
| ▲ ArabellaSheraton Grand Hotel | Frankfurt, Germany | 378 |
| Hotel Furstenhof | Leipzig, Germany | |
| Hotel Elephant | Weimar, Germany | |

(Continued next page)

LA Member ▲ Franchised Property

## ...ESTERN HOSPITALITY, INC.—(Continued)

| ...ERTY | LOCATION | ROOMS |
|---|---|---|
| ...ern Executive Inn | Fife, WA | 140 |

...Best Western
...in the state of Washington
...of Properties 1/Rooms 140
...oss Sales: $5 million
...ement Company

## WESTIN HOTELS & RESORTS

(see: Starwood Hotels & Resorts Worldwide, Inc.)

## WESTLODGE HOSPITALITY, INC.

A MAJID MANGALJI, President
MOEZ MANGALJI, Executive Vice President
FEREED MANGALJI, Executive Vice President
NAHID HAMZEI, Executive Director of Operations
JERRY BURRELL, Chief Financial Officer
...HAMED THOWFEEK, Executive Director/Asset Management
Executive Offices: 1973 Friendship Drive
El Cajon, CA 92020
Telephone: (619) 258-6424
FAX Number: (619) 258-6408

| ...PERTY | LOCATION | ROOMS |
|---|---|---|
| ...lodge | Athens, AL | 60 |
| ...velodge | Flagstaff, AZ | 49 |
| ...velodge | Yuma, AZ | 48 |
| ...velodge | Anaheim, CA | 56 |
| ...velodge | Berkeley, CA | 30 |
| ...velodge | Burbank, CA | 28 |
| ...vel Inn | Hollywood, CA | 39 |
| ...velodge | La Jolla, CA | 30 |
| ...velodge | La Jolla, CA | 44 |
| ...velodge Airport South | Millbrae, CA | 58 |
| ...velodge | Milpitas, CA | 39 |
| ...velodge | Oceanside, CA | 28 |
| ...velodge | Palm Springs, CA | 158 |
| ...velodge | Palo Alto, CA | 29 |
| ...velodge | Sacramento, CA | 70 |
| ...nardo | San Diego, CA | 49 |
| ...ego Cabrillo Lodge | San Diego, CA | 30 |
| ...lodge Bayview | San Diego, CA | 29 |
| ...velodge Airport | San Diego, CA | 73 |
| ...velodge Mission Valley | San Diego, CA | 101 |
| ...velodge Point Loma | San Diego, CA | 45 |
| ...velodge Rancho Bernardo | San Diego, CA | 49 |
| ...velodge Central | San Francisco, CA | 84 |
| ...velodge Downtown | San Francisco, CA | 80 |
| ...velodge Ghirardelli | San Francisco, CA | 25 |
| ...velodge Golden Gate | San Francisco, CA | 29 |
| ...velodge Presidio | San Francisco, CA | 27 |
| ...velodge | Santa Barbara, CA | 23 |
| ...velodge Beach | Santa Barbara, CA | 19 |
| ...avelodge | Santa Cruz, CA | 55 |
| ...avelodge | Santa Monica, CA | 29 |
| ...avelodge | Santa Rosa, CA | 30 |
| ...avelodge Downtown | Santa Rosa, CA | 43 |
| ...avelodge | South Lake Tahoe, CA | 59 |
| ...velodge | Tahoe City, CA | 47 |
| ...avelodge | Ocala, FL | 68 |
| ...avelodge Downtown | Atlanta, GA | 71 |
| ...velodge Chicago O'Hare | Des Plaines, IL | 94 |
| ...avelodge | Quincy, IL | 68 |
| ...iftlodge | Mason City, IA | 47 |
| ...avelodge | Lawrence, KS | 68 |
| ...avelodge | Louisville, KY | 96 |
| ...avelodge | Lafayette, LA | 61 |

(Continued next column)

## WESTLODGE HOSPITALITY, INC.—(Continued)

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| • Travelodge | Bedford, MA | 42 |
| • Travelodge | Natick, MA | 68 |
| • Travelodge | Missoula, MT | 60 |
| Travelodge | Las Vegas, NV | 100 |
| • Travelodge | Santa Fe, NM | 49 |
| Travelodge | Austinburg, OH | 48 |
| Thriftlodge | Portland, OR | 77 |
| Travelodge | Roseburg, OR | 39 |
| • Travelodge | Lancaster, PA | 58 |
| Travelodge City Center | Salt Lake City, UT | 60 |
| Travelodge Temple | Salt Lake City, UT | 55 |
| Travelodge | Bellevue, WA | 54 |
| Travelodge | Ephrata, WA | 28 |
| Travelodge | Mercer Island, WA | 35 |
| Travelodge | Moses Lake, WA | 39 |
| Travelodge Downtown | Seattle, WA | 72 |
| Travelodge Space Needle | Seattle, WA | 88 |
| • Travelodge University | Seattle, WA | 74 |
| • Travelodge | Walla Walla, WA | 38 |
| PROPERTIES LOCATED IN CANADA | | |
| Travelodge | Kamloops, BC, Canada | 68 |
| Revelstoke Lodge | Revelstoke, BC, Canada | 42 |

Brands: Thriftlodge & Travelodge
Operates in 19 states & in Canada
Domestic Properties 62/Rooms 3,349
Non Domestic Properties 2/Rooms 110
Total Number of Properties 64/Rooms 3,459
Owning Company

## WESTMARK HOTELS

A Holland America Westours Company
DAVE COCKS, President
STEVE LEONARD, Vice President Operations/Purchasing
RICHARD KANNAPELL, CHSE, Vice President Sales & Marketing
Executive Offices: 221 1st Avenue West #100
Seattle, WA 98119
Telephone: (206) 301-5224
FAX Number: (206) 285-7152
E-mail: westmark@westmarkhotels.com
Web site: www.westmarkhotels.com

| PROPERTY | LOCATION | ROOMS |
|---|---|---|
| • Westmark Anchorage | Anchorage, AK | 198 |
| Westmark Inn Anchorage* | Anchorage, AK | 91 |
| Sourpouch Cabins* | Denali, AK | 51 |
| • Westmark Fairbanks | Fairbanks, AK | 244 |
| Westmark Inn Fairbanks* | Fairbanks, AK | 170 |
| • Westmark Baranof Hotel | Juneau, AK | 196 |
| Totem Square Inn* | Sitka, AK | 62 |
| Westmark Shee Atika | Sitka, AK | 101 |
| Westmark Inn Skagway* | Skagway, AK | 195 |
| Westmark Tok* | Tok, AK | 92 |
| PROPERTIES LOCATED IN CANADA | | |
| Westmark Inn Beaver Creek* | Beaver Creek, YT, Canada | 174 |
| Westmark Inn Dawson City* | Dawson City, YT, Canada | 133 |
| Westmark Klondike Inn* | Whitehorse, YT, Canada | 99 |
| Westmark Whitehorse | Whitehorse, YT, Canada | 181 |

* Open Seasonally
Operates in the state of Alaska and in Canada
Domestic Properties 10/Rooms 1,400
Non Domestic Properties 4/Rooms 587
Total Number of Properties 14/Rooms 1,987
Management & Owning Company
Year company was established: 1987

**The following is a list of corporations in order of total number of rooms indicated in the directory.**

| | Corporate Name | Rooms | Properties |
|---|---|---|---|
| 1. | Pegasus Solutions, Inc. | 1,139,708 | 6,381 |
| 2. | Utell | 957,691 | 5,341 |
| 3. | Six Continents Hotels | 516,027 | 3,412 |
| 4. | Cendant Corporation | 494,943 | 5,970 |
| 5. | Marriott International, Inc. | 397,020 | 2,191 |
| 6. | Choice Hotels International, Inc. | 376,345 | 4,723 |
| 7. | Hilton Hotels Corporation | 350,007 | 2,052 |
| 8. | Best Western International, Inc. | 303,442 | 4,014 |
| 9. | Starwood Hotels & Resorts Worldwide, Inc. | 210,141 | 671 |
| 10. | Marriott Hotels, Resorts and Suites | 153,342 | 415 |
| 11. | Days Inns Worldwide, Inc. | 151,798 | 1,801 |
| 12. | Accor Economy Lodging | 129,575 | 1,210 |
| 13. | Super 8 Motels, Inc. | 123,914 | 2,034 |
| 14. | Ramada Franchise Systems, Inc. | 119,238 | 967 |
| 15. | Radisson Hotels & Resorts | 99,711 | 415 |
| 16. | Bass Hotels & Resorts | 94,413 | 493 |
| 17. | Supranational Hotels | 93,867 | 707 |
| 18. | Motel 6 | 85,433 | 816 |
| 19. | Courtyard by Marriott | 80,902 | 565 |
| 20. | SRS-WORLDHOTELS | 78,921 | 408 |
| 21. | Sol Melia | 74,948 | 321 |
| 22. | Hyatt Hotels Corporation | 60,498 | 119 |
| 23. | Leading Hotels of the World, Inc. | 60,069 | 383 |
| 24. | The Universal Group | 56,200 | 472 |
| 25. | Novotel Hotel Division | 56,097 | 346 |
| 26. | Howard Johnson International, Inc. | 49,452 | 506 |
| 27. | FelCor Lodging Trust Incorporated | 48,401 | 183 |
| 28. | MeriStar Hotels & Resorts, Inc. | 47,701 | 235 |
| 29. | Fairfield Inn by Marriott | 47,138 | 490 |
| 30. | Residence Inn by Marriott | 46,817 | 396 |
| 31. | Hilton International Company | 45,537 | 136 |
| 32. | Renaissance Hotels and Resorts | 45,199 | 124 |
| 33. | Travelodge | 43,959 | 566 |
| 34. | U.S. Franchise Systems, Inc. | 41,898 | 511 |
| 35. | Wyndham International, Inc. | 40,965 | 166 |
| 36. | Red Roof Inns | 39,570 | 359 |
| 37. | La Quinta Inns, Inc. | 39,280 | 303 |
| 38. | Hyatt International Corporation | 35,526 | 81 |
| 39. | Oakwood Worldwide | 34,600 | 99 |
| 40. | Mercure Hotel | 34,314 | 536 |
| 41. | Golden Tulip Worldwide B.V. | 34,096 | 290 |
| 42. | Historic Hotels of America | 33,924 | 183 |
| 43. | Prime Hospitality Corporation | 32,041 | 242 |
| 44. | Hospitality Properties Trust | 31,486 | 230 |
| 45. | Interstate Hotels | 29,823 | 146 |
| 46. | Radisson SAS Hotels Worldwide | 29,804 | 133 |
| 47. | Le Meridien Hotels & Resorts | 28,486 | 122 |
| 48. | Mandalay Resort Group | 27,303 | 16 |
| 49. | MeriStar Hospitality Corporation | 27,064 | 103 |
| 50. | Prince Hotels, Inc. | 27,046 | 79 |
| 51. | Sofitel Hotel Division | 26,737 | 142 |
| 52. | Olympus Real Estate Corporation | 24,319 | 41 |
| 53. | Tharaldson Lodging | 24,239 | 349 |
| 54. | Millennium & Copthorne Hotels PLC | 24,178 | 86 |
| 55. | Preferred Hotels & Resorts Worldwide, Inc. | 22,976 | 112 |
| 56. | Country Inns & Suites by Carlson | 22,812 | 296 |
| 57. | Walt Disney World Resorts | 22,691 | 18 |
| 58. | Flag International Hotels | 22,048 | 427 |
| 59. | Choice Hotels Canada, Inc. | 21,532 | 250 |
| 60. | Shangri-La Hotels & Resorts | 20,602 | 43 |
| 61. | Lodgian, Inc. | 20,032 | 107 |
| 62. | Baymont Inn & Suites | 19,521 | 205 |
| 63. | A.H.M.I. | 18,939 | 113 |
| 64. | Westmont Hospitality Group Canada | 18,925 | 148 |
| 65. | JAL Hotels Company, Ltd. | 18,872 | 56 |
| 66. | Fairmont Hotels & Resorts | 18,253 | 36 |
| 67. | Microtel Inns & Suites | 18,055 | 250 |
| 68. | Knights Franchise Systems, Inc. | 18,036 | 226 |
| 69. | Columbia Sussex Corporation | 17,660 | 60 |
| 70. | Royal Host | 17,446 | 173 |
| 71. | Dorint Aktiengellschaft | 16,780 | 109 |
| 72. | Suburban Lodges of America, Inc. | 16,418 | 122 |
| 73. | Four Seasons Hotels & Resorts | 15,679 | 62 |
| 74. | WestCoast Hospitality Corporation | 15,191 | 89 |
| 75. | AFM Hospitality Corporation | 15,182 | 148 |
| 76. | Omni Hotels | 14,872 | 42 |
| 77. | Drury Inns, Inc. | 14,831 | 106 |
| 78. | Accor Leisure Division | 14,200 | 83 |
| 79. | John Q. Hammons Hotels, Inc. | 13,760 | 56 |
| 80. | Hawthorn Suites | 13,754 | 139 |
| 81. | Sage Hospitality Resources, LLC | 13,699 | 95 |
| 82. | Hospitality International, Inc. | 13,246 | 241 |
| 83. | ANA Hotels International | 13,125 | 41 |
| 84. | Ocean Hospitalities, Inc. | 13,078 | 82 |
| 85. | Villager Franchise Systems, Inc. | 13,042 | 128 |
| 86. | Posadas USA, Inc. | 13,002 | 65 |
| 87. | Mirage Resorts, Inc. | 12,936 | 6 |
| 88. | Small Luxury Hotels of the World | 12,656 | 258 |
| 89. | Outrigger Hotels & Resorts | 12,446 | 47 |
| 90. | Best Western Hotels Germany | 12,394 | 137 |
| 91. | Equity Inns | 12,284 | 96 |
| 92. | Candlewood Hotel Company, Inc. | 12,261 | 106 |
| 93. | Harrah's Entertainment, Inc. | 12,181 | 21 |
| 94. | The Ritz-Carlton Hotel Company | 11,918 | 36 |
| 95. | Wingate Inns International | 11,761 | 125 |
| 96. | Atlantica Hotels International | 11,470 | 70 |
| 97. | Sunroute Company, Ltd. | 11,347 | 86 |
| 98. | Adam's Mark Hotels & Resorts | 11,244 | 18 |
| 99. | Treff Hotels | 11,195 | 92 |
| 100. | Delta Hotels | 10,870 | 36 |
| 101. | Thistle Hotels | 10,734 | 56 |
| 102. | White Lodging Services Corporation | 10,697 | 83 |
| 103. | Orbis Company, Inc. | 10,456 | 56 |
| 104. | Maritim Hotelgesellschaft MBH | 10,443 | 38 |
| 105. | Sunstone Hotel Investors, LLC | 10,289 | 53 |
| 106. | TownePlace Suites by Marriott | 10,261 | 99 |
| 107. | SpringHill Suites by Marriott | 10,116 | 89 |
| 108. | Best Inns & Suites | 10,089 | 122 |
| 109. | Sunburst Hospitality Corporation | 10,022 | 74 |
| 110. | Americinn International, LLC | 9,899 | 185 |
| 111. | Janus Hotels & Resorts, Inc. | 9,794 | 57 |
| 112. | Fiesta Hotels | 9,785 | 37 |
| 113. | Parker Pacific Company | 9,767 | 27 |
| 114. | Regal Hotels International | 9,759 | 20 |
| 115. | Hostmark Hospitality Group | 9,480 | 48 |
| 116. | Boykin Lodging Company | 9,268 | 33 |
| 117. | Tryp, S.A. | 9,235 | 54 |
| 118. | MOA Hospitality, Inc. | 8,867 | 114 |
| 119. | RFS Hotel Investors, Inc. | 8,779 | 61 |
| 120. | Tishman Hotel Corporation | 8,523 | 14 |
| 121. | Loews Hotels | 8,256 | 18 |
| 122. | Innkeepers USA Trust | 8,131 | 67 |
| 123. | Ringhotels | 8,108 | 148 |
| 124. | Flagstone Hospitality Management, LLC | 8,103 | 55 |
| 125. | Chip Hospitality/Chip REIT | 8,024 | 32 |
| 126. | Protea Hotels | 7,994 | 104 |
| 127. | Kempinski Hotels S.A. | 7,947 | 32 |
| 128. | GF Management, Inc. | 7,907 | 41 |
| 129. | Aston Hotels & Resorts | 7,906 | 35 |
| 130. | Moevenpick Hotels & Resorts | 7,869 | 41 |
| 131. | Remington Hotel Corporation | 7,856 | 35 |
| 132. | Best Value Inn Brand Membership, Inc. | 7,802 | 150 |

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT REDACTED PER COURT ORDER**

ROUGH DRAFT
CONFIDENTIAL

\- - -

TESTIMONY CONTAINED HEREIN
SUBJECT TO PROTECTIVE ORDER
AND SHOULD BE FILED UNDER SEAL

\- - -

ROUGH DRAFT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

\- - - - - - - - - - - - -

LESLIE B. REYNOLDS, :
individually and as :
Natural Parent and :
Guardian of :
LOUISE H. REYNOLDS, :
a Minor, :
:
Plaintiff, :
:
VS. : CASE NO. 97-77
:
WESTIN HOTEL COMPANY, :
et al., :
:
Defendants. :

\- - - - - - - - - - - - -

Deposition of THEODORE R. MITCHEL, a witness herein, called by the plaintiff for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy L. (Davies) Welsh, a Registered Professional Reporter and Notary Public in and for the State of Ohio at Santen & Hughes, 312 Walnut Building, Suite 3100, Cincinnati, Ohio, 45202, on Monday, March 16, 1998, at 10:30 a.m.

APPEARANCES:

On behalf of the Plaintiff:

Charles E. Reynolds, Esq.
Santen & Hughes
312 Walnut Building
Suite 3100
Cincinnati, Ohio 45202

reduced your risk of liability; is that correct?

A.  Yes, that's correct.

Q.  What did you mean by that?  Did you mean risk of lawsuits such as this one?

A.  Yes.

Q.  The Westin hotel corporation may have policies regarding the service of alcohol that are different than the Columbia Sussex policies; is that correct?

A.  Yes.

Q.  And they may be even more stringent; is that correct?

A.  They may be.

Q.  Are you aware of the Westin hotel alcohol policies?

A.  No, I'm not.

Q.  If the Westin hotel policies were more stringent than the Columbia Sussex policies, which set of policies should Galleon Beach follow?

A.  I believe to be in accordance with our agreement with Westin, that we would be required to follow their policies if they were more string /SKWAEPBT.

Q.  Okay.  And by we at this point you mean Galleon Beach; is that correct?

A.  Galleon Beach as a franchisee of Westin, yes.

Q.  So we referred to Galleon Beach; is that correct?

A.  Yes.

Q.  Now, I believe you referred to our policies.  I believe that was a Columbia Sussex?

A.  That was more global response that these policies apply to all these, I use that word I don't want to use, affiliated companies.

Q.  What is an affiliated company?

A.  I invited that one, didn't I?  My definition of an affiliated company is companies that have some common ownership string.

Q.  Would your definition also include cops that are controlled by other companies?

A.  It would include that, yes.

Q.  Or under common control with other companies; is that correct?

Q.  Does Mr. Yung own all the equity
interest of Wimar Tours?

A.  Yes.
Q.  Are Wimar Tours and Columbia Sussex
Corporation affiliated companies?
A.  Yes.
Q.  Would you include Galleon Beach in that
group?  Would they all three be affiliated
companies?
A.  I would say they are, yes.
Q.  And if you include Casuarina Caymanian
holding in that group, would they all four be
affiliated companies?
A.  Yes.
Q.  And if you include Mr. Yung in that
group, would all those persons be affiliated?
A.  Yes.
Q.  Mr. Mitchell, you've reviewed the
alcohol policy that's in front of you; is that
correct?
A.  Not just today, but I mean I've reviewed
it in the past.  I think I'm familiar with most of
its provisions.
Q.  Do you recall if any testing, not just
the educational institute testing was done with
the employees at the Westin Casuarina?

A.  I personally am not aware of what
training was there.
Q.  You just know that this policy was not
followed; is that correct?
A.  Yes.
Q.  Who is Rick Lopez?
A.  Rick Lopez currently is a staff account
agent for Columbia Sussex who works with the
accounts of Wimar Tours and Sun world
International Airlines.
Q.  And he prepared a report called a final
audit, didn't he?
A.  That was in his prior capacity as an
internal auditor that he prepared that.
Q.  As an internal auditor, did he audit
financial aspects of the properties or did his
audits extend beyond that?
A.  The audit program that we use involves

procedures as spelled out in a document we
referred to as the manager's manual.  And also
what we referred to as our safety and loss
prevention manual.  Copies are given to each
property.

    Q.  Who prepares those two documents or
manuals?

    A.  They were prepared under my direction, a
variety of people help write those documents.

    Q.  But they're Columbia Sussex documents;
is that correct?

    A.  In that -- they are policies and
procedures that are disseminated to all the
affiliated companies.

    Q.  By whom are they disseminated, by which
corporate entity?

    A.  By, getting caught up in semantics here,
but by each of the entities that the, you know, to
be specific, technically, in Galleon Beach's case,
one of the officers of Galleon Beach decided that
that entity would follow Columbia Sussex's
policies and procedures and therefore at the
direction of one of the officers of Galleon Beach,
those policies and procedures were sent to Galleon
Beach to follow.

    Q.  Who did that?

    A.  That would have been myself and Stan
Clayton working together, deciding that we felt it
appropriate to have that property follow these
policies and procedures.

    Q.  Is there some score sheet or objective
criteria that's used in scoring these properties?

    A.  The audit program has specific questions
or procedures that are to be followed or to be
checked.  And there's a score given based on the
results of those specific questions or procedures
that are tested.

    Q.  So there's a, there is somewhere a sheet

or document that indicates how many points to
deduct for each infraction; is that correct?

    A.  That's correct.

    Q.  Is that document readily available?

    A.  I believe it is, yes.

    Q.  Is 76 a good score?

**DOCUMENT REDACTED PER COURT ORDER**

# Columbia Sussex Hotel Properties

See The Whole Collection with [illegible]

| State | City | # | Name | | |
|---|---|---|---|---|---|
| IN | Evansville | #134 | | [illegible] | |
| OH | Columbus | #046 | | [illegible] | |
| TX | El Paso | #067 | | [illegible] | |
| Grand Cayman | Georgetown | #061 | | [illegible] | |
| PA | Harrisburg | #074 | | [illegible] | |
| MI | Romulus | #045 | [illegible] | [illegible] | |
| FL | Orlando | #047 | [illegible] | [illegible] | |
| VA | Richmond | #069 | [illegible] | [illegible] | |
| MO | St. Louis | #054 | [illegible] | [illegible] | |
| FL | Tampa | #071 | | [illegible] | |

| | | | | | |
|---|---|---|---|---|---|
| NV | Las Vegas | #072 | | [illegible] | |
| Canada | Toronto | #121 | | [illegible] | |
| Grand Cayman | Georgetown | #019 | | [illegible] | |
| IL | Itasca | #115 | | [illegible] | |
| CA | San Diego | #118 | | [illegible] | |
| NA | Phillipsburg, Sint Maarten | #023 | | [illegible] | |
| FL | Tampa | #119 | | [illegible] | |
| DC | Washington | #122 | | [illegible] | |
| VT | Burlington | #112 | WYNDHAM HOTELS & RESORTS | [illegible] | |
| IL | Chicago | #113 | WYNDHAM HOTELS & RESORTS | [illegible] | |
| LA | New Orleans | #116 | WYNDHAM HOTELS & RESORTS | [illegible] | |

Total Hot

Hospitality Job Resource Case 1:05-cv-10879-JLT Document 71-14 Filed 03/26/2008 Page 1 of 1

**Pharmaceutical Jobs**
Find Your Next Job With Monster - Browse 1000s of Pharmacy Jobs!

**Pharmaceutical Job Search**
Pharmaceutical News and Vacancies Learn More with Science Jobs

**Executive Search**
Transnational search for leaders in chemical, pharma and BPO sectors

**Free IT Job Center**
Thousands of Open IT jobs. Search, find, apply for a job Now!

Ads by Google

Hospitality News | Jobs | Discussions | Real Estate | Resources | Suppliers | Technology | Trade Shows | Trends | Reservations

Main Categories Search Submit Help/FAQ Feedback

**Job Menu**

- Employers
- Job Seekers
- Home

**Other Resources**

- Industry News Headlines
- Weekly Job Delivery
- Industry Events
- Real Estate Listings
- Resources/Web Links
- Supplier Guide
- Polls
- Book Club
- FAQ/Help

## Westin Casuarina Opens Luxury Spa

FORT MITCHELL, Ky.--(BUSINESS WIRE)--Feb. 13, 2002--
Pleasure in Paradise. That's how the new Hibiscus Spa in the Westin Casuarina Resort and Spa on Grand Cayman Island is being described. The $1.6 million facility features the most modern, luxurious, complete, and beneficial services to refresh and restore the mind, body, and spirit. Services include facials, body treatments, massages, and manicure and pedicure. The European style spa is equipped with ladies and couples whirlpools, private steam rooms and sauna rooms and is staffed by highly skilled personnel. Therapists are skilled in Swedish, deep tissue, Shiatsu, Reiki, and sports massage. LaStone therapy, aromatherapy, reflexology, and deep tissue massages are featured. Packages range from 2 to 5 hours and include a couples only special that includes a private massage room and hot tub for the ultimate in romance.

The Westin Casuarina Resort and Spa has been recognized by Conde Nast Traveler magazine in the 2002 Gold List. The Casuarina appears on the Reserve List, a new category this year, as a supplement to the Gold List. Conde Nast singled out the Casuarina as being blessed with amazing beach scenery. They referred to the Resort's staff as friendly, discreet making the vacation memorable even for your kids.

The Westin Casuarina Resort and Spa, located on the storied Seven Mile Beach, is a world-class resort welcoming the discriminating individual seeking an unforgettable tropical vacation experience. In addition to the Hibiscus Spa, the Westin Casuarina features two swimming pools with swim-up bar. Food service ranges from casual to fine dining and includes 24-hour room service. The Resort's Casa Havana restaurant specializes in seafood, but the cuisine is international with a Caribbean flavor. Casa Havana is the only restaurant on the island to receive the prestigious AAA Four Diamond Award. Service is impeccable and the wine list extensive. Most of the 343 rooms have French doors and balconies, luxurious appointments and marble baths.

Reservations can be made at (800) WESTIN-1 (937-8461) or through a local travel agent. More information can be found at www.westin.com.

Seven Mile Beach, an area known for its beauty, convenience, and many amenities is recognized worldwide as one of the best beaches in the Caribbean.

Grand Cayman Island provides something for everyone. It is one of the top diving destinations in the world. Nearby links provide world class golf in an extraordinary setting. The capital city of Georgetown features a wide array of shopping from fashions to antiques. Nightlife in Georgetown includes dancing, live entertainment, and dining under the stars.

The Westin Casuarina Resort and Spa is owned and operated by Columbia Sussex Corporation. With over 50 resorts and hotels nationwide, Columbia Sussex is one of the largest owners of hotels in the United States.

**More Westin News**

- The Westin Detroit Metropolitan Airport Lands December 15
- Westin St. Francis Takes Top Honors as San Francisco Reservations Announces Second Annual Golden Suitcase Awards
- The Westin Dublin, Ireland Opens in the Heart of the City; Represents First Starwood Hotel Venture Into Ireland
- WESTIN DIPLOMAT RESORT & SPA'S CUTTING EDGE TECHNOLOGY FOR 21S CENTURY CONVENTIO RANKS HIGHEST AMO COMPETITORS
- The Westin Diplom Resort & Spa's Cuttin Edge Technology

**Industries**

- Cruise
- Gaming
- Hotel
- Restaurants
- Travel

**More**

- Luxe Worldwide Hotels Opens Library Hotel in New York
- Caribbean Hotel Association Head John Bell Steps Down
- Triple Celebration for Raffles International's Hotels
- Five Austin Area Establishments Receive Distinguished AAA Four Diamond Ratings
- Marriott Courtyard Hotel, Kassel wins the Ultimate Service Award for Europe

**Newsletters**

Email Address

☑ Daily Hotel Industry News
☑ Weekly Hospitality Newsletter
☑ Hospitality Trends
☑ Hospitality Technology
☐ Weekly Realty Update

Go

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT REDACTED PER COURT ORDER**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

AT COVINGTON

LESLIE B. REYNOLDS, Individually and as Natural Parent and Guardian of LOUISE H. REYNOLDS, a Minor,

Plaintiffs,

vs. : CASE NO. 97-77

WESTIN HOTEL COMPANY, et al.,

Defendants.

Deposition of KELLIE ANN LOWELL, a witness herein, called by the plaintiffs for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me,

Wendy L. (Davies) Welsh, a Registered Professional Reporter and Notary Public in and for the State of Ohio at the Westin Casuarina Resort, Seven Mile Beach, West Bay Road, Grand Cayman Island, British West Indies, on Thursday, September 4, 1997, at 3:37 P.M.

KELLIE ANN LOWELL

having been duly sworn, was examined and testified as
follows:

CROSS-EXAMINATION

BY MR. REYNOLDS:

    Q.   Would you state your name, please.

    A.   Kellie Ann Lowell.

    Q.   And does the Ann have an E on it?

    A.   No, it does not.

    Q.   Are you from Cayman, Ms. Lowell?

    A.   No, I'm from the United States.

    Q.   Where in the U.S.?

    A.   Massachusetts.

    Q.   How long have you been on Cayman?

    A.   Going into my third year.

    Q.   So you moved down in 1994?

    A.   '95.

    Q.   When in 1995?

    A.   Did I say that right?  Let me think.  In August
of 1995.

    Q.   What did you do when you first arrived in
Cayman?

A.    Initially the hotel was not completed, and I worked on relocating guests who were anticipating staying here who were not going to be able to.

Q.    So the hotel was supposed to open earlier than it actually opened?

A.    Yes.

Q.    And they booked reservations for the period of time before they opened?

A.    Sure.  So they were straightening out where guests would stay.  That was my initial job.

Q.    What was the initial target date for the opening of the hotel?

A.    It was, I believe, September of 1995.

Q.    What did you do before you moved down?

A.    I was front office manager in St. Croix, in another property.

Q.    Another Westin property?

A.    Yes.

Q.    How did you hear about this job?

A.    It was within the same company, an opening.  I was just interested in a transfer. This was being built, and it offered me an opportunity to come here.

Q.   When you say "within the same company," do you mean within Westin or within Columbia  Sussex?

A.   It was a franchise property there, too.

Q.   Sorry.  I'm not following you.

A.   I was working for Carambola Beach Resort there. And I was told about openings here and applied to work for Galleon here.

Q.   So, it appears Carambola is owned by Columbia Sussex?

A.   Yes.

Q.   And the Westin here is owned by Columbia Sussex or controlled somehow by Columbia Sussex; is that correct?

A.   I believe Columbia Sussex is doing business as Winmar Galleon Beach.

Q.   Would you say that last name again.

A.   Galleon Beach Resort, doing business as Galleon Beach.

Q.   I thought you had a word before Galleon.

A.   That actually was at the Radisson, their other property.  I misspoke.

Q.    So you believe that the Westin here on Grand Cayman is Columbia Sussex doing business as Galleon Resorts; is that correct?

A.    I believe that to be true.

Q.    What is your job here at the Westin?

A.    My title is service express supervisor.

Q.    How long have you held that job?

A.    Since the opening of this resort.

Q.    And that was December 1995; is that correct?

A.    Correct.

Q.    What does your job involve?

A.    I oversee the service express command center, training, developing staff.  It's a consolidated department; so we handle a variety of duties there.  And I'm responsible for that operation.

Q.    Who is your supervisor?

A.    Mr. Reggie Finley.

Q.    How many people do you have who report to you?

A.    It fluctuates.  Between 13 and 19.

Q.    How many right now?

A.    16.

Q.    Do you work a specific shift?

A.    No.

**DOCUMENT REDACTED PER COURT ORDER**

**DOCUMENT FILED BUT NOT SCANNED**

**(Scanned by Defendants)**

*Preparing for the New Millennium*

# CAYMAN ISLANDS



THE CAYMAN ISLANDS
SHOULDERING ITS SHARE IN
Y2K PREPAREDNESS

VISION
2008

# 1998 ANNUAL REPORT & OFFICIAL HANDBOOK

# CAYMAN ISLANDS 1998 ANNUAL REPORT & OFFICIAL HANDBOOK

Published by the Government of the Cayman Islands
August 1999

George Town, Grand Cayman
British West Indies

# Contents

Looking Back at the 20th Century

A Pictorial, from the Cayman Islands National Archive, 5

Message from the Chief Secretary, 7

Preparing Government Finances for the New Millennium

Message from the Financial Secretary, 19

Sustaining Prosperity and Preserving Quality of Life

The Year in Review, 23

Calendar of Events, 31

Synopsis of Major Developments, 37

1

Steering a Course of Stability and Harmony

A report on the Islands' constitution, governance and administration

Measured progress, 47

Modernizing the government, 47

2

Redefining the Sister Islands

A report on new economic paths for Cayman Brac and Little Cayman, 73

3

Protecting the Health and Safety of the People

A report on judicial, legal, safety and health measures

Law enforcement and public safety, 81

Health care, 87

4 

Improving the Value Equation

A report on key economic indicators and how national industries are faring

The national economy, 99

Industries, 103

Shaping the Future

A report on educational, social and cultural thrusts presaging the Islands' future

Education, 135

Social services, 147

Cultural and community affairs, 147

Sports and recreation, 189

Strengthening a Legacy of Environmental Protection

A report on weather, conservation and preservation efforts, National Trust and environmental services, 211

Linking the Islands with the Global Village

A report on the Islands' communication networks and agencies

Telecommunications, postal services, and utilities, 227

Air and sea transport and public works, 237

Appendices

1. Physical Features, 245
2. The People and their History, 248
3. Cayman Islands Government, 254
4. Cayman Islands Economy, 280
5. Miscellaneous Statistical Data, 287
6. Miscellaneous Information, 295
7. Maps, 315

Index, 319

Acknowledgements, 323



# 6 LAW ENFORCEMENT AND PUBLIC SAFETY

## The Judicial System

Justice in the Cayman Islands is administered at three levels – the Courts of Summary Jurisdiction (including, with effect from 1996, Youth Courts), the Grand Court and the Court of Appeal.

The Summary Court has a civil and criminal jurisdiction. In its criminal jurisdiction it roughly corresponds to the court of a stipendiary magistrate in England and Wales. The jurisdiction of the court is normally exercised by one or two legally qualified magistrates. Provision is, however, made for two lay justices of the peace to comprise a court of summary jurisdiction having a lesser jurisdiction than the court presided over by a magistrate.

Appeals from the Summary Court lie to the Grand Court. A magistrate sits with a jury as coroner for the Islands.

The Grand Court is a superior court of record and is presided over by a judge. Its jurisdiction is defined in the constitution and in the Grand Court Law. In general, it has the same jurisdiction as does the High Court of Justice of England and Wales in all its divisions, including admiralty, bankruptcy and matrimonial proceedings. It administers the common law and the law of equity of England, as well as locally enacted laws and applied laws.

An appeal lies from the Grand Court to the Cayman Islands Court of Appeal. It is composed of a president and not less than two judges of appeal who hold or have held high judicial office. A judge of the Grand Court may exercise any of the powers of a single judge of the Court of Appeal. Further appeal lies, in certain circumstances, to the Judicial Committee of the Privy Council in London.

### The Youth Court

Matters relating to juveniles were formerly dealt with in accordance with the provisions of the Juveniles Law by the Juvenile Court, a court of summary jurisdiction. With the coming into effect of the Youth Justice Law and the establishment of a Youth Court, the sections relating to the commission of crime by young persons aged under 17 were repealed and replaced by provisions giving general jurisdiction to try all summary offences committed by young persons. With the coming into effect of the Children Law, a wider function relating to the general welfare of young people will be conferred upon the Grand Court and the Summary Court.

The Youth Court is presided over by a magistrate sitting alone or with two Justices of the Peace, at least

The Attorney General's Chambers .......... 82
Royal Cayman Islands Police (RCIP) .......... 82
911 Emergency Communications .......... 83
Fire Service .......... 83
Northward Prison .......... 84

one of whom must be of the opposite sex to the magistrate, or by three Justices of the Peace, at least one of whom must be a woman.

### Appointments

The Cayman Islands has three resident judges, three magistrates and 98 Justices of the Peace. Magistrates are appointed by the Governor. Judges of the Grand Court and Court of Appeal are appointed in accordance with instructions from the Secretary of State. The Governor on the advice of the Secretary of State appoints one of the judges to be the Chief Justice. To qualify for appointment as a Grand Cayman court judge or magistrate, a person must be qualified to practise as a barrister or solicitor and have practised as such, in the case of a Grand Court judge, for not less than 10 years; in the case of a magistrate, for not less than five years.

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government, and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into three areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs. The Attorney General is directly assisted by a legal executive and secretary.

### Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member, who prepare primary legislation for enactment by the Legislative Assembly, secondary legislation, and interpret statute law for the government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and the overall supervision by the Attorney General.

### Solicitor General/Legal Department

The Legal Department is managed on a day-to-day basis by the Solicitor General, and consists of two teams of lawyers, one of which prosecutes criminal cases. The other team mainly defends civil litigation and judicial review proceedings, with both providing legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases.

The department also assists the Central Authority (Chief Justice) under the Mutual Legal Assistance Treaty with the United States, which permits the exchange of information on criminal matters. Extradition and letters rogatory are also dealt with on behalf of the Attorney General who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct law. The Legal Department consists of the Solicitor General, three senior crown counsel, nine crown counsel, secretaries and support staff.

### Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree level education for law students on a full- and part-time basis, followed by a professional practice course. The Director of Legal Studies and five lecturers comprise the educational staff, in addition to support staff. The Law School is an integral part of the Portfolio of Legal Affairs and is the responsibility of the Attorney General. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education.

## Royal Cayman Islands Police

The Royal Cayman Islands Police Force is a national service with a complement of 250 police officers and 50 support staff. A central police station in George Town houses the main policing thrust but local polic-

ing is devolved to sub-stations at Bodden Town, East End, North Side, West Bay and Cayman Brac.

The emphasis on activity during 1998 was on planned policing. This ensures that the policing time available was fully directed toward solving the problems faced.

Community policing, at the forefront of which are efforts to establish a community constable in every area of the Cayman Islands, made significant progress.

Response to emergencies has been improved by greater involvement of more highly trained and better-equipped officers from the Traffic Department, while the criminal investigation side has concentrated more on developing a targeted approach to known criminals.

### Recorded Crime

The Cayman Islands remains one of the safest places to live in the world. The year 1998 saw a reduction of 10.6 percent on the previous year, bringing the total recorded crime down to 3,173. The detection rate is the envy of the civilised world.

### Illegal Drugs

Although the visitor and, indeed, non-participating resident, may hardly notice drug-related activity, the Cayman Islands' strategic location in the Caribbean makes it vulnerable to worldwide problem of drug abuse.

The number of arrests for drug offences has increased considerably in 1998 over previous years. Drug statistics are notoriously deceptive because they measure police activity rather than the latent problem. However, the service's Drug Task Force and Marine Unit have exceeded all reasonable expectations in their performance and, in conjunction with the National Drug Council and schools, have made a significant impact on prevention, education, rehabilitation and enforcement.

### Road Safety

It is not obligatory to report all road traffic accidents to the police. For example, some damage-only categories require exchanged particulars only. Reported accidents in 1998 fell by 4.8 percent, to 457. There were two fatal accidents, the same as for 1997, but both years reflected significant reductions on the 19 in 1996 and on the norm in previous years.

## 9-1-1 Emergency Communications

With the implementation of the street addressing programme in the three islands, 911 is better able to provide more accurate and concise information on location of accidents. This greatly facilitates speedier emergency response.

Cayman Brac and Little Cayman are now on-line and their emergency calls are received at the centre on Grand Cayman.

Ongoing training for 911 operators will not only equip them for their role in the Communications Centre, but also qualify them to assist other emergency services as responders out in the field.

The 911 service is growing at a rapid rate in terms of call volume. With the introduction of the monitoring of marine and air traffic communications, 911 responds to calls for assistance from cruise ships, oil tankers, the US Air Force, and civilian aircraft.

## Fire Service

During 1998 the Fire Service responded to 740 fires and other incidents, reflecting a decline of approximately six percent on 1997. The value of property involved in fires during 1998 was estimated at $5,884,515, with an estimated $567,995 attributed to actual damage to property.

Estimated value of property saved as a result of direct intervention by the Fire Service was calculated at $5,316,520.

Of the 740 fires and incidents dealt with, 18 fires

warranted a full investigation. Of the total, 44.4 percent were assessed as accidental, arson was suspected in 44.4 percent, while the cause of the remaining 11.1 percent was undetermined.

In other aspects of work, the department reviewed 235 sets of architectural drawings and carried out 609 inspections.

In 1998, five young Caymanians were recruited and given an intensive three-month fire and rescue training course, which they successfully completed in December, bringing the staff complement to 126.

The service continued to give priority to the development of its human resources. During 1998, 13 middle managers and supervisors attended advanced courses in fire fighting and rescue at institutions in the UK and USA.

## Northward Prison

One of the principal concerns during 1998 was the increasing inmate population, making demands for contingency planning to compensate for the deficient housing facilities. The increased population challenged staff to remain focused on maintaining proper control and supervision.

### Staffing

Of a staff complement of 116, there were 99 uniformed officers. The staff complement grew by 7.41 percent over 1997; among these were two principal officers from the United Kingdom.

Training included a control and restraint course conducted by two UK instructors; refresher training was intensified for all line officers, and other personnel working in the prison. First aid and CPR training was also offered. The principal officer for administration completed a crown agents' advanced prison management course in the United Kingdom. Emergency exercises strengthened officers' capacity to respond to crises. Probation officers at the Social Services Department of Government conducted training for a group of officers in behavioural management and group counselling.

### Inmate Population

The average daily prison population was 246 during 1998, an increase of 11.8 percent over 1997. Caymanians formed the largest component (65 percent), followed by Jamaicans (27 percent). The remaining 8 percent was drawn from several countries, including Honduras, Canada, USA, and Cuba. The number of convicted prisoners incarcerated for drug-related offences represented 35.5 percent of the total inmate population.

### Security and Rehabilitation

The objective of the prison service is to keep inmates in safe custody, while providing rehabilitative programmes for offenders. Security was paramount and there were no escapes during 1998. The prison main-

***Prison Chaplain Peter Van Der Bol Sets Spirits Free at Northward***

*Her Majesty's Prison Northward has a new sanctuary at the centre of the complex, the "Upper Room Chapel."*

*The idea for the chapel began in 1998 when the prison chaplain, Mr. Peter Van Der Bol, presented it at the annual general meeting of the Cayman Islands Chapter of the Prison Fellowship International. With support from the community and hard work from the inmates, construction began on 3rd August, 1998.*

*Prison Chaplain Van Der Bol is proud of this effort: "I feel a sense of accomplishment, I set myself a goal and we achieved that goal very quickly, in ten months, in fact. It was very satisfying to see everyone working together with a sense of purpose. There is a pride factor involved, not only for me but also for the inmates: they built it. It is their chapel and people are still coming up with ideas."*

*The new chapel has allowed for a much larger congregation to gather and more services to be held. Prison Chaplain Van Der Bol explains: "It is a much better environment in which to worship; it is a sanctuary in the middle of the prison."*

tains a policy of zero tolerance in relation to drug usage; mandatory drug-testing is enforced. Educational programmes experienced increased participation, and literacy classes were conducted by volunteers from the community, with assistance from the Rotary Club of Grand Cayman. Courses in computer training and other academic areas were also offered. Nine inmates achieved a100 percent pass rate in the GCE English 'O' Level examination.

Vocational training was offered in electronics, cosmetology, handicrafts, ceramics, auto mechanics and bodywork, joinery, construction, agriculture, and tailoring.

A full-time nurse and other trained professionals in the required fields provided comprehensive healthcare.

## Physical Facilities

The prison's woodwork and craft area was expanded, and a tailoring and barbershop facility was constructed. Under the sponsorship of local churches, a chapel was completed in the first quarter of 1999. This facility has a seating capacity of 200, office space for the prison chaplain and a separate counselling area. Preventive maintenance continued to be carried out as required on other inmate facilities.



# 13 CULTURAL AND COMMUNITY AFFAIRS

## The Role of the Ministry of Community Affairs

The role of the Ministry of Community Affairs is to promote a sustainable, high quality of community life, to keep pace with the level of economic development in the three Cayman Islands, and to ensure that each individual has the maximum opportunity to achieve his or her highest level of self-fulfillment and personal development, in terms of the physical, social, moral and spiritual aspects of life.

The key areas of focus for the Ministry for 1998 were support for women's issues, the National Pensions Law, and youth and the arts.

### Women's Issues

- The Cayman Islands officially observed International Women's Day on 8th March. The entire month focused on the women of Cayman.
- The ministry continued to develop and maintain the Women's Resource Centre (WRC) as a focal point for public information and education. The centre is also used as a meeting place for community groups, and offers free legal advice through the auspices of the Legal Befrienders Clinic.
- A programme officer for the Women's Resource Centre was hired to coordinate public education programmes and volunteers at the WRC, and develop the resource library.
- Work continued on setting up a Women's Advisory Committee.

### National Pensions Law

The amended National Pensions Law was passed in the Legislative Assembly in April, and came into effect on 1st June. The National Pensions Law (1998 Revision) was published with Gazette No. 19 of 14th September, and consolidated all existing pensions laws. Further amendments were drafted in November and were slated for parliamentary debate in 1999.

### Publicity for Pensions Law

The ministry undertook a publicity drive, featuring the revised booklet, *The Proposed Cayman Islands Pension Law Explained*, newspaper articles, radio and television interviews and presentations to groups.

Arrangements were finalised in November for applications for trade and business licences and for

The National Art Gallery ........ 175
The Cayman National Cultural Foundation ........ 175
Cultural and Historical Preservation ........ 177
The Cayman Islands National Archive ........ 177
The Cayman Islands National Museum ........ 184
The Public Library ........ 186



## Chief Officers, at 31 December, 1998

**Governor of the Cayman Islands:**
Mr. John Wynne Owen, CMG, MBE

**Chief Justice of the Cayman Islands:**
The Hon. Anthony Smellie, QC, JP

**Speaker of the House:**
The Hon. Mabry S. Kirkconnell, MBE, JP

### Portfolio of Internal & External Affairs

Chief Secretary: Mr. James M. Ryan, MBE, JP
Deputy Chief Secretary: Mr. Donovan Ebanks, MBE
District Commissioner: Mrs. Jenny Manderson, MBE, JP
Commissioner of Police: Mr. David Thursfield, QPM
Permanent Secretary/Personnel: Mr. Graham Wood (Atg.)
Chief Immigration Officer: Mr. Orrett Connor
Director of Prisons: Mr. Eric Smith
Director, Computer Services: Mr. Gilbert McLaughlin
Manager, Information Technology Strategy Unit: Mr. David Archbold
Chief Information Officer: Mrs. Joan Scott-Campbell (Atg.)
Passport Officer: Mrs. Janice McLean
Clerk of the Legislative Assembly: Mrs. Georgette Myrie
Clerk of the Executive Council: Mrs. Carmena Parsons
Director of Broadcasting: Mr. Loxley Banks

### Portfolio of Legal Administration

Attorney General: The Hon. David Ballantyne
First Legislative Counsel: Mr. Clive Grenyer
Solicitor General : Mr. Samuel Bulgin
Director of Legal Studies: Mr. Mitchell Davies

### Portfolio of Finance and Economic Development

Financial Secretary, The Hon. George A. McCarthy, OBE, JP
Deputy Financial Secretary: Mr. Joel Walton, JP
Registrar General/Registrar of Companies: Mr. Delano Solomon, JP
Director, Cayman Islands Shipping Registry: Mr. Peter Gibbs
Accountant General: Mrs. Sonia McLaughlin
Collector of Customs: Mr. Carlon Powery

## Appendix 3: Cayman Islands Government

Government Directory .......... 256
Recent Legislation .......... 270
Motions Tabled in the Legislature .......... 272
Financial Services Regulatory Regime and Avenues of International Assistance .......... 275

Chief Statistician: Mr. Brian Boxill

Director of Internal Audit: Mr. Richard Roberts (Atg)

Director of Budget and Management Unit: Mr. Peter Gough

### Ministry of Education, Aviation and Planning

Member of the Executive Council: The Hon.Truman M. Bodden, OBE , JP

Permanent Secretary: Mrs. Joy Basdeo, JP

Chief Education Officer: Dr. John Tudor

Principal, Community College: Mr. Sam Basdeo

Director of Planning: Mr. James Corcoran

### Ministry of Community Development, Sports, Women's Affairs, Youth and Culture

Member of the Executive Council: The Hon. Julianna O'Connor-Connolly, JP

Permanent Secretary: Mr. Carson Ebanks, JP

District Commissioner: Mrs. Jenny Manderson, MBE, JP

Director of Labour and Human Resources: Mr. Dale Banks

Sports Coordinator: Mr. Charles Branche

Director, Cayman Islands National Archive: Dr. Philip Pedley

Director, Cayman Islands National Museum: Miss Anita Ebanks

Librarian, Public Library: Mrs. Susan Miller-Tennant

### Ministry of Agriculture, Communications, Environment and Natural Resources

Member of the Executive Council: The Hon. John B. McLean, OBE, JP

Permanent Secretary: Mr. Kearney Gomez, MBE, JP

Chief Engineer, Public Works: Mr. Colford Scott

Postmaster General: Mrs. Mona Banks-Jackson, MBE

Chief Agricultural & Veterinary Officer: Dr. Alfred Benjamin

Director, Department of the Environment: Mrs. Gina Ebanks-Petrie

Director, MRCU: Dr. William Petrie

Director, Department of Environmental Health: Mrs. Teresa Kuczynski

Director, Department of Vehicle and Equipment Services: Mr. Philip Tatum

Director of Lands & Survey/Registrar of Lands: Mr. Clark Buchanan, JP

### Ministry of Tourism, Commerce, Transport and Works

Member of the Executive Council: The Hon. Thomas C. Jefferson, OBE, JP

Permanent Secretary: Mr. Harding O. Watler, JP

Director of Tourism: Mrs. Angela Martins

Chief Fire Officer: Mr. Kirkland H. Nixon, QFSM, MBE

### Ministry of Health, Social Welfare, Drug Abuse Prevention and Rehabilitation

Member of the Executive Council: The Hon. Anthony Eden, OBE, JP

Permanent Secretary: Ms. Andrea Bryan, JP

Director of Health Services Department: Mr. Mervyn Conolly

Chief Medical Officer: Dr. Gerald Smith (Atg.)

Medical Officer of Health: Dr. A. Kiran Kumar

Chief Nursing Officer: Mrs. Eloise Reid, MBE

Manager, Ancillary and Support Services: Mrs. Cathy Gomez

Medical Officer in Charge, Faith Hospital: Dr. Sanjib Mohanty

Chief Dental Officer: Dr. Trevor Barnes

Director of Social Services: Mrs. Deanna Look Loy

Coordinator, Cayman Counselling Centre: Ms. Terri Foster (Atg.)

### The Judiciary

Chief Justice: The Hon. Anthony Smellie, QC, JP

Puisne Judges: The Hon. Henry Graham, JP
The Hon David Murphy, JP



## SUMMARY OF GOVERNMENT REVENUE AND EXPENDITURE 1995-1998 IN (CI$000s)

| REVENUE | 1996 (Actual) | 1997 (Unaudited) | 1998 (Estimated) |
|---|---|---|---|
| Duty | 100,665 | 110,683 | 131,777 |
| Tax | 16,326 | 18,060 | 20,381 |
| Licences | 18,929 | 20,685 | 23,665 |
| Sales | 4,094 | 4,951 | 5,069 |
| Fees | 41,433 | 48,140 | 51,485 |
| Fines | 868 | 1,279 | 1,285 |
| Services | 1,458 | 1,553 | 1,590 |
| Rentals/Leases | 386 | 640 | 465 |
| Loans/Interest | 1,854 | 1,873 | 1,509 |
| Miscellaneous | 1,461 | 884 | 893 |
| Contributions/Repayments | 7,688 | 8,978 | 10,031 |
| **Total Recurrent Revenue** | **195,162** | **217,726** | **248,150** |
| **Loan Receipts** | **22,381** | **25,393** | **20,600** |
| **TOTAL REVENUE** | **217,543** | **243,119** | **272,790** |

## Appendix 4: Cayman Islands Economic Data

Recurrent, Capital & Statutory Expenditure ........ 281
Consumer Price Index ........ 282
Imports and Exports and Balance of Trade ........ 283
Work Permits (at year-end) ........ 283
Work Permits by Occupational Group ........ 283
Visitor & Tourism Arrivals ........ 284
Currency in Circulation ........ 284
Total Company Registration ........ 285
Banks, Trusts, Mutual Funds and Insurance Statistics ........ 286

## RECURRENT EXPENDITURE (by Portfolio) (CI$000s)

| | 1996 (Actual) | 1997 (Unaudited) | 1998 (Estimated) |
|---|---|---|---|
| Office of the Governor | 3,104 | 3,695 | 4,118 |
| Internal & External Affairs | 28,589 | 31,873 | 29,470 |
| Legal Affairs | 1,837 | 2,122 | 2,418 |
| Finance & Development | 23,581 | 22,049 | 22,535 |
| Tourism, Commerce Transport | 21,928 | 24,565 | 29,029 |
| Comm. Affairs, Sports, Women, Youth, & Culture | 13,212 | 15,297 | 12,068 |
| Health, Social Welfare Drug Abuse Prev. & Rehab. | 20,756 | 25,657 | 41,636 |
| Agriculture, Env., Comm. & Works | 21,136 | 25,535 | 29,767 |
| Education, Aviuation & Planning | 22,580 | 30,836 | 35,791 |
| **Total** | 156,723 | 181,629 | 206,832 |

## CAPITAL EXPENDITURE (CI$000s)

| | 1996 | 1997 | 1998 |
|---|---|---|---|
| Capital Acquisitions | | | 8,574 |
| From Revenue | 11,710 | 20,799 | 3,170 |
| From Loan Funds | 22,381 | 25,394 | 20,600 |
| From Environmental Proitection Fund | – | – | 2,040 |
| From Infrastructure Fund | – | – | 2,000 |
| | 34,091 | 46,193 | 27,810 |

## STATUTORY EXPENDITURE (CI $000s)

| | 1996 | 1997 | 1998 |
|---|---|---|---|
| Public Debt Charges | 9,990 | 13,094 | 17,406 |
| Other Stat. Exp. | 4,837 | 5,308 | 13,025 |
| | 14,827 | 18,402 | 30,431 |
| Total Expenditure | 205,641 | 246,224 | 273,647 |

Source: Accountant General of the Cayman Islands, 1999



## FIRE DEPARTMENT STATISTICS, 1989-98

| All calls | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 362 | 235 | 552 | 556 | 494 | 502 | 517 | 578 | 786 | 799 |

## PORT STATISTICS, 1995-98

| **Grand Cayman** | **1995** | **1996** | **1997** | **1998** |
|---|---|---|---|---|
| Cruise ship calls | 503 | 528 | 572 | 518 |
| Ships trading | 30 | 46 | 47 | 51 |
| Port calls | 266 | 302 | 316 | 347 |
| Port working days | 288 | 290 | 279 | 279 |
| Tons unloaded | 160,615 | 173,540 | 201,337 | 221,379 |
| Containerized cargo | 77.4% | 79.8% | 77% | 77% |
| | | | | |
| **Cayman Brac** | | | | |
| Ships trading | 15 | 15 | 14 | 16 |
| Port calls | 52 | 55 | 55 | 56 |
| Cruiseship calls | 0 | 5 | 278 | 277 |
| Port working days | 277 | 279 | 278 | 223 |
| Tons unloaded | 6,335 | 7,113 | 8,793 | 9,504 |

## Appendix 5: Miscellaneous Statistical Data

Crime .................... 288
Road Traffic .................... 288
Court Statistics .................... 289
Air Traffic .................... 290
Post Office Boxes .................... 291
Postal Service .................... 292
Population, Births Deaths and Marriages .................... 293
Health Statistics .................... 294

## CRIME 1998

| Category | reported crime | detected crime |
|---|---|---|
| | **2957** | **2228** |
| Offences against public order | 122 | 109 |
| Offences against administration of lawful authority | 14 | 13 |
| Offences of sexual impropriety | 64 | 43 |
| Offences of disorderliness | 67 | 60 |
| Offences against the person | 316 | 251 |
| Offences against property | 998 | 481 |
| Offences of malicious damage to property | 152 | 101 |
| Forgery, coining, counterfeiting | 70 | 46 |
| Misuse of drugs law | | |
| offences involving ganja | 558 | 554 |
| Offences involving cocaine | 490 | 465 |
| Miscellaneous drug offences | 106 | 105 |
| Customs law | – | – |
| Police force law | 110 | 109 |
| Liquor licence law | 5 | 4 |
| Marine Conservation Law | 49 | 49 |
| Firearm law | 22 | 21 |
| Juvenile law | – | – |
| Gambling law | 6 | 6 |
| Animal law | 15 | 11 |
| Telephone law | 7 | 2 |
| Other miscellaneous offences | 77 | 53 |

## ROAD TRAFFIC STATISTICS

| | Vehicles Imported | Traffic Registered | Traffic Accidents | Traffic Offences |
|---|---|---|---|---|
| 1991 | 1,744 | 14,339 | 693 | 5,645 |
| 1992 | 1,773 | 14,707 | 820 | 4,751 |
| 1993 | 1,838 | 15,048 | 769 | 4,241 |
| 1994 | 2,283 | 15,804 | 753 | 5,816 |
| 1995 | 2,473 | 17,427 | 1,072 | 6,064 |
| 1996 | 2,898 | 19,164 | 775 | 4,643 |
| 1997 | 3,204 | 20,602 | 480 | 7,712 |
| 1998 | 3,021 | 20,250 | 453 | 7,512 |

## COURT STATISTICS, 1994-98

| | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| **Grand Court** | | | | | |
| Indictments | 48 | 76 | 64 | 64 | 67 |
| Civil cases (incl. Admiralty) | 452 | 494 | 619 | 782 | 719 |
| Estates | 124 | 127 | 183 | 145 | 105 |
| Divorces | 149 | 140 | 144 | 151 | 168 |
| Adoptions | 10 | 5 | 5 | 3 | 6 |
| Legal Aid | | | | | |
| Civil | 237 | 192 | 190 | 205 | 203 |
| Criminal | 102 | 129 | 144 | 196 | 155 |
| Attorneys licensed to practise | 124 | 140 | 147 | 170 | 218 |
| Limited admissions to attorneys | 19 | 36 | 34 | 42 | 39 |
| General admissions | 21 | 16 | 23 | 30 | 35 |
| Notaries public licensed | 136 | 144 | 150 | 167 | 177 |
| **Appeals to Grand Court** | | | | | |
| Civil | 0 | 0 | 2 | 5 | 4 |
| Criminal | 65 | 71 | 49 | 82 | 52 |
| Court of Appeal (crim.) | 52 | 32 | 51 | 52 | 76 |
| Court of Appeal (Civil, inc. misc.) | 34 | 24 | 19 | 41 | 73 |
| Privy Council | 5 | 1 | 1 | 1 | 6 |
| **Summary Court** | | | | | |
| Criminal cases | 5,401 | 5,648 | 4,905 | 5,221 (Incl. Cay. Brac [104]) | 4,983 (Incl. Cay. Brac[60]) |
| Civil cases | 412 | 388 | 762 | 1,380 | 1,604 |
| Maintenance and affiliation | 82 | 81 | 77 | 72 | 64 |
| Deaths reported to Coroner | 37 | 38 | 29 | 37 | 34 |
| **Youth Court** | 208 | 185 | 145 | 197 (Incl. care & Prot. [34]) | 243 |
| **Justices of the Peace** | | | | | |
| Grand Cayman | 71 | 80 | 81 | 81 | 79 |
| Cayman Brac | 11 | 13 | 13 | 13 | 15 |

# CAYMAN ISLANDS



# 1999 ANNUAL REPORT & OFFICIAL HANDBOOK

# CAYMAN ISLANDS 1999 ANNUAL REPORT & OFFICIAL HANDBOOK

Published by the Government of the Cayman Islands
July 2000

George Town, Grand Cayman
British West Indies

# Contents

## Sustaining Prosperity and Preserving Quality of Life
The Year in Review
Chapter 1 – Calendar of Events, 12
Chapter 2 – Synopsis of Major Developments, 17

1 

## Steering a Course of Stability and Harmony
A report on the Islands' constitution, governance and administration
Chapter 3 – Government, 29
Chapter 4 – Administration, 47

2 

## Growing the Economy and Strengthening Industries
A report on key economic indicators and how national industries are faring
Chapter 5 – Economy and Public Finances, 53
Chapter 6 – Industries, 57
Chapter 7 – Development Agencies, 73

3 

## Protecting the Health and Safety of the People
A report on judicial, legal, safety and health measures
Chapter 8 – Law Enforcement and Public Safety, 83
Chapter 9 – Health Care in the Cayman Islands, 91

4 

## Shaping the Future
A report on educational, social and cultural thrusts presaging the Islands' future
Chapter 10 – Education, 105
Chapter 11 – Social Services, 113
Chapter 12 – Cultural and Community Affairs, 131
Chapter 13 – Sports and Recreation, 143
Chapter 14 – Information Services and the Media, 151

5



## Strengthening a Legacy of Environmental Protection

A report on weather, conservation and preservation efforts, National Trust and environmental services

Chapter 15 – The Weather, 159
Chapter 16 – Preservation and Conservation of the Natural Environment, 161
Chapter 17 – Environmental Services, 165

6

## Redefining the Sister Islands

A report on economic & social developments in Cayman Brac and Little Cayman

Chapter 18 – Sister Islands, 173

7

## Linking the Islands with the Global Village

A report on the Islands' communication networks and agencies

Chapter 19 – Telecommunications, Postal Services and Utilities, 179
Chapter 20 – Air and Sea Transport, 189

8

## Appendices

1. Physical Features, 197
2. The People and their History, 200
3. Cayman Islands Government, 205
4. Cayman Islands Economic Data, 224
5. Miscellaneous Information, 227
6. Maps, 241

Index, 245

Acknowledgements, 249



# 8 LAW ENFORCEMENT AND PUBLIC SAFETY

Justice in the Cayman Islands received a boost in 1999 with recommendations for new sentencing options and the introduction of new systems to reduce waiting time for criminal trials. There were advances during the year in other law enforcement sectors as well, notably in the RCIP, which reported a 12.1% reduction in crime. This took the total recorded crime down to 2,877 per capita, the rate of an English rural county. The RCIP reported an enviable 72.9% detection rate.

## The Judicial System

Justice in the Cayman Islands is administered at three levels – in the Summary Court (including, with effect from 1996, the Youth Court, formerly the Juvenile Court), the Grand Court and the Court of Appeal.

### The Youth Court

The Youth Court has general jurisdiction to try all summary offences committed by juveniles under 17 years of age. With the Children Law coming into effect, a wider function relating to the general welfare of young people will be conferred on the Grand and Summary courts.

The Youth Court is presided over by a magistrate sitting alone or with two justices of the peace, at least one of whom must be of the opposite gender to the magistrate, or by three justices of the peace, at least one of whom must be a woman.

### The Summary Court

The Summary Court has a civil and criminal jurisdiction. In its criminal jurisdiction, it roughly corresponds to the court of a stipendiary magistrate in England and Wales. One or two legally qualified magistrates normally exercise jurisdiction, although provision is made for two lay justices of the peace to preside.

A magistrate sits with a jury as coroner for the Islands.

### Grand Court

Appeals from the Summary Court lie to the Grand Court. The Grand Court is a superior court of record whose jurisdiction is defined in the Constitution of the Cayman Islands and in the Grand Court Law. In general, it has the same jurisdiction as the High Court of Justice of England and Wales and its divisions. The Grand Court administers the common law and the law of equity of England, as well as locally enacted laws and applied laws.

### The Cayman Islands Court of Appeal and the Judicial Committee of the Privy Council

Appeals from the Grand Court lie to the Cayman Islands Court of Appeal, composed of a president and not less than two judges of appeal who hold or have held high judicial office. A judge of the Grand Court may exercise any of the powers of a single judge of the Court of Appeal. Further appeal lies, in certain circumstances, to the Judicial Committee of the Privy Council in London.

### Appointments to the Bench

The Cayman Islands has three resident judges, three magistrates and 95 justices of the peace, some of whom serve as lay magistrates. The Governor appoints magistrates. Judges of the Grand Court and the Court of Appeal are appointed in accordance with instructions from the Secretary of State. The Governor, on the advice

The Attorney General's Chambers .......... 84
Royal Cayman Islands Police (RCIP) .......... 86
911 Emergency Communications .......... 86
Fire Service .......... 88
Northward Prison .......... 88

| Grand Court Crime | 1997 | 1998 | 1999 | Change 1997/99 |
|---|---|---|---|---|
| Indictments oustanding | 63 | 35 | 18 | -71% |
| Average number of days from receipt in Grand Court to disposal | 338 | 356 | 167 | -51% |
| Age of oldest indictment outstanding | 45 months | 23 months | 18 months | -59% |
| **Summary Court Crime** | **1997** | **1998** | **1999** | **Change** |
| Cases outstanding over 2 years | * | 84 | 6 | -93% |
| Part-heard Trials | * | 56 | 7 | -87% |
| Age of oldest case<br>*statistics not kept prior to 1998 | * | 50 months | 22 months | -56% |

of the Secretary of State, appoints one of the judges to be the Chief Justice. To be eligible for appointment as a judge or a magistrate, a person must be a qualified barrister or solicitor, who has, in the case of a Grand Court judge, practised for a minimum of ten years; in the case of a magistrate, for not less than five years.

### Key Achievements in 1999

The Chief Justice appointed in 1999 a Sentencing Advisory Committee that made a number of proposals with regard to sentencing options, foremost of which was a new structure for Community Service Orders. In a renewed effort to apply technology to improving efficiency at the Courts, a new computerized case management system went live in November.

The following charts indicate the success rate for this new system, which will track criminal cases from receipt to disposal:

Another indicator of the success of the new case management system was the reduction in waiting time for trial of complex civil cases, which in 1999 decreased from an average of nine to six months.

The following statistics show court matters and other relevant data for 1994-1999:

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government, and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into three areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs. The Attorney General is directly assisted by a legal executive and secretary.

### Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member, who prepare primary legislation for enactment by the Legislative Assembly, secondary legislation, and interpret statute law for the government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and the overall supervision by the Attorney General.

### Solicitor General/Legal Department

The Legal Department is managed on a day-to-day basis by the Solicitor General, and consists of two teams of lawyers, one of which prosecutes criminal cases. The other team mainly defends civil litigation and judicial review proceedings, with both providing legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases.

The department also assists the Central Authority (Chief Justice) under the Mutual Legal Assistance Treaty

## COURT STATISTICS, 1994-99

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|
| **Grand Court** | | | | | | |
| Indictments | 48 | 76 | 64 | 64 | 67 | 61 |
| Civil cases (incl. Admiralty) | 452 | 494 | 619 | 782 | 719 | 750 |
| Estates | 124 | 127 | 183 | 145 | 105 | 135 |
| Divorces | 149 | 140 | 144 | 151 | 168 | 156 |
| Adoptions | 10 | 5 | 5 | 3 | 6 | 1 |
| Legal Aid | | | | | | |
| Civil | 237 | 192 | 190 | 205 | 203 | 169 |
| Criminal | 102 | 129 | 144 | 196 | 155 | 162 |
| Attorneys licensed to practise | 124 | 140 | 147 | 170 | 218 | 227 |
| Limited admissions to attorneys | 19 | 36 | 34 | 42 | 39 | 48 |
| General admissions | 21 | 16 | 23 | 30 | 35 | 25 |
| Notaries public licensed | 136 | 144 | 150 | 167 | 177 | 191 |
| **Appeals to Grand Court** | | | | | | |
| Civil | 0 | 0 | 2 | 5 | 4 | 3 |
| Criminal | 65 | 71 | 49 | 82 | 52 | 107 |
| Court of Appeal (crim.) | 52 | 32 | 51 | 52 | 76 | 49 |
| Court of Appeal (Civil, inc. misc.) | 34 | 24 | 19 | 41 | 73 | 35 |
| Privy Council | 5 | 1 | 1 | 1 | 6 | 6 |
| **Summary Court** | | | | | | |
| Criminal cases | 5,401 | 5,648 | 4,905 | 5,221 (Incl. Cay. Brac [104]) | 4,983 (Incl. Cay. Brac[60]) | 5020 Incl. Cay. Brac [91] |
| Civil cases | 412 | 388 | 762 | 1,380 | 1,604 | 1,403 |
| Maintenance and affiliation | 82 | 81 | 77 | 72 | 64 | 102 |
| Deaths reported to Coroner | 37 | 38 | 29 | 37 | 34 | 29 |
| **Youth Court** | 208 | 185 | 145 | 197 (Incl. care & Prot. [34]) | 243 | 176 |
| **Justices of the Peace** | | | | | | |
| Grand Cayman | 71 | 80 | 81 | 81 | 79 | 80 |
| Cayman Brac | 11 | 13 | 13 | 13 | 15 | 15 |

with the United States, which permits the exchange of information on criminal matters. Extradition and letters rogatory are also dealt with on behalf of the Attorney General who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct law. The Legal Department consists of the Solicitor General, three senior crown counsel, nine crown counsel, secretaries and support staff.

### Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree level education for law students on a full- and part-time basis, followed by a professional practice course. The Director of Legal Studies and five lecturers comprise the educational staff, in addition to support staff. The Law School is an integral part of the Portfolio of Legal Affairs and is the responsibility of the Attorney General. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education.

## Royal Cayman Islands Police

The Royal Cayman Islands Police (RCIP) Service is a national service with a complement of 270 police officers and 40 support staff. Central Police Station in George Town houses the main policing thrust, while local policing is devolved to sub-stations at Bodden Town, East End, North Side, West Bay and Cayman Brac.

The emphasis on activity during 1999 was on planned policing. This ensured that the policing time available was fully directed towards solving problems faced.

Community policing made significant progress with the assignment of a constable to every community in the Cayman Islands.

Response to emergencies has been improved by greater involvement of more highly trained and better-equipped officers from the Traffic Department. The Criminal Investigation side has concentrated more on developing a targeted approach to known criminals.

### Recorded Crime

The Cayman Islands remains one of the safest places to live in the world. The total recorded crime decreased to 2,877 per capita, a 12.1% reduction over 1998. The detection rate was recorded at 72.9 %.

### Illegal Drugs

Although visitors and, indeed, non-participating residents, may hardly notice any drug-related activity, the Cayman Islands' strategic location in the Caribbean makes it vulnerable to the worldwide problem of drug trafficking and abuse.

The number of arrests for drug offences increased considerably in 1999 over previous years. Drug statistics are notoriously deceptive because they measure police activity rather than the latent problem. However, the RCIP's Drug Task Force and Marine Unit have exceeded all reasonable expectations in their performance and, in conjunction with the National Drug Council and schools, have made significant impact on prevention, education, rehabilitation and enforcement.

### Road Safety

It is not obligatory to report all road traffic accidents to the police. For example, some damage-only categories require exchanged particulars only. In this context, reported accidents in 1999 fell by 7% percent, to 485. There were nine fatal accidents, which is a disappointing rise from the two fatalities in each of the previous two years, although it is better than the 19-fatality norm of the mid-1990s.

## 9-1-1 Emergency Communications

With the implementation of the street addressing programme in the three islands, 911 has access to more accurate and concise information on location of accidents. This greatly facilitates speedier emergency response.

Cayman Brac and Little Cayman are now on-line and their emergency calls are received at the centre on Grand Cayman.

Ongoing training for 911 operators not only equips them for their role in the Communications Centre, but also qualifies them to assist other emergency services as responders out in the field. Training included a workshop for the Cayman Islands Critical Incident Stress Team, which falls under the auspices of 911. This week of interactive, intensive training, conducted by the PanAmerican Health Organisation, was opened up to the private sector. This training equips professionals from various sectors to conduct debriefing sessions for their peers following traumatic incidents.

The 911 service is growing at a rapid rate in terms of call

## CRIME 1999

| Category | Reported Crime | Detected Crime |
|---|---|---|
| Offences against public order | 143 | 118 |
| Offences against administration of lawful authority | 16 | 13 |
| Offences of sexual impropriety | 50 | 30 |
| Offences of disorderliness | 67 | 61 |
| Offences against the person | 282 | 207 |
| Offences against property | 963 | 446 |
| Offences of malicious damage to property | 138 | 80 |
| Forgery, coining, counterfeiting | 32 | 20 |
| Misuse of Drugs Law | | |
| offences involving ganja | 509 | 494 |
| Offences involving cocaine | 355 | 338 |
| Miscellaneous drug offences | 109 | 109 |
| Customs Law | 1 | 1 |
| Police force law | 93 | 91 |
| Liquor Licence Law | 2 | 2 |
| Marine Conservation Law | 15 | 15 |
| Firearm Law | 14 | 11 |
| Juvenile Law | 1 | 1 |
| Animal Law | 9 | 3 |
| Telephone Law | 5 | 0 |
| Other miscellaneous offences | 72 | 61 |
| **Total** | **2,877** | **2,101** |

Road statistics for the past nine years are shown in the following chart:

## ROAD TRAFFIC STATISTICS

| Year | Traffic Accidents | Traffic Offences |
|---|---|---|
| 1991 | 693 | 5,645 |
| 1992 | 820 | 4,751 |
| 1993 | 769 | 4,241 |
| 1994 | 753 | 5,816 |
| 1995 | 1,072 | 6,064 |
| 1996 | 775 | 4,643 |
| 1997 | 480 | 7,712 |
| 1998 | 453 | 7,512 |
| 1999 | 485 | 6,454 |

volume. With the introduction of the monitoring of marine and air traffic communications, 911 responds to calls for assistance from cruise ships, oil tankers, the US Air Force, and civilian aircraft.

There are now five fully trained part-time persons available for call out in case of sickness or absence of full-time staff.

### The RCIP's Purpose and Aims

The RCIP exists to make the Cayman Islands a peaceful place to live, a safe place to visit and a secure locale in which to maintain an international finance centre. This purpose is achieved through the following key aims:

- To respond appropriately to requests for assistance, reducing criminal activity, keeping roads safe, and
- To develop the RCIP's systems and its members, particularly Caymanians, to achieve these aims.

## Fire Service

During 1999 the Fire Service attended 747 fires and other incidents, an increase of less than .1% over 1998. A house fire in West Bay in December claimed the life of the year's only fire casualty – a male victim.

The value of property involved in fires during 1999 was estimated at $7,212,255, while actual damage to property was estimated at $830,595. The value of property saved as a result of direct intervention by the Fire Service was estimated at $6,381,660.

Of the 747 fires and incidents dealt with, 21 fires warranted a full investigation, cause and origin not being immediately determined. Of the total fires, 52.4% were determined as being accidental; arson was suspected in 38%; and the cause of the remaining 9.6% was undetermined.

The department also reviewed 252 sets of architectural drawings and carried out 756 inspections, an increase of approximately 7.2% and 125%, respectively, over 1998 figures.

In 1999 six young Caymanians were recruited. They were expected to complete by February 2000 an intensive three-month fire and rescue training course. In these and other activities, the service continued to give priority to the development of its human resources. During 1999 three middle managers and supervisors attended an advanced course in fire fighting and rescue at an institution in the U.K.

## Northward Prison

Northward Prison is committed to the mission of providing security and rehabilitative services for those in its care.

### Rehabilitative Services

Many service clubs, including Rotary, Kiwanis and the Leos, give generously of their time and resources to rehabilitation efforts at Northward Prison. These included the Rotary-sponsored remedial programme, in which higher-level General Certificate in Secondary Education 'O'-level passes were again achieved during 1999. The Education and Social Services departments continued to provide teachers and counsellors in support of the prison's rehabilitative services.

A key rehabilitative effort at Northward is the probation and aftercare unit. This section has developed an effective behaviour modification programme, administered at a dedicated block of cells with its own staff.

In 1999 the drug programme achieved a decline in drug-positive test results, even in the context of increased inmate population. Two drug counsellors from Caribbean Haven Outpatient Services facilitated on-going education and counselling group sessions, each of one-and-a-half hours duration, for participants sharing a history of drug and alcohol addiction.

The technical department continued to employ more than 60 inmates per day, teaching new skills while strengthening the agricultural endeavours at the institution.

FIRE DEPARTMENT STATISTICS, 1989-99

| All calls | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 362 | 235 | 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 747 |

## Upheavals during 1999

In April, two senior officers were held hostage by a small group of prisoners who expressed grievances about the grant of parole. This was resolved with no physical damage to personnel or property, but in October a major disturbance occurred at the prison, resulting in extensive damage and loss of control over the institution. About 50% of the inmates were temporarily housed outside of the prison while the damage at Northward Prison was repaired. Serving as primary temporary sites were the East End Civic Centre and a camp that formerly served Cuban migrants (locally referred to as "Tent City," though tents are no longer pitched there; instead, housing consists of sturdy, concrete halls in a secure setting). Six high-risk prisoners were transferred to penal institutions in the UK.

By the end of 1999, three cellblocks had been repaired and work had begun on a new cellblock capable of housing 48 inmates. Work had also started on a new wall around an existing dormitory wing and on a temporary facility for canteen stores. The kitchen was rebuilt, a new sewage plant constructed and a garbage compactor installed for the whole prison.

## Staff Recruitment and Training

A staff training officer provides support in skills development and in rehabilitative services. Prison officers are given ongoing development training, covering all aspects of their jobs. In 1999, eight newly trained recruits joined the service.

## Population Statistics for 1999

The population of 275 at 1 January 1999 had declined to 223 by 31 December 1999. The daily average during the year however, was 274, an increase of 11% over the daily average of 1998.

The daily average for drug offenders at the institution was 41.2%, a decrease of 6% from 1998.

The population breakdown by nationality for all prisoners at the institution during 1999 was 292 Caymanians, 101 Jamaicans, five Americans, 20 Hondurans, and 20 from other areas of the world, totalling 446.

Among the Caymanian group, some one-third (97) were convicted on drug charges: compared to 77 among the 101 Jamaicans. The category of burglary, robbery, and theft claimed second place, with 68 related convictions among Caymanians and eight among Jamaicans.

Blood Bank Unit recruited 331 new donors in 1999, 173 of whom signed up during the December blood drive. Success was attributed to the efforts of the Cayman Blood Donor Service, several private companies and the dedicated staff of the Cayman Islands Hospital laboratory. There was a 7.3% increase in the number of units of blood collected over the previous year.

Four new staff members were also recruited to assist in providing round-the-clock, on-site coverage.

### Forensic Laboratory

A new Forensic Drug Testing Laboratory commenced operations in February 1999 at the Cayman Islands Hospital. The United Nations International Drug Control Programme considers the new local service a premier forensic laboratory in the Caribbean for drug and toxicology analysis. Major equipment include a Fourier Transform Infrared Spectrometer and a mass spectrometer. Its work impacted positively on the legal system through speedy delivery of analytical results.

### Pharmacy

The purpose-built dispensary in the new hospital is 50% larger than the old pharmacy. It allows for faster and more efficient workflow, thus facilitating shorter waiting times for patients. A consultation room allows for private medication counselling for complex or confidential prescriptions.

A total of 155,662 prescriptions were filled at the hospital dispensary, an increase of 21.2% from 1998. In addition approximately 50,000 prescriptions were dispensed at the four district health centres and 26,424 at Faith Hospital. Twenty-eight new drugs in the areas of gynaecology, ophthalmology and mental health were added to the hospital formulary and nine were removed from it.

A third district pharmacist commenced service allowing for the expansion of pharmacist coverage at the four district health centres to over 100 hours per week.

### Physiotherapy

The hydrotherapy room became operational on 13 July 1999 with the handover of a new Hydrotrack donated by the National Council of Voluntary Organizations.

Equipment acquired in 1999 for this service includes a traction bed with accessories, including the following units: two ultrasound, two interferential, one combined ultrasound/interferential, four shortwave, one electrical stimulation, and one laser. The existing gymnasium is equipped with one treadmill, one Stair Climber, three stationary bikes, a Bobath table, a Bobath plinth, Westminster pulleys, weights, etc. A new suspension frame was installed in 1999.

The unit has a staff of ten: seven physiotherapists, one occupational therapist, one physical therapy assistant and one physiotherapy aide. Four of the physiotherapists in service are qualified to use acupuncture for pain relief.

There were 12,310 treatments in 1999, an increase of 30.1% from 1998's total of 9,459. Ante-natal classes continued on Monday evenings.

### Mental Health Services

A community-based mental health service is offered. Three community mental health nurses continued to provide service in Grand Cayman and one served Cayman Brac. In 1999, 109 patients were admitted to the Cayman Islands Hospital for psychiatric inpatient care. Four registered mental health nurses, under the supervision of a psychiatrist, provide psychiatric care on the Medical Ward.

### Dialysis Unit

A new purpose-built Dialysis Unit was put into service in 1999. Equipped to meet the specific needs of dialysis patients, the new unit provides six patient stations and one special care room for infectious patients. A registered nurse and two practical nurses, with support from internists, serve the unit.

The Dialysis Unit serves local outpatients and inpatients, visitors and intransit cruise ship passengers. A total of 1,671 treatments were offered to 12 residents and nine visitors.

As part of its upgrade in 1999, the unit acquired four Century System 3 dialysis machines; one Fresenius A2008 dialysis machine; and four care-cliner dialysis chairs.

### Central Sterile Services

A new Central Sterile Unit went inot service in December 1999. It has a staff of seven and newly acquired equipment, including two Eagle Century series sterilizers and a Reliance Washer decontaminator. This unit sterilises medical equipment for the operating theatres and medical units of the Cayman Islands Hospital, the district health centres and, when necessary, for Faith Hospital in Cayman Brac and the Cayman Medical Surgical Centre on Grand Cayman.

# 12 CULTURAL AND COMMUNITY AFFAIRS

## The Ministry of Community Affairs, Sports, Women, Youth and Culture

The role of the Ministry of Community Affairs, Sports, Women, Youth and Culture is to promote a sustainable, high quality of community life and to keep pace with the level of economic development and with changes in the Islands. Further aims are to ensure that all persons have maximum opportunity to achieve their highest levels of self-fulfillment and personal development, in terms of the physical, social, moral and spiritual aspects of life.

## Community Affairs

Caymanians have always prided themselves on their close-knit communities. In 1999, the ministry continued to promote the importance of the extended family and caring communities. It pursued this goal chiefly through the provision of financial assistance, logistical support and policy guidance to Community Development Action Committees (CODACs), district beautification committees, and through close partnerships with other organisations with similar aims.

Other community-related goals are achieved through Department of Human Resources and the Office of the Superintendent of Pensions (see Chapter 10: Development Agencies). The ministry also provides monthly financial assistance to patriotic ex-servicemen, in continued recognition of their bravery and dedicated service.

### Women

The ministry's goal of gender equity and equality is pursued primarily through the Women's Resource Centre (WRC), which completed its first year of operation in 1999. Other highlights during 1999 included hosting Baroness Symons, then UK minister for the Overseas Territories, at a round-table discussion with women on their progress in the Cayman Islands. The women's section continued to provide grants to various agencies and organisations working towards gender equity and equality, and initiated the recruitment of an external adviser to assist in the development of a national policy.

### *The Women's Resource Centre*

With the appointment of a programme officer in December 1998, the WRC commenced in 1999 full-time service as a point of contact for the general public for referrals to, and information on, the various resources/services/ programmes aimed at enhancing the status of women and families.

The WRC also provides the community with a resource library on topics concerning women and families. Many groups and organizations utilize the WRC, at which a computer, printer and photocopier are available for community use, as a venue for meetings.

*Empowerment through Information and Education* is the WRC's motto. Through systematic networking with other government departments, community agencies and organizations, the WRC in 1999 provided workshops/ seminars/presentations/support groups and hosted regular meetings on the following topics:

- *Health* – weight loss; cervical & breast cancer; menopause and osteoporosis; men's cancer issues; and alcohol

Cultural Affairs .......... 134
The Cayman Islands National Archive .......... 135
The Cayman Islands National Museum .......... 137
The National Gallery of the Cayman Islands .......... 138
The Cayman National Cultural Foundation .......... 139

addiction (AA).

- *Parenting* – single parenting; communication skills for parents; and homework tips.
- *Personal Enhancement* – self-esteem; stress management; time management; coping with holiday stress; adolescent well-being; and making better choices.
- *Relationships* – healthy relationship skills; problem-solving communication skills; gender violence working group; and counseling sessions.

### Legal Befrienders

A group of volunteer lawyers, the Legal Befrienders, provide free legal advice to victims of domestic violence. This programme expanded in 1999 to provide weekly clinics at the WRC, and in July a phone line was introduced to provide services on a call-in basis three times a week.

### Honouring Women Month

In March 1999, His Excellency the Governor officially declared March as *Honouring Women Month* in the Cayman Islands. Twenty-one women, including three on Cayman Brac, were honoured for contributions to the community.

International Women's Day, observed on 8th March, was marked by the Business and Professional Women's Club's "Woman of the Year" award. Posthumously awarded to Ms Maude Seymour, the award was accepted by her daughter, Ms Lucille Seymour.

Marking the month, also, the National Gallery of the Cayman Islands and the WRC collaborated on a photo slide presentation by Pulitzer Prize winner, Stephanie Welsh. Throughout the month, ten businesses (nine on Grand Cayman and one on Cayman Brac) offered various discounts to women. The Women's Resource Centre also held its first Annual Walkathon to increase public awareness and to raise funds for the centre.

### 40th Anniversary of Women's Suffrage in the Cayman Islands

The ministry of culture commennorated the 40th anniversary of women's achievement of the right to vote on 20th – 25th September. Celebrations included:

- A lunchtime reception held at the WRC, at which past

The Legal Befrienders are a group of approximately 20 lawyers who donate time each week to providing victims of domestic abuse with free, confidential legal advice on divorce, domestic violence, immigration, maintenance and matrimonial property. In addition to the clinics, the Legal Befrienders' Phoneline (945-8869), introduced in 1999, operates three days weekly.

The Legal Befrienders initiative was conceived by the Business and Professional Women's Club (BPWC), an organisation with which the WRC works closely.

Standing (L-R) are WRC Programme Office Tammy Ebanks Bishop and Legal Befrienders Coordinator Sara Collins-Francis. Seated (L-R) are Legal Befriender Zena Merren and BPWC Member/ Befriender-in-Confidence Lorna Medina.

and present female members of the Legislative Assembly spoke. A reception was also held in Cayman Brac.

- A display entitled *Women in the Political Process,* created with the assistance of the Cayman Islands National Museum. The display was showcased at the Women's Resource Centre for one week, at the Legislative Assembly, and in Cayman Brac.
- An opinion poll on the most important issue facing women today. The poll was open to women and the results were discussed on RAdio Cayman's *Talk Today* call-in programme.
- A lecture on *Gender Politics in the Caribbean* presented at the Community College *and* attended by both students and the general public.

### 16 Days of Activism Against Gender Violence

A candlelight vigil in support of women in abuse relationships or in remembrance of those who have died as a result featured in the opening ceremony, held at theWRC, for the *16 Days of Activism Against Gender Violence* campaign. The ministry and the WRC were represented on the planning committee for this annual Business and Professional Women's Club initiative.

Information workshops, covering self-defense, legal issues, immigration, labour, and maintenance, were held at the WRC for victims of domestic violence.

### Conferences & Workshops

The ministry was represented at the following:

- UNIFEM meeting on CEDAW (UN Convention on Elimination of Discrimination Against Women), St. Kitts
- CARICOM regional meeting for heads/coordinators of women's bureaux, St. Kitts
- Study tour on gender and programmes for women and men, Jamaica.

## Youth

### National Youth Policy

The ministry launched the National Youth Policy (NYP) development process in January 1999. Opportunities for public input included district youth fora attended by some 250 people. In addition, data was gathered on the concerns and aspirations of youth through a survey of all year-12 high school students. Youthful inmates at Northward Prison and participants in the Young Parents Programme were also surveyed.

Extensive interviews were conducted with approximately 30 government representatives and private sector officials, as well as with parents, teachers and other influential persons drawn from business and the community in general. Over 500 completed questionnaires were collected and analysed.

Based on resulting primary data and on review and analyses of existing policies, documents and programmes affecting young people, a draft NYP was produced for public review.

A logo/slogan competition was held for young persons between the ages of 10 and 25 to design/create the official logo and slogan of the NYP. The draft NYP was disseminated and discussed at a series of district meetings held in late November. In December 1999 some 70 young women and men representing the major youth and community organisations participated in a day-long forum, examining the various sections of the draft NYP. OUtcomes included suggested amendments and ways of taking the policy forward to the implementation stage.

### Youth and the Media

In conjunction with Radio Cayman, the ministry introduced a radio talk show for youth, *This Is How We Do It.* The show featured local teen hosts discussing topics of concern to young people and enabled listeners to call in and to voice their opinions over the air. The show aired every Monday afternoon between 4:00 and 5:00 pm.

### Youth Conferences/Seminars/Workshops

In August, three local young women attended the first Caribbean Youth Festival. Held in Dominica where it was organised by the Dominican National Youth Council, the festival was a celebration of Caribbean youth and culture. Important issues such as Caribbean unification and youth empowerment and economic enfranchisement were discussed and debated.

In November, two young members of the National Youth Policy Task Force participated in the Commonwealth Youth Forum '9, in Durban, South Africa. Organised by the South African Youth Council, the forum brought together approximately 300 young people from around the Commonwealth to discuss topics related to *Youth Challenges of the New Millennium.* Both delegates

# 3 APPENDIX

## Chief Officers, at 31 December, 1999

**Governor of the Cayman Islands:**
Mr. Peter J. Smith, CBE

**Chief Justice of the Cayman Islands:**
The Hon. Anthony Smellie, QC, JP

**Speaker of the House:**
The Hon. Mabry S. Kirkconnell, MBE, JP

### Portfolio of Internal & External Affairs

Chief Secretary: The Hon. James M. Ryan, MBE, JP
Deputy Chief Secretary: Mr. Donovan Ebanks, MBE
Commissioner of Police: Mr. David Thursfield, QPM
Permanent Secretary, Personnel: Mrs. Jenny Manderson, MBE, JP
Deputy Permanent Secretary/Personnel: Mr. Graham Wood
Chief Immigration Officer: Mr. Orrett Connor
Director of Prisons: Mr. Nicholas Brooke
Director, Computer Services: Mr. Gilbert McLaughlin
Manager, Information Technology Strategy Unit: Mr. David Archbold
Chief Information Officer: Miss Pat Ebanks, MVO
Clerk of the Legislative Assembly: Mrs. Georgette Myrie, JP
Clerk of the Executive Council: Mrs. Carmena Watler
Director of Broadcasting: Mr. Loxley Banks

### Portfolio of Legal Administration

Attorney General: The Hon. David Ballantyne
Solicitor General: Mr. Samuel Bulgin
Director of Legal Studies: Mr. Mitchell Davies
First Legislative Counsel: Mr. Clive Grenyer

### Portfolio of Finance and Economic Development

Financial Secretary: The Hon. George A. McCarthy, OBE, JP
Deputy Financial Secretary: Mr. Joel Walton, JP
Accountant General : Mrs. Sonia McLaughlin
Collector of Customs: Mr. Carlon Powery
Registrar General/Registrar of Companies: Mr. Delano Solomon, JP
Director, Cayman Islands Shipping Registry: Mr. Peter Gibbs
Director of Economics & Statistics: Mr. Brian Boxill
Director of Internal Audit: Mr. Richard Roberts
Director of Budget and Management Unit: Mr. Peter Gough
Assistant Financial Secretary: Miss Deborah Drummond
Deputy Director, Economics and Statistics Office: Dr. Elizabeth Parsan

### Ministry of Tourism, Commerce Transport and Works

Member of the Executive Council: The Hon. Thomas C. Jefferson, OBE, JP
Permanent Secretary: Mr Harding O. Watler, JP

## Appendix 3: Cayman Islands Government

Government Directory ..... 207
Financial Services Regulatory Regime and Avenues of International Assistance ..... 218

Director of Tourism: Mrs. Angela Martins
Chief Engineer, Public Works: Mr. Colford Scott
Chief Fire Officer: Mr. Kirkland H. Nixon, QFSM, MBE

## Ministry of Community Affairs, Sports, Women, Youth Affairs and Culture

Member of the Executive Council: The Hon. Julianna O'Connor-Connolly, JP
Permanent Secretary: Mr. Carson Ebanks, JP
District Commissioner: Mr. Kenny Ryan, JP
Deputy District Commissioner, Mr. Ernie Scott
Director of Labour and Human Resources: Mr. Dale Banks
Sports Coordinator: Mr. Charles Branche
Director, Cayman Islands National Archives: Dr. Philip Pedley
Director, Cayman Islands National Museum: Miss Anita Ebanks
Librarian, Public Library: Mrs. Susan Miller-Tennant

## Ministry of Health Social Welfare, Drug Abuse Prevention and Rehabilitation

Member of the Executive Council : The Hon.. Anthony Eden, OBE , JP
Permanent Secretary: Ms. Andrea Bryan, JP
Director of Health Services Department: Mr. Mervyn Conolly
Chief Medical Officer: Dr. Nicholas Harry
Medical Officer of Health: Dr. A Kiran Kumar
Chief Dental Officer: Dr. John Vlitos
Chief Nursing Officer: Mrs. Eloise Reid, MBE
Manager, Ancillary and Support Services: Mrs. Cathy Gomez
Medical Officer in Charge, Faith Hospital: Dr. Sanjib Mohanty
Director of Social Services: Mrs. Deanna LookLoy
Director Substance Abuse Programme: Miss Karen Ferruccio

## Ministry of Agriculture, Environment, Communications and Natural Resources

Member of the Executive Council: The Hon. John. B. McLean, OBE, JP
Permanent Secretary: Mr. Kearney Gomez, MBE, JP
Postmaster General: Mrs. Mona Banks-Jackson, MBE
Chief Agriculture & Veterinary Officer: Dr. Alfred Benjamin
Director, Department of Environment: Mrs. Gina Ebanks-Petrie
Director, MRCU: Dr. William Petrie
Director, Department of Environmental Health: Mrs. Theresa Kuczynski
Director of Lands & Survey/Registrar of Lands: Mr. Clark Buchanan

## Ministry of Education, Aviation and Planning

Member of Executive Council: The Hon. Truman Bodden, OBE, JP
Permanent Secretary: Mrs. Joy Basdeo, MBE, JP
Chief Education Officer: Dr. John Tudor
Principal, Community College: Mr. Sam Basdeo
Director of Planning: Mr. James Corcoran

## The Judiciary

Chief Justice: The Hon. Anthony Smellie, QC, JP
Puisne Judges: The Hon. Henry Graham, JP
The Hon. David Murphy, JP
Magistrates: Mrs. Grace Donalds, JP
Mrs. Margaret Ramsey-Hale, JP
Miss Nova Hall, JP
Courts Administrator: Mr. Terrence Beckett
Clerk of the Court: Mrs. Delene Cacho, JP

## Statutory Authorities

Auditor General: Mr. Nigel Esdaile
Chairman , Public Service Commission: Mr. Athelston C.E. Long, CMG, CBE
Director, Civil Aviation Authority: Mr. Richard Smith
Director, Port Authority: Mr. Errol Bush, MBE
Director, Water Authority: Mr. Frederick McTaggart
Manager, Housing Development Corporation and the Agricultural and Industrial Development Board (AIDB): Mrs. Angela Miller
Managing Director, Cayman Islands Monetary Authority: Mr. Neville Grant
Chief Executive Officer, Cayman Islands Stock Exchange: Mr. Richard Crawshaw (Actg.)

 # APPENDIX

## SUMMARY OF GOVERNMENT REVENUE AND EXPENDITURE 1997-1999 IN (CI$000s)

| REVENUE | 1997 (Actual) | 1998 (Actual) | 1999 (Estimated) |
|---|---|---|---|
| Duty | 110,683 | 125,257 | 140,741 |
| Tax | 18,060 | 19,466 | 19,539 |
| Licences | 20,685 | 24,832 | 29,247 |
| Sales | 4,950 | 4,773 | 4,927 |
| Fees | 48,139 | 56,714 | 74,825 |
| Fines | 1,279 | 1,313 | 1,455 |
| Services | 1,553 | 1,345 | 1,161 |
| Rentals/Leases | 640 | 3,737 | 2,377 |
| Loans/Interest | 1,883 | 2,713 | 1,678 |
| Miscellaneous | 884 | 1,130 | 1,113 |
| Contributions/Repayments | 8,978 | 7,018 | 6,112 |
| **Total Recurrent Revenue** | **217,734** | **248,298** | **283,175** |
| **Loan Receipts** | **25,466** | **21,526** | **26,000** |
| **TOTAL REVENUE** | **243,200** | **269,824** | **309,175** |

## Appendix 4: Cayman Islands Economic Data

Recurrent, Capital & Statutory Expenditure .......... 225
Imports and Exports and Balance of Trade .......... 226
Work Permits (at year-end) .......... 226
Work Permits by Occupational Group .......... 226

## RECURRENT EXPENDITURE (by Portfolio) (CI$000s)

| | 1997 (Actual) | 1998 (Actual) | 1999 (Estimated) |
|---|---|---|---|
| Office of the Governor | 3,701 | 4,296 | 4,519 |
| Internal & External Affairs | 31,621 | 29,105 | 32,710 |
| Legal Affairs | 2,128 | 2,174 | 2,678 |
| Finance & Economic Development | 22,282 | 24,041 | 30,386 |
| Education, Aviation & Planning | 30,839 | 33,993 | 38,960 |
| Tourism, Commerce Transport & Works | 24,565 | 26,304 | 41,791 |
| Comm. Affairs, Sports, Women, Youth, & Culture | 15,302 | 10,489 | 12,912 |
| Health, Social Welfare Drug Abuse Prev. & Rehab. | 25,658 | 40,177 | 52,742 |
| Agriculture, Comm., Envnmt., & Natural Resources | 25,537 | 29,337 | 23,084 |
| **Total** | 181,633 | 199,916 | 239,783 |

## CAPITAL EXPENDITURE (CI$000s)

| | | | |
|---|---|---|---|
| Capital Acquisitions | 8,392 | 8,683 | 9,240 |
| Capital Development | | | |
| From Revenue | 13,431 | 3,170 | 2,700 |
| From Loan Funds | 24,696 | 21,526 | 20,600 |
| From Environmental Protection Fund | - | 2,028 | - |
| From Infrastructure Fund | - | - | 7,870 |
| | 46,519 | 35,407 | 40,410 |

## STATUTORY EXPENDITURE (CI $000s)

| | | | |
|---|---|---|---|
| Public Debt Charge | 13,166 | 16,760 | 18,983 |
| Other Stat. Exp. | 7,552 | 12,989 | 14,140 |
| | 20,718 | 29,749 | 33,123 |
| Total Expenditure | 248,870 | 265,072 | 313,316 |

Source: Annual Accounts and Estimates of the Cayman Islands Government

# CAYMAN ISLANDS







# 2000

## ANNUAL REPORT & OFFICIAL HANDBOOK

# CAYMAN ISLANDS
# 2000
# ANNUAL REPORT & OFFICIAL HANDBOOK

Published by the Government of the Cayman Islands
June 2001

George Town, Grand Cayman
Cayman Islands


# Contents

Sustaining Prosperity and Preserving Quality of Life
The Year in Review
Chapter 1 – Synopsis of Major Developments, 7
Chapter 2 – Calendar of Events, 17

1

Steering a Course of Stability and Harmony
A report on the Islands' constitution, governance and administration
Chapter 3 – Government, 25
Chapter 4 – Administration, 49

2

Growing the Economy and Strengthening Industries
A report on key economic indicators and national industries
Chapter 5 – Economy and Public Finances, 59
Chapter 6 – Industries, 65
Chapter 7 – Development Agencies, 83

3

Protecting the Safety and Health of the People
A report on judicial, legal, safety and health measures
Chapter 8 – Law Enforcement and Public Safety, 93
Chapter 9 – Health Care in the Cayman Islands, 101

4

Shaping the Future
A report on educational, social and cultural thrusts
Chapter 10 – Education, 117
Chapter 11 – Social Services, 127
Chapter 12 – Cultural and Community Affairs, 145
Chapter 13 – Youth, Sports and Recreation, 155
Chapter 14 – Information Services and the Media, 165

5







Strengthening a Legacy of Environmental Protection
A report on weather, conservation and preservation efforts, National Trust and environmental services
Chapter 15 – The Weather, 173
Chapter 16 – Preservation and Conservation of the Natural Environment, 175
Chapter 17 – Environmental Services, 179

6

Redefining the Sister Islands
A report on economic & social developments in Cayman Brac and Little Cayman
Chapter 18 – Sister Islands, 187

7

Linking the Islands with the Global Village
A report on the Islands' communication networks and agencies
Chapter 19 – Telecommunications, Postal Services and Utilities, 193
Chapter 20 – Air and Sea Transport, 205

8

Appendices
1. Physical Features, 213
2. The People and their History, 216
3. Cayman Islands Government, 221
4. Cayman Islands Economic Data, 229
5. Miscellaneous Information, 232
6. Maps, 241

Acknowledgements, 244

# 8 LAW ENFORCEMENT AND PUBLIC SAFETY

The judicial branch continued its confident steps to assure timely, balanced administration of justice. The new structure for community service orders began operating in 2000, as did a computer-aided method of random jury selection.

The year saw recorded crime rise 0.9%, but the police service also reported a 5.5% increase in the detection rate. All emergency services benefited from 911 Emergency Communication programmes that emphasise residents knowing their addresses and displaying their house numbers. An important success story came from HMP Northward, where after a year of rebuilding and programme restructuring, both staff and prisoner morale are high.

## The Judicial System

Justice in the Cayman Islands is administered at three levels – in the Summary Court (including the Youth Court), the Grand Court and the Court of Appeal.

### The Summary Court

The Summary Court has a civil and criminal jurisdiction. In its criminal jurisdiction, it roughly corresponds to the court of a stipendiary magistrate in England and Wales. Three legally qualified magistrates exercise jurisdiction, although provision is made for two lay justices of the peace to preside.

A magistrate sits with a jury as coroner for the Islands.

### The Youth Court

The Youth Court has general jurisdiction to try all summary offences committed by juveniles younger than 17 years. It is presided over by a magistrate who sits alone or with two justices of the peace, at least one of whom must be of opposite gender to the magistrate, or by three justices of the peace, at least one of whom must be a woman.

With the Children Law coming into effect, a wider function relating to the general welfare of young people will be conferred on the Grand and Summary courts.

### Grand Court

Appeals from the Summary Court lie to the Grand Court. The Grand Court is a superior court of record; its jurisdiction is defined in the Constitution of the Cayman Islands and in the Grand Court Law. In general, it has the same jurisdiction as the High Court of Justice of England and Wales and its divisions. The Grand Court administers the common law and the law of equity of England, as well as locally enacted and applied laws.

### The Cayman Islands Court of Appeal and the Judicial Committee of the Privy Council

Appeals from the Grand Court lie to the Cayman Islands Court of Appeal, composed of a president and no fewer than two judges of appeal who hold or have held high judicial office. A judge of the Grand Court may exercise any of the powers of a single judge of the Court of Appeal.

The Attorney General's Chambers ........ 96
Royal Cayman Islands Police ........ 98
911 Emergency Communications ........ 98
Fire Service ........ 99
Prison Service ........ 100

| Grand Court Criminal Cases | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|
| Indictments oustanding | 63 | 35 | 18 | 36 |
| Average number of days from receipt in Grand Court to disposal | 338 | 356 | 167 | 142 |
| Age of oldest indictment outstanding | 45 months | 23 months | 18 months | 10 months |
| **Summary Court Criminal Cases** | **1997** | **1998** | **1999** | **2000** |
| Cases outstanding for more than 2 years | * | 84 | 6 | nil |
| Part-heard trials | * | 56 | 7 | 8 |
| Age of oldest case<br>*statistics not kept prior to 1998 | * | 50 months | 22 months | 20 months |

Further appeal lies, in certain circumstances, to the Judicial Committee of the Privy Council in London.

## Appointments to the Bench

The Cayman Islands has three resident judges, three magistrates and 95 justices of the peace, some of whom serve as lay magistrates. The Governor appoints magistrates on the advice of the Chief Justice. Judges of the Grand Court and the Court of Appeal are appointed in accordance with instructions from the Secretary of State on behalf of Her Majesty the Queen. The Governor, on the advice of the Secretary of State, appoints one of the judges to be the Chief Justice. To be eligible for appointment as a judge or a magistrate a person must be a qualified barrister or solicitor who has, in the case of a Grand Court judge, practised for a minimum of ten years; in the case of a magistrate, for a minimum of five years.

## Key Achievements in 2000

In 1999 the Chief Justice appointed a Sentencing Advisory Committee, which made a number of proposals with regard to sentencing options, foremost of which was a new structure for community service orders. In 2000 a final report of several recommendations on new sentencing practices was submitted to the Governor-in-Council.

A computer-aided method of jury selection was introduced, which allows for a truly random and more efficient method of jury selection. Computer equipment was installed in a courtroom to enable evidence to be displayed on numerous monitors. This reduces the need for paperwork in some hearings.

As seen from the statistics, the time to dispose of criminal cases decreased again in 2000. Hearing dates for even the most complex civil cases can be offered promptly.

The development of plans for the expansion of the court facilities continued during 2000, with the preliminary design reports prepared by the architects.

Statistics presented in this section show court matters and other relevant data for 1995-2000.

## COURT STATISTICS, 1995-2000

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| **Appeals to Court of Appeal** | | | | | | |
| Crime | 32 | 51 | 52 | 76 | 49 | 54 |
| Civil | 24 | 19 | 41 | 73 | 35 | 23 |
| Privy Council | 1 | 1 | 1 | 6 | 6 | 5 |
| **Grand Court** | | | | | | |
| Indictments | 76 | 64 | 64 | 67 | 61 | 79 |
| Civil cases (incl. admiralty) | 494 | 619 | 782 | 719 | 750 | 864 |
| Estates | 127 | 183 | 145 | 105 | 135 | 164 |
| Divorces | 140 | 144 | 151 | 168 | 156 | 161 |
| Adoptions | 5 | 5 | 3 | 6 | 1 | 0 |
| **Appeals to Grand Court** | | | | | | |
| Civil | 0 | 2 | 5 | 4 | 3 | 1 |
| Criminal | 71 | 49 | 82 | 52 | 107 | 59 |
| **Summary Court** | | | | | | |
| Criminal cases (Grand Cayman) | 5,648 | 4,905 | 5,117 | 4,923 | 4,929 | 5,297 |
| Criminal cases (Cayman Brac) | * | * | 104 | 60 | 91 | 94 |
| Civil cases | 388 | 762 | 1,380 | 1,604 | 1,403 | 1,241 |
| Maintenance and affiliation | 81 | 77 | 72 | 64 | 102 | 125 |
| **Deaths reported to coroner** | 38 | 29 | 37 | 34 | 29 | 21 |
| **Youth Court** | 185 | 145 | 197 | 213 | 176 | 225 |
| **Juvenile Court** | 41 | 34 | 31 | 30 | 32 | 35 |
| **Legal Aid** | | | | | | |
| Civil | 192 | 190 | 205 | 203 | 169 | 135 |
| Criminal | 129 | 144 | 196 | 155 | 162 | 214 |
| **Attorneys** | | | | | | |
| Attorneys licensed to practise | 140 | 147 | 170 | 218 | 227 | 235 |
| Limited admissions | 36 | 34 | 42 | 39 | 48 | 40 |
| General admissions | 16 | 23 | 30 | 35 | 25 | 27 |
| Notaries public licensed | 144 | 150 | 167 | 177 | 191 | 233 |
| **Justices of the Peace** | | | | | | |
| Grand Cayman | 80 | 81 | 81 | 79 | 80 | 80 |
| Cayman Brac | 13 | 13 | 13 | 15 | 15 | 15 |

*1995 & 1996 criminal cases include Cayman Brac. Separate figures given for subsequent years.

## The Attorney General's Chambers

Under the Constitution, the Attorney General is the principal legal adviser to the Cayman Islands Government and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into three areas, the heads of which report to the Attorney General who has overall responsibility for the Portfolio of Legal Affairs. The Attorney General is directly assisted by a legal executive and secretary.

### Legislative Drafting

Three draftspersons and one support staff constitute the Legislative Drafting section. The unit prepares primary legislation for enactment by the Legislative Assembly; secondary legislation; and interprets law for the government and its legal service. Drafting is carried out on instructions from ministries, subject to Executive Council's decisions on policy and overall supervision by the Attorney General.

### Solicitor General/Legal Department

The Legal Department is managed on a day-to-day basis by the Solicitor General and consists of two teams of lawyers -- one prosecutes criminal cases and the other mainly defends civil litigation and judicial review proceedings. Both provide legal advice on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases.

The department also assists the Central Authority (Chief Justice) under the Mutual Legal Assistance Treaty with the United States legislation(MLAT), which permits the exchange of information on criminal matters. Extradition and letters rogatory are also dealt with on behalf of the Attorney General, who is the MLAT authority under the Misuse of Drugs (International Co-operation) Law and Proceeds of Criminal Conduct law. The Legal Department comprises the Solicitor General, three senior crown counsel, nine crown counsel, secretaries and support staff.

Legal support is provided to the Financial Reporting Unit, under the Proceeds of Criminal Conduct Law, through designation of crown counsel as case controllers to assist in the management of money-laundering cases for prosecution.

### Cayman Islands Law School

Affiliated with the University of Liverpool, the Law School provides degree-level education for law students on a full- and part-time basis, followed by a professional practice course. The Director of Legal Studies and six lecturers comprise the educational staff and there are a number of support staff. The Law School is an integral part of the Portfolio of Legal Affairs. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education.



## CRIME 2000

| Category | Reported Crime | Difference |
|---|---|---|
| Offences against public order | 173 | +30 |
| Offences against administration of lawful authority | 27 | +11 |
| Offences of sexual impropriety | 61 | +12 |
| Offences of disorderliness | 74 | +7 |
| Offences against the person | 342 | +60 |
| Offences against property | 948 | -15 |
| Offences of malicious damage to property | 167 | +29 |
| Forgery, coining, counterfeiting | 46 | +14 |
| Misuse of drugs | | |
| offences involving ganja | 628 | +114 |
| offences involving cocaine | 363 | +8 |
| miscellaneous drug offences | 111 | +2 |
| Customs law | 0 | -1 |
| Police force law | 152 | +59 |
| Liquor licence law | 8 | +6 |
| Marine Conservation | 31 | +16 |
| Firearms law | 16 | +2 |
| Juvenile law | 4 | +3 |
| Gambling | 2 | +2 |
| Animal law | 9 | 0 |
| Music & dancing law | 2 | +2 |
| Telecommunications | 5 | 0 |
| Other miscellaneous offences | 82 | +9 |
| | **3,254** | **+376** |

Road statistics for the past nine years are shown in the following chart:

## ROAD TRAFFIC STATISTICS

| Year | Traffic Accidents | Traffic Offences |
|---|---|---|
| 1992 | 820 | 4,751 |
| 1993 | 769 | 4,241 |
| 1994 | 753 | 5,816 |
| 1995 | 1,072 | 6,064 |
| 1996 | 775 | 4,643 |
| 1997 | 480 | 7,712 |
| 1998 | 453 | 7,512 |
| 1999 | 485 | 6,454 |
| 2000 | 490 | 7,021 |

## Royal Cayman Islands Police

The Royal Cayman Islands Police (RCIP) is a national service with a complement of 295 officers and 40 support staff. The Central Police Station in George Town houses the main contingent, but local policing is delegated to sub-stations in Bodden Town, East End, North Side, West Bay and Cayman Brac.

The emphasis during 2000 was planned policing. This ensures that the policing time available was fully directed toward solving crime.

Community policing and establishment of a community constable in various areas of the Cayman Islands made significant inroads, including a new police station and the appointment of a police officer on Little Cayman.

Response to emergencies has been improved by greater involvement of more highly trained and better-equipped officers from the Traffic Department, while the Criminal Investigation side has concentrated on developing a targeted approach to known criminals.

### Recorded Crime

The Cayman Islands remains one of the safest places to live in the world. A significant rise in drug arrests of 17% is responsible for much of the 13% increase in crime experienced in 2000. The 78% detection rate records a 5.5% increase compared with 1999.

### Illegal Drugs

While most residents and visitors may hardly notice, the Cayman Islands' strategic location in the Caribbean makes it vulnerable to the worldwide problem of drug trafficking and abuse.

The RCIP's Drug Task Force and Marine Unit have exceeded expectations in their performance and, in conjunction with the National Drug Council and schools, have made an impact on prevention, education, rehabilitation and enforcement.

### Road Safety

It is not obligatory to report all road traffic accidents to the police. For example, some damage-only categories require exchanged particulars only. Reported accidents in 2000 rose marginally from 485 to 490. There were three fatal accidents, a decline from the nine fatalities in the previous year.

### The RCIP's Purpose and Aims

The Royal Cayman Islands Police Service exists to make the Cayman Islands a peaceful place to live, a safe place to visit and a secure locale in which to maintain an international finance centre. This purpose is achieved through the following key aims:

- responding appropriately to requests for assistance, reducing criminal activity, keeping roads safe; and
- developing the RCIP's systems and its staff to achieve these aims.

## 911 Emergency Communications

911 Emergency Communications continues to see growth in terms of call volume from Grand Cayman and the Sister Islands. A policy of on-going training ensures that the staff are equipped with the skills to handle any situation, which they do with a great deal of care and professionalism.

In 2000, 911 successfully organised and hosted, in conjunction with the Pan American Health Organisation (PAHO), a Disaster Management - Mass Casualty Incident workshop. This workshop incorporated all the emergency services on Grand Cayman and Cayman Brac as well as utility agencies such as Caribbean Unitilities (CUC) and the Water Authority. The workshop included simulations of possible disasters that could be experienced in the Cayman Islands, and tested response capabilities and the ability to work as one cohesive unit.

Phase 1 of a 911 back-up system was installed at the Fire Service Headquarters in George Town. This will be activated in the event that the primary centre has to be evacuated. The system is tested on a regular basis.

911 Emergency Communications continues to work with the Lands and Survey Department to upgrade the Street Addressing Database and to increase public awareness of the importance of knowing house numbers and street and district names, so emergency services can assist in the event of an emergency.

## Fire Service

The Cayman Islands Fire Service (CIFS), headquartered on Owen Roberts Drive in George Town, has a staff complement of 140 fire officers, including five new officers recruited in 2000. There are four support staff, one added in 2000.

In December an extension to the headquarters was completed to accommodate the growing administrative section of the department.

The service also took possession of one new rescue unit for Cayman Brac and one new aircraft foam-tender pump for Grand Cayman, for a total of 24 pieces of operational rescue and fire-fighting equipment.

The department continued to give high priority to the development of its human resources, and considerable emphasis was placed on training. Four officers attended advanced rescue and fire-fighting courses at different institutions in the UK and an instructor from the UK conducted an aviation firefighter refresher course for 132 officers. Two senior officers also received their instructors certification during the training programme. Six officers entered a new area of expertise as they became certified search- and-rescue divers. Five officers attended a hazardous materials course conducted by instructors from the University of Texas A&M. Overall, 133 officers received some form of training during 2000.

Information technology took a new direction with the implementation of a records management programme, which rovides data storage and helps track activities and equipment within the service.

**FIRE SERVICE STATISTICS 1999-2000**

| | 1999 | 2000 |
|---|---|---|
| **AIRPORT** | | |
| Aircraft accidents | - | - |
| Aircraft incidents | - | 2 |
| Full emergencies | 5 | 5 |
| Local standbys | 36 | 32 |
| **ALL AT AIRPORT** | **41** | **39** |
| **DOMESTIC** | | |
| Special services | 62 | 135 |
| False calls | 173 | 150 |
| Building fires | 49 | 54 |
| Vehicle fires | 35 | 33 |
| Bush fires | 157 | 210 |
| Vehicle accidents | 103 | 95 |
| Chemical leaks | 44 | 25 |
| Utility | 28 | 24 |
| Boat fire | 4 | 11 |
| Dump fire | 60 | 14 |
| Elevator rescue | 16 | 21 |
| Fire related fatalities | 1 | - |
| Extrication at M.V.A.* | 13 | 11 |
| **ALL DOMESTIC** | **745** | **783** |
| **ALL INCIDENTS** | **786** | **822** |

*M.V.A. = Motor Vehicle Accident

### The CIFS Purpose and Aims

The purpose of the CIFS is to protect life and property at a highly professional level. This is achieved by:

- responding to all calls for assistance in a rapid and proficient manner, reducing the degree of danger caused by uncontrolled fires;
- developing human skills through training; and
- acquiring and maintainig state-of-the-art equipment.

### 2000 Statistical Compendium

During 2000 the Fire Service attended 822 fires and other incidents, an increase of 4% compared with 1999.

FIRE SERVICE STATISTICS, 1990-00

| All calls 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 747 | 822 |

The value of property involved in fires during 2000 was estimated at $7,993,890; However, actual damage to property was estimated at only $331,397.50 as a result of direct intervention by the Fire Service.

Of the 822 fires and incidents dealt with, 23 fires warranted a full investigation. Of the total fires investigated, 47.8% were determined as accidental, arson was suspected in 47.8%, and the cause of the remaining 4.4% was undetermined.

The department also reviewed approximately 238 sets of architectural drawings and carried out more than 744 inspections. This reflects an approximate 1.88% and 5.9% decrease, respectively, from 1999 figures.

## Cayman Islands Prison Service

### HMPs Northward and Fairbanks

The Cayman Islands Prison Service serves the public by maintaining custody the inmate population with humanity and helping the men and women lead law abiding and useful lives in custody and after release. The service also assists the community by participating in projects as a return investment to society.

After the disturbances at HMP Northward in 1999, the year 200 was one of rebuilding, thanks to the hard work of staff and the co-operation of prisoners. Two incidents were successfully resolved. In August two young prisoners were recaptured within 48 hours.

The temporary female prison at Fairbanks is now well established and a new female facility, to be built close to the main prison, is planned.

By the end of the year, Northward had a new perimeter security fence and internal zoning fences have improved control and allowed prisoners more time in the fresh air. Availability of work opportunities inside the prison increased, with 140 prisoners, up from 80. Considerable work has gone into improving the induction programme and sentence planning has been introduced. There was an increase in external work parties involved in community projects, and Active Northward Training Scheme (ANTS) earned praise for its house refurbishing work.

There was support for the prison from the local community. Church groups, clubs, local businesses, counselling agencies and individuals gave time and expertise or donated materials. The prison continues to enjoy excellent working relationships with the probation unit and the Police Drug Task Force.

The year included encouraging reduction in positive drug tests, from 24% in April-June to 12.5% in October-December. An average of 11% of the population is tested monthly. Much of the credit for this reduction goes to the security department for its success in reducing the flow of drugs into the prison.

Two staff attended an incident control course in the UK, four went on prison courses in Barbados, and one female officer was recruited and trained. Ten prison officers were recruited in December and started training in 2001.

Staff numbers were boosted with the arrival of 20 experienced UK prison staff recruited on two-year contracts.

At the end of 2000, the male prison population averaged 202 (96% of capacity), and the female population averaged 21 (60%).

including fine needle aspiration biopsies and wire localisation procedures, and it continued to participate in the Lions Club's Breast Care Programme. The unit carried out a total of 748 mammographic studies in 2000, an increase of 69.6% over the 1999 figure of 441.

The number of X-ray patients decreased by 4.5%. The number of ultrasound patients increased by 13.0%. The section also carried out a total of 1,103 CT scans, an increase of 59.2% over the 693 carried out in 1999.

### Laboratory

In 2000 the pathology laboratory focused on improving customer service through staff training and service evaluations. A total of 418,325 tests were carried out on 51,672 patients, corresponding to an increase of 9.1% in the number of tests done over the previous year (383,591). A 24-hour laboratory service was introduced, and a medical technologist is now on-site at all times.

There was an 11.6% increase in the number of requested cross-matched blood units in 2000 over 1999. However, active donor numbers decreased by 2.9% despite the recruitment of 173 new donors. Importation of blood products increased by 48.8% from 172 units in 1999 to 256 units in 2000.

The pathology unit produced a quarterly newsletter that provides current information to all health care providers, relating to laboratory services locally and internationally. Two issues of the newsletter were released in 2000. The laboratory continued to maintain quality assurance through external proficiency testing.

### Forensic Laboratory

Year 2000 saw tremendous growth in the forensic science laboratory, which analysed 1,284 specimens (almost double 1999). The laboratory continued to provide training to other Caribbean countries through the UNDCP project and the Cayman Islands was represented at the inaugural meeting of the Caribbean Association of Forensic Sciences in Cuba. There were significant staff changes this year with the addition of both a new pathologist and a forensic analyst.

A new laboratory area was added in 2000 which enables the laboratory to process evidence from sexual assault and serious crimes for identification and isolation of trace evidence, including semen and blood stains. Analytical turn-around times for toxicology and chemistry samples, at two to three days, were excellent.

### Pharmacy

The purpose-built dispensary allows for faster and more efficient workflow, thus facilitating shorter waiting times for patients. A consultation room allows for private medication counselling for complex or confidential prescriptions. In 2000 there was a significant increase in the number of patients receiving total parenteral (I-V) nutrition and chemotherapy services.

A total of 225,756 prescriptions were dispensed by the Health Services pharmacists in 2000. 162,767 prescriptions were filled at the Cayman Islands Hospital pharmacy, an increase of 4.6 % from 1999 (155,662). In addition 36,493 prescriptions were dispensed at the four district health centres and 26,496 at Faith Hospital.

A comprehensive update of the formulary is being carried out, and approximately half has already been reviewed. In this context over 80 drugs were added to the formulary and about 30 removed. A clinical pharmacist was hired to enhance the clinical programme offered and the clinical aspects of the profession were strengthened.

### Physiotherapy

The unit has a staff of ten: seven physiotherapists, one speech therapist, one physical therapy assistant and one physiotherapy aide. The speech therapist joined the unit in July. New equipment acquired in 2000 for this service includes another Bobath plinth for treating patients with neurological problems. The number of treatments in 2000 was 12,328 which is nearly the same as that for 1999 (12,310).

### Mental Health Services

A community-based mental health service is offered. Three community mental health nurses continued to provide service in Grand Cayman and one served Cayman Brac in 2000. A Caymanian trainee clinical psychologist joined the mental health services staff. One hundred and thirty-five patients were admitted to the Cayman Islands Hospital for psychiatric inpatient acute care, an increase of 23.9% over the 109 admissions in 1999. Four registered mental health nurses, under the supervision of a psychiatrist, provided psychiatric care on the Medical Ward. Patients admitted for substance abuse detoxification were treated at the hospital or transferred to the new Caribbean Haven Residential Centre.

### Dialysis Unit

The purpose-built Dialysis Unit is equipped to meet the specific needs of dialysis patients. The unit provides eight

# 12 CULTURAL AND COMMUNITY AFFAIRS

The role of the Ministry of Community Affairs, Sports, Women, Youth and Culture is to promote a sustainable, high quality of community life, to keep pace with the level of economic development and changes in all three islands, and to ensure that each individual has the maximum opportunity to achieve his or her highest level of self-fulfillment and personal development, in terms of the physical, social, moral and spiritual aspects of life.

## Ministry of Community Affairs, Sports, Women, Youth and Culture

The key achievements for 2000 were:

- The National Youth Policy's approval by Executive Council and presentation to the Legislative Assembly.
- The Minister for the Overseas Territories, Baroness Scotland of Asthal, met with the ministry and others in the community to discuss issues that affect the Islands' women.
- A National Domestic Violence Steering Committee was formed and the Domestic Violence Intervention Training Programme (DVITP) for police officers and social workers was started.

## Community Affairs

The Cayman Islands has six districts, each with a unique identity. These communities have always been very important in the social development of the Islands. In 2000, staff of the Ministry of Community Affairs and the Ministry of Social Welfare met to determine how to best combine efforts in supporting community development.

Communities are assisted by the Ministry of Community Affairs through financial assistance and logistical support, policy guidance, Community Development Action Committees (CODACs) and District Beautification Committees.

Monthly financial assistance to former servicemen in recognition of their dedicated service is provided by the ministry. In 2000, the Cayman Islands Government also provided monthly financial benefits to retired seamen (or their surviving spouses) who were 60 years and older for their contributions to the Islands' development.

## Women

The ministry's primary focus regarding women is to enhance their status. It recognizes that women need greater support, given the history of social inequalities. The use and demand for services through the Women's Resource Centre and other organizations indicated the importance of addressing the strategic interests of women and men in the country; therefore, the Ministry of Women focused its efforts on the development of a National Policy on Gender Equity and Equality. While the aim of the policy is to advance the status of women, the concept of gender equity and equality has been used because the policy also seeks to empower women in partnership with men.

In June 2000, the ministry retained two external advisors, Dr. Patricia Mohammed and Ms Audrey Ingram Roberts, to assist in the policy's development. They will provide assistance in training, guiding and advising a local process of investigation, analysis and recommendations. The local arm of this policy development process takes the form of a Research and

Cultural Affairs ........ 147
The Public Library ........ 147
The Cayman Islands National Archive ........ 148
The Cayman Islands National Museum ........ 149
The National Gallery of the Cayman Islands ........ 152
The Cayman National Cultural Foundation ........ 152

Development Team that consists of 27 persons representing various government, private sector and civic organizations. The final policy document will be completed by March 2002.

### Caribbean Regional Domestic Violence Intervention Training Programme (DVITP)

In February 2000, the Caribbean Association for Feminist Research and Action (CAFRA) approached the Ministry responsible for Women to participate in a regional initiative titled Domestic Violence Intervention Training Programme (DVITP) for police officers and social workers. This training programme is a regional initiative being undertaken in 17 Caribbean countries. The purpose is to teach police officers, social workers and other front-line professionals, techniques they can use when intervening in incidents of domestic violence. A National Domestic Violence Steering Committee was formed to guide the development of the national training programme and is comprised of 27 members representing various agencies that have previously expressed interest and commitment to the issue of zero tolerance to domestic violence.

Beginning in September, two training sessions were held and 43 persons were trained. Within two years, 400 police officers, social workers and other front-line workers will be trained in the implementation of DVITP. There are five Cayman Islands trainers from the Royal Cayman Islands Police, Social Services Department and Caribbean Haven Outpatient Services.

### Visit by Baroness Scotland of Asthal, Minister for the Overseas Territories

During her first official visit to the Cayman Islands in August, the Minister for the Overseas Territories, Baroness Scotland of Asthal participated in a round table discussion hosted by the ministry. Nineteen female participants discussed with the Baroness the main issues facing women in the Cayman Islands and how these issues were being addressed through government and community efforts.

### Conference Participation

The Ministry of Women was represented at the following conferences in 2000:

- ECLAC's (UN Economic Commission for Latin America and the Caribbean) 8th Regional Conference on Women in Latin America and the Caribbean, in Lima, Peru, 6-11 February.
- "Making CEDAW (UN Convention on Elimination of Discrimination Against Women) Work," hosted by the British Virgin Islands, 23-24 February.

### The Women's Resource Centre

Opened in November 1997, the Women's Resource Centre (WRC) serves as a point of contact for the general public to receive information and referrals to the various resources, services and programmes aimed at enhancing the status of women and families. The WRC continued to experience growth and expansion in 2000. Because of the increase in use and public acceptance, the ministry secured additional office space to include two private rooms and a separate staff office. An administrative secretary was hired to increase the centre's effectiveness.

**Services and Programmes**

The following free public services are available at the Women's Resource Centre:

- a monthly educational newsletter;
- a resource library containing a wide range of self-help books and magazines for women, men, and families;
- a computer, colour printer and photocopier for individuals and organizations;
- a meeting place for women's groups and other groups and organizations; and
- two private rooms to be used for breastfeeding or expressing milk with the breast pump provided.

With the motto, *Empowerment through Information and Education,* the Women's Resource Centre provided various programmes, workshops and presentations throughout the year. One programme that operates through the WRC is the Legal Befrienders. It is a group of lawyers who volunteer to provide confidential, free legal advice to victims of domestic abuse. Walk-in clinics are held weekly at the WRC and a phone line is programmed to provide this service three times a week.

All programmes at the WRC are available to the public at no cost. Through systematic networking with other government departments, community agencies, organizations and individuals the WRC provided workshops, presentations, and support groups and hosted regular meetings on the following topics.

- *Health* —breastfeeding; breast cancer; cervical cancer; diabetes; weight loss; women's smoking cessation support group; Alcoholics Anonymous (AA).
- *Parenting* —homework tips; pregnancy and depression; "It's Your Time, Dad" (workshop for fathers only).
- *Personal Enhancement*- basic financial planning; money management; "Taking Care of Ourselves" (workshop for women only); young adolescent women's support group.

- *Legal Issues*- immigration and maintenance workshop.

**Domestic Abuse**

In addition to its work with the DVITP and the National Domestic Violence Steering Committee, on which the WRC's programme officer serves as secretary, the WRC participated in the Business and Professional Women's Club's (BPWC) 16 Days of Activism Against Gender Violence Committee's 1st Annual Silent Witness March, held on 18 October. A joint effort organised by the committees, CITN and the Ministry of Women Affairs, the march was held to remember past victims of domestic abuse and in support of those who are still suffering.

The WRC also participated in the BPWC's 16 Days of Activism Campaign by producing an 18-page special edition newsletter containing information about domestic abuse and the 16 Days Campaign.

**Honouring Women Month**

In March 1999, the former Governor officially declared March as Honouring Women Month in the Cayman Islands, in accordance with the country's observance of International Women's Day (8 March). An International Women's Day Ceremony was held at the Women's Resource Centre, and the Business and Professional Women's Club presented its "Woman of the Year" award during the event. Panel discussions and workshops aimed towards women were held at the WRC during Honouring Women Month.

Throughout March, 14 businesses (13 on Grand Cayman and one on Cayman Brac) offered various discounts to women. Attended by about 65 persons, the WRC's 2nd Annual Walkathon was successful in its aims to increase public awareness and raise funds for the centre.

## Cultural Affairs

### The Public Library

The Cayman Islands Public Library provides lending, reference and an interlibrary loan service to residents. The main library is in George Town, and there are branch libraries in East End, North Side, Bodden Town and Stake Bay, Cayman Brac.

The Bodden Town Library held its grand opening ceremony on 25 September. The new facility is open five days per week for a total of 34 hours.

The annual summer reading programme for children was held for three weeks in July and August with the theme, "*Be a Book Detective Read.* " An encouraging 166 children took part; the child who read the most completed 89 books. Two six-week sessions of children's story-time programmes were held in George Town and one was held in Cayman Brac. Volunteers told stories at the Cayman Brac Library on Saturday mornings.

#### *George Town Library*

The George Town Library houses a collection of about 21,500 volumes including reference, local history, large print and popular reading materials, books-on-cassette, and foreign language books. The library subscribes to 12 newspapers and 75 magazines.

The children's area includes picture and non-fiction books, leisure-reading titles, reference books and audio and videocassettes.

The George Town Library is open six days per week for a total of 43 hours.

#### *East End Library*

The East End Library is located in the district's old town hall. The collection includes about 3,250 children's books and video and audiocassettes, as well as 1,250 titles for adults. The library receives 20 magazine subscriptions and one daily newspaper. A meeting-room facility is available. The library is open five days a week for a total of 32 hours. Extended hours were added on Mondays and Tuesdays when the library remains open until 7 pm.

#### *North Side Library*

The North Side Library is located next to the primary school in the renovated old town hall. The collection includes some 2,750 children's books, video and audiocassettes, plus 1,000 titles for adults. Patrons will find 20 magazine subscriptions and two daily newspapers. The facility includes a meeting-room. The library is open five days a week for a total of 30 hours.

#### *Bodden Town Public Library*

The Bodden Town Library is located in the district's old town hall. The collection includes approximately 2,000 children's books, video and audiocassettes and 1,000 titles for adults. The library receives three daily newspaper subscriptions. The facility includes a meeting-room and is open five days a week, three days until 7:00pm, for a total of 34 hours.

#### *Cayman Brac Library*

The branch library on Cayman Brac is located adjacent to the District Administration Building in Stake Bay. It houses a collection of about 2,750 adult and 4,000 children's books, in addition to videocassettes, a daily newspaper and 20 magazine subscriptions. The library is open six

# 3 APPENDIX

## Chief Officers, at 20 April, 2001

**Governor of the Cayman Islands:**
Mr. Peter J. Smith, CBE

**Chief Justice of the Cayman Islands:**
The Hon. Anthony Smellie, QC, JP

**Speaker of the House:**
The Hon. Mabry S. Kirkconnell, OBE, MBE, JP

### Portfolio of Internal & External Affairs

Chief Secretary: The Hon. James M. Ryan, MBE, JP
Deputy Chief Secretary: Mr. Donovan Ebanks, MBE
Commissioner of Police: Mr. David Thursfield, QPM
District Commissioner: Mr. Kenny Ryan, JP
Deputy District Commissioner: Mr. Ernie Scott, JP
Permanent Secretary, Personnel:
Mrs. Jenny Manderson, MBE, JP
Deputy Permanent Secretary/Personnel: Mr. Graham Wood
Chief Immigration Officer: Mr. Orrett Connor
Director of Prisons: Mr. John Forster
Chief Information Officer: Miss Pat Ebanks, MVO
Clerk of the Legislative Assembly: Mrs. Georgette Myrie, JP
Clerk of the Executive Council: Mrs. Carmena Parsons
Director of Broadcasting: Mr. Loxley Banks

### Portfolio of Legal Administration

Attorney General: The Hon. David Ballantyne
Solicitor General: Mr. Samuel Bulgin
Director of Legal Studies: Mr. Mitchell Davies
First Legislative Counsel: Mrs. Myrtle Brandt

### Portfolio of Finance and Economic Development

Financial Secretary:
The Hon. George A. McCarthy, OBE, JP
Deputy Financial Secretary: Mr. Joel Walton, JP
Accountant General: Mrs. Sonia McLaughlin
Collector of Customs: Mr. Carlon Powery
Registrar General/Registrar of Companies:
Mr. Delano Solomon, JP
Director, Cayman Islands Shipping Registry:
Mr. Peter Gibbs
Director of Economic Research & Development:
Dr. Elizabeth Parsan
Director of Internal Audit: Mrs. Anne Owens (acting)
Director of Budget and Management Unit:
Mr. Peter Gough
Chief Statistician: Mr. Brian Boxill

### Ministry of Planning, Communications and Works

Member of the Executive Council:
The Hon. Kurt Tibbetts, JP
Permanent Secretary: Mr. Kearney Gomez, MBE, JP
Director of Planning: Mr. Kenneth Ebanks (acting)
Postmaster General: Mrs. Mona Banks-Jackson, MBE
Chief Agriculture & Veterinary Officer:
Dr. Alfred Benjamin
Chief Engineer, Public Works: Mr. Colford Scott
Director, MRCU: Dr. William Petrie
Director, Department of Environmental Health:
Mrs. Theresa Kuczynski

## Appendix 3: Cayman Islands Government

General Elections 2000 Report....................223
Financial Services Regulatory Regime ....................226

Director of Lands & Survey/Registrar of Lands:
Mr. Clark Buchanan, JP

### Ministry of Tourism, Environment and Transport

Member of the Executive Council:
The Hon. McKeeva Bush, OBE, JP
Permanent Secretary: Mr Harding O. Watler, JP
Director of Tourism: Mrs. Angela Martins
Director, Department of Environment:
Mrs. Gina Ebanks-Petrie
Chief Fire Officer: Mr. Kirkland H. Nixon, QFSM, MBE, JP

### Ministry of Health and Information Technology

Member of the Executive Council:
The Hon.. Linford Pierson , JP
Permanent Secretary: Ms. Andrea Bryan, JP
Director of Health Services Department:
Mr. Mervyn Conolly
Deputy Director of Health Services: Mrs. Eloise Reid, MBE
Chief Medical Officer: Dr. Nicholas Harry
Medical Officer of Health: Dr. A Kiran Kumar
Chief Dental Officer: Dr. John Vlitos
Chief Nursing Officer: Mrs. Ivy Collins
Manager, Ancillary and Support Services:
Mrs. Cathy Gomez
Medical Officer in Charge, Faith Hospital:
Dr. Marjorie Yee Sing (acting)
Director of Substance Abuse Services: Mrs. Karen Ferruccio
Director, Computer Services: Mr. Gilbert McLaughlin
Manager, Information Technology Strategy Unit:
Mr. David Archbold

### Ministry of Education, Human Resources and Culture

Member of Executive Council: The Hon. Roy Bodden
Permanent Secretary: Mrs. Joy Basdeo, MBE, JP
Chief Education Officer: Mrs. Nyda Flatley (acting)
Director of Labour and Human Resources: Mr. Dale Banks
Director, Cayman Islands National Archive:
Dr. Philip Pedley
Librarian, Public Library: Mrs. Susan Miller-Tennant

### Ministry of Community Development, Women's Affairs, Youth and Sports

Member of the Executive Council:
The Hon. Edna Moyle, JP
Permanent Secretary: Mr. Carson Ebanks, JP
Director of Social Services: Mrs. Deanna LookLoy
Director of Youth & Sports: Mr. Charles Branche

### The Judiciary

Chief Justice: The Hon. Anthony Smellie, QC, JP
Puisne Judges: The Hon. Henry Graham, JP
The Hon. Dale Sanderson, JP
Magistrates: Mrs. Grace Donalds, JP
Mrs. Margaret Ramsey-Hale, JP
Miss Nova Hall, JP
Court Administrator: Mr. Terrence Beckett
Clerk of Courts: Mrs. Delene Cacho, JP

### Cayman Islands Audit Office

Auditor General: Mr. Nigel Esdaile

### Statutory Authorities

Chairman, Public Service Commission:
Mr. Athelston C.E. Long, CMG, CBE
Director, Civil Aviation Authority: Mr. Richard Smith
Director, Port Authority: Mr. Errol Bush, MBE
Director, Water Authority:
Dr. Gelia Frederick-van Genderen
Manager, Housing Development Corporation and the Agricultural and Industrial Development Board (AIDB): Mrs. Angela Miller
Managing Director, Cayman Islands Monetary Authority:
Mr. John Bourbon
Chief Executive Officer, Cayman Islands Stock Exchange:
Ms Valia Theodoraki
President, Community College of the Cayman Islands:
Mr. Sam Basdeo
Director, Cayman Islands National Museum:
Miss Anita Ebanks, Cert. Hon.

# 4 APPENDIX

## SUMMARY OF GOVERNMENT REVENUE AND EXPENDITURE 1998-2000 IN (CI$000s)

| REVENUE | 1998 (Actual) | 1999 (Actual) | 2000 (Un-audited) |
|---|---|---|---|
| Duty | 125,257 | 133,854 | 125,282 |
| Tax | 19,466 | 20,887 | 21,888 |
| Licences | 24,832 | 26,320 | 23,409 |
| Sale | 4,773 | 5,112 | 5,867 |
| Fees | 56,714 | 71,140 | 79,491 |
| Fines | 1,313 | 1,478 | 1,504 |
| Services | 1,345 | 2,033 | 1,719 |
| Rentals/Lease | 3,737 | 2,420 | 714 |
| Loans/Interest | 2,713 | 3,069 | 2,769 |
| Miscellaneous | 1,130 | 898 | 3,901 |
| Contributions/Repayments | 7,018 | 12,341 | 5,887 |
| Fund Transfers | | | 11,145 |
| **TOTAL RECURRENT REVENUE** | **248,298** | **279,552** | **283,576** |
| **CAPITAL INCOME** | | | |
| Loan Receipts | 21,526 | 18,242 | 23,767 |
| Contributions from: | | | |
| General Revenue | 3,170 | 2,700 | 12,350 |
| Environmental Protection Fee | 2,028 | - | - |
| Infrastructure Dev. Fund | - | 7,254 | 2,432 |
| Roads Development Fund | - | - | 1,596 |
| **TOTAL CAPITAL INCOME** | **26,724** | **28,196** | **40,145** |

## Appendix 4: Cayman Islands Economic Data

Recurrent, Capital & Statutory Expenditure.....230
Imports and Exports and Balance of Trade.....231
Work Permits (at year-end).....231
Work Permits by Occupational Group.....231

## RECURRENT EXPENDITURE (by Portfolio) (CI$000s)

| | 1998 (Actual) | 1999 (Actual) | 2000 (Estimated) |
|---|---|---|---|
| Office of the Governor | 4,296 | 4,519 | 4,849 |
| Internal & External Affairs | 29,105 | 32,710 | 38,610 |
| Legal Affairs | 2,174 | 2,678 | 2,945 |
| Finance & Economic Development | 24,041 | 30,386 | 32,703 |
| Education, Aviation & Planning | 33,993 | 38,960 | 38,705 |
| Tourism, Commerce Transport & Works | 26,304 | 41,791 | 40,362 |
| Comm. Affairs, Sports, Women, Youth, & Culture | 10,489 | 12,912 | 13,171 |
| Health, Social Welfare Drug Abuse Prev. & Rehab. | 40,177 | 52,742 | 53,936 |
| Agriculture, Comm., Envnmt., & Natural Resources | 29,337 | 23,084 | 21,973 |
| **Total** | 199,916 | 239,783 | 247,254 |

## CAPITAL EXPENDITURE (CI$000s)

| | 1998 | 1999 | 2000 |
|---|---|---|---|
| Capital Acquisitions | 8,683 | 7,295 | 4,715 |
| Capital Development | | | |
| Public Buildings | 4,508 | 7,991 | 15,476 |
| Roads | 4,176 | 11,196 | 16,686 |
| Recreational & Cultural Facilities | 4,591 | 1,522 | 1,650 |
| Cemeteries | 139 | 176 | 99 |
| Harbours & Docks | 74 | 389 | 70 |
| Purchase of Lands | 2,130 | 5,216 | 2,552 |
| Land Fill Development | 49 | 82 | 111 |
| Health Care Facilities | 6,876 | 3,541 | 1,356 |
| Agricultural Development | 62 | 146 | 107 |
| Design Development & Costing | - | 59 | 398 |
| | 22,605 | 30,318 | 38,505 |
| Total Capital Expenditure | 31,288 | 37,613 | 43,220 |

## STATUTORY EXPENDITURE (CI $000s)

| | 1998 | 1999 | 2000 |
|---|---|---|---|
| Public Debt Charge | 16,760 | 18,761 | 21,224 |
| Other Stat. Exp. | 12,989 | 13,585 | 15,565 |
| | 29,749 | 32,346 | 36,789 |
| Total Expenditure | 260,953 | 310,519 | 327,263 |

Source: Annual Accounts and Estimates of the Cayman Islands Government

# 2001

# ANNUAL REPORT AND OFFICIAL HANDBOOK





# CAYMAN ISLANDS 2001 ANNUAL REPORT & OFFICIAL HANDBOOK

Published by the Government of the Cayman Islands
June 2002

George Town, Grand Cayman
Cayman Islands

# Contents

**History in the Making**
His Excellency the Governor, Mr. Peter Smith, CBE

1

**Sustaining Prosperity and Preserving Quality of Life**
Chapter 1 — Synopsis of Major Developments, 11

2

**Steering a Course of Stability and Harmony**
A report on the Islands' constitution, governance and administration
Chapter 2 – Government, 25
Chapter 3 – Administration, 43

3

**Growing the Economy and Strengthening Industries**
A report on key economic indicators and national industries
Chapter 4 – Economy and Public Finance, 51
Chapter 5 – Industry Regulatory and Service Agencies, 57
Chapter 6 – Business Services, 75

4

**Protecting the Safety and Health of the People**
A report on judicial, legal, safety and health measures
Chapter 7 – Law Enforcement and Public Safety, 91
Chapter 8 – Health Care, 101

5

**Shaping the Future**
A report on educational, social and cultural thrusts
Chapter 9 – Education and Culture, 117
Chapter 10 – Community Development, Social Services, Youth and Sports, 133
Chapter 11 – Information Services and the Media, 145

6

**Strengthening Environmental Protection**

A report on weather, conservation, preservation and environmental health

Chapter 12 – The Weather, 153

Chapter 13 – The Natural Environment, 157

Chapter 14 – Environmental Health, 163

7

**Viewing the Sister Islands**

A report on developments in Cayman Brac and Little Cayman

Chapter 15 – Sister Islands, 173

8

**Linking the Islands with the Global Village**

A report on communication and transportation

Chapter 16 – Telecommunications, Postal Services and Utilities, 181

Chapter 17 – Air and Sea Transport, 195

**Appendices**

1. Physical Features, 200
2. The People and their History, 203
3. Cayman Islands Government, 208
4. Cayman Islands Economic Data, 213
5. Miscellaneous Information Section, 217
6. Maps, 241

Acknowledgements, 244

# 7 LAW ENFORCEMENT AND PUBLIC SAFETY

Public order and safety were enhanced in 2001 with a number of new health-oriented and protective initiatives. 911 Emergency communications responded faster to calls with a new street atlas, computerized mapping and upgraded address database. The Royal Cayman Islands Police (RCIP) introduced a Joint Intelligence Unit that incorporated the RCIP, Customs, Immigration and Prisons. The RCIP also introduced a Family Support Unit, addressing domestic violence and child abuse.

At the same time, the Judicial sector was laying the groundwork for the introduction of a drug court, that would drawn on the range of rehabilitative services to take a treatment, rather than adversarial, approach to select drug offenders. Drug courts have proven highly successful elsewhere in returning offenders to productive lives in the community. The drug court was one of several new alternate sentencing options, including Community Service Orders that were widely utilized by the courts during the year, that the Judiciary considered in 2001.

An external inspection of the prisons brought kudos for "outstanding initiative and commitment," in the continued restoration project. A new Road Safety Advisory Council was introduced with the goal of enhancing safety on Cayman's roads.

## The Judicial System

Justice in the Cayman Islands is administered at three levels – in the Summary Court (including the Youth Court), the Grand Court and the Court of Appeal.

### The Summary Court

The Summary Court has civil and criminal jurisdiction. In its criminal jurisdiction, it roughly corresponds to the court of a stipendiary magistrate in England and Wales. One or two legally qualified magistrates normally exercise jurisdiction, although provision is made for two lay justices of the peace to preside.

A magistrate sits with a jury as coroner for the Islands.

### The Youth Court

The Youth Court has general jurisdiction to try all summary offences committed by juveniles younger than 17 years. It is presided over by a magistrate who sits alone or with two justices of the peace, at least one of whom must be of the opposite gender to the magistrate, or by three justices of the peace, at least one of whom must be a woman.

With the Children Law coming into effect, a wider function relating to the general welfare of young people will be conferred on the Grand and Summary courts.

Attorney General's Chambers....92
Royal Cayman Islands Police Service....94
Emergency Communications....95
Road Safety Advisory Council....95
Cayman Islands Fire Service....95
Cayman Islands Prison Service....96

### Grand Court

Appeals from the Summary Court lie to the Grand Court. The Grand Court is a superior court of record whose jurisdiction is defined in the Constitution of the Cayman Islands and in the Grand Court Law. In general, it has the same jurisdiction as the High Court of Justice of England and Wales and its divisions. The Grand Court administers the common law and the law of equity of England, as well as locally enacted laws and applied laws.

### The Cayman Islands Court of Appeal, & The Judicial Committee of the Privy Council

Appeals from the Grand Court lie to the Cayman Islands Court of Appeal, composed of a president and not less than two judges of appeal who hold or have held high judicial office. A judge of the Grand Court may exercise any of the powers of a single judge of the Court of Appeal. Further appeal lies, in certain circumstances, to the Judicial Committee of the Privy Council in London.

### Appointments to the Bench

The Cayman Islands has three resident judges, three magistrates and 95 justices of the peace, some of whom serve as lay magistrates. The Governor appoints magistrates on the advice of the Chief Justice. Judges of the Grand Court and the Court of Appeal are appointed in accordance with instructions from the Secretary of State on behalf of Her Majesty the Queen. The Governor, on the advice of the Secretary of State, appoints one of the judges to be the Chief Justice. To be eligible for appointment as a judge or a magistrate, a person must be a qualified barrister or solicitor, who has, in the case of a Grand Court judge, practised for a minimum of ten years; in the case of a magistrate, for not less than five years.

### Key Achievements in 2001

To better meet the demands and challenges of the types of serious offences routinely coming before the Youth Court in 2001, magistrates preside on certain days each month. Members of the experienced and dedicated panel of justices, who have voluntarily served for many years in this court, sit with the magistrates as observers.

The groundwork for the introduction of the Drug Court continued in 2001. Draft legislation was circulated and the bill was expected to be presented to the Governor in Council for submission to the Assembly in early 2002. Teams of treatment providers, including members of the judiciary, attended preparatory seminars in Jamaica and Canada.

The Community Service Orders, implemented in year 2000, were widely utilized by the Courts in 2001 and worked effectively.

The Rules Committee completed the New Cost Rules and important amendments to the Matrimonial Causes Rules.

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into five areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs.

### Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member. The unit prepares primary and secondary legislation for enactment by the Legislative Assembly, and interprets statute law for the Government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and to the overall supervision by the Attorney General.

### Law Revision

As the laws are amended, consolidated versions, known as revisions, are produced. Changes are incorporated into one piece of law. An index of amendments and revisions is maintained.

### Solicitor General/Legal Department

The Legal Department, managed on a day-to-day basis by the Solicitor General, is staffed by two teams of lawyers, one prosecuting criminal cases, with the other mainly defending in civil litigation and judicial review proceedings. Both provide legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases.

The department also assists the Central Authority (the Chief Justice) under the Mutual Legal Assistance

## COURT STATISTICS, 1995 to 2001

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|
| **Appeals to Court of Appeal** | | | | | | | |
| Criminal | 32 | 51 | 52 | 76 | 49 | 54 | 49 |
| Civil | 24 | 19 | 41 | 73 | 35 | 23 | 23 |
| Privy Council | 1 | 1 | 1 | 6 | 6 | 5 | 3 |
| **Grand Court** | | | | | | | |
| Indictments | 76 | 64 | 64 | 67 | 61 | 79 | 70 |
| Civil cases (incl. Admiralty) | 494 | 619 | 782 | 719 | 750 | 864 | 710 |
| Estates | 127 | 183 | 145 | 105 | 135 | 164 | 143 |
| Divorces | 140 | 144 | 151 | 168 | 156 | 161 | 170 |
| Adoptions | 5 | 5 | 3 | 6 | 1 | 0 | 1 |
| **Appeals to Grand Court** | | | | | | | |
| Civil | 0 | 2 | 5 | 4 | 3 | 1 | 10 |
| Criminal | 71 | 49 | 82 | 52 | 107 | 59 | 63 |
| **Summary Court** | | | | | | | |
| Criminal (Grand Cayman) | 5,648 | 4,905 | 5,117 | 4,923 | 4,929 | 5,297 | 6,996 |
| Criminal (Cayman Brac) | * | * | 104 | 60 | 91 | 94 | 158 |
| Civil cases | 388 | 762 | 1,380 | 1,604 | 1,403 | 1,241 | 350 |
| Maintenance and Affiliation | 81 | 77 | 72 | 64 | 102 | 125 | 128 |
| Deaths reported to Coroner | 38 | 29 | 37 | 34 | 29 | 21 | 23 |
| Youth Court | 185 | 145 | 197 | 213 | 176 | 225 | 331 |
| Juvenile Court | 41 | 34 | 31 | 30 | 32 | 35 | 37 |
| **Legal Aid** | | | | | | | |
| Civil | 192 | 190 | 205 | 203 | 169 | 135 | 166 |
| Criminal | 129 | 144 | 196 | 155 | 162 | 214 | 239 |
| **Attorneys** | | | | | | | |
| Attorneys licensed to practise | 140 | 147 | 170 | 218 | 227 | 235 | 262 |
| Limited admissions | 36 | 34 | 42 | 39 | 48 | 40 | 64 |
| General admissions | 16 | 23 | 30 | 35 | 25 | 27 | 42 |
| Notaries Public licensed | 144 | 150 | 167 | 177 | 191 | 233 | 276 |
| **Justices of the Peace** | | | | | | | |
| Grand Cayman | 80 | 81 | 81 | 79 | 80 | 80 | 80 |
| Cayman Brac | 13 | 13 | 13 | 15 | 15 | 15 | 15 |

*1995 & 1996 Criminal cases include Cayman Brac. Separate figures given for subsequent years.

Treaty with the United States, which permits the exchange of information on criminal matters. Extradition and "letters rogatory" are also dealt with on behalf of the Attorney General, who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct Law. The Legal Department is staffed by a Solicitor General, three senior crown counsel, ten crown counsel, secretaries and support staff.

Legal support is provided to the Financial Reporting Unit under the Proceeds of Criminal Conduct Law by designated crown counsel. They act as case controllers to assist in the management of money-laundering cases for prosecution.

### Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree-level education for law students on a full- and part-time basis, followed by a professional practice course. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education.Professional staff comprise a director and six lecturers and there were 112 students enrolled in 2001.

### Financial Reporting Unit (FRU)

This is the designated reporting authority for suspicious-activity reports (SARs) under the Proceeds of Criminal Conduct Law, the main anti-money-laundering legislation. The FRU receives, analyses and disseminates SARs through the Egmont Group, an international organization of more than 50 similar agencies. The Egmont Group is the worldwide standard-setting body among financial reporting units. The FRU assists in evidence- gathering for money-laundering prosecutions, and facilitates international legal assistance.

### International Division

This new division of the Attorney General's Chambers is designed to co-ordinate and expedite international requests for legal assistance. It is to be headed by a senior crown counsel who liaises with the Legal Department and FRU and reports to the Attorney General.

## Royal Cayman Islands Police Service

In the absence of any military force, the Cayman Islands is unusually reliant upon its police service. The[illegible] national service with a complement of 322 officers[illegible] support staff. Actual strength is less, due to bu[illegible] constraints. The 2002 approved budget was $16[illegible]

### Developments in 2001

The Cayman Islands remains one of the most cri[illegible] countries in the world. However, following a [illegible] plateau, crime in the Cayman Islands rose by 23[illegible] 2001, although the actual numbers remain very lo[illegible]

The Cayman Islands is a transhipment point [illegible] trafficking, and large quantities of cocaine and [illegible] (locally known as ganja) are recovered annuall[illegible] trade promotes in-island consumption and att[illegible] property-crime problems, though this would [illegible] apparent to the million-plus visitors to the Islan[illegible] year. The Drug-abuse Resistance Education Prog[illegible] (DARE) was facilitated by police officers in all gove[illegible] schools for the first time in 2001.

High volume traffic, single-road system[illegible] traditional commuter rush hours ensure the [illegible] Traffic Department is fully employed.

A new initiative to manage information, [illegible] Intelligence Unit, was formed from the combined res[illegible] of Customs, Immigration, Prison and Police. Mean[illegible] the Family Support Unit, emerging from joint res[illegible] in the Social Service and the RCIP, sought to a[illegible] domestic violence and child abuse.

Cycle patrols introduced in 2001 have become a p[illegible] and personable way of policing the George Town c[illegible]

Likely issues requiring policy consideration [illegible] the first six months of 2002 include:

- Response to the January 2002 inspection by H[illegible] Majesty's Inspector of Constabulary (UK);
- Policing priorities in view of reduced funding[illegible]
- Command and rank structure of Police Service[illegible]
- Succession planning for the Commissioner's p[illegible] (current postholder's contract ends February 2[illegible] but up to six months' lead time may be require[illegible]

### The RCIP's Purpose and Aims

The RCIP exists to make the Cayman Islands a peac[illegible] place to live, a safe place to visit and a secure locatio[illegible] which to maintain an international finance centre. [illegible] purpose is achieved through the following key aims[illegible]

- To respond appropriately to requests for assist[illegible] reducing criminal activity and keeping roads sa[illegible]

Case 1:05-cv-10879-JLT Document 71-24 Filed 03/26/2008 Page 9 of 19

...and
To develop the R.C.I.P.'s systems and its members, particularly Caymanians, to achieve these aims.
Achievement of these aims is sought through a ...policing strategy which combines Community ...licing by foot/cycle beat patrol officers; Responsive ...licing by attending to calls for assistance appropriately; ...Targeted Policing, by focusing on the minority of the ...ople who are known to be actively committing crime

## ...911 Emergency Communications

...Emergency Communications is now better able to ...public demand for speedy response, with the combined ...initiatives of computerized mapping, the Street Atlas ...an upgrading of the street address database.

...Ensuring the best service to the public, training and ...luation remain a priority and protocols continue to be ...ised. A committee comprising both private and public ...dical personnel formed to review recommendations.

...Public education continues and is expected to receive ...boost from the planned GIS-produced video to be used ...presentations to business and schools. The aim is to ...ance abandoned or misdialled calls to 911.

## The Road Safety Advisory Council

CIRSAC, in existence since 1997, is a non-profit association, whose main objective is to promote road safety. The council comprises individuals representing a cross-section of Cayman's public and private sector. The group meets monthly to address road safety issues such as drinking and driving, seat belt safety, speeding and speed limits, road markings, drivers' education, etc.

CIRSAC has conducted a number of campaigns to educate the public on road safety matters and during 2001 ran a number of television commercials on the dangers of drinking and driving, speeding, failure to wear seatbelts and incorrect road use, etc.

The council welcomes input from the public on matters to be addressed to make Cayman's roads safer. The address of CIRSAC is ciroadsafety@hotmail.com or Post Office Box 10608 APO.

## Cayman Islands Fire Service

The Cayman Islands Fire Service (CIFS), headquartered on Owen Roberts Drive in George Town, has a staff complement of 140 officers and five support staff.

The service has a total of 25 pieces of operational rescue and fire-fighting equipment (vehicles and boats).

The department continued to give high priority to the development of its human resources, and considerable

**...ICS ON 911 CALLS, 2001**

| | FIRE | AMBULANCE | POLICE | POLICE VEH. STPS. | STOLEN VEHICLES | APB | POLICE DISPATCH | PRANK CALLS | INFO CALLS | ABANDON CALLS | WRONG NUMBERS | TOTAL CALLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 18 | 155 | 101 | 842 | 4 | 43 | 91 | 28 | 394 | 1799 | 2230 | 5705 |
| ...RY | 11 | 148 | 727 | 343 | 1 | 26 | 280 | 3 | 320 | 949 | 298 | 3106 |
| [illegible] | 48 | 184 | 551 | 893 | 3 | 75 | 132 | 1 | 349 | 2483 | 1332 | 6051 |
| [illegible] | 44 | 162 | 477 | 1087 | 6 | 89 | 158 | 14 | 399 | 2450 | 1194 | 6080 |
| [illegible] | 48 | 163 | 503 | 1289 | 5 | 94 | 120 | 3 | 414 | 2204 | 1234 | 6077 |
| [illegible] | 32 | 143 | 565 | 1263 | 5 | 90 | 138 | 5 | 315 | 2287 | 1174 | 6017 |
| [illegible] | 42 | 163 | 567 | 1210 | 6 | 122 | 180 | 14 | 399 | 2887 | 1402 | 6992 |
| ...UST | 39 | 158 | 513 | 1126 | 2 | 85 | 183 | 8 | 374 | 3250 | 1297 | 7035 |
| ...MBER | 35 | 98 | 360 | 878 | 1 | 63 | 131 | 1 | 342 | 1808 | 828 | 4545 |
| ...OBER | 36 | 141 | 550 | 1377 | 2 | 86 | 162 | 4 | 473 | 2751 | 1239 | 6821 |
| ...MBER | 42 | 153 | 562 | 1264 | 2 | 94 | 166 | 4 | 479 | 2859 | 1261 | 6886 |
| ...MBER | 22 | 152 | 613 | 1256 | 3 | 65 | 183 | 2 | 500 | 3009 | 1904 | 7709 |
| ...ALS | 417 | 1820 | 6089 | 12828 | 40 | 932 | 1924 | 87 | 4758 | 28736 | 15393 | 73024 |

**ALL CALLS MADE TO THE FIRE SERVICE**

| 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 235 | 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 786 | 822 | 903 |

emphasis was placed on training in 2001. Three senior officers attended an advanced breathing-apparatus maintenance safety course, modelled on the requirements of the Department of Transport, U.S.A. Yearly practical and theoretical training was also carried out at the airport training ground.

## Developments in 2001

During 2001 the Fire Service attended 903 fires and other incidents, an increase of about 10% over 2000.

The value of property involved in fires during 2001 was estimated at $10,253,106. However,as a result of direct intervention by the Fire Service, actual damage to property was estimated at $365,605.

Of the 903 fires and incidents dealt with, 27 fires warranted a full investigation. Of these, 55.5% were determined as accidental, arson was suspected in 26%, and the cause of the remaining 18.5% was undetermined.

The department also reviewed approximately 203 sets of architectural drawings and carried out more than 842 inspections. This reflects an approximate 13.2% increase in fire inspections and a decrease of 14.7% in plan review.

## The CIFS's Purpose and Aims

The purpose of the CIFS is to protect life and property by utilizing high standards of professional skill. This is achieved by:

- responding to all calls for assistance in a rapid and proficient manner, reducing the degree of danger or damage;
- developing human skills through training; and
- acquiring and maintaining state-of-the-art equipment.

**FIRE SERVICE STATISTICS 2000 – 2001**

| | 2000 | 2001 |
|---|---|---|
| **AIRPORT** | | |
| Aircraft Accidents | - | - |
| Aircraft Incidents | 2 | 1 |
| Full Emergencies | 5 | 5 |
| Local Standbys | 32 | 13 |
| **TOTAL AIRPORT** | 39 | 19 |
| **DOMESTIC** | | |
| Fire Alarm | - | 150 |
| Special Services | 135 | 148 |
| False Calls | 150 | 32 |
| Building Fires | 54 | 74 |
| Vehicle Fires | 33 | 38 |
| Brush Fires | 210 | 256 |
| Vehicle Accidents | 95 | 93 |
| Chemical Leaks | 25 | 32 |
| Utility | 24 | 36 |
| Boat Fire | 11 | 4 |
| Dump Fire | 14 | 2 |
| Elevator Rescue | 21 | 14 |
| Fire-related Fatalities | - | - |
| Extrication at M.V.A.* | 11 | 5 |
| **TOTAL DOMESTIC** | 783 | 884 |
| **ALL INCIDENTS** | 822 | 903 |

*M.V.A. = Motor Vehicle Accidents

## Cayman Islands Prison Service

The Cayman Islands Prisons Service's duty to the public is to keep in custody those committed by the courts. The service's task is to look after inmates with humanity and to help them lead law-abiding and useful lives, in custody and after release. The service further fulfils its responsibility to the people of Cayman by ensurin[g] participation in community projects, wherever possib[le] as an added return on society's investment.

## Facilities

There are two prison compounds: Northward, which holds the male population, and Fairbanks, the females, with capacities assessed at 217 and 32, respectively. Average population at the end of 2001 was 228 (208 males and 20 females), 71% Caymanian. Among convicted prisoners, [illegible]% had committed offences directly connected to drugs. In 2001 there were 145 staff members, 32% Caymanian.

## Key 2001 Developments

The year 2001 was one of continued restructuring and building, in an ever-tightening financial climate and with a rising prisoner population (including juveniles as young as 15 years). There was also a pattern of increasingly short notice for court commitments.

### *Prison Inspection*

In March, Sir David Ramsbotham, the UK Chief Inspector of Prisons, and his Deputy, Mr. Colin Allen, carried out a weeklong inspection. Overall, he was impressed with the work done to restore the prison, post 1999 riot. Sir David's report comments on the "outstanding initiative and commitment" displayed by staff and prisoners, together with the positive support from the community. However, he was concerned that the Prison Service was suffering from inadequate funding, that there was insufficient positive activity for prisoners and that the staff training programme was not as pro-active as he would have envisaged.

### *Rebuilding and Continued Facilities Development*

Throughout 2001, the emphasis continued on internal development. The former automotive body shop, burnt out in the '99 riot, was rebuilt, extended and reopened to serve as an inmates' reception centre. The two-storey visiting block, built from gifts, was nearing completion. The medical treatment centre was moved from a totally inadequate room in the gate, to a trailer in its own compound. Construction work began on a replacement central laundry, expanded tailors' shop and a washing-up area for the kitchen. Contributions from the UK Good Government Fund were used to improve security on the first floor of "D" wing, with the addition of electronic locks and cameras. Another camera was installed on the radio tower behind Northward.

The gate lodge was adapted to provide a communications room and the front of the prison was cleared of containers. The maintenance unit has been relocated alongside the stores building and additional accommodation was arranged at short notice to cope with immigration detainees.

In another area of physical development, the residential bungalows located just outside the Prison compound were refurbished to adequately accommodate the Prison Headquarters. This enabled the administrative unit to move out of the prison compound. The bungalows were also adapted to include a hostel unit for selected prisoners who regularly work outside the compound.

The Caribbean Training Centre, opened by the Governor in May, was also located in this refurbished facility. The centre has facilitated major improvements in staff training that included in 2001 two middle-management courses, a hostage negotiator workshop and two conferences.

In other training, staff attended personnel management and security management courses, both conducted by the UK in Jamaica. All principal and lead officers attended an assessment centre, and a recruits course was organized at the start of 2001. Closer links were established with the Jamaican Prison Service and three control-and-restraint instructors from the local Prison Service conducted a two-week course in Kingston.

At HMP Fairbanks considerable development was undertaken with respect to the internal structure of the building, creating a classroom, sewing and hairdressing rooms. In addition, external areas were improved greatly, with the result that the female prison has taken on a pleasing professional aspect. Once again, without the generosity and help of the local community, most of this would not have been possible.

### *Community Involvement*

There have also been improvements in regime, particularly with respect to education. Volunteer teachers have been of major assistance in improving literacy standards. The Rotary Club funded external examination courses and a number of local firms continued to give much appreciated assistance. The "grow-box" project and the external farm have developed out of all recognition under the leadership of the volunteer farm supervisor.

### *Chaplaincy*

The Prison Service was fortunate to have had a very dedicated part-time chaplain for the first part of 2001. However, the appointment of a full-time chaplain has made a major difference, not only in the provision and co-

ordination of religious activities but also in the development of a positive sports and activities programme. Included here was the match against the Royal Navy guard ship, in which the Northward football team remained undefeated. In cooperation with the National Drug Council, the activities programme featured a successful family day that included visits by a number of groups and some concerts.

***Introduction of Segregation Unit***

Two disturbing incidents in 2001 -- an escape (though the prisoner was recovered within 36 hours) and a small fire that was quickly extinguished -- led to the introduction of a segretation unit. This unit aids in the management of a small group of troublesome prisoners.

The creation of the unit had a positive effect on control but presented accommodation issues as it reduced available cell space.

## The Cayman Islands Hospital

The Cayman Islands Hospital is a modern, 139,066 square feet, two-storey facility with a total of 124 beds. Main inpatient wards include Medical (24 beds), Surgical (20), Maternity (13), and Paediatric (13). Other facilities include a Critical Care Unit (8 beds), Neonatal Intensive Care Unit (..), an Ambulatory Care Unit (8), an observation room (12) and outpatient facilities. At least one doctor is available on the compound at any given time. There are three operating theatres, a dialysis unit, as well as physiotherapy, X-ray and laboratory facilities. Other facilities include a pharmacy, morgue and a forensic and drug-testing laboratory, along with outpatient specialist clinics, administrative offices, a professional library and a medical records section.

Construction commenced in mid-2001 on new inpatient units for mental health (8 beds), care of the elderly (10 beds), hospice care (2 beds), and a day-care facility for up to 12 mental health or elderly people. Completion is slated for the end of 2002.

Hospital admissions decreased slightly from 4,277 in [illegible] to 4,129 in 2001.

### Accident and Emergency Services

With 12 observation beds, the Accident and Emergency Unit (A&E) provides seven-days-a-week, 24-hour emergency services. In the event of a disaster the A & E becomes the receiving centre for all seriously injured. [illegible] new ambulances were acquired in September.

Outpatient and casualty visits decreased by 4%, from [illegible]54 in 2001 to 76,704 in 2000. There was a small increase [illegible] in ambulance calls (from 2,497 in 2001 to 2,611 in [illegible]).

### Outpatient and Inpatient Specialist Services

Specialist services include surgery, gynaecology & obstetrics, paediatrics, internal medicine, dermatology, anaesthesiology, public health, orthopaedics, psychiatry, [illegible]ology, gastroenterology, rheumatology, radiology, [illegible]ology, ophthalmology, ear, nose and throat, [illegible]odontology, reconstructive surgery, faciomaxillary surgery, and urology.

Outpatient specialist clinics offer services by appointment as well as on a walk-in basis. The department's staff includes 17 resident physicians, two visiting specialists and a nutritionist. Patient visits [illegible]ased by 4.6% to 23,573, compared to the previous year's 22,532. A weekly clinic offering electroencephalography (EEG) and electromyography (EMG) was added in 2001 anda new rhyno-laryngoscope was purchased.

### X-ray and Ultrasound

The X-ray and Ultrasound Unit offers diagnostic mammography services, including fine-needle aspiration biopsies and wire localization procedures. Mammographic studies decreased by 3.6% to 721, from 748 in 2000. X-ray and ultrasound procedures increased by 3%, while CT scans decreased by 12.2%, from 1,103 in 2000 to 968 in 2001.

The unit continued to participate in the Lions Club's Breast Care Programme.

### Laboratory

The Pathology Laboratory provides 24-hour, seven-days-a-week services and at least one medical technologist is on site at all times. A total of 474,364 tests were carried out in 53,738 patient visits, an increase of 13.4% over the previous year's 418,325,

### Forensic Laboratory

Demand for the Forensic Science Laboratory's services increased, with the number of tests required rising to 2,972 (1,846, toxicology; 71, blood-alcohol content, 844, drug exhibits; 74, fire debris; 111, trace evidence (includes exhibits from sexual assaults and other serious crimes); and 26 post-mortems. Police use of the laboratory increased and analytical turn-around-times averaged two to three days.

Provision of education and training to health agencies and schools continued.

### Pharmacy

A consultation room allows for private medication counselling for complex or confidential prescriptions. A total of 178,158 prescriptions was filled in 2001, an increase of 9.6% over the previous year's 162,767. In addition, 37,388 prescriptions were processed at the four district health centres.

Chemotherapy was available locally for the first time in 2001. Ten new drugs, primarily anti-infectives and for treating diabetes, were added.

## Probation Services

The Court Duty Officer serves as an immediate contact for magistrates, and provides an opportunity to court users to consult with the unit. The Probation Office liaises between the magistrates and offenders referred to driving whilst intoxicated (DWI) programmes (offered mainly by Caribbean Haven) and for drug assessments.

For the purpose of comparison the following table shows the various reports carried out by the Probation Unit:

| Report Year | SIR/CSR* | Parole | Total |
|---|---|---|---|
| **1998** | 88 | 51 | 139 |
| **1999** | 82 | 52 | 144 |
| **2000** | 197 | 135 | 332 |
| **2001** | 327 | 101 | 428 |

* SIR = Social Inquiry Report
CSR = Community Service Report

The Probation/Aftercare Unit supervised 131 persons on probation orders, most of which were for periods of two or more years. Orders included additional conditions such as participation, prior to sentencing, in drug counselling and domestic violence and anger management programmes.

At 31 December 2001, 75 Community Service Orders, involving 4,066 outstanding hours, were in force.

The Probation/Aftercare Unit continues to provide group-work programmes at both H.M. Prisons Northward and Fairbanks. The unit maintains weekly contact with individual inmates dealing with issues concerning criminal proceedings, legal representation, offending behaviour, practical and family matters, and inter-relationships within the prison. There was a significant level of emotional problems.

At end of December 2001, the unit was supervising 87 parolees. As with previous years, parole licences ranged from one to six years, the majority in the two- to three-year range. About 10% of parolees were recalled in 2001.

## Sunrise Adult Training Centre

The Sunrise Adult Training Centre (SATC) complete 15th year of operation in November. The primary func of the programme is equip adults with disabilities w skills to assist them in becoming responsible, produ and fully functioning members of the commu Opportunities offered include life skills courses, vocational training, supervised job placement, production and sales, academic upgrading, and comp assisted learning.

Twenty-four persons, ages 17 to 46 years, enrolled in 2001. Nine were employed in a variety of time jobs such as laundry helper, groundsman, ca assistant, hotel housekeeper and janitor, with se others awaiting placement. Those employed conti participate in the activities of the centre, returni counselling and support, individual programme and to socialize when work schedules permit.

Trainees attend the centre from Monday to Fr 8:00 a.m. to 2:30 p.m. There are no residential op though many would benefit from an opportunity in a supported independent living situation or in a home. Families need respite-care facilities to give the occasional break from the year-round stress of cari a high-need family member. Among SA responsibilities is a duty to promote the develop such facilities.

In 2001 the Legislative Assembly voted to supp recommendations of the Beverley Beckles' Report provisions for persons with disabilities. Central and expansion of facilities are scheduled to start Eventually a full-service, purpose-built facility acquired to better meet the needs of differently adults in the Cayman Islands.

## Women's Affairs

The Ministry of Women's Affairs focused its efforts development of a national policy on gender equ equality. While the aim of the policy is to adva status of women, the concept of gender equity and incorporates empowering women in partnershi men. In 2001, the draft National Policy on Gende and Equality was completed, with finalization anti in August 2002.

### ...Regional Domestic Violence ...tion Training Programme (DVITP)

...th Vision 2008, the ministry continued to ...ination responsibilities with the Royal ...nds Police for the Domestic Violence ...Training Programme for police officers and ... The training programme will continue ...with approximately 400 persons receiving ...se sensitivity training. Since the programme ...22 persons, ten qualified to conduct training, ...ained. The Family Support Unit began full ...2001 and has been working closely with the ...the Women's Resource Centre on issues ...mestic violence.

### ...Participation

...officer responsible for Women's Affairs ...Caribbean Community (CARICOM) Fifth ...Council for Human and Social Development ...in Georgetown, Guyana.

### ...n's Resource Centre

...vember 1997, the Women's Resource Centre ...as a point of contact for the general public ...sources, services, and programmes aimed at ...e status of women and families. The Women's ...entre continued to experience an increase in ...blic acceptance with just over 500 people ...e centre by 'phone or in person. Staffed full- ...programme officer and an administrative ...e unit benefits from the assistance of a small ...nteers.

#### ...d Programmes

**...ing services are available at no cost to ...at the Women's Resource Centre:**

- ...thly educational newsletter;
- ...rce library containing a wide range of self- ...oks and magazines for women, men and ...
- ...puter, colour printer, fax machine and ...copier for individuals and organizations ...ed in activities enhancing the status of women;
- ...ing place for women's and other groups and ...zations; for example, *Bosom Buddies* (a women's ...survivor support group) and the Business and Professional Women's Club utilize the WRC as their meeting place on a regular basis.
- Two private rooms, equipped with breast pumps, are used for breastfeeding or expressing milk.

With the motto, *Empowerment through Information and Education*, the Women's Resource Centre provided various programmes, workshops and presentations throughout the year. One programme that operates through the WRC is the Legal Befrienders, served by a group of volunteer lawyers who provide confidential, free legal advice to victims of domestic abuse. Walk-in clinics are held weekly at the WRC, and a phone line is available three times a week.

All programmes at the WRC are available at no cost to the public. Through systematic networking with other government departments, community agencies, organizations and individuals, the WRC provided workshops, presentations, support groups, and hosted regular meetings.

**Topics included:**

- Health — breast cancer; stress management;
- Parenting -- *Nurturing Me: A Workshop for Mothers; It's Your Time, Dad* (a workshop for fathers);
- Personal Enhancement -- A money-management workshop;
- Information Booths -- WRC information was available at the Bodden Town Community Development Day, the National Drug Council's Garage Sale and the WRC's third annual fund-raising garage sale; and
- Legal Issues — a will-writing workshop

#### *Domestic Abuse*

The Women's Resource Centre has always been involved in the area of domestic abuse. It is represented on the National Committee Against Domestic Abuse, the programme officer serving as secretary.

The programme officer also assisted in the production of 12 monthly television panel discussions called *FOCUS...On Domestic Abuse.* The purpose of the show was to raise the level of public awareness on issues and resources.

The Women's Resource Centre participated in the Business and Professional Women's Club's *16 Days of Activism Against Gender Violence* second annual Silent Witness March, held on 18 October 2001. A joint effort of BPWC, the National Committee Against Domestic Abuse (NCADA), CITN and the Ministry of Women's Affairs, the march remembered past victims and signalled support of those still suffering.

The Women's Resource Centre also participated in the campaign by hosting an information-gathering workshop on abuse of the elderly.

### Honouring Women Month

In March 1999, the then Governor officially declared March as Honouring Women Month, as part of the Islands' observance of International Women's Day (8 March). In 2001, in a ceremony marking the day, the Islands' Governor, Mr. Peter Smith, unveiled the UNIFEM (United Nations Development Fund for Women) stamp issue that was released by the Cayman Islands Post Office. The stamp release, *A Life Free of Violence: It's Our Right,* was a part of the United Nations' women's human rights campaign.

Throughout Honouring Women Month, 18 businesses on Grand Cayman and Cayman Brac offered discounts to women. With approximately 100 persons registered, the Women's Resource Centre's third annual walkathon in observance of International Women's Day was successful in its aims to increase public awareness of the WRC and raise funds for the centre. The WRC also organized activities and workshops focusing on women.

## National Council of Voluntary Organisations (NCVO)

The Ministry of Community Services, Women's Affairs, Youth and Sports has answerability in the Legislative Assembly for the NVCO. Additionally, the ministry provides financial assistance that covers the salaries of staff at the NCVO, at the Miss Nadine Andreas Children Services, and at the Pines Retirement Home.

Begun in 1974 as an independent, non-profit charitable organization, the NCVO's mission is to identify and assist in meeting the ever-increasing social needs of the community. Financial support comes from donations, membership fees, fees for services rendered, and fund-raising.

Its projects rely heavily on voluntary assistance and the support of service, youth and cultural organizations as well as of churches, sports clubs and private citizens. Members of the NCVO's executive committee are all volunteers.

### Children's Services

- The Nadine Andreas Residential Foster Home, providing a home environment for children on long- or short-term placements;
- Miss Nadine's Pre-school, offering care ... educational programming for two- to ... olds; and
- The Jack and Jill Nursery and Early Learn... providing day care for infants from birth ... years.

### Social Services

***The Pines***

The NCVO-operated retirement home on Gran... provides assisted-living, nursing and day-ca... for the elderly. Staff receive ongoing in-servi... on a variety of topics related to care and wel... elderly and disabled.

***Other Community Services***

*The John R Gray Memorial Scholarship Fu...*

The NVCO founded and administers the Joh... Memorial Scholarship Fund, which annually ass... pursuing higher education.

*The Caring Cousins Welfare Scheme*

The council runs the *Caring Cousins Welfare Sc...* helps individuals with necessities such as food... and medical supplies. The scheme also regularly... spending money for elderly citizens and assis... undergoing hardship.

*The Pink Ladies Volunteer Corps*

The Pink Ladies Volunteer Corps supports lo... and responds to requests for financial aid. It a... Cayman Islands Hospital, the Lighthouse Sc... NCVO Children's Service and the Pines. Mem... funds through the Pink Hibiscus Coffee Sho... hospital, the sale of craft items, an annual fashi... and tea party, an evening dinner and a Christma...

*The NCVO Bargain Shop*

The shop sells used clothing, furniture, applia... miscellaneous items. Public-spirited citizens don... and all funds raised contribute to the council's ... The shop moved in 2001 to enable expansion an... variety of offerings.

*Lifeline Telephone Counselling Service*

This service, open to all callers, is staffed by 12 volu... usually from 7 p.m. to 10 p.m. on weekdays. The tele... number is 949-6969.

# 3 APPENDIX

## Chief Officers, at 31 December, 2001

Governor of the Cayman Islands: **Mr. Peter J. Smith, CBE**

Chief Justice of the Cayman Islands: **The Hon. Anthony Smellie, QC, JP**

Speaker of the House: **The Hon. Julianna O'Connor-Connolly**

### Portfolio of Internal & External Affairs

Chief Secretary: The Hon. James M. Ryan, MBE, JP
Deputy Chief Secretary: Mr. Donovan Ebanks, MBE
Permanent Secretary, Personnel: Mr. Colin Ross
Deputy Permanent Secretary/Personnel: Mr. Graham Wood
Cayman Islands Government Representative in the United Kingdom: Mrs. Jennifer Dilbert
Commissioner of Police: Mr. David Thursfield, QPM
Chief Immigration Officer: Mr. Orrett Connor
Clerk of the Legislative Assembly: Ms Wendy Lauer Ebanks
Chief Information Officer: Miss Pat Ebanks, MVO
Clerk of the Executive Council: Ms Carmena Watler
Passport Officer: Mrs. Janice McLean

### Portfolio of Legal Administration

Attorney General: The Hon. David Ballantyne
Solicitor General: Mr. Samuel Bulgin
Director of Legal Studies: Mr. Mitchell Davies
First Legislative Counsel: Mrs. Myrtle Brandt

### Portfolio of Finance and Economics

Financial Secretary: The Hon. George A. McCarthy, OBE, JP

Deputy Financial Secretary: Mr. Joel Walton, JP

Accountant General: Mrs. Sonia McLaughlin
Collector of Customs: Mr. Carlon Powery
Registrar General/Registrar of Companies: Mr. Delar[illegible] Solomon, JP
Director, Cayman Islands Shipping Registry: Mr. Pe[illegible] Gibbs
Director of Economic Research: Dr. Elizabeth Parsan[illegible]
Director of Internal Audit: Mrs. Anne Owens (acting)
Director of Budget and Management Unit: Mr. Pe[illegible] Gough
Chief Statistician: Mr. Brian Boxill

### Ministry of Tourism, Environment, Development and Commerce

Member of the Executive Council: The Hon. Mck[illegible] Bush, OBE, JP
Permanent Secretary: Mr. Charles Clifford
Director of Tourism (Interim): Ms Pilar Bush
Director, Department of Environment: Mrs. Gina Eba[illegible] Petrie
Chief Fire Officer: Mr. Kirkland H. Nixon, QFSM, M[illegible]

### Ministry of Planning, Communications, Works and Information Technolo[illegible]

Member of the Executive Council: The Hon. Lin[illegible] Pierson, OBE, JP
Permanent Secretary: Mr. Kearney Gomez, MBE, J[illegible]
Director of Planning: Mr. Kenneth Ebanks
Postmaster General: Mrs. Mona Banks-Jackson, M[illegible]
Chief Engineer, Public Works: Mr. Colford Scott
Director, MRCU: Dr. William Petrie
Director, Department of Environmental Health: M[illegible] Theresa Kuczynski
Director of Lands & Survey/Registrar of Lands: M[illegible]

## Appendix 3: Cayman Islands Government

Financial Services Regulatory Regime ....................
Government Web Site Directory ....................

...chanan
...Computer Services: Mr. Gilbert McLaughlin
...Information Technology Strategy Unit: Mr.
...vid Archbold

## ...ry of Education, Human Resources and ...lture

...of Executive Council: The Hon. J. A. Roy Bodden, JP
...nt Secretary: Mrs. Joy Basdeo, MBE, JP
...ucation Officer: Mrs. Nyda Flatley
...pector of Schools: Mrs. Mary Rodrigues
...of Employment Relations: Mr. Walling Whittaker
...Cayman Islands National Archive: Dr. Philip
...ley
...Public Library: Ms Benedicta Conolly (acting)

## ...of Health Services, District ...nistration and Agriculture

...the Executive Council: The Hon. Gilbert
...an
...Secretary: Ms. Andrea Bryan, JP
...Health Services Department: Mr. Mervyn
...lly
...ector of Health Services: Mrs. Eloise Reid, MBE
...cal Officer: Dr. Bryan Heap
...icer of Health: Dr. A Kiran Kumar
...al Officer: Dr. John Vlitos
...ing Officer: Mrs. Ivy Collins
...ial Officer: Mr. Robert Flake
...nistrative Officer: Mrs. Cathy Gomez
...icer in Charge, Faith Hospital: Dr. Marjorie
...g (acting)
...roadcasting: Mr. Loxley Banks
...missioner: Mr. Kenny Ryan
...ict Commissioner: Mr. Ernie Scott
...ltural Officer: Dr. Alfred Benjamin

## ...Community Service, Women's ...Youth and Sports

...the Executive Council: Dr. The Hon. Frank

...cretary: Mr. Carson Ebanks, JP
...cial Services: Mrs. Deanna Look Loy
...uth & Sports: Mr. Charles Branche
...bstance Abuse Services: Mrs. Karen Ferruccio
...isons: Mr. John Forster

## The Judiciary

Chief Justice: The Hon. Anthony Smellie, QC, JP
Puisne Judges: The Hon. Henry Graham, JP
The Hon. Dale Sanderson, JP

Magistrates: Mrs. Grace Donalds, JP
Mrs. Margaret Ramsey-Hale, JP
Miss Nova Hall, JP

Court Administrator: Mrs. Delene Cacho, JP

Clerk of Courts: Ms Audrey Bodden, JP

## Cayman Islands Audit Office

Auditor General: Mr. Nigel Esdaile

## Statutory Authorities

Chairman, Public Service Commission: Mr. Athelston C.E. Long, CMG, CBE
Director, Civil Aviation Authority: Mr. Richard Smith
Director, Port Authority: Mr. Paul Hurlston
Director, Water Authority: Dr. Gelia Frederick-van Genderen
Manager, Housing Development Corporation and the Agricultural and Industrial Development Board (AIDB): Mrs. Angela Miller
Managing Director, Cayman Islands Monetary Authority: Mr. John Bourbon
Chief Executive Officer, Cayman Islands Stock Exchange: Ms Valia Theodoraki
President, Community College of the Cayman Islands: Mr. Sam Basdeo
Director, Cayman Islands National Museum: Miss Anita Ebanks, Cert. Hon.

associations, plays a vital role as the pulse of the industry, and the government consults with the Committee regularly on matters of importance including major policy initiatives and legislation.

## Government Web Site Directory

### Government Portal

For access to web sites for ministries, portfolios, Immigration, recruitment (Personnel), the Women's Resource Centre, MRCU, the Weather Service and the Public Service Pensions Board (the Law School and Radio Cayman will soon be added), and links to all other Government web sites (including those listed below): **www.gov.ky**

### Government Sites

**Cayman Airways**
www.caymanairways.com

**Cayman National Cultural Foundation**
www.artscayman.org

**Department of Environment**
http://DoE.8m.com

**Department of Tourism**
www.caymanislands.ky
www.divecayman.ky

**Human Rights**
www.humanrightstoday.ky

**Portfolio of Finance and Economics**
www.caymanfinance.gov.ky

**Monetary Authority**
www.cimoney.com.ky

**National Museum**
www.museum.ky

**National Drug Council**
www.ndccayman.com

**Pedro St. James National Historic Site**
www.pedrostjames.ky

**Pirates' Week National Festival**
www.piratesweekfestival.com

**Planning Department**
www.planning.gov.ky

**Royal Cayman Islands Police Service**
www.rcip.ky

**Port Authority**
www.caymanport.com

**Queen Elizabeth II Botanic Park**
www.botanic-park.ky

**Quincentennial Celebrations Office**
www.cayman500.ky

**Stock Exchange**
www.csx.com.ky

**Turtle Farm**
www.turtle.ky

# CAYMAN ISLANDS 2002 ANNUAL REPORT & OFFICIAL HANDBOOK

Published by the Government of the Cayman Islands
September 2003

George Town, Grand Cayman
Cayman Islands

# Foreword

*The Cayman Islands Annual Report and Official Handbook* documents the highlights of a year in the life of the Government and people of the Cayman Islands. It is an important historical record and source of statistical data.

The Annual Report is prepared by Government Information Services (GIS). Drawing on a wide range of official and other authoritative sources, it provides a factual review of government policy and other recent developments.

As in previous issues, this 2002 edition has been designed to serve as a reference source on government. Contributing to this aim, charts, tables, and graphs have been incorporated into various chapters. For the convenience of readers, an index is also included.



# Contents

**A Message**
His Excellency the Governor, Mr. Bruce Dinwiddy

1 **Sustaining Prosperity and Preserving Quality of Life**
Chapter 1 — Synopsis of Major Developments, 9

2 **Steering a Course of Stability and Harmony**
A report on the Islands' constitution, governance and administration
Chapter 2 – Government, 21
Chapter 3 – Administration, 35

3 **Growing the Economy and Strengthening Industries**
A report on key economic indicators and national industries
Chapter 4 – Economy and Public Finance, 43
Chapter 5 – Industry Regulatory and Service Agencies, 47
Chapter 6 – Business Services, 59

4 **Protecting the Safety and Health of the People**
A report on judicial, legal, safety and health measures
Chapter 7 – Law Enforcement and Public Safety, 73
Chapter 8 – Health Care, 81

5 **Shaping the Future**
A report on educational, social and cultural thrusts
Chapter 9 – Education and Culture, 99
Chapter 10 – Community and Social Services, 111
Chapter 11 – Information Services and the Media, 123

**Strengthening Environmental Protection**

A report on weather, conservation, preservation and the human-environment interface

Chapter 12 – Weather, 129

Chapter 13 – Environment, 131



**Viewing Cayman Brac and Little Cayman**

A report on developments in Cayman Brac and Little Cayman

Chapter 14 – Cayman Brac and Little Cayman, 143



**Linking the Islands with the Global Village**

A report on communication, transportation and infrastructure

Chapter 15 – Infrastructure, Service and Support, 151

**Index**, 159

**Appendices**

1.  Maps, 162

2.  Government Web Site Directory, 164

Acknowledgements

# SECTION

# 4

## PROTECTING THE SAFETY AND HEALTH OF THE PEOPLE

*Law Enforcement and Public Safety*

72



# LAW ENFORCEMENT AND PUBLIC SAFETY

The Judicial Department reports its performance measures for the first time; putting to rest the concern that accrual accounting may not work for the delivery of justice. The police report crime fell by 4% in "one of the most crime-free countries in the world." 911 Emergency Communications continued its public information campaign, striving to reduce an alarming number of abandoned or misdialed 911 calls. In a post-September 11 world, the Fire Service trained officers in aircraft fire fighting and aviation rescue. In a move that emphasizes rehabilitation, the Prison Service is moved from the Portfolio of Internal and External Affairs to the Ministry of Community Services, Women's Affairs, Youth and Sports.

## The Judiciary and The Judicial Department

### Introduction and Overview

The Ceremonial Opening of the Grand Court took place in January, attended by members of the Judiciary and the Bar. It began with the inspection of the Guard of Honour by the Honourable Chief Justice accompanied by the Commissioner of Police and the Clerk of Court.

The Attorney General was invited to move a motion for the opening of the Grand Court and the response of the Honourable Chief Justice included an overview of 2002 accomplishments, together with accompanying statistics. The Chief Justice noted the proposals for legislative reform and the new sentencing measures but urged consultation with the judiciary before the reforms are made. He also commented on the Constitutional modernisation process and the proposals which seek to address the independence of the judiciary. He returned to this theme in his main speech when he spoke of the functions and responsibilities of the staff of the judicial administration. The Chief Justice also welcomed the proposed new Code of Conduct for the legal profession which would replace the "rather archaic regime" which now operates under section 7 of the Legal Practitioners' Law (2002 Revision).

Other matters of importance addressed included the terms and conditions of service of the Magistracy, the need for new Court facilities and the necessity for a dedicated computer system due to the confidential and often sensitive nature of the work.

### *Performance Measures for 2002*

Actual outputs exceeded estimated outputs (see Table on next page). Figures should be considered by referring to the estimated budget compared to the actual budget for the provision of the outputs.

Criminal indictments in the Grand Court were estimated at 80. However the actual number was 60, possibly because more individuals elected to have their cases tried in the Summary Court for Category B offences,

The Attorney General's Chambers......75
Royal Cayman Islands Police Service......75
911 Emergency Communications......76
Road Safety Advisory Council......77
Fire Service......78
Prison Service......79

| Performance Measures | Estimated | Actual |
|---|---|---|
| Civil Cases | 900 | 1467 |
| Civil Appeals | 25 | 22 |
| Divorce and Estate | 400 | 301 |
| Criminal cases Summary Court | 7,000 | 10.389 |
| Criminal Indictments in Grand Court | 80 | 61 |
| Cases filed prepared for Coroner's Court | 34 | 33 |
| Civil Legal Aid applications | 75 | 148 |
| *Approved Civil Legal Aid | | 79 |
| Criminal Legal Aid applications | 240 | 176 |
| *Approved Criminal Legal Aid | | 162 |
| Services to support tickets issued by RCIP | 5,000 | 7303 |
| Collection of Outstanding Fines | $1.3m. | $1.154m |
| Legal Aid | $830,000 | $1,203,660.25 |

or that there were fewer more serious offences coming before the Court, or that the Grand Court achieved speedier disposal. (But the disposal rate still averaged 18 months per indictment—the benchmark identified in the judiciary's report in 2000).

Collection of outstanding fines faltered in 2002, largely because of the number of outstanding warrants and their non-delivery, especially in the outlying districts. In addition, recent changes in the Traffic Law meant fines being prorated to reflect charges only on speeds that exceeded posted limits by at least 10 mph. Previously, an offender could incur a fine at any point over the stated limit. Fines collected by the Courts Office continue to be remitted to the Treasury daily. They do not form a part of the Judicial Administration's budget.

| COURT STATISTICS, 1996 to 2002 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| Appeals to Court of Appeal | | | | | | | |
| Criminal | 51 | 52 | 76 | 49 | 54 | 49 | 34 |
| Civil | 19 | 41 | 73 | 35 | 23 | 23 | 22 |
| Grand Court | | | | | | | |
| Indictments | 64 | 64 | 67 | 61 | 79 | 70 | 61 |
| Civil cases (incl. Admiralty) | 619 | 782 | 719 | 750 | 864 | 710 | 936 |
| Estates | 183 | 145 | 105 | 135 | 164 | 143 | 108 |
| Divorces | 144 | 151 | 168 | 156 | 161 | 170 | 193 |
| Adoptions | 5 | 3 | 6 | 1 | 0 | 1 | 0 |
| Appeals to Grand Court | 51 | 87 | 56 | 110 | 60 | 73 | 63 |
| Summary Court | | | | | | | |
| Criminal (Grand Cayman) | 4.905 | 5,117 | 4,923 | 4,929 | 5,297 | 6.996 | 10300 |
| Criminal (Cayman Brac) | * | 104 | 60 | 91 | 94 | 158 | 89 |
| Civil cases | 762 | 1,380 | 1,604 | 1.403 | 1,241 | 350 | 399 |
| Maintenance and Affiliation | 77 | 72 | 64 | 102 | 125 | 128 | 132 |
| Deaths reported to Coroner | 29 | 37 | 34 | 29 | 21 | 23 | 33 |
| Youth Court | 145 | 197 | 213 | 176 | 225 | 331 | 132 |
| Juvenile Court | 34 | 31 | 30 | 32 | 35 | 37 | 38 |

*1996 Criminal cases include Cayman Brac. Separate figures given for subsequent years.

### Legal Aid

An estimated CI$1.3m was allocated for 2002, based on a performance measure totaling 415 civil and criminal legal aid applications. The amount actually spent increased by 70% compared to previous years. This was attributable to the Euro Bank trial—which continues to have a knock-on effect on the 2003 budget.

### Law Reports

This service continued, achieving high standards and staying within budget. In 2002 the rate of subscription increased, both locally and abroad, and the total accruing from the sale of the Cayman Islands Law Reports was CI$19,585.00.

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into five areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs.

### Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member. The unit prepares primary and secondary legislation for enactment by the Legislative Assembly and interprets statute law for the government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and to overall supervision by the Attorney General.

### Law Revision

As the laws are amended, consolidated versions, known as revisions, are produced. Changes are incorporated into one piece of law. An index of amendments and revisions is maintained.

### Solicitor General/Legal Department

The Legal Department,managed by the Solicitor General on a day-to-day basis, is staffed by two teams of lawyers, one prosecuting criminal cases, with the other mainly defending in civil litigation and judicial review proceedings. Both provide legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases. The department also assists the Central Authority (the Chief Justice) under the Mutual Legal Assistance Treaty with the United States, which permits the exchange of information on criminal matters. Extradition and "letters rogatory" are also dealt with on behalf of the Attorney General, who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct Law. The Legal Department is staffed by a Solicitor General, three senior crown counsel, ten crown counsel, secretaries and support staff. Legal support is provided to the Financial Reporting Unit (FRU) under the Proceeds of Criminal Conduct Law by designated crown counsel. They act as case controllers to assist in the management of money-laundering cases for prosecution.

### Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree-level education for law students on a full- and part-time basis, followed by a professional practice course. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education. Professional staff comprise a director and six lecturers,and 116 students were enrolled in 2002.

### International Division

This new division of the Attorney General's Chambers is designed to co-ordinate and expedite international requests for legal assistance. It is to be headed by a senior crown counsel within the Legal Department and will advice the FRU.

## Royal Cayman Islands Police Service

In the absence of any military force, the Cayman Islands is reliant upon its police service. The Royal Cayman Islands Police Service (RCIPS) is a national service with a complement of 322 officers and 49 support staff. Actual strength is less, due to budgetary constraints; the 2002 approved budget was $16,121,539.

### *Developments in 2002:*

The Cayman Islands remains one of the most crime-free

countries in the world. Crime in the Islands fell by 4% during 2002, and the actual numbers remain very low. However, Cayman is a transhipment point for drug trafficking, and large quantities of cocaine and cannabis (known locally as ganja) are recovered annually. This trade promotes in-island consumption and attendant property-crime problems, though this is not apparent to the million-plus visitors who arrive in the Islands each year. The Drug-abuse Resistance Education Programme (DARE) was facilitated by police officers in all government and private schools for the first time in 2002.

High volume traffic, single-road systems and traditional commuter rush hours ensure the RCIP Traffic Department is fully employed. A Joint Intelligence Unit, a new initiative to manage information, was formed from the combined resources of Customs, Immigration, Prison and Police. Meanwhile, the Family Support Unit, emerging from joint resources of Social Services and the RCIP, sought to address domestic violence and child abuse.

Cycle patrols, expanded in 2002, have become a popular and personable way of policing the George Town capital.

Issues likely to require policy consideration within the first six months of 2003 include:

- Implementing the recommendations of the January 2002 inspection by Her Majesty's Inspector of Constabulary (UK);
- Policing priorities in view of reduced funding;
- Improving command and rank structure; and
- Adapting to command changes as the posts of commissioner, deputy and assistant commissioner will be filled with new appointees during 2003

## The RCIP's Purpose and Aims

The RCIP exists to make the Cayman Islands a peaceful place to live, a safe place to visit and a secure location in which to maintain an international finance centre. This purpose is achieved through the following key aims:

- To respond appropriately to requests for assistance, reduce criminal activity and keep roads safe, and
- To develop the RCIP's systems and its members, particularly Caymanians.

Achievement of these aims is sought through a policing strategy which combines ***community policing*** by foot/cycle beat patrol officers; ***responsive policing*** by attending to calls for assistance appropriately; and *targeted policing* by focusing on the minority of the people that is known to be actively committing crime.

## 9-1-1 Emergency Communications

A combination of computerized mapping, the new *Street Atlas* and an upgrading of the street address database

**STATISTICS ON 911 CALLS, 2002**

| MONTH | FIRE | AMBULANCE | POLICE | POLICE VEH. STPS. | STOLEN VEHICLES | APB | POLICE DISPATCH | PRANK CALLS | INFO CALLS | ABANDON CALLS | WRONG NUMBERS | TOTAL CALLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 39 | 125 | 483 | 1388 | 1 | 64 | 108 | 1 | 406 | 2659 | 1163 | 6437 |
| FEBRUARY | 39 | 147 | 537 | 1439 | 4 | 66 | 40 | 5 | 388 | 2254 | 1113 | 6032 |
| MARCH | 49 | 140 | 531 | 1319 | 1 | 35 | 34 | 5 | 465 | 1743 | 1178 | 5500 |
| APRIL | 56 | 147 | 404 | 1854 | 0 | 51 | 21 | 1 | 381 | 1671 | 1163 | 5749 |
| MAY | 32 | 119 | 563 | 1216 | 1 | 43 | 17 | 4 | 459 | 2214 | 1337 | 6005 |
| JUNE | 35 | 189 | 537 | 1312 | 1 | 64 | 26 | 10 | 563 | 2215 | 1500 | 6452 |
| JULY | 37 | 139 | 607 | 1320 | 6 | 59 | 16 | 5 | 714 | 2361 | 1528 | 6792 |
| AUGUST | 24 | 136 | 531 | 1654 | 2 | 76 | 9 | 12 | 962 | 2441 | 1593 | 7440 |
| SEPTEMBER | 31 | 112 | 527 | 1368 | 1 | 56 | 41 | 1 | 915 | 2504 | 1438 | 6994 |
| OCTOBER | 19 | 136 | 538 | 1522 | 1 | 54 | 55 | 7 | 1205 | 2606 | 1825 | 7968 |
| NOVEMBER | 31 | 145 | 588 | 1605 | 6 | 49 | 18 | 7 | 1460 | 2327 | 1772 | 8008 |
| DECEMBER | 32 | 161 | 518 | 1352 | 4 | 44 | 25 | 15 | 1248 | 2451 | 1672 | 7522 |
| TOTALS | 424 | 1696 | 6364 | 17349 | 28 | 661 | 410 | 73 | 9166 | 27446 | 17282 | 80899 |

means that 911 is better able to meet the demands of the public in respect to speedy response to emergencies.

Training and evaluation remains a priority. Therefore protocols continue to be revised and a committee that includes both private and public medical personnel has been formed to review the changes.

Public education continues and assisted by GIS, a video explaining the role of 911 is being produced for use in public presentations for businesses and schools. This should assist in the reduction of abandoned or misdialed 911 calls.

## Road Safety Advisory Council

CIRSAC, in existence since 1997, is a non-profit association having the promotion of road safety as its main objective. The council comprises individuals who represent a cross-section of Cayman's public and private sectors. The group meets monthly to address road safety issues such as drinking and driving, seat belt safety, speeding and speed limits, road markings, drivers' education, etc.

CIRSAC has conducted a number of campaigns to educate the public on road safety matters and, during 2002, ran a number of television commercials on the dangers of

drinking and driving, speeding, failing to wear seatbelts and using the road incorrectly.

The council welcomes input from the public on matters aimed at making Cayman's roads safer. The address of CIRSAC is ciroadsafety@hotmail.com or PO Box 10608 APO.

### MattSafe

The MattSafe Coalition for Safe Driving evolved in late 2002, following the tragic passing of 17-year-old Matthew Thompson, son of GIS Chief Information Officer Patricia Ebanks. Unfortunately, Matthew's accident and death are part of a troubling new phenomenon on Cayman roads. The number of deaths among young drivers in 2002 escalated to an all-time high of four, at year's end comprising almost 50% of road fatalities in that age group occurring in the previous ten-year period. This places Cayman within the ambit of trends in other developing countries in which car crashes are a significantly rising cause of injury and death among drivers, especially teens. Given the trend, the developing pattern on Cayman's roads demands urgent attention. Significantly, in recognition of these alarming trends worldwide, the World Health Organization has announced that it will be dedicating World Health Day in 2004 (7 April) to road safety.

MattSafe has therefore assumed the mandate of sensitizing and educating parents, teens and communities on how to safeguard young novice drivers from injury and death on the roads.

In tackling this concern from several angles, the MattSafe organization, in line with the approach of most industrialized countries, supports and strongly recommends the introduction of a form of graduated licensing. The organization is therefore working in close consultation with the Cayman Islands Road Safety Advisory Board on recommendations to government concerning this concept. One key feature is a more extended period of supervised driving.

MattSafe maintains a roster of speakers who are available to neighbourhood and community groups, schools and other organizations that wish to learn more about how to protect teen drivers.

Key recommendations to teens and parents include:

- Increased parental vigilance during the first six to 12 months of driving.
- Restrictions on weekend and nighttime driving.
- Limitations on driving in accompaniment with peer-driven cars. Safety in the early stages, may also demand restrictions on teen passengers, especially during high-risk times.
- Consultations on the safety of proposed new car purchases. MattSafe has enlisted a group of volunteers who will inspect cars at time of purchase and periodically on request.
- Eliminate or limit distractions that can cause accidents while driving: examples include cell phones, CD players.

One exciting MattSafe project is the "We Pledge" teen/parent contract, based on the concept of supporting responsible driving while offering safe driving incentives. Research shows that positive motivation can overcome risky attitudes. The contract works in conjunction with a "How's My Driving?" bumper sticker that posts a number to be called in event of any infringements of the road code or other risky behaviour. Information is fed back to the parents and teens for discussion in light of the "We Pledge" contract. MattSafe anticipates attractive rewards to teens who complete a year without any negative reports. The idea of building motivation through attractive incentives will also be central to the hoped-for graduated

licensing scheme, which will require successful completion of stages before the teen driver can move on to a new phase.

The launch of the We Pledge programme was set for last quarter of 2003.

More information on MattSafe and on safe driving can be obtained by logging on to www.mattsafe.com or email mattsafe@gov.ky. Persons wishing information may also contact MattSafe at 244-1755.

## Cayman Islands Fire Service

The Cayman Islands Fire Service (CIFS), headquartered on Owen Roberts Drive in George Town, has a staff of 139 officers including five support staff. The service has 25 pieces of operational rescue and fire-fighting equipment (vehicles and boats).

The department continued to prioritise human resource development and emphasised training in 2002. Three senior officers completed aircraft fire fighting courses in the United Kingdom and an aviation rescue and fire fighting consultant visited from the UK to carry out practical and theoretical aircraft fire fighting training. Yearly refresher training was also conducted at the training ground located at the airport.

### Purpose and Aims

The purpose of the CIFS is to protect life and property at a highly professional level. This is achieved by:

- responding to all calls for assistance in a rapid and efficient manner, reducing the degree of danger or damage caused by uncontrolled fires;
- developing human skills through training; and
- acquiring and maintaining state-of-the-art equipment.

*CIFS Goals in 2002:*

1. To reduce response time.
2. To operate a training facility in Cayman Brac.
3. To complete fire hydrant installation in the eastern districts.

### 2002 Statistics

During 2002 the Fire Service attended 847 fires and other incidents, a decrease of 6.6% over 2001. The value of property involved in fires during the year was estimated at $15,600,000. However, as a result of direct intervention

**FIRE SERVICE STATISTICS 2000 – 2001**

| | 2000 | 2001 |
|---|---|---|
| AIRPORT | | |
| Aircraft Accidents | - | - |
| Aircraft Incidents | 1 | - |
| Full Emergencies | 5 | 2 |
| Local Standbys | 13 | 24 |
| TOTAL AIRPORT | 19 | 26 |
| | | |
| DOMESTIC | | |
| Fire Alarm | 150 | 142 |
| Special Services | 148 | 79 |
| False Calls | 32 | 122 |
| Building Fires | 74 | 58 |
| Vehicle Fires | 38 | 41 |
| Brush Fires | 256 | 217 |
| Vehicle Accidents | 93 | 68 |
| Chemical Leaks | 32 | 20 |
| Utility | 36 | 33 |
| Boat Fire | 4 | - |
| Dump Fire | 2 | 18 |
| Elevator Rescue | 14 | 16 |
| Fire-related Fatalities | - | - |
| Extrication at M.V.A.* | 5 | 7 |
| TOTAL DOMESTIC | 884 | 821 |
| | | |
| ALL INCIDENTS | 903 | 847 |

*M.V.A. = Motor Vehicle Accidents

**ALL CALLS MADE TO THE FIRE SERVICE**

| 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 786 | 822 | 903 | 847 |

by the Fire Service, actual damage to property was estimated at only $900,000.

Of the 847 fires and incidents dealt with, 22 fires warranted a full investigation. Of those, 40.9% were determined as being accidental, arson was suspected in 45.5%, and the cause of the remaining 13.6% was undetermined.

The department also reviewed approximately 180 sets of architectural drawings and carried out more than 600 inspections.

## Cayman Islands Prison Service

The Prison Service serves the public by keeping in custody those committed by the courts. It looks after inmates with humanity, assisting them to lead law abiding and useful lives in custody and after release. It further assists the people of Cayman by participating in community projects as a return investment to society.

### Facilities

The service comprises two prisons: Northward, which holds the male population, has a current capacity of 217 and Fairbanks, for females, with a current capacity of 32. Average population at the end of 2002 was 242 (216 at Northward and 26 at Fairbanks) compared with an average of 228 (208 males and 20 females) in 2001.

The service has 143 staff; 122 of these are uniformed grades and 30% are Caymanian or status-holders. The 22 United Kingdom officers who had been on secondment from early 2000 have completed their contracts and all but five have returned to the UK.

### Ministerial Accountability

The Prison Service has been moved from the Portfolio of Internal and External Affairs to the Ministry of Community Services, Women's Affairs, Youth and Sports.

### Key 2002 Developments

Increased regime placements have kept the prisoner population occupied. Up to 79% of the population is employed on a variety of activities (up from 31% in 2000). Developing the internal market garden area and the external farm have been major factors in this increase. The outworker scheme has also developed and an average of nine inmates hold jobs in the community, increasing from two in 2001. The service also assisted several community projects using inmate skills and labour for the purpose. A major shortage of workshops remains—already inadequate in 1999, few were rebuilt after the riot.

Structural improvements include the completion of a two-storey Visits block, containing a security camera system and a metal detector portal. The building also has a canteen facility, a legal visits area and a boardroom that will serve as a training room and a remand magistrate's court. Currently, the Parole Board also uses the boardroom for meetings.

Other completed projects include a central laundry, a secure exercise yard for the Basic Wing, a staff dining room, a shift commander's office, a secure tool store and emergency store and the refurbishment of the High Risk Unit with screens and concrete beds. An extension to B Wing, providing association and dining facilities, is almost complete.

The former chicken farm was converted into a woodwork shop and the area previously used for rabbit breeding now holds kennels to facilitate dog-training courses.

Both prisons have been painted throughout and considerable development also took place at Fairbanks where a classroom, sewing room, mother and baby room, offices and an external grow box area have been constructed. A new sewage tank was fitted, enabling the installation of toilets into the dormitories.

The Education Department has expanded its function, assisted by the *Cayman Islands Reading Aides*, volunteers sponsored by Rotary who attend the prison three times weekly; and the help of volunteer computer tutors. Development of the National Gallery's Inside Art programme has also been a major success. During the year, 206 prisoners utilized the educational facilities.

Sports—the prison football team played regular games against outside teams and inmates attended referee and coaching sessions. Sports coaches from the ministry helped with the juveniles and at Fairbanks.

Security Developments include the provision of two drug sniffer dogs to assist the fight against illegal drugs at Northward. Prisoners tested for drug usage increased from 232 in 2000 to 566 in 2002, yet the percentage testing positive decreased from 17.6% to 13.9%. A new and much needed perimeter lighting system has been installed.

The Caribbean Prison Training Centre continues to be a success. Apart from its use for OSA training and as a venue for the 12-week dog handlers' course, six other

training courses and two conferences were held. In the last year, eight Caribbean countries sent 65 prison officers to attend courses. The introduction of a Thursday training session combined with staff participation in personnel, security, search and computer courses to improve staff training figures from an average of 1.9 days per member of staff per year in 2000 to a 4.15 days average in 2002.

## Future Plans

The Prison Service has plans for a secure juvenile facility to be manned by specially trained officers. The facility will be located inside the perimeter and have its own entrance but it will be walled off from the rest of the prison. A new enhanced unit will also increase capacity at Northward.

In addition, there are plans for a new stores building, for developing an existing building into an extension to the training center, and for operating all administrative functions in one place. Two new PTZ cameras will also be installed on the perimeter.

The Prison Service pays tribute to the tremendous community support it receives. Donations of goods, services, money and personal time continue to assist in making many of the achievements possible.

## Incidents

The only serious incident in 2002 was the escape of a prisoner in April. He was recaptured after a couple of weeks at large.

**DOCUMENT REDACTED PER COURT ORDER**



STARWOOD
HOTELS & RESORTS WORLDWIDE, INC.

# DESIGN REVIEW MEMORANDUM

**To:** Diana Oreck

**From:** Steven Sherman

Design Manager - Westin

STARWOOD DESIGN

**Date:** 6.10.02

**CC:** DB Kim

**Re:** Public space review

**CC:**

☐ **Urgent** x **For Review** ☐ **Please Comment** ☐ **Please Reply**

ITEM: Public spaces
PROPERTY: Westin Casuarina Resort, Grand Cayman Islands
DATE: 6.10.02

The following is in review of public spaces in the Westin Casuarina resort suggesting changes for compliance with Westin's brand aesthetic.

1. Arrival/Exterior:
   a. Street visual access of parking lot is unsightly. Recommend one of three options (lighting to be integral):
      1. Stone wall at entry to span length of lot
      2. Hedge Interrupted by stone pillars to span length of lot
      3. Hedge to span length of lot

   b. Paint colors are out-of-date. Recommend Westin Brand approved colors for façade, trim and roof color.



STARWOOD
HOTELS & RESORTS WORLDWIDE, INC.

# DESIGN REVIEW MEMORANDUM

c. Exterior signage to be assessed. Current is thematic hewn stone look, not compliant with Westin brand

2. Poo side/Landscaping:
   a. Outdoor Bars are good architectural examples for Westin.
   b. Awnings should be re-designed. Suggest different colors or louvered architectural option.
   c. Westin approved pool lounge furniture instead of strapped metal chaises
   d. Large sun umbrellas are suggested for poolside and beach front lounging
   e. General landscaping is good. Suggest fuller varieties of plants at palm tree bases and in planters. Existing plants are thin and sparse.
   f. Shell motif on pillars and poolside to be replaced with simple non-thematic coordinating elements

3. Lobby:
   a. Front desk/concierge to incorporate Westin pods.
   b. Lobby/lounge FF&E to be reselected including furniture, lighting, carpeting, drapes. Existing is too traditional for Westin.
   c. Signage to be assessed as current is plastic hewn-stone look, inappropriate for Westin brand.
   d. Existing architecture is acceptable.

4. Corridors/Elevators:
   a. Complete renovation of corridors to comply with approved Westin design (carpet, wallcovering, lighting). Existing design is thematic with nautical inspired sconces and traditional mouldings on the walls and doors. Thematic elements are more in line with Four Points in aesthetic and therefore should be upgraded to Westin standards.
   b. Elevator cabs require simple refinishing of wood and replacement of carpet and fabric panels to comply with Westin aesthetic.
   c. Signage throughout to be assessed as current is thematic stone-like in look and does not comply with ADA standards.



STARWOOD
HOTELS & RESORTS WORLDWIDE, INC.

# DESIGN REVIEW MEMORANDUM

5. Exercise room:
   a. Existing room is sparsely furnished and poorly designed. Upgrade to Westin Workout standards is a must.

6. Governors Ballroom (Just renovated but not in line with Westin Direction):
   a. Carpet - Replace bold patterned carpet.
   b. Lighting - Replace tassel motif sconces and pendant fixture
   c. Wallcovering – Replace traditional patterned wallcovering

7. Spa:
   a. Opened in December and not too far form Westin concept despite their designing without Westin Design guidance. Minor FF&E changes (some furniture, plants etc) will bring spa up to compliance
   b. Retail display needs to be redesigned for Westin Brand compliance. Design needs to be simpler and more subdued than current display.

1111 Westchester Avenue, White Plains, NY 10604

TEL 914-640-8100 FAX 914-640-2646

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY GENEREUX,
Plaintiff,

v.

COLUMBIA SUSSEX CORPORATION d/b/a WESTIN CASUARINA HOTEL, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN LICENSE COMPANY, WESTIN LICENSE COMPANY NORTH, INC., WESTIN MANAGEMENT COMPANY EAST, WESTIN NORTH AMERICA MANAGEMENT COMPANY, INC., GALLEON BEACH RESORT, LTD., and CORPORATE DEFENDANTS X1-100,
Defendants.

C.A. NO. 05-CV-10879-JLT

**RESPONSE OF DEFENDANT COLUMBIA SUSSEX CORPORATION TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

***General Objection***

Defendant Columbia Sussex Corporation ("Columbia") hereby objects to each production request which seeks information about all of this defendant's hotels and/or resorts, and not specifically about the Westin Causuarina Hotel, on the grounds that such requests are overly broad, not reasonably limited, are unduly burdensome, are not reasonably calculated to lead to the discovery of admissible evidence, and seek information which is not relevant to this action.

Request No. 1

All documents identified in your response to the plaintiff's first set of interrogatories to the defendant.

**RESPONSE 1**

The Service Agreement between Columbia Sussex and Galleon Beach Resort, Ltd has already been produced. The Manager's Manual and Safety & Loss Prevention Manual referenced in interrogatory answers are available for inspection at the office of counsel for Columbia Sussex.

Request No. 2

All written communications and documents of the plaintiff and/or copies of all written transcriptions of any and all statements and communications of the plaintiff taken on any recording instrument, or by any other means, relative to any of the matters alleged in the plaintiff's complaint.

**RESPONSE 2**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 3

All communications and documents of or concerning any and all witnesses to the matters alleged in the plaintiff's complaint including injuries and damages alleged.

**RESPONSE 3**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 4

All communications or documents, to you or to anyone else, in your possession, custody or control, which you purport to have been, or know to have been written by the plaintiff.

**RESPONSE 4**

This defendant has no such documents.

Request No. 5

All documents concerning the incident which gives rise to this action.

**RESPONSE 5**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 6

All written reports, internal memoranda or the like of any investigator, safety officer, employee, servant or agent of the defendant concerning the incident.

**RESPONSE 6**

This defendant has no such documents.

Request No. 7

All documents concerning investigations performed by the defendant concerning the incident.

**RESPONSE 7**

This defendant has no such documents.

Request No. 8

All documents which identify witnesses to the incident.

**RESPONSE 8**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 9

All documents concerning injuries sustained by any person other than the plaintiff allegedly as a result of the incident.

**RESPONSE 9**

This defendant has no such documents.

Request No. 10

All reports, signed or unsigned, prepared for or filed with Caymanian, British, international and/or U.S. federal, state and/or local authorities stating the defendant's version of the incident.

**RESPONSE 10**

This defendant has no such documents.

Request No. 11

All reports, signed or unsigned, prepared for or filed with Caymanian, British, international and/or U.S. federal, state and/or local authorities describing witnesses' versions of the incident.

**RESPONSE 11**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 12

All documents concerning all communications made by the defendant or made to the defendant at any time by any person, other than your counsel in this action, concerning the incident.

**RESPONSE 12**

Please see the documents produced by this defendant as part of the Automatic Disclosure in this case.

Request No. 13

All documents concerning the ownership of the "Premises", including without limitation, all documents identifying each and every owner of the "Premises" in May 2002.

**RESPONSE 13**

Please see this defendant's production response made earlier in this case.

Request No. 14

All documents, including without limitation, deeds, title documents, leases, management or other agreements, relating to the ownership and/or control of the "Premises", which were in effect from January 1, 1999 to date.

**RESPONSE 14**

Please see this defendant's production response made earlier in this case.

Request No. 15

All agreements between the defendant and the owner of the "Premises" which were in effect in or about May 2002.

**RESPONSE 15**

Please see this defendant's production response made earlier in this case.

Request No. 16

All documents which identify each and every hotel and/or resort owned, controlled and/or operated by the defendant in May 2002, including without limitation documents which identify the address and location of each facility, the owner, manager and person(s) in overall control of the facility, the owner, manager and person(s) in control of "security measures" at the facility, and any identification numbers or codes used by the defendant to identify the facility in its records.

**RESPONSE 16**

Please see the General Objection preceding these responses.

Request No. 17

All documents concerning the relationship, if any, between the defendant and all other "persons" who utilized the trade name "Westin" to own, operate, manage, control, supervise, franchise, and/or license hotels and resorts, including without limitation, the other defendants in this action and Westin International Services, LLC.

**RESPONSE 17**

Please see Response 1 above.

Request No. 18

All documents concerning each and every person responsible for designing, providing, implementing, supervising, and maintaining "security measures" and "security devices" at the defendant's hotels and/or resorts, including, without limitation, each and every employee, agent, servant, representative, management company, manager, contractor and/or subcontractor hired or retained by the defendant.

**RESPONSE 18**

Please see the General Objection preceding these responses.

Request No. 19

All documents concerning each and every person responsible for designing, providing, implementing, supervising, and maintaining "security measures" and "security devices" at the "Premises", including, without limitation, each and every employee, agent, servant, representative, management company, manager, contractor and/or subcontractor hired or retained by the defendant.

**RESPONSE 19**

This defendant has no such documents.

Request No. 20

All documents identifying each and every person who had any responsibility for security at the "Premises".

**RESPONSE 20**

This defendant has no such documents.

Request No. 21

All organizational charts of the defendant concerning and/or illustrating the departments, branches or units of the defendant's management and operation at the "Premises".

**RESPONSE 21**

This defendant has no such documents.

Request No. 22

All organizational charts of the defendant concerning and/or illustrating the personnel and positions of the defendant whose function was crime prevention, security and/or loss prevention and their supervisors at the defendant's hotels and/or resorts.

**RESPONSE 22**

Please see the General Objection preceding these responses.

Request No. 23

All organizational charts of the defendant, concerning and/or illustrating the personnel and positions of the defendant whose function was crime prevention, security and/or loss prevention and their supervisors at the "Premises".

**RESPONSE 23**

This defendant has no such documents.

Request No. 24

All documents concerning the geographic area of responsibility of all supervisory personnel of the defendant whose function was crime prevention, security and/or loss prevention.

**RESPONSE 24**

Please see the General Objection preceding these responses.

Request No. 25

All documents, concerning the provision of security at the "Premises".

**RESPONSE 25**

This defendant has no such documents.

Request No. 26

All documents concerning the defendant's policies, practices and procedures for deterring and/or preventing crime at the defendant's hotels and/or resorts.

**RESPONSE 26**

Please see the General Objection preceding these responses.

Request No. 27

All documents concerning the defendant's policies, practices and procedures for deterring and/or preventing crime at the "Premises".

**RESPONSE 27**

This defendant has no such documents.

Request No. 28

All documents concerning changes in the defendant's policies, practices and/or procedures with respect to security and crime prevention at the "Premises" after May 3, 2002.

**RESPONSE 28**

This defendant has no such documents.

Request No. 29

All documents concerning industry and/or other standards used by or relied upon by the defendant in developing security policies for its hotels and/or resorts.

**RESPONSE 29**

Please see the General Objection preceding these responses.

Request No. 30

All documents concerning industry and/or other standards used by or relied upon by the defendant in developing security policies for the "Premises"

**RESPONSE 30**

This defendant has no such documents.

Request No. 31

All documents, concerning each and every means and method by which the defendant informed itself of criminal activity at the "Premises", including without limitation, each and every means and method by which the defendant gathered and stored complaints and comments concerning security and safety and criminal activities at the "Premises".

**RESPONSE 31**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and limiting its response to two years before and one year after the plaintiff's alleged incident, this defendant says that it has no such documents.

Request No. 32

All documents concerning any and all incidents of crime at the "Premises", including, without limitation, all security reports, security logs, incident reports, statements, confessions, calls for police assistance and correspondence.

**RESPONSE 32**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and limiting its response to two years before and one year after the plaintiff's alleged incident, this defendant says that it has no such

documents.

Request No. 33

All reports by residents, tenants, guests, customers, agents, managers, supers, employees or other persons of alleged criminal activity or suspicious persons at the "Premises".

**RESPONSE 33**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and limiting its response to two years before and one year after the plaintiff's alleged incident, this defendant says that it has no such documents.

Request No. 34

All documents concerning all complaints made against or to the defendants in connection with alleged crime at the "Premises" at any time.

**RESPONSE 34**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and limiting its response to two years before and one year after the plaintiff's alleged incident, this defendant says that it has no such documents.

Request No. 35

All documents concerning statistics reflecting criminal incidents alleged to have occurred at the "Premises".

**RESPONSE 35**

This defendant has no such documents.

Request No. 36

All documents concerning statistics reflecting the defendant's response to all incidents identified in the preceding request, including, without limitation, calls for police assistance.

**RESPONSE 36**

   This defendant has no such documents.

Request No. 37

   All documents concerning the defendant's response to all incidents identified in the two preceding requests.

**RESPONSE 37**

   Please see the responses to the two preceding requests.

Request No. 38

   All documents not otherwise produced, concerning the criminal incidents reflected in the three preceding requests, including, without limitation, copies of all police and prosecutory documents in the defendant's possession, custody or control, such as incident reports, arrest reports, prosecutors' reports, and documents prepared for or in connection with any criminal prosecution, supplemental incident reports, witness statements and documents prepared by or in consultation with witnesses, logs and/or other records of calls for police assistance, and all documents concerning calls for police services.

**RESPONSE 38**

   Please see the responses to the three preceding requests.

Request No. 39

   All crime analyses and/or assessments performed for the "Premises" prior to the instant litigation.

**RESPONSE 39**

   This defendant has no such documents.

Request No. 40

   All crime analyses and/or assessments prepared by or for the defendants, other than those prepared in anticipation of the instant litigation, concerning security and crime prevention at the "Premises" at any time.

**RESPONSE 40**

   This defendant has no such documents.

Request No. 41

All documents concerning meetings held by the defendant's employees and/or management personnel on the issues of crime prevention and/or criminal incidents at the "Premises".

**RESPONSE 41**

This defendant has no such documents.

Request No. 42

All documents concerning meetings held by the defendant's tenants, guests, customers, agents, employees and/or management personnel on the issues of crime prevention and/or criminal incidents at the "Premises".

**RESPONSE 42**

This defendant has no such documents.

Request No. 43

All documents concerning each and every communication between the defendants and/or their agents, servants or employees with the Royal Cayman Islands Police Department and/or with Caymanian, British, international and/or U.S. prosecuting authorities concerning crime prevention at the "Premises".

**RESPONSE 43**

This defendant has no such documents.

Request No. 44

All documents concerning each and every communication between the defendants and/or their agents, servants or employees with the Royal Cayman Islands Police Department and/or with Caymanian, British, international and/or U.S. prosecuting authorities concerning the investigation and prosecution of any person for criminal activity at the "Premises".

**RESPONSE 44**

This defendant has no such documents.

Request No. 45

All documents concerning the use and/or placement of warnings to residents, tenants, guests, customers, agents, managers, employees or other persons concerning criminal activity at the "Premises" at any time.

**RESPONSE 45**

This defendant has no such documents.

Request No. 46

All documents concerning each and every "security measure", including without limitation, each and every "security device" in use at the "Premises":

     a.     before May 3, 2002;
     b.     on May 3, 2002; and
     c.     after May 3, 2002.

**RESPONSE 46**

This defendant has no such documents.

Request No. 47

All documents concerning all communications, instructions, advice, suggestions, requests, or comments made to you at any time by any person, other than your counsel in this action, concerning "security measures" or "security devices", including without limitation, requests for the installation or repair of "security measures" or "security devices" at the "Premises" at any time.

**RESPONSE 47**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, this defendant says that it has no such documents.

Request No. 48

All documents concerning all repairs, changes or modifications you ever made to "security measures" and "security devices" at the "Premises".

**RESPONSE 48**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, this defendant says that it has no such documents.

Request No. 49

All documents concerning the defendant's policies relating to the installation and maintenance of "security measures" and "security devices" in hotels and/or resorts owned, controlled and/or operated by the defendants.

**RESPONSE 49**

Please see the General Objection preceding these responses.

Request No. 50

All documents concerning the activities of security personnel at the "Premises".

**RESPONSE 50**

This defendant has no such documents.

Request No. 51

All documents concerning patrol and/or watch activities assigned to and/or performed by security personnel at the "Premises", including without limitation, schedules, logs, reports, memoranda, notes, incident and activity sheets, and watch reports.

**RESPONSE 51**

This defendant has no such documents.

Request No. 52

All documents concerning the location and manner of locating public lavatories at the defendant's hotels and resorts.

**RESPONSE 52**

Please see the General Objection preceding these responses.

Request No. 53

All documents concerning the location and manner of locating public lavatories at the "Premises".

**RESPONSE 53**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to the phrase "public lavatories" because, to this defendant's knowledge, there are no lavatories open to the public at the Westin Casuarina Hotel; lavatories at the hotel are open only to guests and customers of the hotel.

Request No. 54

All documents concerning changes in the design and placement of public lavatories at the defendant's hotels and resorts at any time after the lavatories first were located at the "Premises".

**RESPONSE 54**

Please see the General Objection preceding these responses.  Also, please see the objection to No. 53 above.

Request No. 55

All documents concerning changes in the design and placement of public lavatories at the "Premises" at any time after the lavatories first were located at the "Premises".

**RESPONSE 55**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to the phrase "public lavatories" because, to this defendant's knowledge, there are no lavatories open to the public at the Westin Casuarina Hotel; lavatories at the hotel are open only to guests and customers of the hotel.

Request No. 56

All documents concerning restrictions to public access to lavatories at the "Premises".

**RESPONSE 56**

Please see the objection for No. 53 above. Without waiving this objection, the defendant says it has no documents responsive to this request.

Request No. 57

All documents concerning crimes in public lavatories at the defendant's hotels and resorts at any time.

**RESPONSE 57**

Please see the General Objection preceding these responses. Also, please see the objection to No. 53 above.

Request No. 58

All documents concerning crimes in public lavatories at the "Premises" at any time.

**RESPONSE 58**

This defendant objects to the phrase "public lavatories" because, to this defendant's knowledge, there are no lavatories open to the public at the Westin Casuarina Hotel; lavatories at the hotel are open only to guests and customers of the hotel. Without waiving this objection, this defendant says it has no such documents.

Request No. 59

All documents concerning the defendant's policies, practices and procedures for deterring or preventing crime in lavatories at the defendant's hotels and resorts.

**RESPONSE 59**

Please see the General Objection preceding these responses.

Request No. 60

All documents concerning the defendant's policies, practices and procedures for deterring or preventing crime in lavatories at the "Premises".

**RESPONSE 60**

This defendant has no such documents.

Request No. 61

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 61**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and limiting its response to the area of the hotel where the plaintiff says she was injured, this defendant is searching to see if it has any photos of the bathroom where the alleged attack occurred. If such photos are found, they will be produced.

Request No. 62

All lighting diagrams for the "Premises".

**RESPONSE 62**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to this request seeking lighting diagrams of the hotel because there has never been a contention in this case that the alleged attack on the plaintiff was caused by inadequate or insufficient lighting. Instead, the plaintiff has always alleged that she was walking on a public street (West Bay Road) when she was confronted several times by a stranger who made her very nervous. In order to avoid this stranger, she decided to enter onto the hotel property, and then decided to hide in the hotel restroom where the stranger eventually entered and attacked her. Without waiving this objection, and limiting its response to the area of the hotel where the plaintiff says she was injured, this defendant says that it has no such documents.

Request No. 63

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the Hibiscus Spa facility of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 63**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the

hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility.

Request No. 64

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 64**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility.

Request No. 65

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the corridor leading to the lavatory facilities at the Hibiscus Spa facility of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 65**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility.

Request No. 66

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the incident or instruments or instrumentalities that caused injuries to the plaintiff.

**RESPONSE 66**

This defendant has no such documents.

Request No. 67

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the locks, doors and lighting conditions of the corridor leading to the lavatory facilities at the Hibiscus Spa facility of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 67**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 68

All photographs, films, videotapes, drawings, diagrams, blueprints, plots, sketches, chalks, and/or other representations of the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" in the defendant's possession, custody or control.

**RESPONSE 68**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 69

All documents concerning the condition of the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" at any time.

**RESPONSE 69**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 70

All documents concerning repairs, maintenance, construction, and/or reconstruction performed on the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" at any time, including without limitation, receipts, cancelled checks, check stubs, credit card bills and payment information.

**RESPONSE 70**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 71

All documents, including without limitation, estimates, work slips, contracts, proposed contracts, and any other documents of every type, kind or description, concerning all proposals made by any person concerning repairs, maintenance, construction, and/or reconstruction of the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" at any time.

**RESPONSE 71**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition

testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 72

All documents concerning each and every person, including without limitation, all contractors, subcontractors, employees, agents, servants, representatives, and/or any other persons, who at any time performed any work constructing, reconstructing, repairing, maintaining, or inspecting the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" at any time.

**RESPONSE 72**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 73

All documents concerning all communications, instructions, advice, suggestions, or comments made to the defendant at any time by any person other than its counsel in this action, concerning the locks, doors and lighting conditions of the exterior and interior of the lavatory facilities at the Hibiscus Spa facility of the "Premises" at any time.

**RESPONSE 73**

This defendant objects to this request because it seeks information which is not relevant to the plaintiff's claim, and which is not reasonably calculated to lead to the discovery of admissible evidence. In accordance with the plaintiff's own deposition testimony, the alleged attack on the plaintiff did not occur in the lavatory facilities in the hotel's Hibiscus Spa, but instead allegedly happened in a restroom outside of the spa and adjacent to the hotel's meeting facility. This defendant further objects to this request because it seeks information concerning locks, doors, and lighting conditions at the hotel, yet none of these are relevant since the plaintiff has never contended that the alleged attack in which she was injured was caused by a defective lock, door or light.

Request No. 74

All documents concerning any work which the defendant performed or had performed at the "Premises" at any time.

**RESPONSE 74**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Further this defendant objects to this request because it seeks information that is not relevant to the plaintiff's claim, namely information concerning work done at the hotel and inspections of that work. Yet the plaintiff has never contended that her alleged attack resulted from defective work or defective inspections, but only from inadequate security provided by the hotel.

Request No. 75

All documents concerning any inspections the defendant performed or had performed at the "Premises" at any time.

**RESPONSE 75**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Further this defendant objects to this request because it seeks information that is not relevant to the plaintiff's claim, namely information concerning work done at the hotel and inspections of that work. Yet the plaintiff has never contended that her alleged attack resulted from defective work or defective inspections, but only from inadequate security provided by the hotel.

Request No. 76

All documents concerning all Caymanian, British, international and/or U.S. Federal, state, and/or local inspections of the "Premises" at any time.

**RESPONSE 76**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Further this defendant objects to this request because it seeks information that is not relevant to the plaintiff's claim, namely information concerning inspections at the hotel. Yet the plaintiff has never contended that her alleged attack resulted from defective inspections, but only from inadequate security provided by the hotel.

Request No. 77

All documents concerning all Caymanian, British, international and/or U.S. federal, state, and/or local inspections of any work performed at the "Premises" at any time.

**RESPONSE 77**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Further this defendant objects to this request because it seeks information that is not relevant to the plaintiff's claim, namely information concerning work done at the hotel and inspections of that work. Yet the plaintiff has never contended that her alleged attack resulted from defective work or defective inspections, but only from inadequate security provided by the hotel.

Request No. 78

All documents concerning all Caymanian, British, international and/or U.S. standards, rules, regulations, principles, practices and/or statutes, including without limitation, industry standards, concerning the design and construction of the spa facility of the "Premises", including without limitation, the lavatory facilities thereof and the corridor leading thereto, at any time.

**RESPONSE 78**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to this request because it seeks public records which are equally available to the plaintiff as they are to this defendant.

Request No. 79

All documents concerning all Caymanian, British, international and/or U.S. standards, rules, regulations, principles, practices and/or statutes, including without limitation, industry standards, concerning the design, use, installation and maintenance of locks, doors and lighting conditions for the exterior and interior of the lavatory facilities and the corridor leading thereto at the spa facility of the "Premises", at any time.

**RESPONSE 79**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to this request because it seeks public records which are equally available to the plaintiff as they are to this defendant.

Request No. 80

All documents concerning all Caymanian, British, international and/or U.S. standards, rules, regulations, principles, practices and/or statutes, including without limitation, industry standards, concerning security measures and security devices at hotels and resorts, at any time.

**RESPONSE 80**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to this request because it seeks public records which are equally available to the plaintiff as they are to this defendant.

Request No. 81

All documents concerning all Caymanian, British, international and/or U.S. standards, rules, regulations, principles, practices and/or statutes, including without limitation, industry standards, concerning monitoring criminal activity and suspicious persons at hotels and resorts, at any time.

**RESPONSE 81**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. This defendant further objects to this request because it seeks public records which are equally available to the plaintiff as they are to this defendant.

Request No. 82

All documents concerning training provided to all employees whose function was crime prevention, loss prevention or security at the defendant's hotels and resorts.

**RESPONSE 82**

Please see the General Objection preceding these responses.

Request No. 83

All documents concerning training provided to all employees whose function was crime prevention, loss prevention or security at the "Premises".

**RESPONSE 83**

This defendant has no such documents.

Request No. 84

All documents concerning security training provided to management personnel and other employees at the defendant's hotels and resorts.

**RESPONSE 84**

Please see the General Objection preceding these responses.

Request No. 85

All documents concerning security training provided to management personnel and other employees at the "Premises".

**RESPONSE 85**

This defendant has no such documents.

Request No. 86

All documents concerning supervision provided to all employees whose function was crime prevention, loss prevention or security at the defendant's hotels and resorts.

**RESPONSE 86**

Please see the General Objection preceding these responses.

Request No. 87

All documents concerning supervision provided to all employees whose function was crime prevention, loss prevention or security at the "Premises".

**RESPONSE 87**

This defendant has no such documents.

Request No. 88

All documents concerning security related supervision provided to management personnel and other employees at the defendant's hotels and resorts.

**RESPONSE 88**

Please see the General Objection preceding these responses.

Request No. 89

All documents concerning security related supervision provided to management personnel and other employees at the "Premises".

**RESPONSE 89**

This defendant has no such documents.

Request No. 90

All documents identifying the defendant's employees who worked at the "Premises" between May 1 and 4, 2002.

**RESPONSE 90**

This defendant has no such documents.

Request No. 91

All reviews performed by the defendant, other than as part of the instant litigation, of the performance, conduct and activities of all persons who were involved in responding to the plaintiff's report that she had been raped at the "Premises".

**RESPONSE 91**

This defendant has no such documents.

Request No. 92

All documents concerning each and every occasion when the defendant has paid worker's compensation or non-employee compensation (including judgments and settlements in civil actions) to any person for injuries allegedly sustained arising from a criminal incident at the "Premises" at any time.

**RESPONSE 92**

This defendant has no such documents.

Request No. 93

All documents prepared by all expert and percipient witnesses utilized at trial or in trial preparation to defend against any prior claims brought against you alleging circumstances similar to those in the case at bar.

**RESPONSE 93**

This defendant objects to this request because it is overly broad, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection and limiting its response to the Westin Casuarina, this defendant says it has none.

Request No. 94

All documents concerning all expert witnesses that the defendants intend to call to testify at the trial of this action, including, without limitation, all reports prepared at any time by such experts, transcripts of all testimony at trial and at deposition of such experts, curriculum vitae of such expert witnesses, and all treatises, articles, correspondence, and publications by and about each such expert.

**RESPONSE 94**

This defendant has no such documents. If this defendant selects an expert who will be called to testify on its behalf at trial, this response will be supplemented.

Request No. 95

All documents, other than those prepared in anticipation of the instant litigation, to be utilized by or relied upon by the defendant's expert witnesses in their testimony or in assisting the defendant prepare its defenses in the instant action.

**RESPONSE 95**

Please see Response 94.

Request No. 96

All documents, including without limitation all correspondence, between the defendants and the plaintiff at any time.

**RESPONSE 96**

This defendant has no such documents.

Request No. 97

All documents concerning advertising placed by the defendant in print and electronic media concerning the "Premises".

**RESPONSE 97**

This defendant objects to this request on the grounds that it is overly broad, not reasonably limited, not reasonably calculated to lead to the discovery of admissible evidence, and is not relevant to the plaintiff's case.

Request No. 98

Each and every document which you contend supports each and every defense which you intend to assert or which you have asserted in this action.

**RESPONSE 98**

At this time, this defendant has no such documents other than those already produced as part of the Automatic Disclosure in this case.

Request No. 99

All documents which the defendant intends to introduce into evidence at any trial or hearing on the issue of the plaintiff's damages, including without limitation, all reports of private investigators, all surveillance tapes, films, photographs, and videotapes, and all similar documents of every type, kind and description.

**RESPONSE 99**

No decision has yet been made regarding exhibits which this defendant may attempt to introduce into evidence at the trial of this case. The defendant further says that, at this time, it has no reports of private investigators, surveillance tapes, films, photographs, videotapes, or similar documents concerning the plaintiff or her alleged injuries.

Request No. 100

All documents which the defendant intends to introduce at the trial of this action.

**RESPONSE 100**

No decision has yet been made regarding such documents.

Request No. 101

All documents not otherwise produced that relate in any way to the claims and defenses raised in this lawsuit.

**RESPONSE 101**

This defendant has no such documents.

By its attorneys

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580

Robert J. Brown
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*Mark F. Itzkowitz*

*Attorney at Law*

***85 Devonshire Street***
***Suite 1000***
***Boston, Massachusetts 02109-3504***

***Telephone: (617) 227-1848***
***Facsimile: (617) 742-9130***
*Also Admitted In New York*

September 10, 2007

**VIA FACSIMILE**

John B. Johnson, Esquire
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111

Robert J. Brown, Esquire
Mendes & Mount, LLP
750 7th Avenue
New York, NY 10019-6829

***Re: Kimberly Genereux v. Columbia Sussex Corporation, et. als.***
***Civil Action No. 05-CV-10879-JLT***

Dear Attorneys Johnson and Brown:

In anticipation of the Rule 30(b)(6) deposition of Westin/Starwoods, and in view of Mr. Mitchel's testimony at the Rule 30(b)(6) deposition of Columbia Sussex Corporation ("CSC"), please review CSC's responses to the following discovery requests and produce any additional documents and information which had been requested but not produced:

1. CSC Response to Request for Production of Documents Nos. 7, 12 - Documents prepared by Westin Casuarina Manager Dan Sidlowski at the instruction of Ted Mitchel, including any reports prepared of the recollections of Westin Casuarina employees, would be responsive to this request and would not be privileged as those documents were required as part of CSC's and Westin's business practices relating to incidents involving guest injuries.

2. CSC Response to Request for Production of Documents No. 8 - CSC identified and produced Denzil Luke's statement but did not identify the female bartender or male "manager on duty" who were referenced in that statement. Payroll records administered for Galleon Beach Resorts, Ltd. ("GBR") by CSC would have identified a limited number of individuals spanning the two week period which included May 3, 2002 who held job titles (including possibly Job Class Codes 26, 29, 30, 32, 42, 44, 73, 74, 75, 76, 82, and 84) which would have fit the descriptions provided by Mr. Luke and Ms. Genereux of those employees.

3.    CSC Response to Request for Production of Documents Nos. 18, 19, 20, 23, 25, 46, 48, 50, 51, 70, 71, 72, 74, 75; CSC Answer to Interrogatory No. 8 - Documents administered by CSC for GBR would have identified vendors paid for security services and security equipment/devices, and employees who performed security and loss prevention functions at the Westin Casuarina (Job Class Codes 78 and 79, at least). Therefore, this information should be available to CSC.

4.    CSC Response to Request for Production of Documents Nos. 31, 32, 33, 35, 36, 38, 39, 40, 47, 58, 61, 76, 77, 83, 85, 87, 89, 91, 92 - Documents received and administered by CSC for GBR are responsive to these requests, including without limitation, the documents required by the CSC Safety & Loss Prevention Manual in the sections relating to and/or describing Accident Investigation & Analysis, Quarterly Safety Meetings, Guest Incident Logs, Employee Safety Training, Quarterly Hotel Inspection & Safety Checklist, and the risk management documents prepared by CSC from information provided by GBR.

5.    CSC Response to Request for Production of Documents Nos. 53, 55, 56, 61, 62, 63, 64, 65, 67, 68, 69, 73 - The term "public lavatories" refers to restrooms to which persons lawfully on the property were directed even if they had not rented rooms at the Westin Casuarina and includes the restroom in the Hibiscus Spa building to which Ms. Genereux had been directed when she had inquired about spa services and in which she later was raped. The requests are directed to that particular restroom and not to any restrooms which may have been included within the spa office and/or within the Governor's Ballroom. It is not clear from the objections whether any documents generated by or received from GBR are in the possession of CSC pursuant to the Service Agreement but such documents would be responsive to these requests. With respect to lighting and lock issues, the plaintiff does not contend that the lighting or locks in the spa restroom necessarily were inadequate but questions the accessibility of that facility at the time of night when Ms. Genereux and her rapist were able to access it. Lighting and lock information reasonably may be expected to reveal information about access to the restroom.

6.    CSC Response to Request for Production of Documents Nos. 90, 91 - I believe that Mr. Mitchel testified that CSC risk management employees inspected the Westin Casuarina at his request and pursuant to the Service Agreement, so there should be information relating to CSC employees responsive to the Requests.

7.    CSC Response to Request for Production of Documents No. 92; CSC Answer to Interrogatory No. 7 - Files from the *Reynolds* case should contain the information requested.

8.    CSC Response to Request for Production of Documents No. 97 - The request concerns documents relevant to the issue of CSC control over GBR and the Westin Casuarina. Mr. Mitchel testified that CSC made payments for advertising in

addition to that procured by Westin/Starwoods, pursuant to the Service Agreement.

I have understood several of defendant Columbia Sussex' responses to have meant that Columbia Sussex had not prepared documents related to conditions at the Westin Casuarina, and, therefore, that there were no documents in CSC's possession, custody or control. However, Mr. Mitchel's testimony indicated that Columbia Sussex received and administered reports from the Westin Casuarina pursuant to its Service Agreement with Galleon Beach Resorts Ltd. Part of that administrative function, he testified, involved the receipt, monitoring, analysis and administration of insurance, risk management, and security related documents from the Westin Casuarina, which he had ordered prepared by the Westin Casuarina General Manager in accordance with Columbia Sussex' Safety & Loss Prevention Manual and Manager's Manual. The responses were included as part of Columbia Sussex' insurance data base for risk management purposes, he testified. Mr. Mitchel specifically testified that at least three years worth of copies of various security related reports which are mandated by the CSC Safety & Loss Prevention Manual should be included among the Westin Casuarina materials at CSC's offices in Kentucky. Columbia Sussex' Interrogatory Answer No. 9c indicates that payroll information is maintained for seven years and should, therefore, also be available. Accordingly, please review CSC's discovery responses, amend those that need amendment, and, most importantly as soon as possible, please produce additional responsive documents which have not been produced yet.

Thank you for your courtesy and cooperation.

Very truly yours,

Mark F. Itzkowitz

MFI:el
enc.

***Mark F. Itzkowitz***

*Attorney at Law*

*85 Devonshire Street*
*Suite 1000*
*Boston, Massachusetts 02109-3504*

*Telephone: (617) 227-1848*
*Facsimile: (617) 742-9130*
*Also Admitted In New York*

September 19, 2007

John B. Johnson, Esquire
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111

Robert J. Brown, Esquire
Mendes & Mount, LLP
750 7th Avenue
New York, NY 10019-6829

***Re: Kimberly Genereux v. Columbia Sussex Corporation, et. als.***
***Civil Action No. 05-CV-10879-JLT***

Dear Attorneys Johnson and Brown:

Per our conversations, thank you for providing Messrs. Mitchel and McGovern to testify on behalf of the Columbia Sussex, Westin and Starwood defendants and for arranging the Kentucky facilities for the deposition there. The only area of inquiry in which the deponents lacked knowledge appeared to be that of the specific applications of the Starwood/Westin franchise policies and procedures at the Westin Casuarina. I understand that the missing information is within the knowledge of Mary Hynes-Talhouk, the deponent you originally attempted to produce but who was unavailable on the date selected. It appears that we will require the deposition of Ms. Hynes-Talhouk to complete the Westin/Starwood Rule 30(b)(6) deposition. Please advise me of dates and locations when she can appear to testify. Attorney Johnson and I have agreed that we may conclude the deposition after September 29, as now appears necessary.

In addition, please produce the following documents which are responsive to the plaintiff's document requests but which have not been produced yet:

1. Lashner Rush Audit records for the Westin Casuarina
2. Starwood/Westin hotel "rankings", reflecting the position of the Westin Casuarina compared to other Westin hotels
3. Any action plans to ensure compliance with Westin brand standards prepared by the Westin Casuarina insofar as they relate to security
4. Property visit letters relating to security at the Westin Casuarina
5. Westin Loss Control Manual

6. Westin Security Manual
7. Safety and Loss Control Section (Section VI) of the *Westin Quality Assurance Program Manual*
8. Any "product improvement plans" or additional "design review memoranda" relating to the Westin Casuarina
9. Westin Loss Prevention Manual
10. Westin Security Management Guidelines
11. Westin Security Hospitality Program
12. Film: Travel Safety & Security: A Survival Guide to Traveling Abroad
13. Film: Hotel Security on Trial
14. Film: Management Guide to Loss Control
15. Film: Risk Management Today
16. Film: Security: Employee Awareness and Problem Prevention
17. Film: Security: Protecting Your Property and Guests
18. Sections II and III of the Associate Orientation Manual for Franchised Hotels.

Some of the documents were identified at Mr. McGovern's deposition. Others, including the films/videos, are identified in the Westin/Starwood documents which have been produced to date. In either case, all of them should be in the possession of the Westin/Starwood defendants, with copies of several having been provided to Columbia Sussex, either directly by Westin/Starwood or by Galleon Beach Resort, Ltd. pursuant to its Service Agreement with Columbia Sussex upon receipt from Westin/Starwood.

Thank you for your courtesy and cooperation.

Very truly yours,

Mark F. Itzkowitz

MFI:el

MENDES & MOUNT, LLP
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8110

September 28, 2007

**VIA E-MAIL AND REGULAR MAIL**

Mark F. Itzkowitz, Esq.
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504

Re: Kimberly Genereux v. Columbia Sussex Corp. d/b/a Westin Casuarina Hotel, Starwood Hotels & Resorts, et al.
U.S.D.C. Massachusetts
L/A: Westin Casuarina Hotel
Grand Cayman, B.W.I.
D/A: May 3, 2002
Our File: 388,193

Dear Mr. Itzkowitz:

On behalf of defendant Columbia Sussex Corp., we reiterate the objections and statements set forth in defendant's Responses to Production of Documents, and provide the following response to your letter of September 10, 2007:

1. Columbia Sussex Corp. did not perform an investigation of Ms. Genereux's allegations at the time of the incident. Columbia Sussex was not aware of the alleged incident or Ms. Genereux's allegations until it received the Summons and Complaint nearly three years after the alleged incident.

In response to the Summons and Complaint and in preparation for defense of the litigation commenced by Ms. Genereux, Columbia Sussex made certain inquiries from which it was learned that the Royal Cayman Island Police (RCIP) responded to Ms. Genereux's complaints by performing an investigation. A letter from the RCIP setting forth its actions has been exchanged among the parties.

In addition, and separately, Columbia Sussex produced a statement from a Galleon Beach employee named Denzel Luke which had been forwarded to Columbia Sussex by Galleon Beach. There are no known witnesses to the plaintiff's alleged incident.

Your statements in paragraph 1 of your letter misconstrue the law as to that which is privileged and not subject to discovery when conducted in response to litigation and that which may have been performed as part of a business practice at or around the time of the incident. Columbia Sussex has no additional documents to produce in response to your request for Production of Documents nos. 7 and 12.

2. As previously stated, there are no known witnesses to the incident alleged by plaintiff Kimberly Genereux. Columbia Sussex is searching payroll records administered for the Galleon Beach Resort Hotel to determine whether the identity of the female bartender or male manager on duty at the time of the alleged incident may be identified.

3.– 4. With the exception of payroll records, any documents to the extent they exist at Columbia Sussex in relation to any administration services performed by Columbia Sussex for Galleon Beach are retained for a period of three years. Not only is plaintiff's request objectionable as being overbroad but also the request, which was initially made in August 2006, post dated the incident by more than four years. Columbia Sussex is not in any possession of any documents which would have "identified vendors paid for security services and security equipment/devices and employees who performed security and loss prevention functions at the Westin Casuarina" at any time up to and including the date of the plaintiff's alleged incident in May 2002.

Columbia Sussex Corp. did not perform an accident investigation and analysis of the incident alleged by Ms. Genereux. Columbia Sussex Corp. was not aware of the alleged incident until it was served with the Summons and Complaint nearly three years after the incident.

As for other alleged incidents at the Westin Casuarina, a copy of the Reynolds Summons and Complaint has been produced. No other complaints mentioning alleged criminal activity at the Galleon Beach premises are known to exist at Columbia Sussex. In response to Request no. 92, Columbia Sussex is aware that the Reynolds case was settled by Galleon Beach Resorts. That matter was not settled by Columbia Sussex.

5. In response to paragraph 5 of your letter, Columbia Sussex objects to the characterization of anyone directing the plaintiff to the lavatory where she was allegedly raped. The lavatories at the Galleon Beach Resort are not advertised as public lavatories; nor did plaintiff testify that anyone directed her to any lavatory on the Galleon Beach property immediately prior to the alleged assault. Pursuant to your amended request, Columbia Sussex is conducting a search for blueprints of the bathroom which is claimed to be the site of the alleged incident.

6. No employees of defendant Columbia Sussex worked at the Galleon Beach premises between May 1 and 4, 2002. Columbia Sussex did not perform an inspection of the Westin Casuarina in response to the incident alleged by Ms. Genereux. Columbia Sussex was not aware of Ms. Genereux's allegations until nearly three years later when it was served with the Summons and Complaint in this litigation.

7. Columbia Sussex objects to any characterizations of the Reynolds case as being relevant to the allegations asserted by Ms. Genereux. A copy of the Summons and Complaint in the Reynolds litigation has been produced. The Reynolds litigation was settled by defendant by Galleon Beach Resorts. Columbia Sussex did not contribute to the settlement in that case. In response to Interrogatory no. 7, the response may be supplemented as follows:

7 A. March 22, 1997;
B. Alleged service of alcohol to underage guests; alleged sexual assault;
C. Louise Reynolds, a guest of the hotel;
D. The alleged assailant was Robert Mendoza a then 17 year old Swedish guest of the hotel and/or Arthur Blake, a Caymanian resident, who at the time was an employee of Galleon Beach;
E. Defendant Columbia Sussex became aware of the incident in March 1997 when it was reported by the Galleon Beach Resort Hotel;
F. Columbia Sussex does not have any documents related to a criminal prosecution, if any. A copy of the Summons and Complaint in the civil litigation by Reynolds has been produced.
G. Columbia Sussex did not pay the settlement which was concluded by Galleon Beach Resort; and
H. See response to "F" and "G."

8. Columbia Sussex reiterates its response and objections to the Requests for Production of Documents Request no. 97. Your letter misstates the testimony of Mr. Mitchel who testified that Columbia Sussex processed payments from the Galleon Beach bank account in order to facilitate the placement of advertisements in U.S. publications for the Galleon Beach property. Columbia Sussex did not pay for the ads. Columbia Sussex does not have responsive documents for any time period leading up to the day of plaintiff's alleged incident. Columbia Sussex does not control Galleon Beach Resorts and the processing of certain services pursuant to the Administrative Services Agreement did not transfer the control of Galleon Beach Resort to Columbia Sussex

In response to the final paragraph of your September 10 letter, please be advised that with the exception of payroll information and about which Columbia Sussex is performing a further search in response to your request, there are no responsive documents which date back more than three years; a time frame which

post dates Ms. Genereux's alleged incident in May 2002 and would not possibly be relevant to this matter.

Concerning your September 19, 2007 letter involving your request for additional records from Starwood/Westin, we will be responding to that letter within the next two weeks. However, we must comment at this time upon your request for the deposition of Ms. Mary Hynes-Talhouk. John Johnson has informed me that he did not agree to produce Ms. Talhouk for a deposition. No representation regarding the deposition of Ms. Talhouk was made.

Sincerely yours,

MENDES & MOUNT, LLP

Robert J. Brown

VIA E-MAIL AND REGULAR MAIL

cc: John Johnson, Esq.

**MENDES & MOUNT, LLP**
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8110

January 8, 2008

**VIA E-MAIL AND REGULAR MAIL**
Mark F. Itzkowitz, Esq.
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504

Re: Kimberly Genereux v. Columbia Sussex Corp.
d/b/a Westin Casuarina Hotel, Starwood Hotels & Resorts, et al.
U.S.D.C. Massachusetts
Civil Action No.: 05-CV-1079-JLT
L/A: Westin Casuarina Hotel
Grand Cayman, B.W.I.
D/A: May 3, 2002
Our File: 388,193

Dear Mr. Itzkowitz:

The following letter will serve to supplement our letter dated September 28, 2007 which addressed your September 10, 2007 letter regarding Columbia Sussex.

Columbia Sussex is not in possession of any records which identify the female bartender and/or male manager on duty at the Westin Casuarina on May 3, 2002, the date of the alleged incident between an unknown assailant and your client.

As you are aware, Columbia Sussex did not employ the Westin Casuarina bartender and manager; they were employees of Galleon Beach Resort, Ltd., which is not a party to this litigation. While payroll records may have been forwarded to Columbia Sussex as part of the Administrative Services Agreement between Columbia Sussex and The Westin Casuarina, they do not provide the identity of the female bartender or male manager on duty at the time of the alleged incident.

Very truly yours,

MENDES & MOUNT, LLP

Robert J. Brown

Our File No.: 388,193 - 2 -

cc: **VIA E-MAIL**
John Johnson, Esq.

MENDES & MOUNT, LLP
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8110

January 25, 2008

VIA E-MAIL AND REGULAR MAIL

Mark F. Itzkowitz, Esq.
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504

Re: Kimberly Genereux v. Columbia Sussex Corp.
d/b/a Westin Casuarina Hotel, Starwood Hotels &
Resorts, et al.
U.S.D.C. Massachusetts
Civil Action No.: 05-CV-1079-JLT
L/A: Westin Casuarina Hotel
Grand Cayman, B.W.I.
D/A: May 3, 2002
Our File: 388,193

Dear Mr. Itzkowitz:

This letter will address your requests for further discovery of defendant Starwood Hotels & Resorts, (including requests made to Westin License Company and other Westin entities), particularly those requests set forth in your letter dated September 19, 2007. We reiterate all objections previously set forth in defendants' Responses to plaintiff's Request for Production of Documents and the Interrogatories posed by plaintiff Kimberly Genereux.

OBJECTIONS REITERATED

Starwood does not own, manage or supervise the Westin Casuarina Hotel. The owner of the hotel, Galleon Beach Resort, Ltd., has never been served with the Summons and Complaint and it has never appeared in this action. You have continued to seek extensive discovery of Starwood (and defendant Columbia Sussex) regarding practices and procedures executed by the Westin Casuarina and its employees in the Cayman Islands. Neither Starwood nor Columbia Sussex hire or fire the Westin Casuarina Hotel's employees, nor do they manage, direct or supervise them. These are facts which we have reiterated several times to you throughout this case. Your depositions of Starwood and Columbia Sussex attest to those facts. The extensive questioning of defendants' witnesses and the continuing document requests by the plaintiff have not altered the single truth that neither Starwood nor Columbia Sussex bear any responsibility for the alleged assault of your client in the Cayman Islands by an unidentified assailant.

NO FURTHER DEPOSITION OF STARWOOD

Mr. John McGovern testified on behalf of Starwood with knowledge as a Vice President of Franchise Operations. Over more than 7½ hours, Mr. McGovern addressed your many questions. As to security

issues that may arise at certain franchise properties, such as the Westin Casuarina Hotel in Grand Cayman, those matters and how they are dealt with are the responsibility of the Hotel operator, not the franchisor. Mr. McGovern testified that "providing reasonable security was the sole responsibility of the operator" of the hotel. [McGovern Depo., p. 199].

There is neither a need for a further deposition of Starwood nor is there another Starwood witness to produce who would have knowledge of that Cayman property's practices in 2002 when the plaintiff alleges her incident occurred. As we stated in our own letter of September 28, 2007, following the deposition of the Starwood witness, there was never an agreement that there would be a further deposition of Starwood or that Ms. Mary Hynes-Talhouk would be produced for a deposition.

We have since confirmed that Ms. Hynes-Talhouk was not the Director of Franchise Operations (DFO) for the region including the Westin Casuarina Hotel at any time prior to the plaintiff Genereux's alleged incident on May 3, 2002. We have also confirmed that Ms. Hynes-Talhouk did not inspect the property prior to the plaintiff's incident.

She has no personal knowledge of the Westin Casuarina's compliance, if any, with Westin Brand Standards in 2002 or earlier. No one at Starwood does. As Mr. McGovern stated at his deposition about whether the Cayman property would have been on her list of franchise operations, "it's a total assumption that it would be Mary's hotel." (McGovern Depo., p. 253). His assumption was incorrect. Ms. Hynes-Talhouk was DFO in 2006.

<u>YOUR SEPTEMBER 19, 2007 LETTER</u>

Regarding the other requests set forth in your September 19 letter, we respond as follows:

1. **Lashner Rush Audit Records for the Westin Casuarina** : We reiterate the same objections which have been asserted previously and throughout this litigation, with particular emphasis on the absence of relevance. Without waiving our objections and subject to the confidentiality agreement between the parties, copies of the LRA records for the two years prior to the alleged incident (2000 and 2001) will be produced under separate cover. LRA did not perform an audit in 2002 prior to the plaintiff's alleged incident.

   Starwood previously produced the Quality Assurance Program QAP 2000 and QAP 2001 Comprehensive Checklists, from which the audits were conducted.

2. **Starwood/Westin Hotel "rankings" reflecting the position of the Westin Casuarina compared to other Westin Hotels** : Starwood is not in possession of any "rankings" prior to the incident date.

3. **Any action plans to insure compliance with the Westin Brand Standards prepared by the Westin Casuarina insofar as they relate to security** : No such documents are in the possession of Starwood.

4. Property or Inspection letters relating to Westin Casuarina : None.

5. Westin Loss Control Manual : Starwood does not have a copy.

6. Westin Security Manual : See response to Request No. 5 above.

7. Safety and Loss control section : Section VI of the Westin Quality Assurance Program Manual : See response to Request No. 5 above. Starwood previously produced the 2001 Quality Assurance Program.

8. Any "product improvement plans" or additional "design review memoranda" relating to the Westin Casuarina : Starwood raises additional objections to this Request to the extent that it is overbroad and not directed toward the area where the plaintiff's incident is alleged to have occurred. Without waiving these objections, Starwood has no such documents other than that which was previously produced as Exhibit "A" to Starwood's Initial Disclosures dated April 28, 2006. Page 3 of that 6.10.02 Memo notes that the Spa "opened in December [2001] not too far from Westin concept despite their designing without Westin Design Guidance."

9. Westin Loss Prevention Manual : Starwood does not have a copy.

10. **Westin Security Management Guidelines** : See Response to Request No. 9 above.

11. **Westin Security Hospitality Program** : See Response to Request No. 9 above.

12. **Film: Travel safety and security : A survival guide to traveling abroad** : Starwood does not have a copy.

13. **Film : Hotel Security on trial** : See Response to Request No. 12 above.

14. **Film: Management Guide to Loss Control** : See Response to Request No. 12 above.

15. **Film: Risk Management Today** : See Response to Request No. 12 above.

16. **Film: Security: Employee Awareness and problem prevention** : See Response to Request No. 12 above.

17. **Film: Security: Protecting your property and guest** : See Response to Request No. 12 above.

18. **Sections II and III of the Associate Orientation Manual for Franchised Hotels** : These sections have been located. Starwood reiterates its prior objections and cannot confirm whether these sections or the manual were ever

forwarded to the Westin Casuarina. Copy of the sections will be produced under separate cover, subject to all previously asserted objections and confidentiality.

Starwood has produced the documents in its possession. Certain documents which may be referred to in Westin documents are no longer in existence or available to Starwood. Many are believed to have been destroyed as part of Westin's ordinary corporate business practice and prior to the sale of Westin to Starwood in 1998.

COLUMBIA SUSSEX

As we have previously and separately responded on behalf of defendant Columbia Sussex, none of the documents requested in your letter of September 19, 2007 are in the possession of Columbia Sussex.

THE REYNOLDS CASE

Starwood has no information regarding the Reynolds case. The Reynolds case is dated May 22, 1997. Starwood acquired Westin Hotel Company on January 2, 1998. There is no evidence that Starwood was informed of the Reynolds case.

SO-CALLED "SITE-PLAN"

Regarding your separate letter dated September 19, 2007 addressed to Mr. Johnson and forwarding a document which purports to be a "site plan" for the Westin Casuarina conference center, please be advised that Starwood is unable to confirm the authenticity of the site plan.

We have several times requested that you confer with your client about the reality of her case, specifically that the defendants she has chosen to sue do not bear responsibility for the wrongs she claims befell her. If your client would convey a reasonable settlement demand, then all parties may be able to conclude this case without further expense. If not, we will be constrained to file a motion for summary judgment.

We look forward to receiving your client's complete medical records as well as reports from all experts.

Very truly yours,

MENDES & MOUNT, LLP

Robert J. Brown

cc: John Johnson, Esq.

# ASIS Dynamics

May / June 2000

News for and about Members of the American Society for Industrial Security

# Security in the Sun

## The ASIS 46th Annual Seminar and Exhibits in Orlando, Florida



**OLIVIERI, ROSE**
VICE PRESIDENT
OLIVIERI REALTY
8040 S TRUMBULL AVE
CHICAGO, IL 60652
(P) 773-737-9718
(F) 773-737-5222 003

**OLKO, DOREEN E**
CHIEF OF POLICE
CITY OF AUBURN HILLS
1827 N SQUIREL RD
AUBURN HILLS, MI 48326
(P) 810-370-9454
(F) 810-370-9348 008
(E) dolko@auburn-hills.org

**OLKO, ROBERT J**
MANAGER SECURITY/LOSS PREVENT
KING VENTURE INC
25800 NORTHWESTERN HWY STE 750
SUITE 600
SOUTHFIELD, MI 48075
(P) 248-357-6274
(F) 248-262-3289 006

**OLLEY, DONALD E**
OPERATIONS MANAGER
FJC SECURITY SERVICES INC
37-10 33RD ST
NEW YORK, NY 10010
(P) 718-784-8080 004

**OLLIS, MICHAEL D, CPP**
SECURITY CONSULTANT
SECURITY CONSULTING SERVICES
2716 FOX RUN DR SUITE 1
SPRINGFIELD, IL 62704
(P) 217-698-7263
(F) 217-698-7263 158
(E) mdollis@springnet1.com

**OLLIS, RODGER H JR**
REGIONAL SECURITY MANAGER
QVC INC
1200 WILSON DRIVE
STUDIO PARK
WEST CHESTER, PA 19380
(P) 610-701-8889
(F) 610-701-1923 031
(E) rollis@qvc.com

**OLLIVIER, MICHAEL J**
VICE PRESIDENT
ADVANTOR SYSTEMS CORPORATION
2479 W FIR AVENUE
FRESNO, CA 93711-7027
(P) 559-438-6415
(F) 559-438-6415 173
(E) ollivier@advantar.com

**OLMINSKY, MARION J**
OPERATIONS MANAGER
PINKERTON'S
SUITE 314
1717 BRITTAIN RD
AKRON, OH 44310
(P) 216-633-0700
(F) 216-633-1324 123

**OLMOS, ROSS A**
SOS CONSULTING INC
1445 N EAGLE STREET
NAPERVILLE, IL 60563-2511
(P) 630-717-7055
(F) 630-305-8432 147
(E) sosolmos@aol.com

**OLMSTEAD, DAVID, CPP**
PROJECT MANAGER
GLOBAL SYSTEMS TECHNOLOGY INC
4765 LAKE CALABAY DR
ORLANDO, FL 32837-5438
(P) 407-438-0538
(F) 407-438-0539 063
(E) olmsteadd@absecon.gstpa.com

**OLMSTED, WILLIAM T JR**
OWNER
WILLIAM OLMSTED INVESTIGATIONS
564 LASIERRA DRIVE
SUITE 207
SACRAMENTO, CA 95864
(P) 916-484-6465
(F) 916-484-0440 149

**OLSCHANSKI, CHARLES J**
REGIONAL SECURITY MANAGER
TIFFANY & CO
299 OAKBROOK CENTER
OAK BROOK, IL 60523
(P) 630-574-7910
(F) 630-574-8044 136

**OLSEN, HENRY A, CPP**
PRESIDENT
DUNHILL INTL INVESTIGATIONS
15001 N 74TH STREET STE E
SCOTTSDALE, AZ 85260
(P) 480-502-0292 014
(E) dunhillprotection@juno.com

**OLSEN, KJELL**
DEPARTMENT MANAGER
ICL
LAUTRUPBJERG 1
BALLERUP 2750, DENMARK
(P) 45-44-894935
(F) 45-44-894999 228
(E) kjo@icl.dk

**OLSEN, RICHARD A**
DIRECTOR OF SECURITY
GIBSON GUITAR CORPORATION
1818 ELM HILL PIKE
NASHVILLE, TN 37210
(P) 615-871-4500 X431
(F) 615-884-9431 052
(E) rolsen@gibson.com

**OLSEN, STEPHEN R**
VICE PRESIDENT
GUARDSMARK
1625 E 17TH STREET #209
SANTA ANA, CA 92701
(P) 714-973-1087
(F) 714-973-2293 040

**OLSEN, WILLIAM H**
PRESIDENT
SECURITY CONCEPTS INC
PO BOX 458
WILLISTON PARK, NY 11596-0458
(P) 516-877-7400
(F) 516-877-7403 004

**OLSEN, WILLIAM P**
SR MGR
ARTHUR ANDERSEN LLP
8000 TOWER CRESCENT DR #400
VIENNA, VA 22182
(P) 703-917-5336
(F) 703-917-5383 011

**OLSGAARD, BJORN**
PRINCIPLE ENGINEER
NORWEGIAN PETROLEUM DIRECTORATE
POST BOX 600
STAVANGER 4001, NORWAY
(P) 47-5-187-6093
(F) 47-5-155-1571 094
(E) bjorn.olsgard@npd.no

**OLSON, ALAN G**
LOSS PREVENTION & SAFETY MGR
MONTGOMERY WARDS
99 NORTHTOWN DRIVE NE
BLAINE, MN 55434
(P) 612-780-7441
(F) 612-780-7434 025
(E) ago19@uswest.net

**OLSON, DIANE M**
SECURITY SYSTEMS ENGINEER
LOCKWOOD GREENE TECHNOLOGIES
557 OPPENHEIMER DRIVE #200
LOS ALAMOS, NM 87544
(P) 505-661-7970
(F) 505-661-6898 127
(E) darmijo@lgt.lg.com

**OLSON, DONALD L**
DIRECTOR SECURITY
RIDGEDALE MALL
12401 WAYZATA BLVD
MINNETONKA, MN 55305
(P) 612-541-4864 025

**OLSON, DONNA J**
SECURITY SPVR
NIKE INC
ONE BOWERMAN DR
BEAVERTON, OR 97005
(P) 503-671-2070
(F) 503-671-6077 064
(E) donna.olson@nike.com

**OLSON, J DAVID**
PRESIDENT
J D OLSON & ASSOCIATES LTD
600 S COUNTY FARM RD #250
WHEATON, IL 60187
(P) 708-682-5200
(F) 708-665-7576 003
(E) jdodave@aol.com

**OLSON, JOHN A**
LOSS CONTROL MANAGER
CNA INSURANCE COMPANIES
5850 OPUS PKWY #300
MINNETONKA, MN 55343-9609
(P) 612-352-4698
(F) 612-352-4530 025
(E) john.olson@cna.com

**OLSON, LEON G**
946 FAIRVIEW AVENUE #4
ARCADIA, CA 91007
(P) 626-446-6771 001

**OLSON, MARK A**
LOSS PREVENTION INVESTIGATOR
LONGS DRUG STORES
3960 PALMER PARK BLVD
COLORADO SPRINGS, CO 80909
(P) 719-380-8136
(F) 719-637-0679 020
(E) molson@longs.com

**OLSON, MARK L**
VICE PRES OF MARKETING & SALES
IMONITORING.COM INC
1101 SAN ANTONIO RD #400
MOUNTAIN VIEW, CA 94043
(P) 650-210-0765
(F) 650-210-0760 006
(E) mark.olson@imonitoring.com

**OLSON, RALPH J, CPP**
OPERATIONS MANAGER
PINKERTON'S INC
4060 VINTON ST #100
OMAHA, NE 68105
(P) 402-558-8504
(F) 402-558-8520 059
(E) alisdar@aol.com

**OLSON, RICHARD P, CPP**
MANAGER, SECURITY SVCS
PACIFIC MUTUAL INSURANCE CO
700 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660
(P) 949-640-3556
(F) 949-725-6754 040

**OLSON, SUSAN M**
MANAGER SECURITY & SAFETY
MITRE CORPORATION
1820 DOLLY MADISON BLVD
MC LEAN, VA 22102
(P) 703-883-6462
(F) 703-883-1767 011

**OLSON, TOM W**
PRESIDENT
CARSTENS INC
929 TRUMAN AVE
KEY WEST, FL 33040
(P) 305-296-8855
(F) 305-295-3395 048
(E) tominkeywest@juno.com

**OLSSON, ERIC R**
CHIEF OF SECURITY
SOUTH CTRL CT REG WATER AUTH
90 SARGENT DRIVE
NEW HAVEN, CT 06511
(P) 203-624-6671 X2520
(F) 203-624-6129 005
(E) eolsson@rwater.com

**OLSSON, LARS A**
SECURITY MGR
SKANSKA AB
STORTORGET 2 BOX 509
SE-371 23
KARLSKRONA, SWEDEN
(P) 46-455-307181
(F) 46-455-307178 197
(E) lars.olsson@skanska.se

**OLSSON, MATS D**
MANAGING DIRECTOR
MIL SEC SCANDINAVIA AB
RULLAGERGATAN 9
GOTEBORG SE 41526, SWEDEN
(P) 46-31-727-5350
(F) 46-31-727-5351 197
(E) mats.o@milsec.se

**OLSZEWSKI, MARK L**
JR EXECUTIVE
METRO SECURITY FORCE
6546 W HIGGINS
CHICAGO, IL 60656
(P) 773-774-9966
(F) 773-774-9933 003

**OLTRAMARE, MARC E**
PRESIDENT & CEO
SPECIALIZED TRANSPORT INTL INC
MELBOURNE INTL AIRPORT
1383 GENERAL AVIATION DR
MELBOURNE, FL 32935-6332
(P) 407-253-0209
(F) 407-253-0039 046

**OLVER, MARK H**
9020 MI GROUP
413 SHARONDALE DRIVE
EL PASO, TX 79912
(P) 915-568-2697
(F) 915-568-2881 112

**OLVERA, JOSE M**
SECURITY MANAGER
TEXAS DEPT OF TRANSPORTATION
125 E 11TH ST
AUSTIN, TX 78701
(P) 512-465-7931
(F) 512-465-7355 179
(E) tolvera@mailgw.dot.state.tx.us

**OMOHUNDRO, JOHN J, CPP**
MANAGER-INTERNATIONAL SECURITY
ANADARKO PETROLEUM CORP
17001 NORTHCHASE DR
HOUSTON, TX 77060
(P) 281-876-8403
(F) 281-874-3482 012
(E) john_omohundro@anadarko.com

**ONDERICK, WILLIAM A JR**
SECURITY SYSTEMS COORDINATOR
FITZGERALD TECHNOLOGY GROUP
455 S ORANGE AVE #301
ORLANDO, FL 32801
(P) 407-426-1270
(F) 407-426-1272 063
(E) ftg-vg@worldramp.net

**ONDICH, ANDREW N**
SR CONSULTANT/DIR OF MARKETING
SECURACOMM CONSULTING INC
1343 OLD FREEPORT RD
PITTSBURGH, PA 15238
(P) 412-963-6858
(F) 412-963-1656 039
(E) andy@securacomm.com

**ONDRA, TODD A**
MANAGING DIRECTOR
FEDERAL EXPRESS CORP
2005 CORPORATE AVENUE
MEMPHIS, TN 38132-1851
(P) 901-395-3859
(F) 901-345-5510 051

**ONEN, BULENT**
MANAGING DIRECTOR
ODEONIST ELECTRONICS LTD
YILDIZ POSTA CAD 26/21
GAYRETTEPE
ISTANBUL, TURKEY
(P) 90-212-275-7596
(F) 90-212-275-7480 000
(E) odeonist@fornet.net.tr

**ONIEAL, BRIAN G, CPP**
DIRECTOR
SECURITY GUARD TRAINING INC
PO BOX 457
RAYONNE, NJ 07002-0457
(P) 201-858-0648
(F) 201-858-8027 033

**ONYEJEKWE, UCHE A**
SECURITY SPVR
CHEVRON NIGERIA LIMITED
2 CHEVRON DR EPE EXPY LEKKI
PMB 12825
LAGOS, NIGERIA
(P) 234-1-260-0600 206
(E) uony@chevron.com

**OORD, RUDOLF K**
SECURITY MANAGER
NETHERLANDS BANKERS ASSN
SINGEL 236
AMSTERDAM 1016 AB, NETHERLANDS
(P) 020-5502832
(F) 020-6239748 044

**OOSTDYK, JOSEPH F**
MANAGER
PHILIPS SECURITY OFFICE
GROENEWOUDSEWEG 1
BLDG VH 4
EINDHOVEN 5621 BA, NETHERLANDS
(P) 31-40-2783800
(F) 31-40-2732431 213

**OOSTEN, HARM J, CPP**
MANAGING DIRECTOR
INFOSEC COM
15 JAMES GRIEVE
TIEL 4007 XM, NETHERLANDS
(P) 31-344-634664
(F) 31-344-635003 213
(E) harm.oosten@wxs.nl

**OOSTEROM, LOUIS A**
ASST SECURITY MGR
DE NEDERLANDSE BANK
WESTEINDE 1
AMSTERDAM 1017 ZN, NETHERLANDS
(P) 020-5243689
(F) 020-5243589 213
(E) l.a.m.oosterom@dnb.nl

**OOSTHUISEN, LEIGHTON A**
PRESIDENT
PROSEC INC
4640 E FOREST PLEASANT PL
CAVE CREEK, AZ 85331-5449
(P) 602-569-3855
(F) 602-569-3856 014
(E) lao@compuserve.com

**OPFER, ROBERT J, CPP**
MGR IN CHARGE
GUARDSMARK
1730 RHODE ISLAND AVE NW
WASHINGTON, DC 20036-3101
(P) 202-887-5355
(F) 202-833-9478 011

**OPHEIM, J NELSON, CPP**
CHIEF PUBLIC SAFETY
UNIV OF CA/HASTINGS COLL LAW
200 MCALLISTER STREET
SAN FRANCISCO, CA 94102
(P) 415-565-4776
(F) 415-565-4875 006
(E) opheimj@uchastings.edu

**OPLIGER, HARRY N**
ASST SPVR SECURITY SAFETY
TEXACO
PO BOX 430
BELLAIRE, TX 77402-0430
(P) 713-432-3677
(F) 713-432-3982 012
(E) oplighn@texaco.com

**OPPENDIKE, BRIAN E**
DIRECTOR OF FACILITIES
TOSHIBA AMERICA
280 UTAH AVE
S SAN FRANCISCO, CA 94080
(P) 650-875-3480
(F) 650-875-2978 006
(E) briano@tamri.com

**OPPENHEIM, STANLEY A, CPP**
PRESIDENT
DGA SECURITY SYSTEMS INC
20 WEST 47TH STREET
NEW YORK, NY 10036-3303
(P) 212-221-2300
(F) 212-556-6900 004

**ORCHID, RONALD M**
VICE PRESIDENT
LERA/DYNALECTRIC
414 BRANNON STREET
SAN FRANCISCO, CA 94107
(P) 415-597-4792
(F) 415-543-1301
(E) rorchid@worldnet.att.net

**ORCI, ISTVAN P, CPP**
PROFESSOR
SWEDISH AGENCY FOR ADM DI
PO BOX 2280
SE-103 17
STOCKHOLM, SWEDEN
(P) 46-8-454-4614
(F) 46-8-454-4693
(E) istvan.orci@statskontoret.se

**ORDOGNE, DONALD A JR**
SALES CONSULTANT
ALARM SECURITY GROUP INC
10161 HARWIN STE 111
HOUSTON, TX 77036
(P) 713-780-2560
(F) 713-780-3643

**ORDONEZ, JORGE**
GTE PROTECCION REGIONAL
CIGARRERA BIGOTT
VLN-177
4440 NW 73RD AVE
MIAMI, FL 33116

**ORDWAY, LEON**
SECURITY ADMIN
MBNA AMERICA
1100 NORTH KING ST
WILMINGTON, DE 19884-181
(P) 302-457-2167
(F) 302-458-1501

**OREJUELA, HECTOR**
PRESIDENT
PROFESSIONAL ALARM SYST
PO BOX 29742
SAN JUAN, PR 00929-0742
(P) 787-763-6310
(F) 787-754-2634

**ORELAND, ANDERS P**
DIRECTOR SECURITY
AB TUMBA BRUK
SE-147 82
TUMBA, SWEDEN
(P) 46-7-536-9537
(F) 46-7-533-5377

**ORELLANA, DARIUS G**
SR ADMIN OFFICER SECURIT
GLOBE TELECOM/GMCR INC
GLOBE TELECOM PLAZA
PIONEER CORNER MADISON
MANDALUYONG CITY 1552,
(P) 632-739-3092
(F) 632-739-1165

**ORELLANA, JOSE I**
SECURITY & SAFETY DIRECT
NEW OTANI HOTEL & GARD
120 SOUTH LOS ANGELES S
LOS ANGELES, CA 90012
(P) 213-629-1200 X4234
(F) 213-622-0980

**ORENDAIN, SALVADOR J**
CRIMINOLOGIST/SECURITY
BANGKO SENTRAL NG PILIP
A MABINI ST
MALATE
METRO MANILA 1004, PHIL
(P) 524-94-66
(F) 523-75-14

**ORENSTEIN, CRAIG B**
NATIONAL ACCOUNTS EXEC
HONEYWELL HOME & BUIL
4637 SMOKE RISE LANE
MARIETTA, GA 30062
(P) 770-645-9043
(F) 770-645-7666

**ORESCHAK, MICHAEL**
POLICE SERGEANT
UNIV OF CALIFORNIA
POLICE DEPT
ONE SHIELDS AVE
DAVIS, CA 95616
(P) 530-752-0629
(F) 530-752-3216
(E) maoreschak@ucdavis.ed

**ORFF, JOSEPH J**
SECURITY COORDINATOR
VANGUARD GROUP
P O BOX 2600
VALLEY FORGE, PA 19482
(P) 610-669-5447
(F) 610-669-6755

**ORFF, TIMOTHY G**
SECURITY SPECIALIST
HEWLETT PACKARD COMP
18110 SE 34TH ST
VANCOUVER, WA 98683
(P) 360-212-4369
(F) 360-212-3180
(E) tim_orff@hp.com

ASIS Dynamics

May/June 2001

News for and about members of the American Society for Industrial Security

# A Mission of Security

The ASIS 47th Annual Seminar and Exhibits takes the high ground in San Antonio, Texas

**.KO, DOREEN E**
HIEF OF POLICE
TY OF AUBURN HILLS
127 N SQUIREL RD
IBURN HILLS, MI 48326
) 248-370-9454
) 248-370-9348 008
) dolko@auburn-hills.org

**.KO, ROBERT J**
ANAGER SECURITY/LOSS PREVENT
NG VENTURE INC
800 NORTHWESTERN HWY STE 750
UITE 600
OUTHFIELD, MI 48075
) 248-357-6274
) 248-262-3289 008
) rolko@kingventure.com

**LILA, KIMMO K**
SK MANAGER
EXTRONICS INTERNATIONAL
RETSKORTSVAEGEN
-721 69
ESTERAS, SWEDEN
) 46-21-179555
) 46-21-179600 197
) kimmo.olilla@se.flextronics.com

**LIS, MICHAEL D, CPP**
UPERVISORY PHYSICAL SEC
SPECIALIST
ENERAL SERVICES ADM
1 E 12TH STREET
ANSAS CITY, MO 64102
) 816-426-2721 158

**LIS, RODGER H JR**
EGIONAL SECURITY MANAGER
C INC
200 WILSON DRIVE
TUDIO PARK
EST CHESTER, PA 19380
) 610-701-8889
) 610-701-1923 031
) rolis@qvc.com

**LIVIER, MICHAEL J**
ICE PRESIDENT
DVANTOR SYSTEMS CORPORATION
479 W FIR AVENUE
RESNO, CA 93711-7027
) 559-438-6415
) 559-438-6415 173
) olivier@advantor.com

**LMINSKY, MARION J**
PERATIONS MANAGER
INKERTON'S
UITE 314
717 BRITTAIN RD
KRON, OH 44310
) 330-633-0700
) 330-633-1324 123

**LMOS, ROSS A**
MANAGING DIRECTOR
OS CONSULTING INC
445 N EAGLE STREET
APERVILLE, IL 60563-2511
) 630-717-7055
) 630-305-8432 147
) sosolmos@aol.com

**OLMSTEAD, DAVID, CPP**
STAFF ENGINEER
LOCKHEED MARTIN MFC-O
5600 SAND LAKE RD MP-224
ORLANDO, FL 32819-8907
) 407-356-4526
) 407-326-5401 063
) davidolmstead@netscape.net

**OLMSTED, WILLIAM T JR**
OWNER
WILLIAM OLMSTED INVESTIGATIONS
564 LASIERRA DRIVE
SUITE 207
SACRAMENTO, CA 95864
(P) 916-484-6465
(F) 916-484-0440 149

**OLSCHANSKI, CHARLES J**
REGIONAL SECURITY MANAGER
TIFFANY & CO
299 OAKBROOK CENTER
OAK BROOK, IL 60523
(P) 630-978-3138
(F) 630-978-3289 136

**OLSEN, KJELL**
DEPARTMENT MANAGER
ICL INVIA
LAUTRUPBJERG 1
BALLERUP 2740, DENMARK
(P) 45-44-894935
(F) 45-44-894300
(E) urek@get2net.dk

**OLSEN, RICHARD A**
DIRECTOR OF SECURITY
GIBSON GUITAR CORPORATION
309 PLUS PARK BLVD
NASHVILLE, TN 37217-1005
(P) 615-871-4500 X431
(F) 615-884-9251 052

**OLSEN, STEPHEN R**
VICE PRESIDENT
GUARDSMARK
41995 BOARDWALK STE L-3
PALM DESERT, CA 92211-9065 016

**OLSEN, WILLIAM H**
PRESIDENT
SECURITY CONCEPTS INC
PO BOX 458
WILLISTON PARK, NY 11596-0458
(P) 516-877-7400
(F) 516-877-7403 004
(E) security_concepts@msn.com

**OLSEN, WILLIAM P**
SR MGR
ARTHUR ANDERSEN LLP
8000 TOWER CRESCENT DR #400
VIENNA, VA 22182
(P) 703-917-5336 011

**OLSGAARD, BJORN**
PRINCIPLE ENGINEER
NORWEGIAN PETROLEUM DIRECTORATE
POST BOX 600
STAVANGER 4001, NORWAY
(P) 47-5-187-6093
(F) 47-5-155-1571 094
(E) bjorn.olsgard@npd.no

**OLSON, BRIAN K**
ASST VP OF FACILITIES MGMT
CUNA MUTUAL GROUP
5910 MINERAL POINT ROAD
MADISON, WI 53701
(P) 608-231-8305
(F) 608-236-8305 067
(E) brian.olson@cunamutual.com

**OLSON, DAVID L**
CHIEF METROPOLITAN BRANCH NYC
GSA/FEDERAL PROTECTIVE SVC
26 FEDERAL PLAZA - RM 30-12
NEW YORK, NY 10278
(P) 212-264-0850
(F) 212-264-5164 004
(E) david.olson@gsa.gov

**OLSON, DONALD L**
DIRECTOR SECURITY
RIDGEDALE MALL
12401 WAYZATA BLVD
MINNETONKA, MN 55345
(P) 612-541-4864 025

**OLSON, DONNA J**
SECURITY SPVR
NIKE INC
ONE BOWERMAN DR
BEAVERTON, OR 97005
(P) 503-671-2070
(F) 503-671-6077 064
(E) donna.olson@nike.com

**OLSON, ERIK R**
DIR OF SECURITY
ACL DATACOM INC
2150 PROFESSIONAL DR #150
ROSEVILLE, CA 95661
(P) 916-771-7000 X143 149

**OLSON, J DAVID**
PRESIDENT
J D OLSON & ASSOCIATES LTD
600 S COUNTY FARM RD #250
WHEATON, IL 60187
(P) 630-682-5200
(F) 630-665-7576 003
(E) jdodave@aol.com

**OLSON, JOHN A**
LOSS CONTROL MANAGER
CNA INSURANCE COMPANIES
5850 OPUS PKWY #300
MINNETONKA, MN 55343-9609
(P) 612-352-4698
(F) 612-352-4750 025
(E) john.olson@cna.com

**OLSON, LEON G**
946 FAIRVIEW AVENUE #4
ARCADIA, CA 91007
(P) 626-446-6771 001

**OLSON, RALPH J, CPP**
OPERATIONS MANAGER
PINKERTON'S INC
4060 VINTON ST #100
OMAHA, NE 68105
(P) 402-558-8504
(F) 402-558-8520 059
(E) alisdar@aol.com

**OLSON, RICHARD P, CPP**
MANAGER SECURITY SVCS
PACIFIC LIFE INSURANCE CO
700 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660
(P) 949-640-3556
(F) 949-725-6754 040
(E) rolson@pacificlife.com

**... SUSAN M**
...GER SECURITY & SAFETY
...RE CORPORATION
1820 DOLLY MADISON BLVD
MC LEAN, VA 22102
(P) 703-883-6462
(F) 703-883-1767 011

**OLSSON, ERIC R**
CHIEF OF SECURITY
SOUTH CTRL CT REG WATER AUTH
90 SARGENT DRIVE
NEW HAVEN, CT 06511
(P) 203-624-6671 X2520
(F) 203-624-6129 005
(E) eolsson@rwater.com

**OLSSON, LARS A**
SECURITY MGR
SKANSKA AB
O PRINSGATAN 7
SE-371 31
KARLSKRONA, SWEDEN
(P) 46-455-368622
(F) 46-455-307178 197
(E) lars.olsson@skanska.se

**OLSSON, MATS O**
MANAGING DIRECTOR
MIL SEC SCANDINAVIA AB
RULLAGERGATAN 9
GOTEBORG SE 41526, SWEDEN
(P) 46-31-727-5350
(F) 46-31-727-5351 197
(E) mats.o@milsec.se

**OLSZEWSKI, MARK L**
JR EXECUTIVE
METRO SECURITY FORCE
6546 W HIGGINS
CHICAGO, IL 60656
(P) 773-774-9966
(F) 773-774-9933 003

**OLUKOGA, LATEEF O**
SENIOR SECURITY SPVR
ASHLAND OIL NIGERIA CO UNLTD
PO BOX 802
53 TRANS-AMADI IND LAYOUT
PORT HARCOURT, NIGERIA
(P) 084-236200-4
(F) 084-334399 206

**OLUSINA, BORISADE A**
SECURITY MANAGER
GUINNESS NIGERIA PLC
24 OBA AKRAN AVENUE PMB
IKEJA 21071, NIGERIA
(P) 234-1-4926295 206

**OLVERA, JOSE M**
SECURITY MANAGER
TEXAS DEPT OF TRANSPORTATION
125 E 11TH ST
AUSTIN, TX 78701
(P) 512-465-7931
(F) 512-465-7355 175
(E) tolvera@mailgw.dot.state.tx.us

**OMOHUNDRO, JOHN J, CPP**
MANAGER-SECURITY NORTH AMERICA
ANADARKO PETROLEUM CORP
17001 NORTHCHASE DR
HOUSTON, TX 77060
(P) 281-876-8403
(F) 281-874-3482 012
(E) john_omohundro@anadarko.com

**ONDERICK, WILLIAM A JR**
SECURITY SYSTEMS COORDINATOR
HLM DESIGN
800 N MAGNOLIA AVE #1100
ORLANDO, FL 32803
(P) 407-422-7061
(F) 407-422-7066 063
(E) baonderick@hlmdesign.com

**ONDICH, ANDREW N**
DIR OF BUS DEV/SR CONSULTANT
SECURACOMM CONSULTING INC
1343 OLD FREEPORT RD
PITTSBURGH, PA 15238
(P) 412-963-6858
(F) 412-963-1656 009
(E) andy@securacomm.com

**ONDRA, TODD A**
MANAGING DIRECTOR
FEDERAL EXPRESS CORP
3610 HOCKS CROSS RD
MEMPHIS, TN 38125
(P) 901-434-3859
(F) 901-434-5510 061
(E) taondra@fedex.com

**ONEAL, BRIAN G, CPP**
DIRECTOR
SECURITY GUARD TRAINING INC
PO BOX 457
BAYONNE, NJ 07002-0457
(P) 201-858-0648
(F) 201-858-8027 013

**ONO, KATSUTOSHI**
PRESIDENT
ASSCA INTERNATIONAL CO LTD
1-1-21 JUTSUGIYO KAIKAN
B-3 ARCHE TORANOMON MINATOKU
TOKYO, JAPAN
(P) 81-3-5510-7856
(F) 81-3-5510-7857 055
(E) ksttl2050n@anl.com

**OORD, RUDOLF K**
SECURITY MANAGER
NETHERLANDS BANKERS ASSN
SINGEL 236
AMSTERDAM 1016 AB, NETHERLANDS
(P) 020-5502832
(F) 020-6239748 044

**OOSTDYK, JOSEPH F**
MANAGER
PHILIPS SECURITY OFFICE
GROENEWOUDSEWEG 1
BLDG VH 4
EINDHOVEN 5621 BA, NETHERLANDS
(P) 31-40-2783800
(F) 31-40-2732431 213

**OOSTEN, HARM J, CPP**
MANAGING DIRECTOR
INFOSEC COM
27 MARENE
TIEL 4007 NP, NETHERLANDS
(P) 31-344-634664
(F) 31-344-635003 213
(E) harm.oosten@wxs.nl

**OOSTEROM, LOUIS A**
ASST SECURITY MGR
DE NEDERLANDSE BANK
WESTEINDE 1
AMSTERDAM 1017 ZN, NETHERLANDS
(P) 31-20-524-3589
(F) 31-20-524-2540 213
(E) l.a.m.oosterom@dnb.nl

**OPFER, ROBERT J, CPP**
MGR IN CHARGE
GUARDSMARK
1730 RHODE ISLAND AVE NW
WASHINGTON, DC 20036-3101
(P) 202-887-5355
(F) 202-833-9478 011

**OPLIGER, HARRY N**
ASST SPVR SECURITY SAFETY
TEXACO
PO BOX 430
BELLAIRE, TX 77402-0430
(P) 713-432-3677
(F) 713-432-3982 012
(E) oplighn@texaco.com

**OPPENHEIM, STANLEY A, CPP**
PRESIDENT
LGA SECURITY SYSTEMS INC
10 WEST 47TH STREET
NEW YORK, NY 10036-3303
(P) 212-221-2300
(F) 212-556-6900 004

**OPPY, JAMES A**
SENIOR VICE PRESIDENT
CORPORATE RISK INTERNATIONAL
11250 WAPLES MILL RD #320
FAIRFAX, VA 22030
(P) 703-359-3901
(F) 703-359-3903 011
(E) jim.oppy@corprisk.com

**OPUTA, LAWRENCE N**
SPVR/SGT
MVM SECURITY INC
8301 GREENSBORO DR #300
MC LEAN, VA 22102-3603
(P) 301-215-8990 011

**ORAM, SIMON J**
BRANCH MANAGER
COMMAND SECURITY CORPORATION
2777 SUMMER ST
STAMFORD, CT 06905
(P) 203-359-9761
(F) 203-325-8426 069
(E) soramcsc@aol.com

**ORCHID, RONALD M**
SENIOR CONSULTANT
GLOVER/RESNICK & ASSOCIATES
215 ESTATES DR #3
ROSEVILLE, CA 95678
(P) 916-786-3552
(F) 916-786-3821 149
(E) rorchid@glover-resnick.com

**ORCI, ISTVAN P, CPP**
PROFESSOR
SWEDISH AGENCY FOR ADM DEVL
PO BOX 2280
SE-103 17
STOCKHOLM, SWEDEN
(P) 46-8-454-4614
(F) 46-8-454-4693 197
(E) istvan.orci@statskontoret.se

**ORDOGNE, DONALD A JR**
PROJECT SUPERVISOR
BURNS INT'L SECURITY
1200 TIMBERLOCH PL
THE WOODLANDS, TX 77380
(P) 281-863-7297
(F) 713-780-3643 012

**ORDWAY, LEON**
SECURITY ADMIN
MBNA AMERICA
1100 NORTH KING ST
WILMINGTON, DE 19884-1813
(P) 302-457-2167
(F) 302-457-3081 036

**OREJUELA, HECTOR**
PRESIDENT
PROFESSIONAL ALARM SYSTEMS INC
PO BOX 29742
SAN JUAN, PR 00929-0742
(P) 787-753-6310
(F) 787-754-2634 073

**ORELAND, ANDERS P**
DIRECTOR SECURITY
AB TUMBA BRUK
SE-147 82
TUMBA, SWEDEN
(P) 46-7-536-9537
(F) 46-7-533-5377 197

**ORELLANA, DARIUS G**
SR ADMIN OFFICER SECURITY
GLOBE TELECOM/GMCR INC
GLOBE TELECOM PLAZA
PIONEER CORNER MADISON ST
MANDALUYONG CITY 1552, PHILIPPINES
(P) 632-739-3092
(F) 632-739-1165 077

**ORELLANA, JOSE J**
SECURITY & SAFETY DIRECTOR
NEW OTANI HOTEL & GARDEN
120 SOUTH LOS ANGELES STREET
LOS ANGELES, CA 90012
(P) 213-629-1200 X4234
(F) 213-622-0980 001

**ORENSTEIN, CRAIG B**
NATIONAL ACCOUNTS EXECUTIVE
HONEYWELL HOME & BUILDING CTRL
4637 SMOKE RISE LANE
MARIETTA, GA 30062
(P) 770-645-9043
(F) 770-645-2666 049

**ORFF, JOSEPH J**
SECURITY COORDINATOR
VANGUARD GROUP
P O BOX 2600
VALLEY FORGE, PA 19482
(P) 610-669-5447
(F) 610-669-6755 000

**ORGAN, GARY J**
SECURITY COORDINATOR
PROCTER & GAMBLE
TEMSELAAN 55 & 100
STROMBEEK-BEVER
BRUSSELS 1853, BELGIUM 213

**ORGILL, CLIFFORD D**
SPVR
ALLEN-BRADLEY
1201 S 2ND ST
MILWAUKEE, WI 53204
(P) 414-382-3793
(F) 414-382-2277 053

**ORICCHIO, PEDRO L**
SECURITY MANAGER
ELDORADO SHOPPING CENTER
AV REBOUCAS 3907
SAO PAULO, BRAZIL
(P) 011-212-1235 214

**ORIHUELA, JUAN C**
SAFETY & SECURITY MGR
THE WASHINGTON POST
1150 15TH ST NW
WASHINGTON, DC 20071
(P) 202-334-5258
(F) 202-334-5581 011
(E) orihuelajc@washpost.com

**ORINGER, KEITH I**
VICE PRESIDENT OF OPERATIONS
US SECURITY ASSOCIATES, INC
1000 ROUTE 9 NORTH
WOODBRIDGE, NJ 07095
(P) 732-602-0700
(F) 732-602-9467 013
(E) www.greatguards.com

**ORIOLO, NICHOLAS A**
MANAGING DIRECTOR
IPSA INTERNATIONAL
200 SHEFFIELD STREET
MOUNTAINSIDE, NJ 07092
(P) 973-276-0883
(F) 973-276-0292 088

**ORLIK, NICHOLAS**
BRANCH MANAGER
AMERICAN COMMERCIAL SEC SVCS
9181 KEARNY VILLA CT STE B
SAN DIEGO, CA 92123
(P) 858-277-5200
(F) 858-277-0518 016

**ORLOB, J ALAN**
VICE PRESIDENT LOSS PREVENTION
MARRIOTT INTERNATIONAL
DEPT 51/921-18
ONE MARRIOTT DR
WASHINGTON, DC 20058
(P) 301-380-4328
(F) 301-380-8997 011
(E) alan.orlob@marriott.com

ASIS Dynamics

May/June 2002

News for and about members of the American Society for Industrial Security

# In Pursuit of Security

The ASIS International 48th Annual Seminar and Exhibits forges a more perfect union of public and private security in Philadelphia, Pennsylvania



**OLDS, JOHN M**
9644 FLYING EAGLE LN
LAS VEGAS, NV 89123-7606
(P) 702-433-5717 060

**OLDS, ROBERT E**
DIRECTOR OF OPERATIONS
A R T LTD
SUITE H7 #200
463 JOHNNY MERCER BLVD
SAVANNAH, GA 31410
(P) 912-898-5099
(F) 912-898-5004 205
(E) art_ltd@worldnet.att.net

**OLETTI, GEOFFREY R, CPP**
EXECUTIVE DIRECTOR SECURITY
CINGULAR WIRELESS
5565 GLENRIDGE CONNECTOR
16TH FLOOR
ATLANTA, GA 30342
(P) 404-236-6112
(F) 404-236-6613 049
(E) geoff.oletti@cingular.com

**OLEXY, ROBERT B, CPP**
DIRECTOR CORPORATE SERVICES
RELIANT PROTECTIVE SERVICES
2741 W SOUTHERN AVE #8
TEMPE, AZ 85282-4243
(P) 602-439 8880
(F) 602-431-0480 014

**OLEYN, JOSEPH E, CPP**
DIRECTOR OF SECURITY
FRANKFORD HOSPITAL
TORRESDALE CAMPUS
RED LION & KNIGHTS RDS
PHILADELPHIA, PA 19114
(P) 215-612-4870
(F) 215-612-4657 031
(E) joleyn@fhcs.org

**OLIN, JOHN P**
SAFETY/SECURITY MGR
FRONTIER A CITIZENS COMM CO
14450 BURNHAVEN DR
BURNSVILLE, MN 55306
(P) 952-435-1220
(F) 952-435-1330 025

**OLINGER, JAMES W**
ADMINISTRATOR/PHYSICAL SEC
MASTERCARD INTERNATIONAL
2200 MASTERCARD BLVD
O FALLON, MO 63366-7263
(P) 314-523-7774
(F) 314-542-7156 039
(E) james_olinger@mastercard.com

**OLINGER, RICHARD L, CPP**
6168 BECKWOURTH WAY
OROVILLE, CA 95966
(P) 916-589-4440 149

**OLIPHANT, WILLIAM F**
SENIOR RISK MGMT CONSULTANT
ARMORGROUP LATIN AMERICA
CARRERA 8A #145-35
MANZANA 1 INTERIOR 12
BOGOTA, COLOMBIA
(P) 57-1-533-0499
(F) 57-1-624-6087 225
(E) oliphant@armadillo.com.co

**OLIVA, VITO V**
DIRECTOR OF SECURITY
BERTELSMANN INC
1540 BROADWAY
NEW YORK, NY 10036
(P) 212-782-1246
(F) 212-782-1252 004

**OLIVA-GARDUNO, JAIME, CPP**
DIRECTOR DIVISION SEGURIDAD
SONIC MEXICANA SA DE CV
MAESTROS 532
MEXICO D F 02800, MEXICO
(P) 525-355-1372
(F) 525 556-5128 217
(E) jog@sonic.com.mx

**OLIVA-REYES, JAIME**
DIRECTOR GENERAL
SONIC MEXICANA SA DE CV
AV DE LOS MAESTROS NO 532
COL NUEVA SANTA MARIA
MEXICO D F 02800, MEXICO
(P) 5253554788
(F) 5255567921 217
(E) joliva@sonic.com.mx

**OLIVARES, DAVID J**
SECURITY DIRECTOR
ADDISON GALLERY OF AMER ART
PHILLIPS ACADEMY
MAIN ST
ANDOVER, MA 01810
(P) 978-749-4019
(F) 978-749-4025 017

**OLIVARES, HENRY B**
PRESIDENT
A-PROFESSIONAL LOCKS INC
940 N ALMA SCHOOL RD #112
CHANDLER, AZ 85224
(P) 480-345-6700
(F) 480-963-8789 014

**OLIVARES, SERGIO**
OWNER & CHIEF SECURITY EXEC
OLICORP INTERNATIONAL
2700 E SAN JOSE ST #B1
LAREDO, TX 78043
(P) 956-251-7060 092
(E) olicorpinternational@yahoo.com

**OLIVAREZ, JOSE M JR**
DIRECTOR OF INVESTIGATIONS
SSSA INC
10333 RICHMOND AVENUE
SUITE 700
HOUSTON, TX 77042
(P) 713-977-7600
(F) 713-361-4710 012
(E) joeolivarez@swaties.com

**OLIVAS, JOE, CPP**
VICE PRESIDENT CORP SECURITY
WELLS FARGO
4406 PIEDRAS DR WEST
SAN ANTONIO, TX 78286
(P) 210-856-4376
(F) 210-856-4398 010
(E) jose.olivas@wellsfargo.com

**OLIVE, RONALD J**
OWNER
CONSULTING & CONFIDENTIAL INV
P O BOX 764
WADDELL, AZ 85355-0764
(P) 623-214-3890 014
(E) ronolive@usa.net

**OLIVEIRA, EURICO**
SECURITY CONSULTANT
PIRES SECURITY
RUA ALFREDO PUJOL NO 1102
SAO PAULO 02017 902, BRAZIL
(P) 55011-6959-2944 X1129
(F) 55011-6959-2944 X1131 214
(E) grupo@pires.com.br

**OLIVEIRA, RAYMUNDO B, CPP**
CONSULTANT
THOR
RUA SANTIAGO 215 PONHA
RIO DE JANEIRO 21020-400, BRAZIL
(P) 55-21-5643474
(F) 55-21-5603136 214

**OLIVER, ANTHONY**
DIRECTOR
SPECTRUM OF SECURITY
P O BOX 65324
BALTIMORE, MD 21209
(P) 410-486-7101
(F) 410-486-7101 036
(E) spectrumsec@aol.com

**OLIVER, CARL R, CPP**
ETHICS PROCESS ADMINISTRATOR
NORTHROP GRUMMAN CORPORATION
1840 CENTURY PARK EAST
LOS ANGELES, CA 90067
(P) 310-201-3425 130

**OLIVER, GARY J**
SECURITY CONSULTANT
42773 REYNWOOD PL
ASHBURN, VA 20148
(P) 703 723 8390 011

**OLIVER, GORDON G**
PRESIDENT
OLIVER YASKIW & ASSOCIATES INC
#6-5 SCURFIELD BLVD
WINNIPEG MANITOBA R3Y 1G3, CANADA
(P) 204-942-8002
(F) 204-942-8220 198
(E) info@oliveryaskiw.com

**OLIVER, GRAHAM**
GROUP MANAGING DIRECTOR
SABRE ACCESS CONTROL SYSTEMS
SECURITY HOUSE
4 LISMIRRANE IND PK/ELSTREE RD
ELSTREE HERTS WD6 3EE, UNITED KINGDOM
(P) 44-208-207-3838
(F) 44-208 2074575 208
(E) graham.oliver@sabreaccess.com

**OLIVER, JAMES W JR**
INFO SYSTEMS SECURITY OFFICER
GENERAL DYNAMICS
77 A ST
NEEDHAM, MA 02494
(P) 757-225-4639 043
(E) olive416@hotmail.com

**OLIVER, JERRY D**
EDP SECURITY
KANSAS LOTTERY
128 N KANSAS AVE
TOPEKA, KS 66603-3621
(P) 785-296-5715
(F) 785-296-5712 096

**OLIVER, JOHN E**
CHIEF OF POLICE
SPOTSWOOD NJ POLICE DEPT
77 SUMMERHILL RD
SPOTSWOOD, NJ 08884
(P) 732-251-2121
(F) 732-251-5910 093

**OLIVER, JOHN R**
PHYSICAL SECURITY & EMERGENCY
IBM CORP
PO BOX 32 ALENCON HOUSE
ALENCON LINK
BASINGSTOKE HANTS RG21 1EJ, UNITED KINGDOM
(P) 44-1256-343476
(F) 44-1256-843168 208

**OLIVER, KENNETH S**
5229 ST CROIX LN
FORT WORTH, TX 76137
(P) 817-581-0697

**OLIVER, LYNN CHA**
PRESIDENT
AMERICAN SECURIT
22900 SHAW #112-4
DULLES, VA 20166
(P) 703-834-8900
(F) 703-834-8947 011
(E) loliverasp@aol.com

**OLIVIER, MARC**
SECURITY MANAGER
TABACOFINA VANDER ELST/BAT
VAARTKAAI
MERKSEM 2170, BELGIUM
(P) 32-3-640-1624
(F) 32-3-640-1504 213
(E) marc_olivier@bat.com

**OLKO, DOREEN E**
CHIEF OF POLICE
CITY OF AUBURN HILLS
1827 N SQUIREL RD
AUBURN HILLS, MI 48326
(P) 248-370-9454
(F) 248-370-9348 008
(E) dolko@auburn-hills.org

**OLKO, ROBERT J**
MANAGER SECURITY/LOSS PREVENT
KING VENTURE INC
25800 NORTHWESTERN HWY STE 750
SUITE 600
SOUTHFIELD, MI 48075
(P) 248-357-6274
(F) 248-262-3289 008
(E) rolko@kingventure.com

**OLLEY, DONALD E**
14 WILBUR ST
YONKERS, NY 10704
(P) 914-965-1992 004

**OLLILA, KIMMO K**
RISK MANAGER
FLEXTRONICS INTERNATIONAL
KRETSKORTSVAEGEN
SE-721 69
VAESTERAS, SWEDEN
(P) 46-21-179555
(F) 46-21-179600 197
(E) kimmo.ollila@se.flextronics.com

**OLLIS, RODGER H JR**
REGIONAL SECURITY MANAGER
QVC INC
1200 WILSON DRIVE
STUDIO PARK
WEST CHESTER, PA 19380
(P) 484-701-8889
(F) 484-701-1923 031
(E) rollis@qvc.com

**OLLIVIER, MICHAEL J**
VICE PRESIDENT
ADVANTOR SYSTEMS CORPORATION
2479 W FIR AVENUE
FRESNO, CA 93711-7027
(P) 559-438-6415
(F) 559-438-6415 173
(E) ollivier@advantor.com

**OLMINSKY, MARION J**
OPERATIONS MANAGER
PINKERTON'S
SUITE 314
1717 BRITTAIN RD
AKRON, OH 44310
(P) 330-633-0700
(F) 330-633-1324 123

**OLMOS, ROSS A**
MANAGING DIRECTOR
SOS CONSULTING INC
1445 N EAGLE STREET
NAPERVILLE, IL 60563-2511
(P) 630-717-7055
(F) 630-305-8432 147
(E) sosolmos@aol.com

**OLMSTEAD, DAVID, CPP**
STAFF ENGINEER
LOCKHEED MARTIN MFC-O
5600 SAND LAKE RD MP-224
ORLANDO, FL 32819-8907
(P) 407-356-4526
(F) 407-326 5401 063
(E) davidolmstead@netscape.net

**OLMSTED, WILLIAM T JR**
OWNER
WILLIAM OLMSTED INVESTIGATIONS
2443 FAIR OAKS BLVD #72
SACRAMENTO, CA 95825-7684
(P) 916-484-6465
(F) 916-484-0440 149

**OLSCHANSKI, CHARLES J**
REGIONAL SECURITY MANAGER
TIFFANY & CO
299 OAKBROOK CENTER
OAK BROOK, IL 60523
(P) 630-978-3138
(F) 630-978-3289 136

**OLSEN, KJELL**
DEPARTMENT MANAGER
IC, INVIA
TUBORG HAVNEVEJ 19
HELLERUP 2900, DENMARK
(P) 45-44-894935
(F) 45-44-894300 228
(E) uark@get2net.dk

**OLSEN, STEPHEN R**
VICE PRESIDENT
GUARDSMARK
41995 BOARDWALK STE L-3
PALM DESERT, CA 92211-9065 016

**OLSEN, WILLIAM H**
PRESIDENT
SECURITY CONCEPTS INC
PO BOX 458
WILLISTON PARK, NY 11596-0458
(P) 516-877-7400
(F) 516-877-7403 004

**OLSEN, WILLIAM P**
PRINCIPAL
ARTHUR ANDERSEN
8000 TOWER CRESCENT DR
VIENNA, VA 22182
(P) 703-962-3580
(F) 703-962-3663 011

**OLSGAARD, BJORN**
PRINCIPLE ENGINEER
NORWEGIAN PETROLEUM DIRECTORATE
POST BOX 600
STAVANGER 4001, NORWAY
(P) 47-5-187-6093
(F) 47-5-155-1571 094
(E) bjorn.olsgard@npd.no

**OLSON, BRIAN K**
ASST VP OF FACILITIES MGMT
CUNA MUTUAL GROUP
5910 MINERAL POINT ROAD
MADISON, WI 53701
(P) 608-231-8305
(F) 608-236-8305 067
(E) brian.olson@cunamutual.com

**OLSON, CHARLES**
CORP SECURITY & SAFETY MGR
NEC ELECTRONICS INC
2880 SCOTT BLVD M/S SC1300
SANTA CLARA, CA 95050
(P) 408-588-6233
(F) 408-588-6654 006
(E) charles_olson@el.nec.com

**OLSON, DANIEL J**
MGR SECURITY GROUP
VECA COMMUNICATIONS
5614 7TH AVE S
SEATTLE, WA 98108
(P) 206-436-5246
(F) 206-436-5255 051
(E) dan.olson@veca.com

**OLSON, DAVID L**
CHIEF THREAT MGMT
GSA/FEDERAL PROTECTIVE SVC
26 FEDERAL PLAZA - RM 17-130
NEW YORK, NY 10278
(P) 212-264-4255
(F) 212-625-3715 004
(E) david.olson@gsa.gov

**OLSON, DONNA J**
SECURITY SERVICES MANAGER
NIKE INC
ONE BOWERMAN DR
BEAVERTON, OR 97005
(P) 503-671-5767
(F) 503-671-6077 064
(E) donna.olson@nike.com

**OLSON, J DAVID**
PRESIDENT
J D OLSON & ASSOCIATES LTD
600 S COUNTY FARM RD #250
WHEATON, IL 60187
(P) 630-682-5200
(F) 630-665-7576 003
(E) jdodave@aol.com

**OLSON, JOHN A**
LOSS CONTROL MANAGER
CNA INSURANCE COMPANIES
5850 OPUS PKWY #300
MINNETONKA, MN 55343-9609
(P) 952-352-4698
(F) 320-352-4750 025
(E) john.olson@cna.com

**OLSON, JULIA M**
TRAINING MANAGER
BARTON PROTECTIVE SVCS INC
10955 LOWELL AVE #210
OVERLAND PARK, KS 66210
(P) 913-327-1919
(F) 913-327-7055 050

**OLSON, LEON G**
946 FAIRVIEW AVENUE #4
ARCADIA, CA 91007
(P) 626-446-6771

**OLSON, RALPH J, CPP**
OPERATIONS MANAGER
PINKERTON'S INC
4060 VINTON ST #100
OMAHA, NE 68105
(P) 402-558-8504
(F) 402-558-8520
(E) alisdar@aol.com

**OLSON, RICHARD P, CPP**
MANAGER SECURITY SVCS
PACIFIC LIFE INSURANCE CO
700 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660
(P) 949-219-3556
(F) 949-219-6754
(E) richard.olson@pacificlife.com

**OLSON, SUSAN M**
MANAGER SECURITY & SAFETY
MITRE CORPORATION
1820 DOLLY MADISON BLVD
MC LEAN, VA 22102
(P) 703-883-6462
(F) 703-883-1767

**OLSSON, ERIC R**
CHIEF OF SECURITY
SOUTH CTRL CT REG WATER AUTH
90 SARGENT DRIVE
NEW HAVEN, CT 06511
(P) 203-624-6671 X2520
(F) 203-624-6129
(E) eolsson@snet.net

**OLSSON, LARS A**
SECURITY MGR
SKANSKA AB
D PRINSGATAN 7
SE-371 31
KARLSKRONA, SWEDEN
(P) 46-455-368622
(F) 46-455-307178
(E) lars.olsson@skanska.se

**OLSSON, MATS O**
MANAGING DIRECTOR
MIL SEC SCANDINAVIA AB
RULLAGERGATAN 9
GOTEBORG SE 41526, SWEDEN
(P) 46-31-727-5350
(F) 46-31-727-5351
(E) mats.o@milsec.se

**OLSZEWSKI, MARK L**
JR EXECUTIVE
METRO SECURITY FORCE
6546 W HIGGINS
CHICAGO, IL 60656
(P) 773-774-9966
(F) 773-774-9933

**OLUBIYI, AYOBAMI**
SECURITY ADVISOR
EXXONMOBIL INTERNATIONAL L
SAINT CATHERINE'S HOUSE
2 KINGSWAY P O BOX 397
LONDON WC2B 6WJ, UNITED KI
(P) 44-207-412-4556
(F) 44-207-412-2533
(E) ayobami.olubiyi@exxonmobil.c

**OLVERA, JOSE M**
SECURITY MANAGER
TEXAS DEPT OF TRANSPORTATI
3810 JACKSON AVE
AUSTIN, TX 78731
(P) 512-465-7931
(F) 512-302-2343
(E) tolvera@mailgwdot.state.tx.us

**OMEBEN, CHRIS A**
PRESIDENT
KEK NIGERIA LTD
234 MURITALA MOHAMED WAY
YABA
LAGOS, NIGERIA
(P) 234-1-471-1467
(F) 234-1-861244

**OMILANOWICZ, DAVID S**
CORRECTION OFFICER
NEW JERSEY STATE CORRECTIO
EAST JERSEY STATE PRISON
LOCK BAG-R
RAHWAY, NJ 07065

**OMOHUNDRO, JOHN J, CPP**
MANAGER-SECURITY NORTH AM
ANADARKO PETROLEUM CORP
17001 NORTHCHASE DR
HOUSTON, TX 77060
(P) 281-876-8403
(F) 281-874-3482
(E) john_omohundro@anadarko.cc

**ONDECK, THOMAS P**
PRESIDENT
GLOBALOPTIONS LLC
1615 L ST NW #1350
WASHINGTON, DC 20036
(P) 202-293-2490
(F) 202-293-2406
(E) 332@globalops.com

ASIS INTERNATIONAL
Advancing Security Worldwide™

# Dynamics

May / June 2003

# New Orleans

The ASIS International 49th Annual Seminar and Exhibits hits all the right notes in New Orleans, where security professionals from around the world come together for an incredible combo of educational and networking opportunities.

**OLIVE, RONALD J**
OWNER
CONSULTING & CONFIDENTIAL INV
P O BOX 764
WADDELL, AZ 85355-0764
(P) 623-214-3890 014
(E) ronolive@usa.net

**OLIVEIRA, EURICO**
SECURITY CONSULTANT
PIRES SECURITY
RUA ALFREDO PUJOL NO 1162
SAO PAULO 02017-902, BRAZIL
(P) 55011-6959-2944 X1139
(F) 55011-6959-2944 X1131 214
(E) grupo@pires.com.br

**OLIVER, CARL R, CPP**
ETHICS PROCESS ADMINISTRATOR
NORTHROP GRUMMAN CORPORATION
1840 CENTURY PARK EAST
LOS ANGELES, CA 90067
(P) 310-201-3425 130

**OLIVER, EWAN H**
GENERAL MGR
GUARDSMAN LTD
2-6 EMMAVILLE CRESCENT
KINGSTON CSO, JAMAICA
(P) 876-930-1468
(F) 876-928-0445 074
(E) ewan.h.oliver@cwjamaica.com

**OLIVER, GARY J**
VICE PRESIDENT
THE BRITISH SECURITY GROUP LLC
12801 WORLDGATE DR
HERNDON, VA 20170
(P) 571-203-7150 011
(E) garyoliver@thebritishsecuritygroup.com

**OLIVER, GRAHAM**
GROUP MANAGING DIRECTOR
SABRE ACCESS CONTROL SYSTEMS
SECURITY HOUSE
4 LISMIRRANE IND PK/ELSTREE RD
ELSTREE HERTS WD6 3EE, UNITED KINGDOM
(P) 44-208-207-3838
(F) 44-208-2074575 206
(E) graham.oliver@sabreaccess.com

**OLIVER, HARRISON R**
MGR TRAINING & APPLICATION ENGINEERING
COMPASS TECHNOLOGIES INC
15 E UWCHLAN AVE #430
EXTON, PA 19341
(P) 610-363-9250
(F) 610-363-2453 031
(E) holiver@compasstec.com

**OLIVER, JAMES W JR**
INFO SYSTEMS SECURITY OFFICER
GENERAL DYNAMICS
77 A ST
NEEDHAM, MA 02494
(F) 757-225-4639 043
(E) jwoj2003@hotmail.com

**OLIVER, JERRY D**
EDP SECURITY
KANSAS LOTTERY
128 N KANSAS AVE
TOPEKA, KS 66603-3621
(P) 785-296-5715
(F) 785-296-5712 096
(E) jerry.oliver@kslottery.net

**OLIVER, LYNN CHARLES**
PRESIDENT
AMERICAN SECURITY PROGRAMS
22900 SHAW #112-4
DULLES, VA 20166
(P) 703-834-8900
(F) 703-834-8947 011
(E) loliverasp@aol.com

**OLIVIER, JOHAN H**
MGR PROTECTIVE SVCS
IMPALA PLATINUM LTD
EASTGEDULD RD & COWLES ST
SPRINGS 1559, SOUTH AFRICA
(P) 27-11-811-5974
(F) 27-11-360-3359 155
(E) johan.olivier@implats.co.za

**OLIVIER, MARC**
SECURITY MANAGER
TABACOFINA VANDER ELST/BAT
VAARTKAAI
MERKSEM 2170, BELGIUM
(P) 32-3-640-1624
(F) 32-3-640-1604 213
(E) marc_olivier@bat.com

**OLKO, DOREEN E**
CHIEF OF POLICE
CITY OF AUBURN HILLS
1827 N SQUIREL RD
AUBURN HILLS, MI 48326
(P) 248-370-9454
(F) 248-370-9348 008
(E) dolko@auburn-hills.org

**OLKO, ROBERT J**
MANAGER SECURITY/LOSS PREVENT
KING VENTURE INC
25800 NORTHWESTERN HWY STE 750
SUITE 600
SOUTHFIELD, MI 48075
(P) 248-357-6274
(F) 248-262-3289 008
(E) rolko@kingventure.com

**OLLEY, DONALD E**
14 WILBUR ST
YONKERS, NY 10704
(P) 914-965-1932 004

**OLLIS, MICHAEL D, CPP**
AREA COMMANDER
FEDERAL PROTECTIVE SVC
601 E 12TH ST #E33
KANSAS CITY, MO 64106
(P) 816-426-2431
(F) 816-426-2717 050
(E) michael.ollis@gsa.gov

**OLLIS, RODGER H JR**
REGIONAL SECURITY MGR-CORPORATE
QVC
1200 WILSON DR
WEST CHESTER, PA 19380
(P) 484-701-8889
(F) 484-701-1923 031
(E) rollis@qvc.com

**OLLIVIER, MICHAEL J**
VICE PRESIDENT
ADVANTOR SYSTEMS CORPORATION
2479 W FIR AVENUE
FRESNO, CA 93711-7027
(P) 559-438-6415
(F) 559-438-6418 172
(E) olliver@advantor.com

**OLMINSKY, MARION J**
OPERATIONS MANAGER
PINKERTON'S
SUITE 314
1717 BRITTAIN RD
AKRON, OH 44310
(P) 330-633-0700
(F) 330-633-1324 123

**OLMSTEAD, DAVID, CPP**
STAFF ENGINEER
LOCKHEED MARTIN MFC-O
5600 SAND LAKE RD MP-224
ORLANDO, FL 32819-8907
(P) 407-356-4526
(F) 407-356-5401 063
(E) davidolmstead@netscape.net

**OLMSTED, WILLIAM T JR**
OWNER
WILLIAM OLMSTED INVESTIGATIONS
2443 FAIR OAKS BLVD #72
SACRAMENTO, CA 95825-7684
(P) 916-484-6465
(F) 916-484-0440 149

**OLSCHANSKI, CHARLES J**
REGIONAL SECURITY MANAGER
TIFFANY & CO
299 OAKBROOK CENTER
OAK BROOK, IL 60523
(P) 630-978-3138
(F) 630-978-3289 136

**OLSEN, JOHN**
SENIOR GENERAL MANAGER
A P MOLLER-MAERSK
ESPLANADEN 50
COPENHAGEN DK 1098, DENMARK
(P) 45-3363-4233
(F) 45-3363-4488 228
(E) cohsecur@maersk.com

**OLSEN, NIELS R**
DIRECTOR OF SECURITY
WESTIN CASUARINA RESORT & SPA
30620 SEVEN MILE BEACH
GRAND CAYMAN, CAYMAN ISLANDS
(P) 345-945-3800
(F) 345-949-5619 093
(E) hotelols@candw.ky

**OLSGAARD, BJORN**
PRINCIPLE ENGINEER
NORWEGIAN PETROLEUM DIRECTORATE
POST BOX 600
STAVANGER 4001, NORWAY
(P) 47-5-187-6093
(F) 47-5-155-1571 094
(E) bjorn.olsgaard@npd.no

**OLSON, ALAN R**
ACCOUNT MGR
GLENBROOK SECURITY SVCS INC
4350 DI PAOLO CTR #D
GLENVIEW, IL 60025
(P) 847-402-3045 147
(E) 9012j@allstate.com

**OLSON, CHARLES**
CORP SECURITY & SAFETY MGR
NEC ELECTRONICS AMERICA INC
2880 SCOTT BLVD MS SC1300
SANTA CLARA, CA 95050
(P) 408-588-6233
(F) 408-588-6654 006
(E) charles_olson@necelam.com

**OLSON, DANIEL J**
SERVICE MANAGER
PINKERTON SYSTEMS INTEGRATION
15405 53RD AVE S
TUKWILA, WA 98188
(P) 206-213-0911
(F) 206-213-0944 051
(E) danolson@wamail.net

**OLSON, DAVID L**
DEPUTY DIRECTOR
GSA/FEDERAL PROTECTIVE SVC
26 FEDERAL PLAZA - RM 17-130
NEW YORK, NY 10278
(P) 212-264-4255
(F) 212-624-9803 004
(E) david.olson@gsa.gov

**OLSON, DONNA J**
SECURITY SERVICES MGR
NIKE INC
ONE BOWERMAN DR
BEAVERTON, OR 97005
(P) 503-671-5767
(F) 503-671-6077 064
(E) donna.olson@nike.com

**OLSON, GARY C**
AREA SECURITY MGR
CITIGROUP
820 STILLWATER RD
WEST SACRAMENTO, CA 95605
(P) 916-374-6113
(F) 916-374-5797 149
(E) golson@calfed.com

**OLSON, J DAVID**
CEO
J D OLSON & ASSOCIATES LTD
1115 WHEATON OAKS CT
WHEATON, IL 60187-3051
(P) 630-682-5200
(F) 630-665-7576 003
(E) jdodave@aol.com

**OLSON, JULIA M**
TRAINING MANAGER
BARTON PROTECTIVE SVCS INC
10955 LOWELL AVE #210
OVERLAND PARK, KS 66210
(P) 913-327-1919
(F) 913-327-7055 050

**OLSON, LEON G**
3245 BARN OWL
LA VERNE, CA 91750-2386
(P) 626-446-6771 001

**OLSON, RALPH J, CPP**
BRANCH MANAGER
PINKERTON'S INC
4050 VINTON ST #100
OMAHA, NE 68105
(P) 402-558-8504
(F) 402-558-8520 059
(E) alrsdar@aol.com

**OLSON, RICHARD P, CPP**
MANAGER SECURITY SVCS
PACIFIC LIFE INSURANCE CO
700 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660
(P) 949-219-3556
(F) 949-219-6754 040
(E) richard.olson@pacificlife.com

**OLSON, SUSAN M**
MANAGER SECURITY & SAFETY
MITRE CORPORATION
1820 DOLLY MADISON BLVD
MC LEAN, VA 22102
(P) 703-883-6462
(F) 703-883-1767 011

**OLSSON, LARS A**
SECURITY MGR
SKANSKA AB
O PRINSGATAN 7
SE-371 31
KARLSKRONA, SWEDEN
(P) 46-455-368622
(F) 46-455-307178 197
(E) lars.olsson@skanska.se

**OLSSON, MATS O**
MANAGING DIRECTOR
MIL SEC SCANDINAVIA AB
RULLAGERGATAN 9
SE-415 26
GOTHENBURG, SWEDEN
(P) 46-31-727-5350
(F) 46-31-727-5351 197
(E) mats.o@milsec.se

**OLUBIYI, AYOBAMI**
SECURITY ADVISOR
EXXONMOBIL INTERNATIONAL LTD
TOWER 2 7TH FLOOR CLEMENTS INN
LONDON WC2A 2EB, UNITED KINGDOM
(P) 44-207-412-4556
(F) 44-207-412-2533 206
(E) ayobami.olubiyi@exxonmobil.com

**OLUFEMI, KAREEM**
COORDINATOR SECURITY SVCS
HALLIBURTON ENERGY SVCS
OLD MCC ROAD OFF ENERHEM ROAD
WARRI, NIGERIA
(P) 234-53-251798 236
(E) olufemi.kareem@halliburton.com

**OLUSINA, BORISADE A**
SECURITY MANAGER
GUINNESS NIGERIA PLC
24 OBA AKRAN AVENUE PMB
IKEJA 21071, NIGERIA
(P) 234-1-4926295 206

**OLVERA, JOSE M**
SECURITY MANAGER
TEXAS DEPT OF TRANSPORTATION
3810 JACKSON AVE
AUSTIN, TX 78731
(P) 512-465-7931
(F) 512-302-2343 179
(E) tolvera@dot.state.tx.us

**OMAR, EMAD K S**
241 SORREL TREE PL
OCEANSIDE, CA 92057
(P) 760-726-4686 016
(E) emadkomar1@yahoo.com

**OMARHAUG, RANDMOD**
SIKKERTHETSSJEF
RIKSHOSPITALET
OSLO 0027, NORWAY
(P) 47-230-70-523
(F) 47-230-70-524 094
(E) randmod.omarhaug@rikshospitalet.no

**OMILANOWICZ, DAVID S**
CORRECTION OFFICER
NEW JERSEY STATE CORRECTIONS
47 ALDER ST
JERSEY CITY, NJ 07305-4836 013

**OMOHUNDRO, JOHN J, CPP**
MANAGER-SECURITY NORTH AMERICA
ANADARKO PETROLEUM CORP
1201 LAKE ROBBINS DRIVE
THE WOODLANDS, TX 77380
(P) 832-636-8403
(F) 832-636-8091 012
(E) john_omohundro@anadarko.com

**ONDERICK, WILLIAM A JR**
SECURITY DESIGN CONSULTANT
HLM DESIGN
7331 PINEMOUNT DR
ORLANDO, FL 32819
(P) 407-422-7061
(F) 407-422-7066 053
(E) baonderick@hlmdesign.com

**ONDICH, ANDREW N, CPP**
VP OF CONSULTING/CHIEF CONSULT
SECURACOMM CONSULTING INC
1343 OLD FREEPORT RD
PITTSBURGH, PA 15238
(P) 412-963-6858
(F) 412-963-1656 009
(E) andy@securacomm.com

**ONDRA, TODD A**
MANAGING DIRECTOR
FEDEX CORP
3610 HOCKS CROSS RD
LO MAT 7091
MEMPHIS, TN 38125-8800
(P) 901-434-3859
(F) 901-434-5510 061
(E) laondra@fedex.com

**ONIEAL, BRIAN G, CPP**
ADJ PROFESSOR
JOHN JAY COLLEGE OF CJS
899 10TH AVE
NEW YORK, NY 10012
(P) 551-208-1686 013
(E) bonieal@hotmail.com

**ONNEN, NORMAN E**
DIRECTOR CORPORATE SECURITY
BLACK & VEATCH
6601 COLLEGE BLVD
OVERLAND PARK, KS 66211
(P) 913-458-9340
(F) 913-458-6633 050
(E) onnenne@bv.com

**ONO, KATSUTOSHI**
PRESIDENT
ASSCA INTERNATIONAL CO LTD
1-1-21 JUTSUGIYO KAIKAN
B-3 ARCHE TORANOMON MINATOKU
TOKYO, JAPAN
(P) 81-3-5510-7856
(F) 81-3-5510-7857 055

**ONOUFRIADIS, MICHAEL**
DIRECTOR OF OPERATIONS
E K E A
47-51 IMITTOU STREET
ATHENS 16121, GREECE
(P) 30-10-7222-704 044
(E) monos@otenet.gr

**ONWUKWE, MICHAEL**
FIRE & SAFETY OFFICER SEC SGT
U N INTL CRIMINAL TRIBUNAL
PO BOX 4782
GRAND CENTRAL STATION
NEW YORK, NY 10017
(P) 212-963-2850 X5572 004
(E) onwukwe@un.org

**ONYEGUIRI, SAMUEL C**
MANAGER SECURITY
HALLMARK BANK PLC
137/139 BROAD ST
PMB 12917 MARINA
LAGOS, NIGERIA
(P) 234-1-266-1165
(E) samonyeguiri@yahoo.com

**OOSTEN, HARM J, CPP**
DIRECTOR
CONTEGO BV
AMSTERDAM, NETHERLANDS
(P) 31-6-287-36999
(E) harm.oosten@contego.nl

**OOSTEROM, LOUIS A**
ASST SECURITY MGR
DE NEDERLANDSE BANK
WESTEINDE 1
AMSTERDAM 1017 ZN, NETHERLANDS
(P) 31-20-524-3589
(F) 31-20-524-2540
(E) l.a.m.oosterom@dnb.nl

**OOTON, LARRY C**
SECURITY MGR
EXPRESS/LIMITED INC
ONE LIMITED PKWY
COLUMBUS, OH 43230
(P) 614-415-4202
(F) 614-415-4298
(E) looton@expressfashion.com

**OPFER, ROBERT J, CPP**
MGR IN CHARGE
GUARDSMARK
1730 RHODE ISLAND AVE NW
WASHINGTON, DC 20036-3101
(P) 202-887-5355
(F) 202-833-3478

**OPLIGER, HARRY N**
SECURITY COORDINATOR
CHEVRON TEXACO
PO BOX 430
BELLAIRE, TX 77401
(P) 713-432-3677
(F) 713-432-3982
(E) hopliger@chevrontexaco.com

**OPLINGER, S STEVEN**
DETENTION SYSTEMS SPECIALIST
SYSTEMS TECHNOLOGIES INC
9456 PHILIPS HWY #10
JACKSONVILLE, FL 32256
(P) 904-880-1990
(F) 904-880-2822
(E) soplinger@systems-technologies

**OPPENHEIM, STANLEY A, CPP**
PRESIDENT
DGA SECURITY SYSTEMS INC
20 WEST 47TH STREET
NEW YORK, NY 10036-3303
(P) 212-221-2500
(F) 212-556-6900

**OPUTA, LAWRENCE N**
PROJECT MGR
MVM INC
3301 GREENSBORO DR #300
MC LEAN, VA 22102-3603
(P) 301-215-8989
(E) security@hhmi.org

**ORAMAS, NELSON S**
MGR SECURITY INFRASTRUCTUR
MIAMI INTL AIRPORT
BLDG 3030 3RD FLOOR
P O BOX 592075
MIAMI, FL 33159
(P) 305-876-7269
(F) 305-876-0601
(E) noramas@miami-airport.com

**ORCHARD, CRAIG A**
CAPTAIN
SIZEMORE SECURITY
ST JOSEPH HOSPITAL
2260 WRIGHTSBORO RD
AUGUSTA, GA 30904
(P) 706-481-7998
(F) 706-481-7802

**ORCI, ISTVAN P, CPP**
SR MGR INFORMATION SECURIT
SAAB AB
SE-581 88
LINKOEPING, SWEDEN
(P) 46-1318-4762
(E) istvan.orci@saab.se

**ORDOGNE, DONALD A JR**
SITE SECURITY SUPERVISOR
ANADARKO PETROLEUM CORP
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380
(P) 832-636-7297
(F) 832-636-8211
(E) don_ordogne@anadarko.com

**ORDONEZ, EDUARDO A**
GERENTE GENERAL
PROTECCIONES TECNOLOGICAS
COLONIA VILLA ESPANOLA
FREUTE AL INSTITUTO CENTRAL
TEGUCIGALPA, HONDURAS
(P) 504-225-2120
(F) 504-225-2662