UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br>          Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., and WESTIN<br>HOTEL MANAGEMENT, L.P.<br>          Defendants. | C.A. NO. 05-CV-10879-JLT |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to LR, D. Mass. 7.1(B)(3), the defendants move that they be allowed to file a reply brief to the plaintiff's opposition to the defendants' summary judgment motion. This reply brief will not exceed ten (10) pages, and will be submitted to the Court by Monday, March 31, 2008.

The defendants submit that this reply brief is needed to both respond to the 51 page memo and exhibits filed by the plaintiff in opposition to the summary judgment motion, and to clarify certain inaccuracies and misstatements contained in the opposition.

                                                                     The defendants,
                                                                     by their attorneys

| | |
|---|---|
| /s/ John B. Johnson<br>John B. Johnson<br>Corrigan, Johnson & Tutor, P.A.<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 338-0075<br>BBO No. 252580 | /s/ Robert J. Brown (JBJ)<br>Robert J. Brown<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8000 |

## LR 7.1(2) CERTIFICATION

    I, John B. Johnson, attorney for the defendants, hereby certify that on March 27, 2008 I conferred with Mark Itzkowitz, plaintiff's counsel, regarding this motion and we have been unable to resolve the issue of filing this reply brief, despite good faith efforts to do so.

                                                                  John B. Johnson