UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., WESTIN MANAGEMENT<br>COMPANY, L.P,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*  Civil Action No. 05-10879-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

April 1, 2008

TAURO, J.

After a Pre-Trial Conference held on April 1, 2008, this court hereby orders that:

1. By April 4, 2008, the Parties shall report to this court on the results of their settlement negotiations. After receiving this report, the court will rule on the Defendants' Motion for Summary Judgment and Plaintiff's four Motion to Strike Affidavits.

2. The Trial is still scheduled for April 14, 2008, at 10:00 am. The morning trial session shall begin each day at 10:00 am and end at 1:00 pm; the afternoon trial session shall begin at 2:15 pm and end at 4:30 pm.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                           United States District Judge