UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br>　　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., and WESTIN<br>HOTEL MANAGEMENT, L.P.<br>　　　　　Defendants. | C.A. NO. 05-CV-10879-JLT |

## JOINT MOTION TO EXTEND TIME FOR
## FILING PRE-TRIAL MEMORANDA

The plaintiff and defendants jointly move that the time for filing Pre-Trial Memoranda and other pre-trial papers identified in the Court's March 20, 2008 Pre-trial/Trial Order be extended by one (1) day from April 7, 2008 to April 8, 2008.

In support of this motion, the parties submit that this additional day is needed because of conflicts in counsels' schedules which have made it difficult for counsel to confer regarding any filing which may be made jointly.

| | |
|---|---|
| The plaintiff,<br>by her attorney<br><br>*/s/ Mark F. Itzkowitz (JBJ)*<br>Mark F. Itzkowitz<br>85 Devonshire Street<br>Suite 1000<br>Boston, MA 02109<br>(617) 227-1848<br>BBO No. 248130 | The defendants,<br>by their attorneys<br><br>*/s/ John B. Johnson*<br>John B. Johnson<br>Corrigan, Johnson & Tutor, P.A.<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 338-0075<br>BBO No. 252580<br><br>*/s/ Robert J. Brown (JBJ)*<br>Robert J. Brown<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8000 |