UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX, )<br>    Plaintiff )<br>)<br>       v. )<br>)<br>COLUMBIA SUSSEX CORPORATION, )<br>STARWOOD HOTELS & RESORTS )<br>WORLDWIDE, INC., and )<br>WESTIN HOTEL MANAGEMENT, L.P., )<br>    Defendants ) | **JOINT SETTLEMENT REPORT** |

In compliance with this Court's Order of April 1, 2008, the parties jointly report that they have conferred and negotiated but have been unable to settle this matter to date.

                                              The Plaintiff,
                                              By her Attorney,

                                              _____
                                              MARK F. ITZKOWITZ (BBO #248130)
                                              85 Devonshire Street
                                              Suite 1000
                                              Boston, MA  02109-3504
                                              (617) 227-1848
                                              April 4, 2008

The Defendants,
By their Attorneys,


 /s/ John B. Johnson
_____
JOHN B. JOHNSON (BBO #252580)
CORRIGAN, JOHNSON & TUTOR, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-4244

 /s/ Robert J. Brown
_____
ROBERT J. BROWN, ESQUIRE
MENDES & MOUNT, LLP
750 7th Avenue
New York, NY  10019-6829
(212) 261-8000