UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | | |
|---|---|---|
| KIMBERLY GENEREUX, | ) | |
| Plaintiff | ) | **PLAINTIFF'S MOTION *IN LIMINE*** |
| | ) | **FOR LEAVE TO CALL PLAINTIFF'S** |
| v. | ) | **MEDICAL EXPERT WITNESS,** |
| | ) | **DAVID S. CHAPIN, M.D.,** |
| COLUMBIA SUSSEX CORPORATION, | ) | **OUT OF ORDER** |
| STARWOOD HOTELS & RESORTS | ) | |
| WORLDWIDE, INC., and | ) | **(ASSENTED TO)** |
| WESTIN HOTEL MANAGEMENT, L.P., | ) | |
| Defendants | ) | |

Kimberly Genereux, the plaintiff, hereby moves this Court *in limine* for leave to call her medical expert witness, David S. Chapin, M.D., out of order during trial on Thursday afternoon, April 17, 2008.  The defendants have assented to this Motion.

In support of her Motion, the plaintiff states that she has been informed that Dr. Chapin will be attending a conference out of the Commonwealth between April 14 and 16, 2008, but will be returning and available to testify Thursday afternoon, April 17.

The Plaintiff,
By her Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617) 227-1848
April 4, 2008

**ASSENTED TO:**
The Defendants,
By their Attorneys,


 /s/ John B. Johnson
JOHN B. JOHNSON (BBO #252580)
CORRIGAN, JOHNSON & TUTOR, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-4244


 /s/ Robert J. Brown
ROBERT J. BROWN, ESQUIRE
MENDES & MOUNT, LLP
750 7th Avenue
New York, NY   10019-6829
(212) 261-8000