UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., WESTIN MANAGEMENT COMPANY, L.P.,<br><br>Defendants. | Civil Action No. 05-10879-JLT |

ORDER

April 8, 2008

TAURO, J.

After considering the relevant submissions, this court hereby orders that:

1. Defendants' Motion for Summary Judgment [#56] is DENIED WITHOUT PREJUDICE to reraising at the conclusion of Plaintiff's direct case.

2. Plaintiff's Motions to Strike Affidavits [##72, 73, 74, 75] are DENIED AS MOOT.

3. Plaintiff's assented-to Motion in Limine [#89] is ALLOWED.

2. The Trial shall commence on April 14, 2008, at 10:00 am. The morning trial session shall begin each day at 10:00 am and end at 1:00 pm; the afternoon trial session shall begin at 2:15 pm and end at 4:30 pm.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge