UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,              )<br>    Plaintiff                          )<br>                                            )   **REFERENCE IN LIEU OF**<br>        v.                                  )   **TRIAL BRIEF**<br>                                            )<br>COLUMBIA SUSSEX CORPORATION,  )<br>STARWOOD HOTELS & RESORTS      )<br>WORLDWIDE, INC., and               )<br>WESTIN HOTEL MANAGEMENT, L.P., )<br>    Defendants                          ) | |

   Kimberly Genereux, the plaintiff, respectfully refers this Court to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Document No. 69; filed March 26, 2008) in lieu of filing a Trial Brief.  The plaintiff respectfully states that she addressed the facts, evidence and law in detail in her recent 51 page Memorandum in Opposition, and that a new filing likely would be so repetitive as to be of little additional use to the Court.

                                        The Plaintiff,
                                        By her Attorney,


                                        _____
                                        MARK F. ITZKOWITZ (BBO #248130)
                                        85 Devonshire Street
                                        Suite 1000
                                        Boston, MA  02109-3504
                                        (617) 227-1848
                                        April 8, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY   10019-6829. |

                                          s/ Mark F. Itzkowitz
                                          MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 8, 2008