UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

| | |
|---|---|
| KIMBERLY GENEREUX,<br>    Plaintiff<br><br>    v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., and<br>WESTIN HOTEL MANAGEMENT, L.P.,<br>    Defendants | **PLAINTIFF'S MOTION *IN LIMINE*<br>TO ALLOW COUNSEL TO REFER TO<br>CHALKS AND EXHIBITS<br><u>IN OPENING STATEMENT</u>** |

Kimberly Genereux, the plaintiff, hereby moves this Court *in limine* to allow her counsel to refer to chalks and exhibits to be introduced into evidence or used at trial in the plaintiff's opening statement to the jury.

In support of her motion, the plaintiff states that she intends to direct the jurors' attention to documents which she expects will be admitted into evidence and/or used as chalks to explain Ms. Genereux' claims.  The plaintiff seeks leave to permit her counsel to refer to such materials in the plaintiff's opening statement.

> The Plaintiff,
> By her Attorney,
>
> _____
> MARK F. ITZKOWITZ (BBO #248130)
> 85 Devonshire Street
> Suite 1000
> Boston, MA  02109-3504
> (617) 227-1848
> April 4, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY  10019-6829. |

                                s/ Mark F. Itzkowitz
                                MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 4, 2008