```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                       Civil Action No. 05-CV-10879-JLT
```

|  |  |
|---|---|
| KIMBERLY GENEREUX,           )<br>    Plaintiff                 )<br>                              )<br>    v.                        )<br>                              )<br>COLUMBIA SUSSEX CORPORATION, )<br>STARWOOD HOTELS & RESORTS    )<br>WORLDWIDE, INC., and         )<br>WESTIN HOTEL MANAGEMENT, L.P.,)<br>    Defendants                )  | **PLAINTIFF'S MOTION *IN LIMINE*<br>TO REDACT MEDICAL RECORDS<br>AND BILLS** |

Kimberly Genereux, the plaintiff, hereby moves this Court *in limine* to allow her counsel to redact her medical records and bills to eliminate the following references:

   1.   References to insurance information and insurance and/or free care payments towards the plaintiff's bills;

   2.   References to the cause of her sister's death (crack cocaine overdose); and

   3.   Identifying information (social security and telephone numbers and addresses).

   In support of her Motion, the plaintiff states the following:

   1.   The above references are irrelevant to the plaintiff's medical condition resulting from the rape.

   2.   The references are irrelevant to the issue of liability.

   3.   The references to her sister's death by a crack cocaine overdose constitutes inadmissible evidence of criminal misconduct

by a person who was not criminally convicted, in violation of Fed. R. Evid. 608 and 609, and who will not be a witness at trial.  Such evidence is not relevant to the plaintiff's claims, making their admission violative of Fed. R. Evid. 401.  The jury can be misled and confused by such highly charged evidence and, to the plaintiff's great prejudice, improperly may attribute such alleged criminal misconduct, bad acts or character flaws to the plaintiff, in violation of Fed. R. Evid. 403.

    4.   The insurance information constitutes improper collateral source evidence.

    5.   Release of the identification information poses a security threat to the plaintiff's identity.

The plaintiff will file with this Motion copies of the pages she seeks to redact, with the portions to be redacted highlighted for the convenience of the Court, but will not file them electronically.

                            The Plaintiff,
                            By her Attorney,


                            _____
                            MARK F. ITZKOWITZ (BBO #248130)
                            85 Devonshire Street
                            Suite 1000
                            Boston, MA  02109-3504
                            (617) 227-1848
                            April 8, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY  10019-6829. |

                                       s/ Mark F. Itzkowitz
                                       MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 8, 2008