```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                         Civil Action No. 05-CV-10879-JLT

KIMBERLY GENEREUX,              )
    Plaintiff                   )
                                )   **PLAINTIFF'S MOTION *IN LIMINE*
         v.                     )   TO PERMIT JURORS TO TAKE NOTES**
                                )
COLUMBIA SUSSEX CORPORATION,    )
STARWOOD HOTELS & RESORTS       )
WORLDWIDE, INC., and            )
WESTIN HOTEL MANAGEMENT, L.P., )
    Defendants                  )
```

Kimberly Genereux, the plaintiff, hereby moves this Court *in limine* to permit jurors to take notes during trial should individual jurors be inclined to do so.

In support of her Motion, the plaintiff states that the jurors' ability to retain and evaluate the evidence likely will be enhanced by allowing the jurors to take notes at trial should individual jurors be so inclined.

                                The Plaintiff,
                                By her Attorney,


                                _____
                                MARK F. ITZKOWITZ (BBO #248130)
                                85 Devonshire Street
                                Suite 1000
                                Boston, MA  02109-3504
                                (617) 227-1848
                                April 8, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY   10019-6829. |

                                        s/ Mark F. Itzkowitz
                                        MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 8, 2008