```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                         Civil Action No. 05-CV-10879-JLT
```

KIMBERLY GENEREUX,             )
    Plaintiff              )
                           )
    v.                     )    **NOTICE OF INTENT TO OPPOSE**
                           )
COLUMBIA SUSSEX CORPORATION,   )
STARWOOD HOTELS & RESORTS      )
WORLDWIDE, INC., and           )
WESTIN HOTEL MANAGEMENT, L.P., )
    Defendants             )

The plaintiff respectfully notes her opposition and her intent to oppose the defendants' Motion *in Limine* to Preclude the Expert Testimony of Robert McCrie and the Defendants' Motion to Bifurcate Trial. The plaintiff is filing electronically those Oppositions presently prepared but does not intend by that filing to indicate her assent to the two specified motions.

                                     The Plaintiff,
                                     By her Attorney,


                                     _____
                                   MARK F. ITZKOWITZ (BBO #248130)
                                   85 Devonshire Street
                                   Suite 1000
                                   Boston, MA  02109-3504
                                   (617) 227-1848
                                   April 8, 2008

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| John B. Johnson, Esquire | Robert J. Brown, Esquire |
| Corrigan, Johnson & Tutor, P.A. | Mendes & Mount, LLP |
| 141 Tremont Street | 750 7th Avenue |
| Boston, MA 02111; and | New York, NY   10019-6829. |

                                        s/ Mark F. Itzkowitz
                                        MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 8, 2008