## 2002 OUTPUT GROUPS/OUTPUTS

| **JUD-01** | **Support Services to the Judiciary,** which involves;<br>• Assistance in the development of a "Family Court"<br>• Administrative support to assist the co-operation with the U.S. government in accordance with the Mutual Legal Assistance Treaty.<br>• Support to the Chief Justice as head of the judiciary.<br>• Support to a Grand Court Rules Committee. |
|---|---|
| Performance Measures | **Quantity**<br>• Cases in which assistance is provided to the US: 22 average per year.<br>• Support to the Chief Justice as head of the judiciary.<br>• Legislative questions: 5<br>• Press notices and media contacts: 100 annually<br>• Replies to correspondences: 50 annually<br>• Provide administrative services to an estimated number of meetings of the Grand Court Rules Committee: 6 a year.<br>**Quality**<br>• Development of the Family Court will be in accordance with the directions given by the Chief Justice.<br>• Media information to comply with the legal requirements for confidentiality of court proceedings and quality control subject to review by Chief Justice: 100%<br>• Administrative services to the Grand Court Rules Committee is subject to review by members of committee: 100%<br>• Current versions of standard text books to be available: 80%<br>• Requests for additional books to be met, subject to funding: 90%<br>• Security checks of members of the public to ensure no weapons are brought into the building: 100%<br>**Timeliness**<br>• To meet deadlines set by of the committee: 100%<br>• Information and statistics to the Grand Court Rules committee: to meet deadlines set by committee.<br>• Security available 8:30 a.m. to 5:00 p.m. or until courts are finished.<br>• Period of cover: any day when office is open or court sits. |

| JUD-02 | Collection and enforcement services traffic tickets and court imposed fines |
|---|---|
| Performance Measures | **Quantity**<br>• Services to support tickets issued by the police: 5,000<br>• Money collected for court fines: estimated at $1,300,000<br>**Quality**<br>• All court fines and monies collected for traffic tickets to be recorded accurately and in accordance with government accounting regulations and subject to internal audit: 95-100%<br>• Warrants issued on outstanding fines: 90% within one month.<br>• All Trustee-in-Bankruptcy transactions to be subject to internal audit and overviewed by a judge: full compliance.<br>**Timeliness**<br>• Money received for traffic tickets and court fines remitted to Treasury: 95% within 1 working day.<br>• List of unpaid tickets: 3 days after due date.<br>• Court fines recorded: 90% within 5 days after imposed. |
| Other | **Related**<br>Vision 2008 Strategy 8<br><br>**Priority:**<br><br>**Cost:** |

| JUD-03 | **Services for the conduct of civil and criminal proceedings**, for the following:<br>• Court of Appeal<br>• Grand Court<br>• Summary Court<br>• Youth Court<br>• Coroners Court |
|---|---|
| Performance Measures | **Quantity**<br>• Civil Cases: 900<br>• Civil Appeals filed: 25<br>• Divorce and Estates cases: 400<br>• Criminal Appeals filed: 65<br>• Criminal charges received in Summary Court: 7,000<br>• Criminal Indictments in Grand Court: 80<br>• Cases involving young persons: 300<br>• Case files prepared for Coroners Court: 34<br>**Quality**<br>• All Administrative proceedings will comply with the relevant legislative directions: 95%<br>• Case files to include all documents received from police, pathologist and witness. Subject to review by Coroner: 100%<br>• Jurors summonsed in accordance with the Coroners Law and the Judicature Law: 95%<br>• Decisions to be professionally published to the standard expected of international legal reports: 100%<br>**Timeliness**<br>• Notifications of results of hearings and appeals: 90% within a week of hearing.<br>• Case files available to the Coroner: 2 days before hearing . Transcripts completed: 1 month of request. |
| Other | **Related**<br>Vision 2008 Strategy 8<br><br>**Priority:**<br><br>**Cost:** |

| JUD-04 | Justices of the Peace Services |
|---|---|
| Performance Measures | **Quality**<br>• Documents to be in accordance with the order of the court and the Law.  Quality control by Judges and Magistrates;  Full compliance.<br>**Timeliness**<br>• A Justice of the Peace to be available to sigh documents within 15 minutes of request: 90%<br>**Location**<br>• Youth Court, George Town |
| Other | **Related**<br>**Vision 2008 Strategy 8**<br><br>**Priority:**<br><br>**Cost:** |

