



# The Cayman Islands Judiciary
## Annual Report 1999/2000