## FACTUAL REPORTS

Timely case disposal remains a primary means of measuring the efficiency of the legal process, and a key aim during the past two years has been to reduce delay.

Specific performance targets are:

- Disposal of criminal indictments to within an average of six months of receipt in Grand Court
- Maintenance of the level of outstanding indictments to no more than one half the number received in a given year
- Ensurance of early hearing dates for Grand Court Civil hearings
- Disposal of all outstanding criminal cases before the Grand and Summary courts (i.e., those over two years old)
- Reduction of the number of part-heard cases in the Summary Court.

> *Results to date have been encouraging. All key targets have been met.*
>
> **Terry Beckett**
> *Court Administrator*

Results to date are encouraging and, at 31 December 1999, were:

### GRAND COURT — CRIME

|  | 1997 | 1998 | 1999 | Change 1997/1999 |
|---|---|---|---|---|
| Indictments outstanding | 63 | 35 | 18 | 71% |
| Average number of days from receipt in Grand Court to disposal | 338 | 356 | 167 | 51% |
| Age of oldest indictment outstanding | 45 months | 23 months | 18 months | 59% |

All key targets in Grand Court crime were met. The continuing thrust will be to reduce the average length of case disposal. While most cases are now being dealt with quickly, there still remains a small number that takes longer to be disposed of than is desirable.

### GRAND COURT — CIVIL

Already a more proactive judicial attitude has reduced the time for disposal of civil cases. However, until improved case management rules are introduced, the speed of civil proceedings remains largely in the hands of the parties and their attorneys.

Notwithstanding these realities, the measure of the court's efficiency often depends on the availability of overseas counsel. Complex, interlocutory hearings can be heard within weeks of request, urgent applications even sooner.

### SUMMARY COURT — CRIME

|  | 1997 | 1998 | 1999 | Change |
|---|---|---|---|---|
| Cases outstanding over 2 years | * | 84 | 6 | 93% |
| Part Heard Trials | * | 56 | 7 | 87% |
| Age of oldest case | * | 50 months | 22 months | 56% |
| *Statistics not kept prior to 1998 | | | | |

The number of part-heard cases has been substantially reduced and cases over two years old are well on course to being disposed of. This is particularly evident in the availability of trial dates. In 1998 the standard waiting time from the point when cases were ready for trial until trial date was some six to eight months. In contrast, by January 2000 a number of trial dates were available within the month.

## Statistics

The number of criminal cases has remained at about the same level for the last four years. Civil cases have, however, increased, largely due to small debt-recovery plaints filed by Government for fees of various kinds.

Growth is depicted in the following charts:



Civil Cases — Grand Court Civil: 619 (1996), 750 (1999); Summary Court Civil: 762 (1996), 1405 (1999).



Criminal Summary Cases — Summary Court Cases: 4,905 (1996), 5,020 (1999).







*Twenty-two*





## Administration

### JUDICIAL CONFERENCES AND SEMINARS

The dictates and demands of this modern judiciary require that judges and magistrates regularly participate in continuing education programmes.

One such programme in which the Cayman judiciary participated in 1998/99 was sponsored by the UNDCP and the University of the West Indies and focused on money-laundering issues.

At these and other symposia, the Chief Justice presented papers at the invitation of the organisers. He also presented a paper on human rights issues to the regional meeting of the Commonwealth Magistrates and Judges Association, in St. Lucia, in July 1999.

### STAFF TRAINING

Encouraging staff to take advantage of training opportunities remains a high priority.

In preparation for the new computerized case management system, many staff participated in computer training courses organized by the Cayman Islands Community College. One staff member now provides instruction in functions such as Mail Merge. Additional internal training is planned.



Members of staff undertook the professional practices course and LLB (Hons.) degree studies at the Cayman Islands Law School. With the objective of gaining experience with large bills of costs, arrangements were made for the Senior Deputy Clerk of Courts to visit the Supreme Court Taxing Office in London. Also during 1999, staff were enrolled in courses provided by Government's Personnel Training Unit. These included the office skills development programme and the office attendant course.

*Administrative staff at work.*

### RETIREMENTS AND APPOINTMENTS 1999
**RETIREMENTS AND RESIGNATIONS**
- The Honourable Mr. Justice James Kerr of the Court of Appeal retired on 2 January 1999
- The Honourable Mr. Justice Murphy resigned as a judge of the Grand Court on 31 December 1999
- Mr. Peter Jackson retired as magistrate on 1 January 1999

**APPOINTMENTS**
- The Honourable Mr. Justice Ira Rowe was appointed a Justice of the Court of Appeal as of 1 January 1999
- Her Honour Ms Nova Hall was appointed magistrate on 3 May 1999



*Staffing and Organizational Chart*

*(at 1 January 2000)*

**Staffing and Organizational Chart (at 1 January 2000)**

[Organizational chart, rotated sideways. Readable boxes include:]

- Chief Justice (Antony Gonsalves QC)
  - Personal Secretary, Mrs. J. Hunte
- Puisne Judge, His Honour Judge Chitan
  - Admin Secretary, Mrs. V. Brooks
- Puisne Judge, His Honour Judge Sampson
  - Admin Secretary, Mrs. J. Blackman
- Acting Puisne Judge, His Honour Judge Douglas
  - Office Manager, Mrs. J. Alder
  - Information Systems Analyst, Mr. V. Williston
- Magistrate (on leave), Magistrate Donaldson
  - Kamai Secretary, Mrs. S. Lattee
- Magistrate, Her Honour Magistrate Hall
- Magistrate, Her Honour Magistrate Hale
  - Office Manager, Mrs. J. Khan

- Court Administrator, Mr. D. Bolden
  - Clerk of the Court, Mrs. E. Cater
    - Clerical Officer, Mr. E. Eubanks
    - Accounts Officer, Mrs. L. Ouralo-Bird
      - Assistant Accounts Officer, Mrs. C. Bolden
      - Escrow Officer, Mrs. N. Elliott
  - Deputy Clerk of Court, Mr. A. Holden
    - Admin Secretary, Mrs. L. Hogg
    - Executive Officer, Mrs. E. Webb
      - Stenographer, Mrs. J. Paschoal
      - Bailiff, Mrs. J. Boddeu / Mrs. H. Blackman
      - Court Reporter, Mrs. R. Pearsall / Mrs. C. Mitre
    - Supv. Criminal Reg., Mrs. M. Bodden
      - Clerk Officer, Mr. T. Otto
      - Clerk Officer (Acting), Mr. B. Field
    - Supv. Civil Reg., Mr. J. Bodden
      - Clerk Officer, Mr. V. Mordsfield
      - Office Attendant, Mr. Z. Zuzeny / Mr. L. Bodden
  - Receptionist, Mrs. S. Steehie

- Supt. of Courts, Mr. ?
  - Ch. Ct. Reporter, Ms. R. Shield
  - Court Reporter, Mr. C. Christian

## Court Staff



*Court Staff*



*Front: Court Administrator, Clerk of the Court. Rear: Registrar of Court of Appeal and Deputy Clerk of Court*