

*Court Reporters and Listing Officer*



*Civil Registry Staff*



*Systems Analyst, Secretaries, and Affiliation Officer*



*Criminal Registry Staff*



*Accounts Officers, Cashiers and Receptionist*

*Twenty-nine*

# Appendix

## JUSTICES OF THE PEACE
### (at January 2000)

| Name | Location | Name | Location |
|---|---|---|---|
| ADAMS, Colin Charles | East End | JACKSON, Peter Brierly | George Town |
| ARCH, Robert James | George Town | JACKSON, Sybil | Cayman Brac |
| ARCH, Richard, MBE | George Town | JACKSON, Vernon, OBE | West Bay |
| BASDEO, Joy V., MBE | George Town | JEFFERSON, Hon Thomas C., OBE | George Town |
| BANKS, Guy A., MBE | Cayman Brac | JOHNSON, Kt, CBE, Sir Vassel | George Town |
| BODDEN, Hubert Lawrence | Bodden Town | KIRCHMAN, Ann | East End |
| BODDEN, E. Ashton | Cayman Brac | KIRKCONNELL, Capt. Eldon, OBE | George Town |
| BODDEN, James A., MBE | George Town | KIRKCONNELL, Capt. Mabry S., MBE | Cayman Brac |
| BODDEN, Norman, OBE | George Town | LAWRENCE, Mary | Bodden Town |
| BODDEN, S. Thomas | George Town | McCARTHY, Hon. George, OBE | George Town |
| BODDEN, Hon. Truman M., OBE | George Town | McCOY, Harwell, OBE, BEM | Bodden Town |
| BOTHWELL, Andrea, Cert. Hon. | George Town | McCOY, Virginia Lee | North Side |
| BOTHWELL, John | West Bay | McLAUGHLIN, Sybil I., MBE | East End |
| BOXALL, Ian | George Town | McLEAN, Hon. John B., Snr., OBE | East End |
| BRYAN, Andrea | Savannah | McTAGGART, William, Snr. | George Town |
| BUSH, W. McKeeva, OBE | West Bay | MANDERSON, Jenny, MBE | West Bay |
| BUSH, Floyd M. | West Bay | MERREN, Dr. Edlin, OBE | George Town |
| CHISHOLM, Harry | George Town | MILLER, Eunley E. | North Side |
| CONNOLLY, Walsham W. | George Town | MILLER, Olive, MBE, Cert. Hon. | George Town |
| CONNOLLY, Anthony W. | Pedro | MOYLE, Edna | North Side |
| CONNOLLY, Capt. Coolidge | North Side | MYRIE, Georgette | George Town |
| CONOLLY, Warren, OBE | East End | NIXON, Kirkland, QFSM, MBE | Spotts |
| CRIGHTON, Rex | George Town | NIXON, Melba | George Town |
| DACOSTA, Hartmann M. | George Town | O'CONNOR-CONNOLLY, Hon. Juliana | George Town |
| DILBERT, Leonard | West Bay | OWENS-ELLIOTT, Darlene | West Bay |
| EBANKS, Benson, OBE | West Bay | PANTON, Gurney | Newlands |
| EBANKS, Carson | West Bay | PARSONS, Arden | West Bay |
| EBANKS, Craddock, OBE | North Side | POWERY, W. Garfield | George Town |
| EBANKS, Hildred, Cert. Hon. | Bodden Town | PIERSON, Linford | George Town |
| EBANKS, Louis Marsden | George Town | RANKINE, Evangelyn | East End |
| EBANKS, Leonard N. | West Bay | RITCH, David | George Town |
| EDEN, Hon Anthony S. | Bodden Town | RYAN, Bennen | Cayman Brac |
| ELDEMIRE, Irvin B. | Little Cayman | RYAN, Hon. James M., MBE | George Town |
| FOSTER, Dennis H., CVO, CBE | George Town | RYAN, James W. A. | Cayman Brac |
| FOSTER, Nolan Brown | Cayman Brac | SCOTT, Audley I. | Cayman Brac |
| GORDON, Cecil H. | George Town | SCOTT, Carl Esmond | Cayman Brac |
| GOMEZ, Kearney, MBE | George Town | SCOTT, Ivalee Elme | George Town |
| HEW, Leonard | West Bay | SCOTT, Jewell E. E. | Cayman Brac |
| HUNTER, Karen A. | Bodden Town | SMITH, Ardyth E. | West Bay |
| HURLSTON, Lemuel John, MBE | George Town | STEPHENSON, Hope | George Town |
| HURLSTON, Thomas, MBE | George Town | TATUM, Aaron Samuel | Cayman Brac |
| JACKSON, C. A. (Sammy), MBE | George Town | TATUM, Wanda | Cayman Brac |
| JACKSON, Emily | West Bay | THOMPSON, A. Lawrence | George Town |
| JACKSON, Percival V. | East End | | |