| JUD-05 | **Servicing of court documents and enforcement of court orders** |
|---|---|
| Performance Measures | **Quantity**<br>• Documents received from courts in the Cayman Islands for the bailiff to attempt to serve or enforce: 2,500<br>• Documents received from courts outside the Cayman Islands for the bailiff to attempt to serve or enforce: 80<br>**Quality**<br>• Documents to be served in accordance with rules of the relevant court: 100%<br>• Documents to be served in accordance with the Hague Convention: 100%<br>• Writs of execution dealt with in accordance with the Rules of the Grand Court.<br>**Timeliness**<br>• Service of documents: 90% within 14 days.<br>• completion of affidavit of service: 90% within 3 days of service.<br>• Writs of execution dealt with: 90% within 14 days. |
| Other | **Related**<br>**Vision 2008 Strategy 8**<br><br>**Priority:**<br><br>**Cost:** |

75

| JUD-06 | Maintenance of a register of Attorneys, Notaries Public and Justices of the Peace |
|---|---|
| Performance Measures | **Quantity**<br>• Attorneys registered: 250<br>• Justice of the Peace registered: 105<br>• Notaries Public registered: 220<br>**Quality**<br>• Register of Attorneys to be in accordance with the Legal Practitioners Law: 100% subject to review by Chief Justice.<br>• Register of Notaries Public and Justice of Peace to be in accordance with the Summary Jurisdiction Law and the Notaries Public Law.<br>**Timeliness**<br>• Certificates of enrollment issued: 14 days after appointment. |
| Other | **Related**<br>Vision 2008 Strategy 8<br><br>**Priority:**<br><br>**Cost:** |

| JUD-07 | Provision of Legal Aid service to qualified persons |
|---|---|
| Performance Measures | **Quantity**<br>• Civil legal aid applications processed: 175 in a year<br>• Criminal legal aid applications processed: 240 in a year<br>**Quality**<br>• Applications subject to review by judge: 90%<br>• Assessment of bills to be in accordance with the Chief Justice practice direction. Subject to internal audit and rejection by Treasury: 90%<br>**Timeliness**<br>• Certified bills to Treasury for payment: 90% within 21 days of receipt.<br>• Legal Aid certificate issued 21 days after granted. |
| Other | **Related**<br>Vision 2008 Strategy 8<br><br>**Priority:**<br><br>**Cost:** |

2.    2002 SUMMARY OF ESTABLISHMENT

| DESCRIPTION OF POST | NO. OF POSTS | SALARY SCALE |
|---|---|---|
| Chief Justice | 1 | A |
| Puisne Judge | 3 | A |
| Court Administrator | 1 | E |
| Magistrate | 3 | F |
| Clerk of the Court | 1 | H |
| Registrar of the Court of Appeal | 1 | I |
| Deputy Clerk of the Court | 2 | K |
| Court Reporter | 4 | K |
| Office Manager | 1 | L |
| Personal Secretary | 1 | L |
| Accountant | 1 | L |
| Articled Clerk | 3 | L |
| Listing Officer | 1 | L |
| Supervisor – Civil Registry | 1 | L |
| Information Systems Analyst | 1 | L |
| Higher Executive Officer | 1 | M |
| Administration Secretary | 5 | N |
| Librarian | 1 | N |
| Maintenance & Affiliation Officer | 1 | N |
| Bailiff | 2 | N |
| Chief Marshal | 1 | N |
| Supervisor – Criminal Registry | 1 | N |
| Marshal | 7 | O |
| Executive Officer | 4 | P |
| Clerical Officer | 7 | Q |
| **TOTAL ESTABLISHED POSTS** | 55 | |

| DESCRIPTION OF POST | NO. OF POSTS | WAGE SCALE |
|---|---|---|
| Office Attendant III | 1 | GAA |
| Office Attendant II | 3 | GBB |
| Customer Service Attendant | 1 | GCC |
| **TOTAL OCCUPATIONAL GROUP POSTS** | 5 | |
| | | |
| **TOTAL ESTABLISHMENT** | 60 | |