| | | | |
|---|---|---|---|
| TIBBETTS, Kurt | Bodden Town | WATLER, Vernica | East End |
| TIBBETTS, Nathaniel | Cayman Brac | WALTON, A. Joel | George Town |
| WATLER, Charles | Bodden Town | WALTON, Linell Shirdan | Cayman Brac |
| WATLER, Harding O. | Bodden Town | WOOD, William L. | Bodden Town |

*Ex Officio* Justices of the Peace
The holders of the offices of:
Chief Justice
Judge of the Grand Court
Magistrate
Court Administrator
Clerk of the Court
Deputy Clerk of the Court
Listing Officer
Registrar of Lands
Registrar of Companies
District Commissioner
Deputy District Commissioner
Deputy Financial Secretary



*From left, Council Member, President, Vice President and Secretary of the Justices of the Peace Association, Cayman Islands*

## MEMBERS OF THE GRAND COURT RULES COMMITTEE

The Honourable Chief Justice
The Honourable Attorney General
Mr. Andrew Jones, Attorney-at-Law, Secretary
Mr. Alden McLaughlin, Jnr., Attorney-at-Law

## MEMBERS OF THE SENTENCING ADVISORY COMMITTEE

Chairmen:
The Hon. Chief Justice Smellie, QC
The Honourable Mr. Justice Graham

Members:

| | |
|---|---|
| Mrs. Grace Donalds | Magistrate of the Summary Court |
| Mrs. Margaret Ramsay-Hale | Magistrate of the Summary Court |
| Ms Nova Hall | Magistrate of the Summary Court |
| Mrs. Deanna Lookloy | Director of Social Services |
| Ms Jen Dixon | Deputy Director of Social Services |
| Mr. Dudley Roach | Project Officer Cayman Islands Youth Facility |
| Mrs. Mary Lawrence | President of the Justices of the Peace Association |
| Mr. Mitchell Ebanks | Drug Counsellor – Caribbean Haven Outpatient Services |
| Mr. Roy Melody | Drug Counsellor – Caribbean Haven Outpatient Services |
| Pastor Alson Ebanks | Pastor and member of Prison Fellowship Cayman Islands |
| Mr. Dale Banks | Director of Labour |
| Commissioner David Thursfield | Commissioner of the Royal Cayman Islands Police Force |
| Chief Inspector Dennis Brady | Royal Cayman Islands Police Force |
| Mrs. Tessa Bodden | Chairman of the National Drug Council |



*Thirty-one*



| | |
|---|---|
| Dr. Kit Tharel | Consultant, Government Psychiatrist |
| Mr. Wil Pineau | Manager of the Chamber of Commerce |
| Mrs. Christine Wright | Administrative Officer of the Chief Secretary's office Secretary of the Parole Board |
| Mr. Horatio Thomas | Acting Director of Northward Prison |
| Mr. John Furniss | Attorney at law Representing the Central Criminal Bar |
| Hon. Sybil McLaughlin | |
| Mr. Andy McGaw | |
| Mr. Lemuel Hurlston | |
| Mr. Samuel Bulgin | Solicitor General |
| Mr. Adam Roberts | Senior Crown Counsel |
| Mr. Arek Joseph | Parole Commissioner's Board |
| Mr. John Retson | Probation Officer |

## ROLL OF ATTORNEYS-AT-LAW

### GOVERNMENT

**Portfolio of Legal Affairs**

| | |
|---|---|
| Mr. David Ballantyne | Attorney General |
| Mr. Samuel Bulgin | Solicitor General |
| Mr. Stephen Hall-Jones | Senior Crown Counsel |
| Mrs. Lorna Hampson | Senior Crown Counsel |
| Mr. Adam Roberts | Senior Crown Counsel |
| Mr. Anthony Akiwumi | Crown Counsel |
| Ms Jane Rowley | Crown Counsel |
| Ms Cheryll Richards | Crown Counsel |
| Ms Audrey Clarke | Crown Counsel |
| Mrs. Sheena Frederick-Westerborg | Crown Counsel |
| Ms Jacqueline Wilson | Crown Counsel |
| Mr. Arden Warner | Crown Counsel |
| Mr. Duncan Nicole | Crown Counsel |