3.    SUMMARY CASH BASED FINANCIAL STATEMENT

| JUDICIAL DEPARTMENT | 2002 ESTIMATES |
|---|---|
| | |
| PERSONAL EMOLUMENTS | 2,269,574.00 |
| TRAVELLING & SUBSISTENCE | 46,699.00 |
| SUPPLIES & MATERIALS | 94,786.00 |
| UTILITIES | 176,215.00 |
| OTHER OPERATING AND MAINTENANCE EXPENSES | 2,201,894.00 |
| GRANTS, CONTRIBUTIONS AND SUBSIDIES | 17,458.00 |
| INTERDEPARTMENTAL PURCHASES & SERVICES | 3,600.00 |
| REFERENCE MATERIALS AND OTHER | 59,830.00 |
| TOTAL RECURRENT EXPENDITURE | 4,870,056.00 |
| STATUTORY EXPENDITURE | 84,238.00 |
| | |
| TOTAL BUDGET | 4,954,294.00 |

## DEPARTMENTAL WARRANT

### JANUARY – DECEMBER 2002

| ACCOUNT | 2002 ESTIMATED |
|---|---:|
| COST = 0200 (JUDICIAL) | |
| | |
| **PERSONAL EMOLUMENTS** | |
| 50011 Basic Salary | 2,108,439 |
| 50013 Overtime | 1,940 |
| 50014 Leave | 3,000 |
| 50017 Wages | 87,127 |
| 50018 Temporary Relief | 8,000 |
| 50020 Contractual Officers Supplement | 48,578 |
| 50029 Acting Allowance | 10,000 |
| 50031 Duty Allowance | 2,489 |
| **TOTAL** | **2,269,573** |
| | |
| **TRAVEL & SUBSISTENCE** | |
| 50205 Mileage Claims | 9,000 |
| 50206 Motor Car Upkeep | 6,000 |
| 50224 Official Travel – Expense | 31,699 |
| **TOTAL** | **46,699** |
| | |
| **SUPPLIES & MATERIAL** | |
| 50960 Uniforms | 5,000 |
| 50961 Vehicle Fuel and Oil | 1,600 |
| 50964 Paper and Printing Consumables | 8,328 |
| 51001 Office Supplies - Consumables | 19,829 |
| 51051 Printing | 2,544 |
| 51052 Publications, periodicals | 3,885 |
| 51080 C.I. Law Reports | 55,200 |
| **TOTAL** | **96,386** |
| | |
| **UTILITIES** | |
| 51405 Electricity | 104,574 |
| 51420 Water | 7,548 |
| 51430 Telephone Charges | 58,325 |
| 51450 Facsimile Charges | -2,132 |
| **TOTAL** | **172,579** |
| | |
| **OTHER OPERATING AND MAINTENANCE EXPENSES** | |
| 54223 Attendance Allowance – Govt. Commit | 126,618 |
| 54256 Professional Fees | 84,500 |
| 54306 Janitorial Services | 37,200 |
| 54320 Maintenance – Office Equipment | 21,807 |
| 54351 Computer Software Maintenance | 29,222 |
| 54403 Security Services | 51,296 |
| 54407 Court of Appeal Expenses | 401,568 |
| 54430 Legal Aid Fees | 830,000 |
| 54433 Overseas Postage | 12,183 |
| **TOTAL** | **1,594,394** |

**GRANTS, CONTRIBUTIONS AND SUBSIDIES**

| | |
|---|---:|
| 54885 Information Technology Training | 505 |
| 54915 Miscellaneous | 245 |
| 54935 Other Training | 16,708 |
| **TOTAL** | **17,458** |

**INTERDEPARTMENTAL PURCHASES & SERVICES**

| | |
|---|---:|
| 57065 Vehicle and Equipment Maintenance | 2,000 |
| **TOTAL** | **2,000** |

**REFERENCE MATERIALS AND OTHER**

| | |
|---|---:|
| 57156 Reference Books | 42,183 |
| 57161 Miscellaneous | 17,647 |
| **TOTAL** | **59,830** |

| | |
|---|---:|
| **TOTAL RECURRENT EXPENDITURE** | **4,258,919** |

**STATUTORY CONTRIBUTION – PSPF**

| | |
|---|---:|
| 58103 Pension Contribution - PPE Employee | 79,010 |
| 58104 Pension Contribution - Group Employee | 5,228 |
| **TOTAL** | **84,238** |