**Deputy Clerk of Court**
Mr. Valdis Foldats

### PRIVATE SECTOR

| Name | Firm |
|---|---|
| ADAMS, C. Charles, JP | Charles Adams, Ritchie & Duckworth |
| ALBERGA, Michael | Myers & Alberga |
| ALBERGA, Ramon, QC | |
| ALLEN, Clyde Henry | Brooks & Brooks |
| ANDREW, Seamus Ronald | Walkers |
| APPLEYARD, Justin W | Maples & Calder |
| ASHENHEIM, Bryan Lewis | Myers & Alberga |
| ASHMAN, Ian G. | Walkers |
| BAGNALL, W. James T. | Boxalls |
| BANKS, James Frank | Walkers |

| | |
|---|---|
| DACOSTA-BANKS, Julene D. | |
| BARRIE, Steven Johnstone | C. S. Gill & Co |
| BERGSTROM, Eric James | Boxalls |
| BERRY, Gina Marie | C.S. Gill & Co. |
| BESTWICK, Heather | Walkers |
| BIRD, David G. | |
| BODDEN, Joannah | Maples & Calder |
| BODDEN, Sherri | |
| BODDEN, Truman Murray | Truman Bodden & Co. |
| BOLTON, Andrew James | Hunter & Hunter |
| BOLTON, Sarah Elizabeth Anne | Boxalls |
| BONI, Phillip Simon | Truman Bodden & Co. |
| BOXALL, Ian Llewelyn, J.P. | Boxalls |
| BRIDGES-GIGLIOLI, Cherry Jane | Ritch & Conolly |
| BROADBENT, John Vincent | Bruce Campbell & Co. |
| BROADHURST, Peter Allan | Broadhurst DaCosta |
| BROOKS, Sheridan A. | Brooks & Brooks |
| CALDER, Douglas Watler George | Calder & Co. (Overseas) |
| CARRINGTON, Caroline Teresa | Quin & Hampson |
| CHARLTON, Angus | Ritch & Conolly |
| CHAPMAN, James C. B. | Boxalls |
| CLIFFORD, Nigel Robert Leslie | Hunter & Hunter |
| COCKHILL, Laura M. | Boxalls |
| COCKHILL, Peter | Boxalls |
| COLES, Richard H. | Coles |
| COLLINS, Keith Christian | Keith Collins & Co |
| COLLINS, Sara Jane | Walkers |
| O'CONNOR-CONNOLLY, Julianna Y. | |
| CONOLLY-SMELLIE, Jacqueline P. | Ritch & Conolly |
| CRAIG, Alan Stewart | Walkers |
| CROWLEY, Dale | Maples & Calder |
| DACOSTA, Gene A. | Walkers |
| DACOSTA, Waide L. | Broadhurst DaCosta |
| DACOSTA, Linda D. | Myers & Alberga |
| DENTON, Shaun | Maples & Calder |
| DIAMOND, Stuart N. | Truman Bodden & Co. |
| DILBERT, Sophia A. | Maples & Calder |
| DOBBYN, Sarah | Hunter & Hunter |
| DUCKWORTH, Anthony G. D. | Charles Adams, Ritchie & Duckworth |
| EBANKS, Wanda L. | Maples & Calder |
| EMBURY, Magda Zoe | Solomon Harris |
| ESCALANTE, Twila | Hunter & Hunter |
| FARROW, Kenneth John | Quin & Hampson |
| FEAR, Richard David | Charles Adams, Ritchie & Duckworth |
| FINLAY, Richard Lyle | Charles Adams, Ritchie & Duckworth |