| | |
|---|---:|
| **TOTAL STATUTORY EXPENDITURE** | **84,238** |

| | |
|---|---:|
| **TOTAL BUDGET** | **4,343,157** |



# <u>ACTUAL EXPENDITURE</u>

# SUMMARY CASH BASED FINANCIAL STATEMENT
# ACTUAL EXPENDITURE

| JUDICIAL DEPARTMENT | 2002 EXPENDITURE |
|---|---|
| | |
| PERSONAL EMOLUMENTS | 2,283,251.95 |
| TRAVELLING & SUBSISTENCE | 37,487.85 |
| SUPPLIES & MATERIALS | 79,673.58 |
| UTILITIES - | 153,605.02 |
| OTHER OPERATING AND MAINTENANCE EXPENSES - | 2,007,157.48 |
| GRANTS, CONTRIBUTIONS AND SUBSIDIES | 17,167.49 |
| INTERDEPARTMENTAL PURCHASES & SERVICES | 3,948.38 |
| REFERENCE MATERIALS AND OTHER | 40,575.81 |
| TOTAL RECURRENT EXPENDITURE | 4,622,867.56 |
| STATUTORY EXPENDITURE | 84,918.99 |
| | |
| TOTAL EXPENDITURE | 4,707,786.55 |

82



# STAFFING AND ORGANISATIONAL CHART

(at 1st January 2002)



**Staffing and Organizational Chart as at 1st January 2002**

Chief Justice Smellie, QC

Articled Clerk
Mrs. T. Caudeiron

Clerical Officer
Mrs. T. Whittaker-Dreckett

Personal Secretary
Mrs. L. Hennie

Puisne Judge
His Lordship
Graham

Puisne Judge
His Lordship
Sanderson

Magistrate
Her Honour
Donalds

Magistrate
Her Honour
Hall

Magistrate
Her Honour
Ramsay-Hale

Admin.
Secretary
Mrs. Y. Ebanks

Admin.
Secretary
Mrs. S. LaHee

Admin. Secretary
Mrs. L.
Blackman

Office
Manager
Mrs. J. King

Court
Administrator
Mrs. D. Cacho

Information Systems
Analyst
Ms. V. Wheaton

Judicial Accountant
Ms. L. Curbelo-Bush

Admin. Secretary
Mrs. C. Lindsay

Clerk of the
Courts
Mr. V. Foldats

Cashier
Mrs. N.
Dilbert

Accounts
Officer II
Mrs. C.
Bodden

Registrar of Court of
Appeal
Ms. A. Bodden

Executive Officer
(Grand Court Clerk)
Mrs. E. Webb

Deputy Clerk of
Courts
(Administration)
Vacant

Receptionist
Ms. J.
Bodden

Office
Attendant
Ms. Z.
Berry
Ms. L.
Rankin

Sup. Civil
Registry
Mrs. E. Smith

Maintenance
Mrs. J.
Pacheco

Admin.
Secretary
(Grand Court)
Ms. E. Berry

Listing Officer
Mrs. C. Collins

Executive Officer
(Acting)
Mrs. J. Dalev

Bailiffs
Mr. J
Bodden
Mrs. J. Scott

Chief
Marshal
Mr. W.
Bodden

Clerical Officer
Ms. M. McField

Sup. Criminal Registry
Mrs. P. Bodden

Clerical Officer
Ms. J. Frederick

Court
Reporters
Mrs. K.
Myren
Ms. L. Baker

Clerical
Officer
Ms. P. Bryan

Clerical
Officer
Ms. L. Ebanks

Marshals
Mr. E. Hurlston
Mr. L. Dilbert
Mr. B. Levy
Ms. O.McLaughlin
Ms. G. Elliott
Mr. P. Smith

Clerical Officer
(Acting)
Ms. R. Habib



# JUDGES AND MAGISTRATES



*Left to Right:* **Mr. Justice Edwards Q.C., (Acting Judge), Magistrate Ramsay-Hale, Magistrate Nova Hall, Hon. Chief Justice, Anthony Smellie Q.C., Mr. Justice Dale Sanderson Q.C., and Magistrate Grace Donalds.** Photo: Ward Scott, GIS.





**Mr. Justice Henry Graham,**
**retired Puisne Judge 1997-2002.**
Photo: Randy Ebanks, Cayman Camera.



**Madame Justice Levers,**
**incoming Puisne Judge.**
Photo: Justin Uzzell.



# STAFF PROMOTIONS



*Left to Right:* Mr. Valdis Foldats, Clerk of Courts; Mrs. Yasmin Ebanks, Listing Officer; Mrs. Delene Cacho, Court Administrator, Mrs. Cecile Collins, Deputy Clerk of Courts (Administrative/Criminal) and Mrs. Audrey Bodden, Registrar of the Court of Appeal.
Photo: Angela Piercy, GIS.

87



# COURT STAFF



**Group Photo of the Court Staff on the steps of the Court House.** Photo: Ward Scott, GIS.