*Thirty-three*



*The Cayman Islands Law Reports have become an indispensable tool.*

| | |
|---|---|
| FIRTH, Simon | Maples & Calder |
| FOSTER, Angus J. Elliott | Walkers |
| FOWLER, Jon | Maples & Calder |
| FOWLER, Pamela J. | Maples & Calder |
| FURNISS, John Howard | Keith Collins & Co. |
| GARCIA, Morris | Morris Garcia |
| GATTI, Elisa | Walkers |
| GIGLIOLI, George | Giglioli & Co. |
| GILL, Charnjit Singh | C. S. Gill & Co. |
| GRIFFITHS, Gareth Wynn | Maples & Calder |
| GROOM, Siobain L. | Bruce Campbell & Co. |
| HAMPSON, Graham William | Quin & Hampson |
| HARFORD, Henry Scandrett | Maples & Calder |
| HARPER, Susan Morag | Walkers |
| HARRIS, Daniel A. | Quin & Hampson |
| HARRIS, Sophia-Ann Carolyn | Solomon Harris |
| HELFRECHT, William J. | Boxalls |
| HENDRICKEN, Crystal Teresa | Coutts & Co. |
| HERNANDEZ, Angelyn Ruth M. | Quin & Hampson |
| HERSANT, Eric Andrew | Walkers |
| HEW, Sabrina Bridgett | Walkers |
| HILL, Norman Washington, QC | c/o Samson Murray Jackson |
| HORSPOOL, Anthony B.G. | Walkers |
| HOLMES, Nicole M. | Truman Bodden & Co |
| HOUGHTON, Kirsten Annette | Walkers |
| HOWORTH, Gordon | Solomon Harris |
| HUNTER, Bryan | Hunter & Hunter |
| HUNTER, Jennifer | Hunter & Hunter |
| ISSA, Christopher R. J. | Quin & Hampson |
| JACKSON, James Samuel | Samson Murray Jackson |
| JAFFA-BODDEN, Minakshi | Hunter & Hunter |
| JENNINGS, Charles Stuart | Maples & Calder |
| JONES, Andrew John | Maples & Calder |
| JONES, David O. | Maples & Calder |
| JONES, Melanie C. | Maples & Calder |
| JONES, Robert Henry | Ritch & Conolly |
| JOSEPH, Nicholas | Hunter & Hunter |
| KANDIAH, Peter | |
| MYERS-KHOURI, Melanie M. | Myers & Alberga |
| KLEIN, Norman Joseph | Orren Merren & Co. |
| LAMBERT, Ian Thomas Gordon | Maples & Calder |
| LAMONTAGNE, Pierre, QC | |
| LAWLESS, John | Quin & Hampson |
| LAWRENCE, Joanna Marie | Maples & Calder |
| LAWSON, Peter Damien | Walkers |

*Three [illegible]*

| Name | Firm |
|---|---|
| LEVY, Neville W. | Neville Levy & Assoc. |
| LEWIS, Mark P. | Walkers |
| LEWIS, Theresa | Maples & Calder |
| LOCKINGTON, Graham Charles | Maples & Calder |
| LOCKE, Guy Anthony | Walkers |
| LOUGHRAN, Kieran | Quin & Hampson |
| LUMSDEN, Danaree I. | Quin & Hampson |
| LUMSDEN, Paul Edward V. | Maples & Calder |
| MACKAY, Colin James | Ritch & Conolly |
| McCAHILL, Dominic T. J. | Walkers |
| McCANN, Shaun Thomas | Bruce Campbell & Co. |
| McDONOUGH, John Ross | Bruce Campbell & Co. |
| McFIELD, Alan Steve | A. Steve McField & Assoc. |
| McGRATH, David Thomas | Quin & Hampson |
| McKIE, Collin D. | Maples & Calder |
| McLAUGHLIN, Alden McNee, Jr. | Charles Adams, Ritchie & Duckworth |
| McMILLAN, Robin | Hunter & Hunter |
| MAGNER, Del Ashley | Ritch & Conolly |
| MARTIN, Linda Alexandra | Maples & Calder |
| MEGHOO, John Godfrey | Samson, Murray, Jackson |
| MELIA, Nicola G. | Maples & Calder |
| MERREN III, Henry Orren | Orren Merren & Co. |
| MERREN, Zena Mae | Hunter & Hunter |
| MOON, Andrew Simon | Maples & Calder |
| MOSES, Huw St. John | Hunter & Hunter |
| MURRAY, Diarmad MacFarlane | Walkers |
| MURRAY, H. Delroy | Samson Murray Jackson |
| MURRAY, John A | Truman Bodden & Co |
| MYERS, Darryl W. B. | Myers & Alberga |
| WHITTAKER-MYLES, Rosie C. | Charles Adams, Ritchie & Duckworth |
| NARBOROUGH, Christopher John | Truman Bodden & Co. |
| NELSON, Roger Lawrence | Nelson & Co. |
| NERVIK, Glenis Eileen | Nervik & Co. |
| NOLAN, Allison B. | Hunter & Hunter |
| O'LOUGHLIN, Hugh | Walkers |
| PAGET-BROWN, Ian | Paget-Brown & Co. |
| PALMER, Simon J. | Maples & Calder |
| PANTON, Anthony Dwight | O. L. Panton & Co. |
| PANTON, Gurney Wayne | Walkers |
| PASCOE, Simon M. B | Quin & Hampson |
| PEARSON, Carol Juanita | Bruce Campbell & Co. |
| PECCARINO, Anna L. | Maples & Calder |
| PIERSON, Sharon Patricia | Maples & Calder |
| PITCAIRN, Maureen Theresa | Maples & Calder |
| PRIESTLEY, Daniel Richard Mark | Boxalls |



<sub>Case 1:05-cv-10879-JLT   Document 123   Filed 04/09/2008   Page 8 of 10</sub>



| Name | Firm |
|---|---|
| POLACK, Peter | Polack & Co. |
| POLANCEC, Maria Beatriz | Maples & Calder |
| POPE, Adrian Keith | Maples & Calder |
| PORTER, Stephen W. | C. S. Gill & Co. |
| PUTTERILL, Bruce Spencer Dent | Hunter & Hunter |
| QUIN, Charles George | Quin & Hampson |
| REDDYHOUGH, Juilian Nicholas | Maples & Calder |
| REID, William Andrew Stewart | Maples & Calder |
| RIDLEY, Timothy C.L. OBE | Maples & Calder |
| RITCH, David E., JP | Ritch & Conolly |
| RITCHIE, Graham Fraser | Charles Adams, Ritchie & Duckworth |
| ROBERTS, Amanda Jane | Charles Adams, Ritchie & Duckworth |
| ROY, Steven Ashley | C.S. Gill & Co. |
| ROULSTONE, Sharon A. | Walkers |
| RUTKOWSKI, Patricia M. | Bruce Campbell & Co. |
| RYAN, James A. JP | Cayman Brac |
| SAMSON, Lloyd Austin | Samson Murray Jackson |
| SCRIVENER, Paul H | Solomon Harris |
| SCHMID, Patrick | Maples & Calder |
| SCHOFIELD, Douglas Stuart | Brooks & Brooks |
| SHAW, Colin G. | Charles Adams, Ritchie & Duckworth |
| SIMON, Paul Stephen Leslie | Orren Merren & Company |
| SIMPSON, Eliot Denning | Boxalls |
| SMITH, John Barry | Truman Bodden & Co. |
| SMITH, Henry Selwyn N. | Maples & Calder |
| STAFFORD, Peter S.G. Vanbatenburg | Hunter & Hunter |
| STRAVIS, Sonia Jane | Walkers |
| STEIN, Grant J. R. | Walkers |
| STELLER, Rebecca | Maples & Calder |
| STEPHENS, Simon Harrington D. | Bruce Campbell & Co. |
| SYKES, Margaret L. | Truman Bodden & Co. |
| SYKES, Ward A. | Broadhurst DaCosta |
| TERRY, Woodward L. | Woodward Terry & Co. |
| THORP, Richard Joylon | Maples & Calder |
| THOMSON, Jennifer Anne | Walkers |
| MARTINEZ-THOMPSON, Karin | Karin Thompson & Co. |
| TIMMS, Neil Richard F. C | Maples & Calder |
| TODD, Lawrence Rory | Hunter & Hunter |
| TOMKINS-MARCH, Simone A | CITCO & Trust Co. |
| TONGE, Jonathan Paul | Walkers |
| TRAVERS, Antony. OBE | Maples & Calder |
| TURNER, Alan | Walkers |
| UZZELL, Julien M. B. | Coutts & Co. |
| WALKER, David E. S | |
| WALKER, William S. OBE | Caledonian Bank & Trust |

<sub>*Thirty-six*</sub>

| | |
|---|---|
| WALTERS, Alistair J. | Bruce Campbell & Co. |
| WALTON, Jeremy P. | Hunter & Hunter |
| WATLER, Olivaire R. | Maples & Calder |
| EDUN-WATLER, Sandra Camille | Charles, Adams, Ritchie & Duckworth |
| WATTON, Karen Louise | Walkers |
| WAUCHOPE, James Jonathan | Bruce Campbell & Co. |
| WEAVER, Andrew J. | Hunter & Hunter |
| WEAVER, Sarah L. | Hunter & Hunter |
| WEBB, Adriannie E. | Adriannie E. Webb |
| WEBSTER, Anthony | Maples & Calder |
| WEBSTER, James A. E. | Maples & Calder |
| WHITTOME, David J | Walkers |
| WILLIAMS, Andrea R. | Truman Bodden & Co. |
| WILLIAMS, Caroline Susan | Walkers |
| WILLIAMS, Oliver H. | Maples & Calder |
| WILLIAMS, Richard D. | Maples & Calder |
| WOLF, John P. | Bruce Campbell & Co |

Edited and designed by
Government Information Services
April 2000.



