UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10879-JLT

KIMBERLY GENEREUX,                    )
    Plaintiff                     )
                                  )    **PLAINTIFF'S OPPOSITION TO**
    v.                            )    **DEFENDANTS' MOTION *IN LIMINE***
                                  )    **TO PRECLUDE THE EXPERT**
COLUMBIA SUSSEX CORPORATION,          )    **TESTIMONY OF ROBERT McCRIE**
STARWOOD HOTELS & RESORTS             )
WORLDWIDE, INC., and                  )
WESTIN HOTEL MANAGEMENT, L.P.,        )
    Defendants                    )

Kimberly Genereux, the plaintiff, opposes the Defendants'

Motion to Preclude the Expert Testimony of Robert McCrie for the

reasons set forth below.

## INTRODUCTION

Federal Rule of Evidence 702, governing expert testimony,

provides as follows:

> If scientific, technical, or other specialized
> knowledge will assist the trier of fact to understand
> the evidence or to determine a fact in issue, a witness
> qualified as an expert by knowledge, skill, experience,
> training, or education, may testify thereto in the form
> of an opinion or otherwise, if (1) the testimony is
> based upon sufficient facts or data, (2) the testimony
> is the product of reliable principles and methods, and
> (3) the witness has applied the principles and methods
> reliably to the facts of the case.

The First Circuit Court of Appeals long ago recognized the

specialized nature of security expertise and held that a jury may

rely upon the testimony of a qualified security expert witness in

rendering a verdict in a negligent security case. *MacQuarrie v.*

*Howard Johnson Co.*, 877 F.2d 126, 129 (1st Cir. 1989).  Robert D.

McCrie, Ph.D., CPP, is a highly qualified security expert witness. His opinions satisfy the criteria of Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 578 (1993) and progeny, and should be admitted in this action.

### DR. McCRIE'S EXPERT QUALIFICATIONS

Dr. McCrie has been a professor of security management in the Department of Law, Police Science & Criminal Justice Administration at John Jay College of Criminal Justice, part of the City University of New York, since 1985. He served as Department Chair for six years. He was an exchange professor at the National Centre for Police Excellence of the National Crime and Operations Faculty, Centrex, Bramshill, United Kingdom, in the autumn of 2004, gaining knowledge and experience in British law enforcement. He has developed and taught numerous courses in security management, served on graduate dissertation, thesis, internship and scholarship committees, and performed other academic responsibilities over the past 25 years. He has contributed to three books in security operations management, edited eight security publications, written and refereed dozens of professional journal articles and book chapters, and participated in more than 25 security conferences and presentations, and has addressed security in international travel. He has testified before legislative bodies in New York, Illinois, and the District of Columbia. He is a member of eight

2

professional and security organizations and is on the U.S. State Department's Overseas Security Advisory Council.  He has received numerous awards and recognitions and has been designated as one of the 25 most influential security executives by *Security* magazine.  His curriculum vitae appears at the end of his report.

Dr. McCrie is testifying as a security expert, addressing the standards of care and the defendants' breach of the standards of care.  He is not testifying as a lawyer, as the defendants' contend.  In setting forth the bases of his opinions, Dr. McCrie confirmed that he had used information obtained in discovery and investigation "not with a legal opinion, because I am not a lawyer, but from an expert's perspective having consulted with businesses on security and managerial issues since 1970".  McCrie Report[1] p. 22.  The information used is the type permitted by Fed. R. Evid. 703 ("a type reasonably relied upon by experts in the particular field in forming opinions or inferences upon the subject").  He is "qualified as [a security] expert by knowledge, skill, experience, training, [and] education", Fed. R. Evid. 702 and should be permitted to testify.  His qualifications are not diminished because he used the term "negligent" rather than "violated the standards of care" in formulating his conclusions.

---

[1]The defendants filed Dr. McCrie's 51 page report electronically so the plaintiff will not.  The plaintiff will supply the defendants with any information inadvertently omitted from the report, such as Dr. McCrie's compensation, which was called to the plaintiff's attention for the first time by the defendant's motion *in limine*.

## DR. McCRIE'S METHODOLOGY IS RELIABLE

Dr. McCrie identified the sources of his information, Report p. 2-6 and 37, described conditions at the Westin Casuarina which he believed relevant to the attack upon Ms. Genereux, Report p. 7-13, and analyzed crime and changes in crime patterns in the Cayman Islands, Report p. 14-21, before setting forth his findings and conclusions, Report p. 22-36. He explained that part of his methodology required evaluating crime trends because private and public security managers must examine crime patterns and levels in order to respond properly to changing conditions. Report p. 14-15.

This methodology has been tested, subjected to peer review and publication, as set forth in Dr. McCrie's curriculum vitae, and is accepted in the security industry. It satisfies the criteria identified in *Daubert*, 509 U.S. at 593, for determining reliability of expert testimony. The defendants have offered no expert testimony to counter it.

### THE EVIDENCE SUPPORTING DR. McCRIE'S OPINIONS PROVIDE PROPER FOUNDATION TO ADMIT HIS TESTIMONY AND HE HAS APPLIED HIS METHODS RELIABLY TO THE EVIDENCE.

Dr. McCrie's opinions are based upon evidence obtained in discovery and investigation and are the types of information upon which security experts rely. The evidence includes reviews of deposition testimony of Ms. Genereux and representatives of the three defendants, the defendants' interrogatory answers,

4

documents produced by the defendants, photographs of the site of
Ms. Genereux' rape and surrounding area, official Cayman Island
law enforcement records, U.S. government documents relating to
the Cayman Islands, and Cayman Islands media reports, articles,
and letters written to Caymanian media.  It is the type of
information upon which experts in his field rely and which common
law negligent security decisions have found relevant to
establishing the foreseeability of crime and criminal incidents.
*See e.g., Thomas Graham & Co. Ltd. v. The Church of Scotland
General Trustees,* [1982] S.L.T. 26, 27 (Scot. Sheriff Ct.);
*Allison v. Rank City Wall Canada Ltd.*, 6 D.L.R. 4th 144, 148
(Ont. 1984); *Sharpe v. Peter Pan Bus Lines, Inc.,* 401 Mass. 788,
792 (1988).  The defendants' attacks upon Dr. McCrie's sources
only address the weight of his testimony; not its admissibility.

The defendants contend that Dr. McCrie's reliance upon
deposition testimony and photographs authenticated during
discovery does not provide proper foundation for his opinions,
arguing instead that he should have performed an on-site
investigation and consulted certain individuals now proffered by
the defendants as Westin Casuarina security staff.  An expert
need not base his opinions on personal observation but may rely
upon "facts or data ... made known to the expert at or before the
hearing" as long as "of a type reasonably relied upon by experts
in the particular field in forming opinions or inferences upon

the subject". Fed. R. Evid. 703. Moreover, where the facts are disputed, as in the case at bar, Rule 702 does not authorize the Court to bar an expert's testimony just because the expert refuses to accept the adversary's version of the facts. Advisory Committee Notes to 2000 Amendments to Fed. R. Evid. 702. The evidence which forms the basis for Dr. McCrie's opinions is of the type allowed by the Rule.

The defendants' argument is wrong factually as well as legally. The defendants identified no Westin Casuarina security guards, officers, directors or vendors at any time during discovery. *See* Plaintiff's Motion *in Limine* to Preclude Testimony by and Evidence That the Westin Casuarina Employed Security Officers/Guards, Directors or Vendors at the Time of the Plaintiff's Rape, and materials cited. Ms. Genereux, Mr. Mitchel and the documents produced by the defendants all confirmed that there were no security forces and no security measures in place at the Westin Casuarina when Ms. Genereux was raped. Dr. McCrie opined that the Westin Casuarina employees' response to Ms. Genereux' report that she had just been raped evidenced a lack of security awareness and security training consistent with the evidence that there was no security at the Westin Casuarina, just as the bartender had told Ms. Genereux when she asked the bartender to call police or security. Moreover, the three defendants testified that none of them have corporate security

6

departments or employees to oversee security at their hotels.
That testimony remains unchallenged and uncontradicted.  Dr.
McCrie's opinions are rooted firmly in the evidence obtained in
discovery.  The newly proffered evidence of the heretofore
undisclosed Westin Casuarina "security" staff is suspect,
provides no basis for challenging Dr. McCrie's opinions, and
should not be admitted in evidence for the reasons stated in the
plaintiff's motion *in limine*.

The defendants are particularly "trouble[d]" by Dr. McCrie's
conclusion that Starwood/Westin breached the standard of care in
the lodging industry by failing to supervise hotel security
meaningfully, in part because Dr. McCrie cited a 2002 Lashner,
Rush Associates Audit obtained in discovery, which noted the
Westin Casuarina's failure to comply with Westin hotel standards
governing the use of security locks on guestroom doors[2].  The
Audit was prepared six months after Ms. Genereux was raped.  It
was consistent with the audits for the preceding three years, in
all of which auditors reported that Westin had established
standards relating to hotel security, that the Westin Casuarina
repeatedly had violated those standards, and that the defendants,

---

[2]The defendants criticize Dr. McCrie for using the term "Life
Safety".  That term is used in the LRA audit commissioned by
defendants Starwood and Westin to enforce compliance with Westin Hotel
standards and is defined to "include[] door locks, room access, etc.".
Westin standards address both public area room locks and public
restroom access.

Starwood and Westin, had failed to take measures to correct the violations. Evidence of conditions post-dating an incident are relevant to demonstrating conditions at the time of the incident. *Brown v. Trustees of Boston University*, 891 F.2d 337, 350 (1st Cir. 1990). This especially is true where evidence establishes that conditions before and after the incident were consistent.

The defendants contend that Dr. McCrie's opinion that the door to the restroom in which Ms. Genereux was raped should have been locked lacks evidentiary support. The defendants ignore their own testimony and documents. Starwood/Westin's Rule 30(b)(6) designee admitted that Westin standards required locks that are "high grade and difficult to force" for "public area doors", which include public restroom doors. McGovern dep., p. 225-26; Westin Quality Assurance Program/QAP 2000[3], p. 126.

The defendants challenge Dr. McCrie's interpretation of the crime statistics which he used to evaluate the level of crime in Grand Cayman at the time of Ms. Genereux' rape. The defendants base their challenge upon records which Dr. McCrie did not cite: the 2002 Annual Report of the Judicial Administration of the Cayman Islands. Dr. McCrie based his opinions on the Cayman Islands 2002 Annual Report & Official Handbook, excerpts of which are annexed hereto. Page 74 of the latter report cites Summary

---

[3]The documents are subject to redaction by this Court's Order, had been filed in opposition to the defendants' summary judgment motion, and, therefore, are not being filed again.

Court "Criminal (Grand Cayman)" cases for the years 1996-2002. The report separates criminal cases in Cayman Brac from Grand Cayman for all years after 1996, contrary to the defendants' assertion.   Court performance measures reflect that that although the number of criminal cases anticipated in Grand Court declined by 19, which the Judiciary Department attributed in part to defendants electing to have their cases tried in Summary Court for certain offenses, Cayman Islands 2002 Annual Report p. 73, the number of cases anticipated for Summary Court rose by 3,389, almost 50% more than the original estimate.  *Id.,* p. 74. Moreover, the number of criminal prosecutions increased annually from 1999 to 2002, as reported by Dr. McCrie.  Even assuming that the report cited by the defendants addresses the same statistic for 2002, and that approximately 80% of the reported cases involved motor vehicle violations, no evidence proffered by the defendants indicates that the proportion of motor vehicle offenses to other crimes varied over the years or that the level of crime did not rise dramatically, as Dr. McCrie concluded. Indeed, the Royal Cayman Islands Police ("RCIP") itself reported in the Cayman Islands 2001 Annual Report and Official Handbook, p. 94, that "crime in the Cayman Islands rose by 23% for 2001".

The defendants have challenged certain articles from Caymanian media which also address the crime trend as being unavailable and therefore unreliable, post-incident and therefore

irrelevant, and from anonymous and therefore suspect sources. Copies of five articles cited by Dr. McCrie are filed herewith. They support the official statistics cited by Dr. McCrie which demonstrate a rising crime rate before Ms. Genereux' rape and raise questions about the reliability of the official reports. An article of 4 February 2000 in Caymannetnews reported criticism directed at that media outlet for reporting criminal incidents and a pattern of increasing crime and noted that the RCIP ceased sending police reports to Caymannetnews following those reports. An article of September 13, 2001 relayed an RCIP request for information relating to a recent series of "indecent assaults on women". An article relating to the RCIP 2000 Annual Report cited the RCIP as calling a 13% rise in crime "disappointing", noted that violent incidents were rising more rapidly, "by about one-third over the 1999 figures", and used the term "deteriorate" to describe the effect of crime upon the country. RCIP Commissioner David Thursfield was quoted as calling the RCIP "tired and overburdened" in the same sentence which reported two murders within 10 days in January 2000. Commissioner Thursfield reported that the community "expected an increase in crime". A Legislative Assembly report, referenced in an article of January 14, 2002, noted that "individual violence has long been a part of the Caymanian culture". All four articles predated Ms. Genereux' May 2002 rape and reported news from or interaction with official

10

sources.  The fifth article reported a press conference held by
Cayman Islands Governor Bruce Dinwiddy to address the trend of a
"rising crime rate" which "many residence [*sic*] fear is out of
control" and which put the government "under tremendous fire on
the crime increase".  Governor Dinwiddy called the crime rate
"unacceptable".  Although the press conference was held after Ms.
Genereux' rape, the article reported on a trend which predated
her rape and which continued after it.  Two internet blogs cited
by Dr. McCrie expressed the writers' frustration with the trend
and scepticism about the reliability of official crime reports.

The defendants criticize Dr. McCrie for citing both American
and British sources for the hardly surprising and generally
accepted proposition that crime is under-reported, especially
crimes of sexual violence.  Although no Caymanian source is cited
which repeats that general observation, the defendants cite no
source which makes it inapplicable in the Cayman Islands.  Again,
the challenge goes to weight, not admissibility.

The defendants criticize Dr. McCrie for failing to explain
to their satisfaction concepts of Crime Prevention Through
Environmental Design and how some of his proposed security
measures would have prevented the assault upon Ms. Genereux, in
the process ignoring the deterrent effect of the measures
proposed.  The First Circuit long ago disposed of the defendants'
challenges:  "Contrary to [the defendant's] argument, evidence

need not prove that with additional security measures the crime definitely would not have taken place.  The standard is necessarily less severe.  Evidence must show only that, with reasonable precautions, the injury, more likely than not, would not have occurred." *MacQuarrie,* 877 F.2d at 131.

The evidence provides proper foundation to support the testimony of Dr. Robert McCrie, an eminently qualified security expert.  He has applied his unchallenged methodology to the evidence reliably.  His testimony is admissible.  Admitting it will not unduly prejudice the defendants.

<u>**CONCLUSION**</u>

WHEREFORE, the plaintiff respectfully requests that this Court deny the defendants' motion *in limine*.

The Plaintiff,
By her Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617) 227-1848
April 9, 2008

12

## CERTIFICATE OF SERVICE

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

John B. Johnson, Esquire          Robert J. Brown, Esquire
Corrigan, Johnson & Tutor, P.A.   Mendes & Mount, LLP
141 Tremont Street                750 7th Avenue
Boston, MA 02111; and             New York, NY   10019-6829.


                                   s/ Mark F. Itzkowitz
                                  MARK F. ITZKOWITZ (BBO #248130)


Dated:  April 9, 2008

Page 1

VOLUME I

PAGES 1-263

EXHIBITS 1-12

COMMONWEALTH OF MASSACHUSETTS

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10879-JLT

KIMBERLY GENEREUX,               )
                                 )
                  Plaintiff,     )
                                 )
vs.                              )
                                 )
                                 )
COLUMBIA SUSSEX CORPORATION,     )
ET AL,                           )
                                 )
                  Defendant.     )

            DEPOSITION OF JOHN B. MCGOVERN, a
witness called on behalf of the Plaintiff in the
above-entitled cause, taken before Dawn Mack-Boaden,
Notary Public in and for Commonwealth of
Massachusetts, pursuant to the Massachusetts Rules
of Civil Procedure, at the Law Offices of Mark F.
Itzkowitz, 85 Devonshire Street, Boston,
Massachusetts, on Monday, September 17, 2007,
commencing at 10:05 a.m.

            EYAL COURT REPORTING, INC., BOSTON, MA
                     (800) 322-3925

Page 225

1  timing devices on -- on exterior lights?

2      A.   Not to my knowledge.  I think if you did

3  have an area that -- if you had a huge parking lot

4  and the back part of it was never used and you want

5  to put a sensor on it to save some electricity, that

6  was an option you could use.

7           But I don't know that we ever had a

8  standard saying you had to use timers or sensors to

9  turn your lights on and off.

10     Q.   Okay.  I had asked you earlier today if

11 there were any more specific standards dealing with

12 security measures, and there is something that

13 appears on page 126.

14          I just want to make sure that this was a

15 standard of Westin back in January of 2000.  On

16 public area doors, the second item -- and it's

17 towards the top of the page.

18     A.   Okay.  Yes.

19     Q.   It says:  Public area doors have locks that

20 are high grade and difficult to force.

21          Do you see that?

22     A.   Yes.

23     Q.   Okay.  That would have been a standard?

24     A.   Yes.

Page 226

1      Q.   Does that mean, since it was a standard,

2   that all Westin Hotels, whether franchised or owned

3   and operated, had to have high grade locks that are

4   difficult to force on public area doors?

5      A.   Yes.

6      Q.   Okay.  And would public area doors have

7   included such things as public restroom doors?

8      A.   Yes.

9      Q.   Okay.  On page 129 of the same document

10  there's a section about the middle -- maybe just

11  under the middle of the page.  It talks about

12  restroom safety.  Do you see that?

13     A.   Yes.

14     Q.   And there's one item in the section that

15  says:  Appropriate safety signs are used in

16  conjunction with mopping.

17          Do you see that?

18     A.   Yes.  Appropriate safety signs are used in

19  conjunction with mopping, yes.

20     Q.   Okay.  That would have been the standard

21  back in January of 2000; right?

22     A.   Yes.

23     Q.   That appears to be the only item listed

24  under the category of restroom safety.

# CAYMAN ISLANDS

# 2002

## ANNUAL REPORT &
## OFFICIAL HANDBOOK



Published by the Government of the Cayman Islands
September 2003

George Town, Grand Cayman
Cayman Islands

# Foreword

*The Cayman Islands Annual Report and Official Handbook* documents the highlights of a year in the life of the Government and people of the Cayman Islands. It is an important historical record and source of statistical data.

The Annual Report is prepared by Government Information Services (GIS). Drawing on a wide range of official and other authoritative sources, it provides a factual review of government policy and other recent developments.

As in previous issues, this 2002 edition has been designed to serve as a reference source on government. Contributing to this aim, charts, tables, and graphs have been incorporated into various chapters. For the convenience of readers, an index is also included.

# Contents

**A Message**
His Excellency the Governor, Mr. Bruce Dinwiddy



**Sustaining Prosperity and Preserving Quality of Life**
Chapter 1 — Synopsis of Major Developments, 9



**Steering a Course of Stability and Harmony**
A report on the Islands' constitution, governance and administration
Chapter 2 – Government, 21
Chapter 3 – Administration, 35



**Growing the Economy and Strengthening Industries**
A report on key economic indicators and national industries
Chapter 4 – Economy and Public Finance, 43
Chapter 5 – Industry Regulatory and Service Agencies, 47
Chapter 6 – Business Services, 59



**Protecting the Safety and Health of the People**
A report on judicial, legal, safety and health measures
Chapter 7 – Law Enforcement and Public Safety, 73
Chapter 8 – Health Care, 81



**Shaping the Future**
A report on educational, social and cultural thrusts
Chapter 9 – Education and Culture, 99
Chapter 10 – Community and Social Services, 111
Chapter 11 – Information Services and the Media, 123



**Strengthening Environmental Protection**

A report on weather, conservation, preservation and
the human-environment interface

Chapter 12 – Weather, 129

Chapter 13 – Environment, 131



**Viewing Cayman Brac and Little Cayman**

A report on developments in Cayman Brac and Little Cayman

Chapter 14 – Cayman Brac and Little Cayman, 143



**Linking the Islands with the Global Village**

A report on communication, transportation and infrastructure

Chapter 15 – Infrastructure, Service and Support, 151

**Index**, 159

**Appendices**

1.    Maps, 162

2.    Government Web Site Directory, 164

Acknowledgements

# SECTION 4

## PROTECTING THE SAFETY AND HEALTH OF THE PEOPLE

*Law Enforcement and Public Safety*



# LAW ENFORCEMENT AND PUBLIC SAFETY

The Judicial Department reports its performance measures for the first time; putting to rest the concern that accrual accounting may not work for the delivery of justice. The police report crime fell by 4% in "one of the most crime-free countries in the world." 911 Emergency Communications continued its public information campaign, striving to reduce an alarming number of abandoned or misdialed 911 calls. In a post-September 11 world, the Fire Service trained officers in aircraft fire fighting and aviation rescue. In a move that emphasizes rehabilitation, the Prison Service is moved from the Portfolio of Internal and External Affairs to the Ministry of Community Services, Women's Affairs, Youth and Sports.

## The Judiciary and The Judicial Department

### Introduction and Overview

The Ceremonial Opening of the Grand Court took place in January, attended by members of the Judiciary and the Bar. It began with the inspection of the Guard of Honour by the Honourable Chief Justice accompanied by the Commissioner of Police and the Clerk of Court.

The Attorney General was invited to move a motion for the opening of the Grand Court and the response of the Honourable Chief Justice included an overview of 2002 accomplishments, together with accompanying statistics. The Chief Justice noted the proposals for legislative reform and the new sentencing measures but urged consultation with the judiciary before the reforms are made. He also commented on the Constitutional modernisation process and the proposals which seek to address the independence of the judiciary. He returned to this theme in his main speech when he spoke of the functions and responsibilities of the staff of the judicial administration. The Chief Justice also welcomed the proposed new Code of Conduct for the

legal profession which would replace the "rather archaic regime" which now operates under section 7 of the Legal Practitioners' Law (2002 Revision).

Other matters of importance addressed included the terms and conditions of service of the Magistracy, the need for new Court facilities and the necessity for a dedicated computer system due to the confidential and often sensitive nature of the work.

### Performance Measures for 2002

Actual outputs exceeded estimated outputs (see Table on next page). Figures should be considered by referring to the estimated budget compared to the actual budget for the provision of the outputs.

Criminal indictments in the Grand Court were estimated at 80. However the actual number was 60, possibly because more individuals elected to have their cases tried in the Summary Court for Category B offences,

The Attorney General's Chambers.................................................................75
Royal Cayman Islands Police Service...........................................................75
911 Emergency Communications..................................................................76
Road Safety Advisory Council.......................................................................77
Fire Service....................................................................................................78
Prison Service................................................................................................79

—————————— *Law Enforcement and Public Safety* ——————————

| Performance Measures | Estimated | Actual |
|---|---|---|
| Civil Cases | 900 | 1467 |
| Civil Appeals | 25 | 22 |
| Divorce and Estate | 400 | 301 |
| Criminal cases Summary Court | 7,000 | 10,389 |
| Criminal Indictments in Grand Court | 80 | 61 |
| Cases filed prepared for Coroner's Court | 34 | 33 |
| Civil Legal Aid applications | 75 | 148 |
| *Approved Civil Legal Aid | | 79 |
| Criminal Legal Aid applications | 240 | 176 |
| *Approved Criminal Legal Aid | | 162 |
| Services to support tickets issued by RCIP | 5,000 | 7303 |
| Collection of Outstanding Fines | $1.3m. | $1.154m |
| Legal Aid | $830,000 | $1,203,660.25 |

or that there were fewer more serious offences coming before the Court, or that the Grand Court achieved speedier disposal. (But the disposal rate still averaged 18 months per indictment—the benchmark identified in the judiciary's report in 2000).

Collection of outstanding fines faltered in 2002, largely because of the number of outstanding warrants and their non-delivery, especially in the outlying districts. In addition, recent changes in the Traffic Law meant fines being prorated to reflect charges only on speeds that exceeded posted limits by at least 10 mph. Previously, an offender could incur a fine at any point over the stated limit. Fines collected by the Courts Office continue to be remitted to the Treasury daily. They do not form a part of the Judicial Administration's budget.

| COURT STATISTICS, 1996 to 2002 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| Appeals to Court of Appeal | | | | | | | |
| Criminal | 51 | 52 | 76 | 49 | 54 | 49 | 34 |
| Civil | 19 | 41 | 73 | 35 | 23 | 23 | 22 |
| | | | | | | | |
| Grand Court | | | | | | | |
| Indictments | 64 | 64 | 67 | 61 | 79 | 70 | 61 |
| Civil cases (incl. Admiralty) | 619 | 782 | 719 | 750 | 864 | 710 | 936 |
| Estates | 183 | 145 | 105 | 135 | 164 | 143 | 108 |
| Divorces | 144 | 151 | 168 | 156 | 161 | 170 | 193 |
| Adoptions | 5 | 3 | 6 | 1 | 0 | 1 | 0 |
| | | | | | | | |
| Appeals to Grand Court | 51 | 87 | 56 | 110 | 60 | 73 | 63 |
| | | | | | | | |
| Summary Court | | | | | | | |
| Criminal (Grand Cayman) | 4,905 | 5,117 | 4,923 | 4,929 | 5,297 | 6,996 | 10300 |
| Criminal (Cayman Brac) | * | 104 | 60 | 91 | 94 | 158 | 89 |
| Civil cases | 762 | 1,380 | 1,604 | 1,403 | 1,241 | 350 | 399 |
| Maintenance and Affiliation | 77 | 72 | 64 | 102 | 125 | 128 | 132 |
| Deaths reported to Coroner | 29 | 37 | 34 | 29 | 21 | 23 | 33 |
| Youth Court | 145 | 197 | 213 | 176 | 225 | 331 | 132 |
| Juvenile Court | 34 | 31 | 30 | 32 | 35 | 37 | 38 |

*1996 Criminal cases include Cayman Brac. Separate figures given for subsequent years.

*Law Enforcement and Public Safety*

## Legal Aid

An estimated CI$1.3m was allocated for 2002, based on a performance measure totaling 415 civil and criminal legal aid applications. The amount actually spent increased by 70% compared to previous years. This was attributable to the Euro Bank trial—which continues to have a knock-on effect on the 2003 budget.

## Law Reports

This service continued, achieving high standards and staying within budget. In 2002 the rate of subscription increased, both locally and abroad, and the total accruing from the sale of the Cayman Islands Law Reports was CI$19,585.00.

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into five areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs.

## Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member. The unit prepares primary and secondary legislation for enactment by the Legislative Assembly and interprets statute law for the government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and to overall supervision by the Attorney General.

## Law Revision

As the laws are amended, consolidated versions, known as revisions, are produced. Changes are incorporated into one piece of law. An index of amendments and revisions is maintained.

## Solicitor General/Legal Department

The Legal Department, managed by the Solicitor General on a day-to-day basis, is staffed by two teams of lawyers, one prosecuting criminal cases, with the other mainly defending in civil litigation and judicial review proceedings. Both provide legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases. The department also assists the Central Authority (the Chief Justice) under the Mutual Legal Assistance Treaty with the United States, which permits the exchange of information on criminal matters. Extradition and "letters rogatory" are also dealt with on behalf of the Attorney General, who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct Law. The Legal Department is staffed by a Solicitor General, three senior crown counsel, ten crown counsel, secretaries and support staff. Legal support is provided to the Financial Reporting Unit (FRU) under the Proceeds of Criminal Conduct Law by designated crown counsel. They act as case controllers to assist in the management of money-laundering cases for prosecution.

## Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree-level education for law students on a full- and part-time basis, followed by a professional practice course. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education. Professional staff comprise a director and six lecturers, and 116 students were enrolled in 2002.

## International Division

This new division of the Attorney General's Chambers is designed to co-ordinate and expedite international requests for legal assistance. It is to be headed by a senior crown counsel within the Legal Department and will advice the FRU.

## Royal Cayman Islands Police Service

In the absence of any military force, the Cayman Islands is reliant upon its police service. The Royal Cayman Islands Police Service (RCIPS) is a national service with a complement of 322 officers and 49 support staff. Actual strength is less, due to budgetary constraints; the 2002 approved budget was $16,121,539.

## Developments in 2002:

The Cayman Islands remains one of the most crime-free

countries in the world. Crime in the Islands fell by 4% during 2002, and the actual numbers remain very low. However, Cayman is a transhipment point for drug trafficking, and large quantities of cocaine and cannabis (known locally as ganja) are recovered annually. This trade promotes in-island consumption and attendant property-crime problems, though this is not apparent to the million-plus visitors who arrive in the Islands each year. The Drug-abuse Resistance Education Programme (DARE) was facilitated by police officers in all government and private schools for the first time in 2002.

High volume traffic, single-road systems and traditional commuter rush hours ensure the RCIP Traffic Department is fully employed. A Joint Intelligence Unit, a new initiative to manage information, was formed from the combined resources of Customs, Immigration, Prison and Police. Meanwhile, the Family Support Unit, emerging from joint resources of Social Services and the RCIP, sought to address domestic violence and child abuse.

Cycle patrols, expanded in 2002, have become a popular and personable way of policing the George Town capital.

Issues likely to require policy consideration within the first six months of 2003 include:

- Implementing the recommendations of the January 2002 inspection by Her Majesty's Inspector of Constabulary (UK):

- Policing priorities in view of reduced funding;
- Improving command and rank structure; and
- Adapting to command changes as the posts of commissioner, deputy and assistant commissioner will be filled with new appointees during 2003

## The RCIP's Purpose and Aims

The RCIP exists to make the Cayman Islands a peaceful place to live, a safe place to visit and a secure location in which to maintain an international finance centre. This purpose is achieved through the following key aims:

- To respond appropriately to requests for assistance, reduce criminal activity and keep roads safe, and
- To develop the RCIP's systems and its members, particularly Caymanians.

Achievement of these aims is sought through a policing strategy which combines *community policing* by foot/cycle beat patrol officers; *responsive policing* by attending to calls for assistance appropriately; and *targeted policing* by focusing on the minority of the people that is known to be actively committing crime.

## 9-1-1 Emergency Communications

A combination of computerized mapping, the new *Street Atlas* and an upgrading of the street address database

| MONTH | FIRE | AMBULANCE | POLICE | POLICE VEH. STPS. | STOLEN VEHICLES | APB | POLICE DISPATCH | PRANK CALLS | INFO CALLS | ABANDON CALLS | WRONG NUMBERS | TOTAL CALLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 39 | 125 | 483 | 1388 | 1 | 64 | 108 | 1 | 406 | 2659 | 1163 | 6437 |
| FEBRUARY | 39 | 147 | 537 | 1439 | 4 | 66 | 40 | 5 | 388 | 2254 | 1113 | 6032 |
| MARCH | 49 | 140 | 531 | 1319 | 1 | 35 | 34 | 5 | 465 | 1743 | 1178 | 5500 |
| APRIL | 56 | 147 | 404 | 1854 | 0 | 51 | 21 | 1 | 381 | 1671 | 1163 | 5749 |
| MAY | 32 | 119 | 563 | 1216 | 1 | 43 | 17 | 4 | 459 | 2214 | 1337 | 6005 |
| JUNE | 35 | 189 | 537 | 1312 | 1 | 64 | 26 | 10 | 563 | 2215 | 1500 | 6452 |
| JULY | 37 | 139 | 607 | 1320 | 6 | 59 | 16 | 5 | 714 | 2361 | 1528 | 6792 |
| AUGUST | 24 | 136 | 531 | 1654 | 2 | 76 | 9 | 12 | 962 | 2441 | 1593 | 7440 |
| SEPTEMBER | 31 | 112 | 527 | 1368 | 1 | 56 | 41 | 1 | 915 | 2504 | 1438 | 6994 |
| OCTOBER | 19 | 136 | 538 | 1522 | 1 | 54 | 55 | 7 | 1205 | 2606 | 1825 | 7968 |
| NOVEMBER | 31 | 145 | 588 | 1605 | 6 | 49 | 18 | 7 | 1460 | 2327 | 1772 | 8008 |
| DECEMBER | 32 | 161 | 518 | 1352 | 4 | 44 | 25 | 15 | 1248 | 2451 | 1672 | 7522 |
| TOTALS | 424 | 1696 | 6364 | 17349 | 28 | 661 | 410 | 73 | 9166 | 27446 | 17282 | 80899 |

STATISTICS ON 911 CALLS, 2002

means that 911 is better able to meet the demands of the public in respect to speedy response to emergencies.

Training and evaluation remains a priority. Therefore protocols continue to be revised and a committee that includes both private and public medical personnel has been formed to review the changes.

Public education continues and assisted by GIS, a video explaining the role of 911 is being produced for use in public presentations for businesses and schools. This should assist in the reduction of abandoned or misdialed 911 calls.

## Road Safety Advisory Council

CIRSAC, in existence since 1997, is a non-profit association having the promotion of road safety as its main objective. The council comprises individuals who represent a cross-section of Cayman's public and private sectors. The group meets monthly to address road safety issues such as drinking and driving, seat belt safety, speeding and speed limits, road markings, drivers' education, etc.

CIRSAC has conducted a number of campaigns to educate the public on road safety matters and, during 2002, ran a number of television commercials on the dangers of
drinking and driving, speeding, failing to wear seatbelts and using the road incorrectly.

The council welcomes input from the public on matters aimed at making Cayman's roads safer. The address of CIRSAC is ciroadsafety@hotmail.com or PO Box 10608 APO.

## MattSafe

The MattSafe Coalition for Safe Driving evolved in late 2002, following the tragic passing of 17-year-old Matthew Thompson, son of GIS Chief Information Officer Patricia Ebanks. Unfortunately, Matthew's accident and death are part of a troubling new phenomenon on Cayman roads. The number of deaths among young drivers in 2002 escalated to an all-time high of four, at year's end comprising almost 50% of road fatalities in that age group occurring in the previous ten-year period. This places Cayman within the ambit of trends in other developing countries in which car crashes are a significantly rising cause of injury and death among drivers, especially teens. Given the trend, the developing pattern on Cayman's roads demands urgent attention. Significantly, in recognition of these alarming trends worldwide, the World Health Organization has announced that it will be dedicating World Health Day in 2004 (7 April) to road safety.

MattSafe has therefore assumed the mandate of sensitizing and educating parents, teens and communities on how to safeguard young novice drivers from injury and death on the roads.

In tackling this concern from several angles, the MattSafe organization, in line with the approach of most industrialized countries, supports and strongly recommends the introduction of a form of graduated licensing. The organization is therefore working in close consultation with the Cayman Islands Road Safety Advisory Board on recommendations to government concerning this concept. One key feature is a more extended period of supervised driving.

MattSafe maintains a roster of speakers who are available to neighbourhood and community groups, schools and other organizations that wish to learn more about how to protect teen drivers.

Key recommendations to teens and parents include:

- Increased parental vigilance during the first six to 12 months of driving.
- Restrictions on weekend and nighttime driving.
- Limitations on driving in accompaniment with peer-driven cars. Safety in the early stages, may also demand restrictions on teen passengers, especially during high-risk times.
- Consultations on the safety of proposed new car purchases. MattSafe has enlisted a group of volunteers who will inspect cars at time of purchase and periodically on request.
- Eliminate or limit distractions that can cause accidents while driving; examples include cell phones, CD players. One exciting MattSafe project is the "We Pledge" teen/parent contract, based on the concept of supporting responsible driving while offering safe driving incentives. Research shows that positive motivation can overcome risky attitudes. The contract works in conjunction with a "How's My Driving?" bumper sticker that posts a number to be called in event of any infringements of the road code or other risky behaviour. Information is fed back to the parents and teens for discussion in light of the "We Pledge" contract. MattSafe anticipates attractive rewards to teens who complete a year without any negative reports. The idea of building motivation through attractive incentives will also be central to the hoped-for graduated

*Law Enforcement and Public Safety*

licensing scheme, which will require successful completion of stages before the teen driver can move on to a new phase.

The launch of the We Pledge programme was set for last quarter of 2003.

More information on MattSafe and on safe driving can be obtained by logging on to www.mattsafe.com or email mattsafe@gov.ky. Persons wishing information may also contact MattSafe at 244-1755.

## Cayman Islands Fire Service

The Cayman Islands Fire Service (CIFS), headquartered on Owen Roberts Drive in George Town, has a staff of 139 officers including five support staff. The service has 25 pieces of operational rescue and fire-fighting equipment (vehicles and boats).

The department continued to prioritise human resource development and emphasised training in 2002. Three senior officers completed aircraft fire fighting courses in the United Kingdom and an aviation rescue and fire fighting consultant visited from the UK to carry out practical and theoretical aircraft fire fighting training. Yearly refresher training was also conducted at the training ground located at the airport.

### Purpose and Aims

The purpose of the CIFS is to protect life and property at a highly professional level. This is achieved by:
- responding to all calls for assistance in a rapid and efficient manner, reducing the degree of danger or damage caused by uncontrolled fires;
- developing human skills through training; and
- acquiring and maintaining state-of-the-art equipment.

### CIFS Goals in 2002:

1. To reduce response time.
2. To operate a training facility in Cayman Brac.
3. To complete fire hydrant installation in the eastern districts.

## 2002 Statistics

During 2002 the Fire Service attended 847 fires and other incidents, a decrease of 6.6% over 2001. The value of property involved in fires during the year was estimated at $15,600,000. However, as a result of direct intervention

| FIRE SERVICE STATISTICS 2000 – 2001 | 2000 | 2001 |
|---|---|---|
| AIRPORT | | |
| Aircraft Accidents | - | - |
| Aircraft Incidents | 1 | - |
| Full Emergencies | 5 | 2 |
| Local Standbys | 13 | 24 |
| TOTAL AIRPORT | 19 | 26 |
| | | |
| DOMESTIC | | |
| Fire Alarm | 150 | 142 |
| Special Services | 148 | 79 |
| False Calls | 32 | 122 |
| Building Fires | 74 | 58 |
| Vehicle Fires | 38 | 41 |
| Brush Fires | 256 | 217 |
| Vehicle Accidents | 93 | 68 |
| Chemical Leaks | 32 | 20 |
| Utility | 36 | 33 |
| Boat Fire | 4 | - |
| Dump Fire | 2 | 18 |
| Elevator Rescue | 14 | 16 |
| Fire-related Fatalities | - | - |
| Extrication at M.V.A.* | 5 | 7 |
| TOTAL DOMESTIC | 884 | 821 |
| | | |
| ALL INCIDENTS | 903 | 847 |

*M.V.A. = Motor Vehicle Accidents

| ALL CALLS MADE TO THE FIRE SERVICE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 786 | 822 | 903 | 847 |

by the Fire Service, actual damage to property was estimated at only $900,000.

Of the 847 fires and incidents dealt with, 22 fires warranted a full investigation. Of those, 40.9% were determined as being accidental, arson was suspected in 45.5%, and the cause of the remaining 13.6% was undetermined.

The department also reviewed approximately 180 sets of architectural drawings and carried out more than 600 inspections.

## Cayman Islands Prison Service

The Prison Service serves the public by keeping in custody those committed by the courts. It looks after inmates with humanity, assisting them to lead law abiding and useful lives in custody and after release. It further assists the people of Cayman by participating in community projects as a return investment to society.

### Facilities

The service comprises two prisons: Northward, which holds the male population, has a current capacity of 217 and Fairbanks, for females, with a current capacity of 32. Average population at the end of 2002 was 242 (216 at Northward and 26 at Fairbanks) compared with an average of 228 (208 males and 20 females) in 2001.

The service has 143 staff; 122 of these are uniformed grades and 30% are Caymanian or status-holders. The 22 United Kingdom officers who had been on secondment from early 2000 have completed their contracts and all but five have returned to the UK.

### Ministerial Accountability

The Prison Service has been moved from the Portfolio of Internal and External Affairs to the Ministry of Community Services, Women's Affairs, Youth and Sports.

### Key 2002 Developments

Increased regime placements have kept the prisoner population occupied. Up to 79% of the population is employed on a variety of activities (up from 31% in 2000). Developing the internal market garden area and the external farm have been major factors in this increase. The outworker scheme has also developed and an average of nine inmates hold jobs in the community, increasing from two in 2001. The service also assisted several community projects using inmate skills and labour for the purpose. A major shortage of workshops remains—already inadequate in 1999, few were rebuilt after the riot.

Structural improvements include the completion of a two-storey Visits block, containing a security camera system and a metal detector portal. The building also has a canteen facility, a legal visits area and a boardroom that will serve as a training room and a remand magistrate's court. Currently, the Parole Board also uses the boardroom for meetings.

Other completed projects include a central laundry, a secure exercise yard for the Basic Wing, a staff dining room, a shift commander's office, a secure tool store and emergency store and the refurbishment of the High Risk Unit with screens and concrete beds. An extension to B Wing, providing association and dining facilities, is almost complete.

The former chicken farm was converted into a woodwork shop and the area previously used for rabbit breeding now holds kennels to facilitate dog-training courses.

Both prisons have been painted throughout and considerable development also took place at Fairbanks where a classroom, sewing room, mother and baby room, offices and an external grow box area have been constructed. A new sewage tank was fitted, enabling the installation of toilets into the dormitories.

The Education Department has expanded its function, assisted by the *Cayman Islands Reading Aides*, volunteers sponsored by Rotary who attend the prison three times weekly; and the help of volunteer computer tutors. Development of the National Gallery's Inside Art programme has also been a major success. During the year, 206 prisoners utilized the educational facilities.

Sports—the prison football team played regular games against outside teams and inmates attended referee and coaching sessions. Sports coaches from the ministry helped with the juveniles and at Fairbanks.

Security Developments include the provision of two drug sniffer dogs to assist the fight against illegal drugs at Northward. Prisoners tested for drug usage increased from 232 in 2000 to 566 in 2002, yet the percentage testing positive decreased from 17.6% to 13.9%. A new and much needed perimeter lighting system has been installed.

The Caribbean Prison Training Centre continues to be a success. Apart from its use for OSA training and as a venue for the 12-week dog handlers' course, six other

*Law Enforcement and Public Safety*

training courses and two conferences were held. In the last year, eight Caribbean countries sent 65 prison officers to attend courses. The introduction of a Thursday training session combined with staff participation in personnel, security, search and computer courses to improve staff training figures from an average of 1.9 days per member of staff per year in 2000 to a 4.15 days average in 2002.

## Future Plans

The Prison Service has plans for a secure juvenile facility to be manned by specially trained officers. The facility will be located inside the perimeter and have its own entrance but it will be walled off from the rest of the prison. A new enhanced unit will also increase capacity at Northward.

In addition, there are plans for a new stores building, for developing an existing building into an extension to the training center, and for operating all administrative functions in one place. Two new PTZ cameras will also be installed on the perimeter.

The Prison Service pays tribute to the tremendous community support it receives. Donations of goods, services, money and personal time continue to assist in making many of the achievements possible.

## Incidents

The only serious incident in 2002 was the escape of a prisoner in April. He was recaptured after a couple of weeks at large.

# 2001

## ANNUAL
## REPORT

### AND

## OFFICIAL
## HANDBOOK





# CAYMAN ISLANDS

# 2001

## ANNUAL REPORT &
## OFFICIAL HANDBOOK



Published by the Government of the Cayman Islands
June 2002

George Town, Grand Cayman
Cayman Islands

# Contents

**History in the Making**
His Excellency the Governor, Mr. Peter Smith, CBE

**1**

**Sustaining Prosperity and Preserving Quality of Life**
Chapter 1 — Synopsis of Major Developments, 11

**2**

**Steering a Course of Stability and Harmony**
A report on the Islands' constitution, governance and administration
Chapter 2 – Government, 25
Chapter 3 – Administration, 43

**3**

**Growing the Economy and Strengthening Industries**
A report on key economic indicators and national industries
Chapter 4 – Economy and Public Finance, 51
Chapter 5 – Industry Regulatory and Service Agencies, 57
Chapter 6 – Business Services, 75

**4**

**Protecting the Safety and Health of the People**
A report on judicial, legal, safety and health measures
Chapter 7 – Law Enforcement and Public Safety, 91
Chapter 8 – Health Care, 101

**5**

**Shaping the Future**
A report on educational, social and cultural thrusts
Chapter 9 – Education and Culture, 117
Chapter 10 – Community Development, Social Services, Youth and Sports, 133
Chapter 11 – Information Services and the Media, 145

## 6

### Strengthening Environmental Protection

A report on weather, conservation, preservation and environmental health

Chapter 12 – The Weather, 153

Chapter 13 – The Natural Environment, 157

Chapter 14 – Environmental Health, 163

## 7

### Viewing the Sister Islands

A report on developments in Cayman Brac and Little Cayman

Chapter 15 – Sister Islands, 173

## 8

### Linking the Islands with the Global Village

A report on communication and transportation

Chapter 16 – Telecommunications, Postal Services and Utilities, 181

Chapter 17 – Air and Sea Transport, 195

### Appendices

1.  Physical Features, 200

2.  The People and their History, 203

3.  Cayman Islands Government, 208

4.  Cayman Islands Economic Data, 213

5.  Miscellaneous Information Section, 217

6.  Maps, 241

Acknowledgements, 244

# 7 LAW ENFORCEMENT AND PUBLIC SAFETY

Public order and safety were enhanced in 2001 with a number of new health-oriented and protective initiatives. Emergency communications responded faster to calls with a new street atlas, computerized mapping and expanded address database. The Royal Cayman Islands Police (RCIP) introduced a Joint Intelligence Unit that incorporated the RCIP, Customs, Immigration and Prisons. The RCIP also introduced a Family Support Unit, addressing domestic violence and child abuse.

At the same time, the Judicial sector was laying the groundwork for the introduction of a drug court, that would draw on the range of rehabilitative services to take a treatment, rather than adversarial, approach to select drug offenders. Drug courts have proven highly successful elsewhere in returning offenders to productive lives in the community. The drug court was one of several new alternate sentencing options, including Community Service Orders that were widely utilized by the courts during the year, that the Judiciary considered in 2001.

An external inspection of the prisons brought kudos for "outstanding initiative and commitment," in the continued restoration project. A new Road Safety Advisory Council was introduced with the goal of enhancing safety on Cayman's roads.

## The Judicial System

Justice in the Cayman Islands is administered at three levels in the Summary Court (including the Youth Court), the Grand Court and the Court of Appeal.

### Summary Court

The Summary Court has civil and criminal jurisdiction. In its criminal jurisdiction, it roughly corresponds to the court of a stipendiary magistrate in England and Wales. Here two legally qualified magistrates normally exercise jurisdiction, although provision is made for two lay justices of the peace to preside.

A magistrate sits with a jury as coroner for the Islands.

## The Youth Court

The Youth Court has general jurisdiction to try all summary offences committed by juveniles younger than 17 years. It is presided over by a magistrate who sits alone or with two justices of the peace, at least one of whom must be of the opposite gender to the magistrate, or by three justices of the peace, at least one of whom must be a woman.

With the Children Law coming into effect, a wider function relating to the general welfare of young people will be conferred on the Grand and Summary courts.

Attorney General's Chambers......................................................................92
Cayman Islands Police Service....................................................................94
Emergency Communications.........................................................................95
Road Safety Advisory Council.....................................................................95
Cayman Islands Fire Service.......................................................................95
Cayman Islands Prison Service....................................................................96

## Grand Court

Appeals from the Summary Court lie to the Grand Court. The Grand Court is a superior court of record whose jurisdiction is defined in the Constitution of the Cayman Islands and in the Grand Court Law. In general, it has the same jurisdiction as the High Court of Justice of England and Wales and its divisions. The Grand Court administers the common law and the law of equity of England, as well as locally enacted laws and applied laws.

## The Cayman Islands Court of Appeal, & The Judicial Committee of the Privy Council

Appeals from the Grand Court lie to the Cayman Islands Court of Appeal, composed of a president and not less than two judges of appeal who hold or have held high judicial office. A judge of the Grand Court may exercise any of the powers of a single judge of the Court of Appeal. Further appeal lies, in certain circumstances, to the Judicial Committee of the Privy Council in London.

## Appointments to the Bench

The Cayman Islands has three resident judges, three magistrates and 95 justices of the peace, some of whom serve as lay magistrates. The Governor appoints magistrates on the advice of the Chief Justice. Judges of the Grand Court and the Court of Appeal are appointed in accordance with instructions from the Secretary of State on behalf of Her Majesty the Queen. The Governor, on the advice of the Secretary of State, appoints one of the judges to be the Chief Justice. To be eligible for appointment as a judge or a magistrate, a person must be a qualified barrister or solicitor, who has, in the case of a Grand Court judge, practised for a minimum of ten years; in the case of a magistrate, for not less than five years.

## Key Achievements in 2001

To better meet the demands and challenges of the types of serious offences routinely coming before the Youth Court in 2001, magistrates preside on certain days each month. Members of the experienced and dedicated panel of justices, who have voluntarily served for many years in this court, sit with the magistrates as observers.

The groundwork for the introduction of the Drug Court continued in 2001. Draft legislation was circulated and the bill was expected to be presented to the Governor in Council for submission to the Assembly in early 2002.

Teams of treatment providers, including members of the judiciary, attended preparatory seminars in Jamaica and Canada.

The Community Service Orders, implemented in year 2000, were widely utilized by the Courts in 2001 and worked effectively.

The Rules Committee completed the New Cost Rules and important amendments to the Matrimonial Causes Rules.

## The Attorney General's Chambers

Under the Constitution the Attorney General is the principal legal adviser to the Cayman Islands Government and exercises control over criminal prosecutions. The Attorney General's Chambers is divided into five areas, all of which report to the Attorney General, who has overall responsibility for the Portfolio of Legal Affairs.

## Legislative Drafting

The Legislative Drafting Section consists of three draftspersons and one support staff member. The unit prepares primary and secondary legislation for enactment by the Legislative Assembly, and interprets statute law for the Government and its legal service. Drafting is done on instructions from ministries, subject to Executive Council's decisions on policy and to the overall supervision by the Attorney General.

## Law Revision

As the laws are amended, consolidated versions, known as revisions, are produced. Changes are incorporated into one piece of law. An index of amendments and revisions is maintained.

## Solicitor General/Legal Department

The Legal Department, managed on a day-to-day basis by the Solicitor General, is staffed by two teams of lawyers, one prosecuting criminal cases, with the other mainly defending in civil litigation and judicial review proceedings. Both provide legal advice, all on behalf of the Attorney General. In addition to giving legal advice, the Solicitor General prosecutes and appears in judicial review cases.

The department also assists the Central Authority (the Chief Justice) under the Mutual Legal Assistance

——— Law Enforcement and Public Safety ———

## COURT STATISTICS, 1995 to 2001

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|
| **Appeals to Court of Appeal** | | | | | | | |
| Criminal | 32 | 51 | 52 | 76 | 49 | 54 | 49 |
| Civil | 24 | 19 | 41 | 73 | 35 | 23 | 23 |
| Privy Council | 1 | 1 | 1 | 6 | 6 | 5 | 3 |
| | | | | | | | |
| **Grand Court** | | | | | | | |
| Indictments | 76 | 64 | 64 | 67 | 61 | 79 | 70 |
| Civil cases (incl. Admiralty) | 494 | 619 | 782 | 719 | 750 | 864 | 710 |
| Estates | 127 | 183 | 145 | 105 | 135 | 164 | 143 |
| Divorces | 140 | 144 | 151 | 168 | 156 | 161 | 170 |
| Adoptions | 5 | 5 | 3 | 6 | 1 | 0 | 1 |
| | | | | | | | |
| **Appeals to Grand Court** | | | | | | | |
| Civil | 0 | 2 | 5 | 4 | 3 | 1 | 10 |
| Criminal | 71 | 49 | 82 | 52 | 107 | 59 | 63 |
| | | | | | | | |
| **Summary Court** | | | | | | | |
| Criminal (Grand Cayman) | 5,648 | 4,905 | 5,117 | 4,923 | 4,929 | 5,297 | 6,996 |
| Criminal (Cayman Brac) | * | * | 104 | 60 | 91 | 94 | 158 |
| Civil cases | 388 | 762 | 1,380 | 1,604 | 1,403 | 1,241 | 350 |
| Maintenance and Affiliation | 81 | 77 | 72 | 64 | 102 | 125 | 128 |
| | | | | | | | |
| Deaths reported to Coroner | 38 | 29 | 37 | 34 | 29 | 21 | 23 |
| Youth Court | 185 | 145 | 197 | 213 | 176 | 225 | 331 |
| Juvenile Court | 41 | 34 | 31 | 30 | 32 | 35 | 37 |
| | | | | | | | |
| **Legal Aid** | | | | | | | |
| Civil | 192 | 190 | 205 | 203 | 169 | 135 | 166 |
| Criminal | 129 | 144 | 196 | 155 | 162 | 214 | 239 |
| | | | | | | | |
| **Attorneys** | | | | | | | |
| Attorneys licensed to practise | 140 | 147 | 170 | 218 | 227 | 235 | 262 |
| Limited admissions | 36 | 34 | 42 | 39 | 48 | 40 | 64 |
| General admissions | 16 | 23 | 30 | 35 | 25 | 27 | 42 |
| Notaries Public licensed | 144 | 150 | 167 | 177 | 191 | 233 | 276 |
| | | | | | | | |
| **Justices of the Peace** | | | | | | | |
| Grand Cayman | 80 | 81 | 81 | 79 | 80 | 80 | 80 |
| Cayman Brac | 13 | 13 | 13 | 15 | 15 | 15 | 15 |

*1995 & 1996 Criminal cases include Cayman Brac. Separate figures given for subsequent years.

Treaty with the United States, which permits the exchange of information on criminal matters. Extradition and "letters rogatory" are also dealt with on behalf of the Attorney General, who is the Mutual Legal Assistance Authority under the Misuse of Drugs (International Corporation) Law and Proceeds of Criminal Conduct Law. The Legal Department is staffed by a Solicitor General, three senior crown counsel, ten crown counsel, secretaries and support staff.

Legal support is provided to the Financial Reporting Unit under the Proceeds of Criminal Conduct Law by designated crown counsel. They act as case controllers to assist in the management of money-laundering cases for prosecution.

## Cayman Islands Law School

Affiliated to the University of Liverpool, the Law School provides degree-level education for law students on a full- and part-time basis, followed by a professional practice course. A Legal Advisory Council advises the Governor-in-Council as to the system of legal education. Professional staff comprise a director and six lecturers and there were 112 students enrolled in 2001.

## Financial Reporting Unit (FRU)

This is the designated reporting authority for suspicious-activity reports (SARs) under the Proceeds of Criminal Conduct Law, the main anti-money-laundering legislation. The FRU receives, analyses and disseminates SARs through the Egmont Group, an international organization of more than 50 similar agencies. The Egmont Group is the worldwide standard-setting body among financial reporting units. The FRU assists in evidence-gathering for money-laundering prosecutions, and facilitates international legal assistance.

## International Division

This new division of the Attorney General's Chambers is designed to co-ordinate and expedite international requests for legal assistance. It is to be headed by a senior crown counsel who liaises with the Legal Department and FRU and reports to the Attorney General.

## Royal Cayman Islands Police Service

In the absence of any military force, the Cayman Islands

is unusually reliant upon its police service. The national service with a complement of 322 offic support staff. Actual strength is less, due to b constraints. The 2002 approved budget was $16

## Developments in 2001

The Cayman Islands remains one of the most c countries in the world. However, following a plateau, crime in the Cayman Islands rose by 23 2001, although the actual numbers remain very

The Cayman Islands is a transhipment poin trafficking, and large quantities of cocaine and (locally known as ganja) are recovered annual trade promotes in-island consumption and a property-crime problems, though this would apparent to the million-plus visitors to the Islan year. The Drug-abuse Resistance Education Pro (DARE) was facilitated by police officers in all gove schools for the first time in 2001.

High volume traffic, single-road system traditional commuter rush hours ensure the Traffic Department is fully employed.

A new initiative to manage information Intelligence Unit, was formed from the combined re of Customs, Immigration, Prison and Police. Mea the Family Support Unit, emerging from joint res in the Social Service and the RCIP, sought to a domestic violence and child abuse.

Cycle patrols introduced in 2001 have become a and personable way of policing the George Town

Likely issues requiring policy consideration the first six months of 2002 include:

- Response to the January 2002 inspection by Majesty's Inspector of Constabulary (UK);
- Policing priorities in view of reduced funding
- Command and rank structure of Police Servic
- Succession planning for the Commissioner's (current postholder's contract ends February but up to six months' lead time may be requi

## The RCIP's Purpose and Aims

The RCIP exists to make the Cayman Islands a pea place to live, a safe place to visit and a secure locati which to maintain an international finance centre. purpose is achieved through the following key aim

- To respond appropriately to requests for assist reducing criminal activity and keeping roads s

— *Law Enforcement and Public Safety* —

The RCIP and
officers and
to bud
s $16,1

ost crim
g a pl
y 23%
ery lo
oint for
nd can
nually
d atte
uld
Islands
Progr
govern

stem
the R

on,
d resc
Mean
t resp
to ad

eapo
wn cr
ion w

by Ha
;
ding
rvice
r's p
ry 20
quire

pe
catio
tree
aim
sista
ds s

...to develop the R.C.I.P.'s systems and its members, particularly Caymanians, to achieve these aims. Achievement of these aims is sought through a Community Policing strategy which combines Community Policing, by foot/cycle beat patrol officers; Responsive Policing, by attending to calls for assistance appropriately; Targeted Policing, by focusing on the minority of the people who are known to be actively committing crime

### Emergency Communications

Emergency Communications is now better able to meet public demand for speedy response, with the combined initiatives of computerized mapping, the Street Atlas and an upgrading of the street address database.

Ensuring the best service to the public, training and education remain a priority and protocols continue to be refined. A committee comprising both private and public medical personnel formed to review recommendations. Public education continues and is expected to receive a boost from the planned GIS-produced video to be used in presentations to business and schools. The aim is to reduce abandoned or misdialled calls to 911.

## The Road Safety Advisory Council

CIRSAC, in existence since 1997, is a non-profit association, whose main objective is to promote road safety. The council comprises individuals representing a cross-section of Cayman's public and private sector. The group meets monthly to address road safety issues such as drinking and driving, seat belt safety, speeding and speed limits, road markings, drivers' education, etc.

CIRSAC has conducted a number of campaigns to educate the public on road safety matters and during 2001 ran a number of television commercials on the dangers of drinking and driving, speeding, failure to wear seatbelts and incorrect road use, etc.

The council welcomes input from the public on matters to be addressed to make Cayman's roads safer. The address of CIRSAC is  ciroadsafety@hotmail.com or Post Office Box 10608 APO.

## Cayman Islands Fire Service

The Cayman Islands Fire Service (CIFS), headquartered on Owen Roberts Drive in George Town, has a staff complement of 140 officers and five support staff.

The service has a total of 25 pieces of operational rescue and fire-fighting equipment (vehicles and boats).

The department continued to give high priority to the development of its human resources, and considerable

### ...TICS ON 911 CALLS, 2001

| | FIRE | AMBULANCE | POLICE | POLICE VEH. STPS. | STOLEN VEHICLES | APB | POLICE DISPATCH | PRANK CALLS | INFO CALLS | ABANDON CALLS | WRONG NUMBERS | TOTAL CALLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | 155 | 101 | 842 | 4 | 43 | 91 | 28 | 394 | 1799 | 2230 | 5705 |
| | 11 | 148 | 727 | 343 | 1 | 26 | 280 | 3 | 320 | 949 | 298 | 3106 |
| | 48 | 184 | 551 | 893 | 3 | 75 | 132 | 1 | 349 | 2483 | 1332 | 6051 |
| | 44 | 162 | 477 | 1087 | 6 | 89 | 158 | 14 | 399 | 2450 | 1194 | 6080 |
| | 48 | 163 | 503 | 1289 | 5 | 94 | 120 | 3 | 414 | 2204 | 1234 | 6077 |
| | 32 | 143 | 565 | 1263 | 5 | 90 | 138 | 5 | 315 | 2287 | 1174 | 6017 |
| | 42 | 163 | 567 | 1210 | 6 | 122 | 180 | 14 | 399 | 2887 | 1402 | 6992 |
| | 39 | 158 | 513 | 1126 | 2 | 85 | 183 | 8 | 374 | 3250 | 1297 | 7035 |
| BER | 35 | 98 | 360 | 878 | 1 | 63 | 131 | 1 | 342 | 1808 | 828 | 4545 |
| OBER | 36 | 141 | 550 | 1377 | 2 | 86 | 162 | 4 | 473 | 2751 | 1239 | 6821 |
| BER | 42 | 153 | 562 | 1264 | 2 | 94 | 166 | 4 | 479 | 2859 | 1261 | 6886 |
| BER | 22 | 152 | 613 | 1256 | 3 | 65 | 183 | 2 | 500 | 3009 | 1904 | 7709 |
| | 417 | 1820 | 6089 | 12828 | 40 | 932 | 1924 | 87 | 4758 | 28736 | 15393 | 73024 |

*Law Enforcement and Public Safety*

| ALL CALLS MADE TO THE FIRE SERVICE | | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| 235 | 552 | 556 | 494 | 502 | 517 | 578 | 786 | 740 | 786 | 822 | 903 |

emphasis was placed on training in 2001. Three senior officers attended an advanced breathing-apparatus maintenance safety course, modelled on the requirements of the Department of Transport, U.S.A. Yearly practical and theoretical training was also carried out at the airport training ground.

## Developments in 2001

During 2001 the Fire Service attended 903 fires and other incidents, an increase of about 10% over 2000.

The value of property involved in fires during 2001 was estimated at $10,253,106. However, as a result of direct intervention by the Fire Service, actual damage to property was estimated at $365,605.

Of the 903 fires and incidents dealt with, 27 fires warranted a full investigation. Of these, 55.5% were determined as accidental, arson was suspected in 26%, and the cause of the remaining 18.5% was undetermined.

The department also reviewed approximately 203 sets of architectural drawings and carried out more than 842 inspections. This reflects an approximate 13.2% increase in fire inspections and a decrease of 14.7% in plan review.

## The CIFS's Purpose and Aims

The purpose of the CIFS is to protect life and property by utilizing high standards of professional skill. This is achieved by:

*   responding to all calls for assistance in a rapid and proficient manner, reducing the degree of danger or damage;
*   developing human skills through training; and
*   acquiring and maintaining state-of-the-art equipment.

## Cayman Islands Prison Service

The Cayman Islands Prisons Service's duty to the public is to keep in custody those committed by the courts. The service's task is to look after inmates with humanity and to help them lead law-abiding and useful lives, in custody and after release. The service further fulfils its

| FIRE SERVICE STATISTICS 2000 – 2001 | | |
|------|------|------|
| | 2000 | 2001 |
| **AIRPORT** | | |
| Aircraft Accidents | - | - |
| Aircraft Incidents | 2 | 1 |
| Full Emergencies | 5 | 5 |
| Local Standbys | 32 | 13 |
| **TOTAL AIRPORT** | 39 | 19 |
| | | |
| **DOMESTIC** | | |
| Fire Alarm | - | 150 |
| Special Services | 135 | 148 |
| False Calls | 150 | 32 |
| Building Fires | 54 | 74 |
| Vehicle Fires | 33 | 38 |
| Brush Fires | 210 | 256 |
| Vehicle Accidents | 95 | 93 |
| Chemical Leaks | 25 | 32 |
| Utility | 24 | 36 |
| Boat Fire | 11 | 4 |
| Dump Fire | 14 | 2 |
| Elevator Rescue | 21 | 14 |
| Fire-related Fatalities | - | - |
| Extrication at M.V.A.* | 11 | 5 |
| **TOTAL DOMESTIC** | 783 | 884 |
| | | |
| **ALL INCIDENTS** | 822 | 903 |

*M.V.A. = Motor Vehicle Accidents

responsibility to the people of Cayman by ensuring participation in community projects, wherever possible as an added return on society's investment.

### Facilities

There are two prison compounds: Northward, which holds the male population, and Fairbanks, the females, with capacities assessed at 217 and 32, respectively. Average population at the end of 2001 was 228 (208 males and 20 females), 71% Caymanian. Among convicted prisoners, 55 had committed offences directly connected to drugs. In 2001 there were 145 staff members, 32% Caymanian.

### Key 2001 Developments

The year 2001 was one of continued restructuring and rebuilding, in an ever-tightening financial climate and with a rising prisoner population (including juveniles as young as 15 years). There was also a pattern of increasingly short notice for court commitments.

### Prison Inspection

In March, Sir David Ramsbotham, the UK Chief Inspector of Prisons, and his Deputy, Mr. Colin Allen, carried out a weeklong inspection. Overall, he was impressed with the work done to restore the prison, post 1999 riot. Sir David's report comments on the "outstanding initiative and commitment" displayed by staff and prisoners, together with the positive support from the community. However, he was concerned that the Prison Service was suffering from inadequate funding, that there was insufficient positive activity for prisoners and that the staff training programme was not as pro-active as he would have envisaged.

### Building and Continued Facilities Development

Throughout 2001, the emphasis continued on internal development. The former automotive body shop, burnt in the '99 riot, was rebuilt, extended and reopened to serve as an inmates' reception centre. The two-storey sewing block, built from gifts, was nearing completion. The medical treatment centre was moved from a totally inadequate room in the gate, to a trailer in its own compound. Construction work began on a replacement central laundry, expanded tailors' shop and a washing-up area for the kitchen. Contributions from the UK Good Government Fund were used to improve security on the first floor of "D" wing, with the addition of electronic locks and cameras. Another camera was installed on the radio tower behind Northward.

The gate lodge was adapted to provide a communications room and the front of the prison was cleared of containers. The maintenance unit has been relocated alongside the stores building and additional accommodation was arranged at short notice to cope with immigration detainees.

In another area of physical development, the residential bungalows located just outside the Prison compound were refurbished to adequately accommodate the Prison Headquarters. This enabled the administrative unit to move out of the prison compound. The bungalows were also adapted to include a hostel unit for selected prisoners who regularly work outside the compound.

The Caribbean Training Centre, opened by the Governor in May, was also located in this refurbished facility. The centre has facilitated major improvements in staff training that included in 2001 two middle-management courses, a hostage negotiator workshop and two conferences.

In other training, staff attended personnel management and security management courses, both conducted by the UK in Jamaica. All principal and lead officers attended an assessment centre, and a recruits course was organized at the start of 2001. Closer links were established with the Jamaican Prison Service and three control-and-restraint instructors from the local Prison Service conducted a two-week course in Kingston.

At HMP Fairbanks considerable development was undertaken with respect to the internal structure of the building, creating a classroom, sewing and hairdressing rooms. In addition, external areas were improved greatly, with the result that the female prison has taken on a pleasing professional aspect. Once again, without the generosity and help of the local community, most of this would not have been possible.

### Community Involvement

There have also been improvements in regime, particularly with respect to education. Volunteer teachers have been of major assistance in improving literacy standards. The Rotary Club funded external examination courses and a number of local firms continued to give much appreciated assistance. The "grow-box" project and the external farm have developed out of all recognition under the leadership of the volunteer farm supervisor.

### Chaplaincy

The Prison Service was fortunate to have had a very dedicated part-time chaplain for the first part of 2001. However, the appointment of a full-time chaplain has made a major difference, not only in the provision and co-

ordination of religious activities but also in the development of a positive sports and activities programme. Included here was the match against the Royal Navy guard ship, in which the Northward football team remained undefeated. In cooperation with the National Drug Council, the activities programme featured a successful family day that included visits by a number of groups and some concerts.

### Introduction of Segregation Unit

Two disturbing incidents in 2001 -- an escape (though the prisoner was recovered within 36 hours) and a small fire that was quickly extinguished -- led to the introduction of a segregation unit. This unit aids in the management of a small group of troublesome prisoners.

The creation of the unit had a positive effect on control but presented accommodation issues as it reduced available cell space.

———— Health Care ————

## The Cayman Islands Hospital

The Cayman Islands Hospital is a modern, 139,066 square foot two-storey facility with a total of 124 beds. Main patient wards include Medical (24 beds), Surgical (20), Maternity (13), and Paediatric (13). Other facilities include Critical Care Unit (8 beds), Neonatal Intensive Care Unit and an Ambulatory Care Unit (8), an observation room and outpatient facilities. At least one doctor is available in the compound at any given time. There are three operating theatres, a dialysis unit, as well as physiotherapy, x-ray and laboratory facilities. Other facilities include a pharmacy, morgue and a forensic and drug-testing laboratory, along with outpatient specialist clinics, administrative offices, a professional library and a medical records section.

Construction commenced in mid-2001 on new patient units for mental health (8 beds), care of the elderly (10 beds), hospice care (2 beds), and a day-care facility for up to 12 mental health or elderly people. Completion is slated for the end of 2002.

Hospital admissions decreased slightly from 4,277 in 2000 to 4,129 in 2001.

## Accident and Emergency Services

With 12 observation beds, the Accident and Emergency Unit (A&E) provides seven-days-a-week, 24-hour emergency services. In the event of a disaster the A & E becomes the receiving centre for all seriously injured. Two new ambulances were acquired in September.

Outpatient and casualty visits decreased by 4%, from 79,671 in 2001 to 76,704 in 2000. There was a small increase (4.5%) in ambulance calls (from 2,497 in 2001 to 2,611 in 2000).

## Outpatient and Inpatient Specialist Services

Specialist services include surgery, gynaecology & obstetrics, paediatrics, internal medicine, dermatology, anaesthesiology, public health, orthopaedics, psychiatry, radiology, gastroenterology, rheumatology, radiology, oncology, ophthalmology, ear, nose and throat, periodontology, reconstructive surgery, faciomaxillary surgery, and urology.

Outpatient specialist clinics offer services by appointment as well as on a walk-in basis. The department's staff includes 17 resident physicians, two visiting specialists and a nutritionist. Patient visits increased by 4.6% to 23,573, compared to the previous

year's 22,532. A weekly clinic offering electroencephalography (EEG) and electromyography (EMG) was added in 2001 and a new rhyno-laryngoscope was purchased.

## X-ray and Ultrasound

The X-ray and Ultrasound Unit offers diagnostic mammography services, including fine-needle aspiration biopsies and wire localization procedures. Mammographic studies decreased by 3.6% to 721, from 748 in 2000. X-ray and ultrasound procedures increased by 3%, while CT scans decreased by 12.2%, from 1,103 in 2000 to 968 in 2001.

The unit continued to participate in the Lions Club's Breast Care Programme.

## Laboratory

The Pathology Laboratory provides 24-hour, seven-days-a-week services and at least one medical technologist is on site at all times. A total of 474,364 tests were carried out in 53,738 patient visits, an increase of 13.4% over the previous year's 418,325,

## Forensic Laboratory

Demand for the Forensic Science Laboratory's services increased, with the number of tests required rising to 2,972 (1,846, toxicology; 71, blood-alcohol content, 844, drug exhibits; 74, fire debris; 111, trace evidence (includes exhibits from sexual assaults and other serious crimes); and 26 post-mortems. Police use of the laboratory increased and analytical turn-around-times averaged two to three days.

Provision of education and training to health agencies and schools continued.

## Pharmacy

A consultation room allows for private medication counselling for complex or confidential prescriptions. A total of 178,158 prescriptions was filled in 2001, an increase of 9.6% over the previous year's 162,767. In addition, 37,388 prescriptions were processed at the four district health centres.

Chemotherapy was available locally for the first time in 2001. Ten new drugs, primarily anti-infectives and for treating diabetes, were added.

— *Community Development* —

## Probation Services

The Court Duty Officer serves as an immediate contact for magistrates, and provides an opportunity to court users to consult with the unit. The Probation Office liaises between the magistrates and offenders referred to driving whilst intoxicated (DWI) programmes (offered mainly by Caribbean Haven) and for drug assessments.

For the purpose of comparison the following table shows the various reports carried out by the Probation Unit:

| Report Year | SIR/CSR* | Parole | Total |
|---|---|---|---|
| 1998 | 88 | 51 | 139 |
| 1999 | 82 | 52 | 144 |
| 2000 | 197 | 135 | 332 |
| 2001 | 327 | 101 | 428 |

* SIR = Social Inquiry Report
  CSR = Community Service Report

The Probation/Aftercare Unit supervised 131 persons on probation orders, most of which were for periods of two or more years. Orders included additional conditions such as participation, prior to sentencing, in drug counselling and domestic violence and anger management programmes.

At 31 December 2001, 75 Community Service Orders, involving 4,066 outstanding hours, were in force.

The Probation/Aftercare Unit continues to provide group-work programmes at both H.M. Prisons Northward and Fairbanks. The unit maintains weekly contact with individual inmates dealing with issues concerning criminal proceedings, legal representation, offending behaviour, practical and family matters, and inter-relationships within the prison. There was a significant level of emotional problems.

At end of December 2001, the unit was supervising 87 parolees. As with previous years, parole licences ranged from one to six years, the majority in the two- to three-year range. About 10% of parolees were recalled in 2001.

## Sunrise Adult Training Centre

The Sunrise Adult Training Centre (SATC) completed its 15th year of operation in November. The primary function of the programme is equip adults with disabilities with skills to assist them in becoming responsible, productive and fully functioning members of the community. Opportunities offered include life skills courses, vocational training, supervised job placement, production and sales, academic upgrading, and computer-assisted learning.

Twenty-four persons, ages 17 to 46 years, enrolled in 2001. Nine were employed in a variety of part-time jobs such as laundry helper, groundsman, care assistant, hotel housekeeper and janitor, with several others awaiting placement. Those employed continue to participate in the activities of the centre, returning for counselling and support, individual programmes, and to socialize when work schedules permit.

Trainees attend the centre from Monday to Friday, 8:00 a.m. to 2:30 p.m. There are no residential options though many would benefit from an opportunity to live in a supported independent living situation or in a group home. Families need respite-care facilities to give them an occasional break from the year-round stress of caring for a high-need family member. Among SATC's responsibilities is a duty to promote the development of such facilities.

In 2001 the Legislative Assembly voted to support recommendations of the Beverley Beckles' Report on provisions for persons with disabilities. Centralization and expansion of facilities are scheduled to start in 2002. Eventually a full-service, purpose-built facility will be acquired to better meet the needs of differently-abled adults in the Cayman Islands.

## Women's Affairs

The Ministry of Women's Affairs focused its efforts on development of a national policy on gender equity and equality. While the aim of the policy is to advance the status of women, the concept of gender equity and equality incorporates empowering women in partnership with men. In 2001, the draft National Policy on Gender Equity and Equality was completed, with finalization anticipated in August 2002.

*Community Development*

### ...Regional Domestic Violence ...tion Training Programme (DVITP)

...ith Vision 2008, the ministry continued to ...ination responsibilities with the Royal ...nds Police for the Domestic Violence ...Training Programme for police officers and ...  The training programme will continue ...h approximately 400 persons receiving ...e sensitivity training. Since the programme ...2 persons, ten qualified to conduct training, ...ned. The Family Support Unit began full ...001 and has been working closely with the ... the Women's Resource Centre on issues ...mestic violence.

### ...Participation

...officer responsible for Women's Affairs ...Caribbean Community (CARICOM) Fifth ...Council for Human and Social Development ...Georgetown, Guyana.

### ...'s Resource Centre

...vember 1997, the Women's Resource Centre ...as a point of contact for the general public ...sources, services, and programmes aimed at ...status of women and families. The Women's ...ntre continued to experience an increase in ...blic acceptance with just over 500 people ...e centre by 'phone or in person. Staffed full-...programme officer and an administrative ...e unit benefits from the assistance of a small ...nteers.

### ...Programmes

### ...ng services are available at no cost to ...the Women's Resource Centre:

...lly educational newsletter;

...ce library containing a wide range of self-...oks and magazines for women, men and

...uter, colour printer, fax machine and ...pier for individuals and organizations ...n activities enhancing the status of women; ...ng place for women's and other groups and ...tions; for example, *Bosom Buddies* (a women's ...urvivor support group) and the Business and

Professional Women's Club utilize the WRC as their meeting place on a regular basis.

- Two private rooms, equipped with breast pumps, are used for breastfeeding or expressing milk.

With the motto, *Empowerment through Information and Education*, the Women's Resource Centre provided various programmes, workshops and presentations throughout the year. One programme that operates through the WRC is the Legal Befrienders, served by a group of volunteer lawyers who provide confidential, free legal advice to victims of domestic abuse. Walk-in clinics are held weekly at the WRC, and a phone line is available three times a week.

All programmes at the WRC are available at no cost to the public. Through systematic networking with other government departments, community agencies, organizations and individuals, the WRC provided workshops, presentations, support groups, and hosted regular meetings.

### Topics included:

- Health — breast cancer; stress management;
- Parenting — *Nurturing Me: A Workshop for Mothers; It's Your Time, Dad* (a workshop for fathers);
- Personal Enhancement — A money-management workshop;
- Information Booths — WRC information was available at the Bodden Town Community Development Day, the National Drug Council's Garage Sale and the WRC's third annual fund-raising garage sale; and
- Legal Issues — a will-writing workshop

### Domestic Abuse

The Women's Resource Centre has always been involved in the area of domestic abuse. It is represented on the National Committee Against Domestic Abuse, the programme officer serving as secretary.

The programme officer also assisted in the production of 12 monthly television panel discussions called *FOCUS…On Domestic Abuse*. The purpose of the show was to raise the level of public awareness on issues and resources.

The Women's Resource Centre participated in the Business and Professional Women's Club's *16 Days of Activism Against Gender Violence* second annual Silent Witness March, held on 18 October 2001. A joint effort of BPWC, the National Committee Against Domestic Abuse (NCADA), CITN and the Ministry of Women's Affairs, the march remembered past victims and signalled support of those still suffering.

The Women's Resource Centre also participated in the campaign by hosting an information-gathering workshop on abuse of the elderly.

## Honouring Women Month

In March 1999, the then Governor officially declared March as Honouring Women Month, as part of the Islands' observance of International Women's Day (8 March). In 2001, in a ceremony marking the day, the Islands' Governor, Mr. Peter Smith, unveiled the UNIFEM (United Nations Development Fund for Women) stamp issue that was released by the Cayman Islands Post Office. The stamp release, *A Life Free of Violence: It's Our Right*, was a part of the United Nations' women's human rights campaign.

Throughout Honouring Women Month, 18 businesses on Grand Cayman and Cayman Brac offered discounts to women. With approximately 100 persons registered, the Women's Resource Centre's third annual walkathon in observance of International Women's Day was successful in its aims to increase public awareness of the WRC and raise funds for the centre. The WRC also organized activities and workshops focusing on women.

## National Council of Voluntary Organisations (NCVO)

The Ministry of Community Services, Women's Affairs, Youth and Sports has answerability in the Legislative Assembly for the NVCO. Additionally, the ministry provides financial assistance that covers the salaries of staff at the NCVO, at the Miss Nadine Andreas Children Services, and at the Pines Retirement Home.

Begun in 1974 as an independent, non-profit charitable organization, the NCVO's mission is to identify and assist in meeting the ever-increasing social needs of the community. Financial support comes from donations, membership fees, fees for services rendered, and fund-raising.

Its projects rely heavily on voluntary assistance and the support of service, youth and cultural organizations as well as of churches, sports clubs and private citizens. Members of the NCVO's executive committee are all volunteers.

## Children's Services

- The Nadine Andreas Residential Foster Home, providing a home environment for children on long-

or short-term placements;

- Miss Nadine's Pre-school, offering care educational programming for two- to olds; and

- The Jack and Jill Nursery and Early Lear providing day care for infants from years.

## Social Services

### The Pines

The NCVO-operated retirement home on Gran provides assisted-living, nursing and day-c for the elderly. Staff receive ongoing in-ser on a variety of topics related to care and wel elderly and disabled.

### Other Community Services

*The John R Gray Memorial Scholarship Fun*
The NVCO founded and administers the Jon Memorial Scholarship Fund, which annually as pursuing higher education.

*The Caring Cousins Welfare Scheme*
The council runs the *Caring Cousins Welfare Sch* helps individuals with necessities such as foo and medical supplies. The scheme also regularly spending money for elderly citizens and assi undergoing hardship.

*The Pink Ladies Volunteer Corps*
The Pink Ladies Volunteer Corps supports loc and responds to requests for financial aid. It as Cayman Islands Hospital, the Lighthouse S NCVO Children's Service and the Pines. Mem funds through the Pink Hibiscus Coffee Sho hospital, the sale of craft items, an annual fash and tea party, an evening dinner and a Christma

*The NCVO Bargain Shop*
The shop sells used clothing, furniture, applian miscellaneous items. Public-spirited citizens don and all funds raised contribute to the council's The shop moved in 2001 to enable expansion and variety of offerings.

*Lifeline Telephone Counselling Service*
This service, open to all callers, is staffed by 12 vol usually from 7 p.m. to 10 p.m. on weekdays. The tele number is 949-6969.

# 3 APPENDIX

## Chief Officers, at 31 December, 2001

Governor of the Cayman Islands: **Mr. Peter J. Smith, CBE**

Chief Justice of the Cayman Islands: **The Hon. Anthony Smellie, QC, JP**

Speaker of the House: **The Hon. Julianna O'Connor-Connolly**

### Portfolio of Internal & External Affairs

Chief Secretary: The Hon. James M. Ryan, MBE, JP
Deputy Chief Secretary: Mr. Donovan Ebanks, MBE
Permanent Secretary, Personnel: Mr. Colin Ross
Deputy Permanent Secretary / Personnel: Mr. Graham Wood
Cayman Islands Government Representative in the United Kingdom: Mrs. Jennifer Dilbert
Commissioner of Police: Mr. David Thursfield, QPM
Chief Immigration Officer: Mr. Orrett Connor
Clerk of the Legislative Assembly: Ms Wendy Lauer Ebanks
Chief Information Officer: Miss Pat Ebanks, MVO
Clerk of the Executive Council: Ms Carmena Watler
Passport Officer: Mrs. Janice McLean

### Portfolio of Legal Administration

Attorney General: The Hon. David Ballantyne
Solicitor General: Mr. Samuel Bulgin
Director of Legal Studies: Mr. Mitchell Davies
First Legislative Counsel: Mrs. Myrtle Brandt

### Portfolio of Finance and Economics

Financial Secretary: The Hon. George A. McCarthy, OBE, JP

Deputy Financial Secretary: Mr. Joel Walton, JP

Accountant General: Mrs. Sonia McLaughlin
Collector of Customs: Mr. Carlon Powery
Registrar General / Registrar of Companies: Mr. Delano Solomon, JP
Director, Cayman Islands Shipping Registry: Mr. Peter Gibbs
Director of Economic Research: Dr. Elizabeth Parsan
Director of Internal Audit: Mrs. Anne Owens (acting)
Director of Budget and Management Unit: Mr. Peter Gough
Chief Statistician: Mr. Brian Boxill

### Ministry of Tourism, Environment, Development and Commerce

Member of the Executive Council: The Hon. McKeeva Bush, OBE, JP
Permanent Secretary:  Mr. Charles Clifford
Director of Tourism (Interim): Ms Pilar Bush
Director, Department of Environment: Mrs. Gina Ebanks Petrie
Chief Fire Officer: Mr. Kirkland H. Nixon, QFSM

### Ministry of Planning, Communications, Works        and Information Technology

Member of the Executive Council: The Hon. Linford Pierson, OBE, JP
Permanent Secretary: Mr. Kearney Gomez, MBE, JP
Director of Planning: Mr. Kenneth Ebanks
Postmaster General: Mrs. Mona Banks-Jackson, MBE
Chief Engineer, Public Works: Mr. Colford Scott
Director, MRCU: Dr. William Petrie
Director, Department of Environmental Health: Mrs. Theresa Kuczynski
Director of Lands & Survey / Registrar of Lands: Mr.

## Appendix 3: Cayman Islands Government

Financial Services Regulatory Regime ...............................................................
Government Web Site Directory ......................................................................

— *Appendices* —

chanan
Computer Services: Mr. Gilbert McLaughlin
Information Technology Strategy Unit: Mr.
id Archbold

**ry of Education, Human Resources and
lture**

Executive Council: The Hon. J. A. Roy Bodden, JP
nt Secretary: Mrs. Joy Basdeo, MBE, JP
ucation Officer: Mrs. Nyda Flatley
pector of Schools: Mrs. Mary Rodrigues
Employment Relations: Mr. Walling Whittaker
Cayman Islands National Archive: Dr. Philip
ey
Public Library: Ms Benedicta Conolly (acting)

**f Health Services, District
inistration and Agriculture**

the Executive Council: The Hon. Gilbert
an
Secretary: Ms. Andrea Bryan, JP
Health Services Department: Mr. Mervyn

ctor of Health Services: Mrs. Eloise Reid, MBE
cal Officer: Dr. Bryan Heap
cer of Health: Dr. A Kiran Kumar
al Officer: Dr. John Vlitos
g Officer: Mrs. Ivy Collins
ial Officer: Mr. Robert Flake
istrative Officer: Mrs. Cathy Gomez
er in Charge, Faith Hospital: Dr. Marjorie
g (acting)
roadcasting: Mr. Loxley Banks
missioner: Mr. Kenny Ryan
ct Commissioner: Mr. Ernie Scott
tural Officer: Dr. Alfred Benjamin

**Community Service, Women's
Youth and Sports**

Executive Council: Dr. The Hon. Frank

retary: Mr. Carson Ebanks, JP
ial Services: Mrs. Deanna Look Loy
uth & Sports: Mr. Charles Branche
stance Abuse Services: Mrs. Karen Ferruccio
sons: Mr. John Forster

## The Judiciary

Chief Justice:     The Hon. Anthony Smellie, QC, JP
Puisne Judges:     The Hon. Henry Graham, JP
                   The Hon. Dale Sanderson, JP

Magistrates:       Mrs. Grace Donalds, JP
                   Mrs. Margaret Ramsey-Hale, JP
                   Miss Nova Hall, JP

Court Administrator: Mrs. Delene Cacho, JP

Clerk of Courts:  Ms Audrey Bodden, JP

## Cayman Islands Audit Office

Auditor General: Mr. Nigel Esdaile

## Statutory Authorities

Chairman, Public Service Commission: Mr. Athelston
    C.E. Long, CMG, CBE
Director, Civil Aviation Authority: Mr. Richard Smith
Director, Port Authority: Mr. Paul Hurlston
Director, Water Authority: Dr. Gelia Frederick-van
    Genderen
Manager, Housing Development Corporation and the
Agricultural and Industrial Development Board (AIDB):
    Mrs. Angela Miller
Managing Director, Cayman Islands Monetary Authority:
    Mr. John Bourbon
Chief Executive Officer, Cayman Islands Stock Exchange:
    Ms Valia Theodoraki
President, Community College of the Cayman Islands:
    Mr. Sam Basdeo
Director, Cayman Islands National Museum: Miss Anita
    Ebanks, Cert. Hon.

associations, plays a vital role as the pulse of the industry, and the government consults with the Committee regularly on matters of importance including major policy initiatives and legislation.

# Government Web Site Directory

## Government Portal

For access to web sites for ministries, portfolios, Immigration, recruitment (Personnel), the Women's Resource Centre, MRCU, the Weather Service and the Public Service Pensions Board (the Law School and Radio Cayman will soon be added), and links to all other Government web sites (including those listed below): **www.gov.ky**

## Government Sites

**Cayman Airways**
www.caymanairways.com

**Cayman National Cultural Foundation**
www.artscayman.org

**Department of Environment**
http://DoE.8m.com

**Department of Tourism**
www.caymanislands.ky
www.divecayman.ky

**Human Rights**
www.humanrightstoday.ky

**Portfolio of Finance and Economics**
www.caymanfinance.gov.ky

**Monetary Authority**
www.cimoney.com.ky

**National Museum**
www.museum.ky

**National Drug Council**
www.ndccayman.com

**Pedro St. James National Historic Site**
www.pedrostjames.ky

**Pirates' Week National Festival**
www.piratesweekfestival.com

**Planning Department**
www.planning.gov.ky

**Royal Cayman Islands Police Service**
www.rcip.ky

**Port Authority**
www.caymanport.com

**Queen Elizabeth II Botanic Park**
www.botanic-park.ky

**Quincentennial Celebrations Office**
www.cayman500.ky

**Stock Exchange**
www.csx.com.ky

**Turtle Farm**
www.turtle.ky

**Friday, 4 February 2000 | Updated at 8:55 PM |**

2-4-2000

# FRIDAY COMMENTARY

# Some Government Officials have expressed dismay that this medium carried news of the recent increase in reported crimes

Claims of "sensationalism" ... and "such news should not be reported on the internet (to the world)" have been forcefully expressed by some officials and residents following publishing of a rash of criminal activity. In the meantime, although the local media did carry the same news - some of these very officials - and residents too, have confirmed that they too are quite concerned about what seems to be an upsurge in antisocial bahaviour in normally Cayman's 'good order' society.

What was reported by this medium in an earlier report as 'attempted bank robberies' has been criticized, because the preferred term of "attempted bank break-ins" should have been used. The fact still remains that, the five attempts are five too many. And the claim that such criminal activity happens everyday elsewhere is quite 'alien' to the Cayman Islands. It may not be possible to prevent this upsurge in disorderly and criminal behavior, because of imported and beamed- in influences. However, it is up to everyone who lives here to act responsibly by speaking up ... whenever the opportunities arise.

When one complaining official was reminded that sufficient warnings went unheeded -- and thereafter confirmed by professionals brought in and subsequently confirmed that the upheaval at Northward Prison "had to happen" because of years and years of ignoring the truth ... one official who complained about our report, went on to say that h   vas aware ... like so many others in responsible positions that there were many things not right in that institution.

The same official went on to say: "Although I knew that there was quite a lot which could have been done to improve the conditions ... (at the prison) I could not say much ...because of my standing (Government) Orders". This certainly must beg the obvious observation: Even officials in responsible positions have fear of speaking up ... even when they have a conviction that all is not well... and many could end up being hurt, socially ... and physically.

Although quite small in numbers - much less than one for every 150 residents - (not including tourists and Cayman's advancing population) the RCIP .... is still quite stretched because of the duties they (still) have in maintaining order at the Prison and an increasing population. Furthermore, it is recognised that the Service has a dedicated contingent of men and women, who continue to do the best they can ... in spite of being so under strength. Just like Northward, this is a very serious observation must not be overlooked, before it is too late.

'The silent majority' in our paradise, who are quite quick to criticise the systems by which they are governed, ... or as they often claim "lack" of such ... which continue to create the obvious increase in reported lawlessness. In one report put out as a Press Release put by the Community Relations Department of the Royal Cayman Islands Police Service, last Monday morning (31 January) of the nine items listed, six of (66 percent) were thefts or malicious damage related to automobiles.

Needless to say, this medium has not been forwarded any Police Reports for the past few days. It has been since learnt, that "it is obvious why Cayman Net News is not sent Press Releases over the last few days".

Meanwhile, other local media continue to receive Press Releases issued with reports made by (to) the Police.

# CayPolitics.com

*9-13-2001*

**"News behind the news"**

Cayman Islands News Politics, Finance and Cayman Islands Government News

## Help Police Find Pervert
Archived: Fri Jan 23 16:49:09 2004

Detectives investigating recent incidents of indecent assaults on women are appealing for further information to assist with their enquiries.

The reported indecent assaults relate to incidents in which females have accepted road side lifts but on the course of the journey were either indecently assaulted or subjected to lewd behaviour from the male driver. In particular police are keen to speak with women who accepted rides from the driver of a green sport utility vehicle.

Any persons with information should contact Detective Sergeant Malcolm Kay direct at Central CID on 9451040.

Return to CayPolitics Home

REPLIES:

2001-09-13 15:59:47 Help Police Find Pervert

# CayPolitics

**"News behind the news"**

Cayman Islands News Politics, Finance and Cayman Islands Government News

*1-15-2002*
*FOR YR. 2000*
*note 2001 hau*
*30%*

## RCIP 2000 Report Reveals a 13 Percent Increase in Crime

*(1999 - 2000) increa*

Archived: Fri Jan 23 16:49:09 2004

A "disappointing" rise of 13 percent to the crime rate in the Cayman Islands is noted by the Royal Cayman Islands Police (RCIP) Commissioner David Thursfield in his Annual Report for the year 2000. He notes the increase follows three consecutive years of falling trends in recorded crime. The new figure equates to 81 crimes per 1,000 population. The report was tabled in the Legislative Assembly (LA) during the final 2001 session, which concluded Monday (14 Jan., 2002).

Mr. Thursfield, in his introduction to the 80-plus-page report, observes that the crime figure, although low in an international context, is of no solace to a Cayman Islands community that has experienced a relatively 'crime free' environment and watched the country "deteriorate".

 Worse still, Mr. Thursfield points out, is that juvenile crime, adult arrests, and incidents involving violence are rising disproportionately, by about one-third over the 1999 figures. "The evidence that a small but significant number of your people are involved in 'gang' activities and inter-gang rivalry on a scale previously unknown is also a significant concern," the Commissioner notes. To help counter this trend, he reports, five RCIP Service officers have attended Policing Gang Strategies workshops in the U.S.

On the brighter side of things, Mr. Thursfield points with pride to Cayman's detection rate, which, at 74 percent, an increase of 2.5 percent on the previous year (1999), "is the envy of the civilised world", he suggests, and "is evidence of the commitment of investigative staff".

The Police Commissioner firstly noted that it was a "beleaguered" RCIP staff that began 2000, as a result of the "disorders" at Her Majesty's Northward Prison, which resulted in nearly one-half of his staff being fully engaged for the final quarter of '99. He said the fact that an event of such magnitude ended without serious injury or death "reflects the style of policing in the Cayman Islands and the value given to human life here is in stark contrast to some other jurisdictions".

The "tired and overburdened Service saw no respite," however, Mr. Thursfield observed, as January 2000 saw two murders within 10 days which warranted the attention of considerable staff numbers.

Looking forward, the Commissioner said the overall policing strategy remained unchanged and embraces the community's wishes as set out in the Vision 2008 survey. This includes community, responsive and targeted policing. He also referred to "intelligence-led" policing

Mr. Thursfield noted the community, as voiced in Vision 2008, expected an increase in crime and "the year 2000 realises this expectation". He said the RCIP would be "targeting the 5 percent of the population believed to be responsible for 80 percent of the crimes".

tp://www.caypolitics.com/Cayman-News-Archives-CayPolitics.com/2002/01/15/RCIP 2000 Report Reveals a 13 Percent Increase in Crime.html

Page 1 of 2

*1-15-02*



# CayPolitics.com

## "News behind the news"

Cayman Islands News Politics, Finance and Cayman Islands Government News



1-14-2002

## House Hears Report on Youth Violence in Cayman
Archived: Fri Jan 23 16:49:09 2004

The unfortunate subjects of youth violence and disenfranchisement were spotlighted in the Legislative Assembly during the final sitting of the 2001 (budget) session Monday by the Minister for Community Services, Youth and Women's Affairs, George Town Member of the Legislative Assembly (MLA) Dr. Frank McField (United Democratic Party). Dr. McField tabled a report, "Committee of Inquiry into the Causes of Social Breakdown and Violence Among Youth in the Cayman Islands" in the house. The Inquiry Committee was initiated last year by North Side MLA Edna Moyle (the then-Minister for Youth) last May, who called for it to be an "active research arm of the National Youth Commission". Its charge was to "determine the causes of youth violence and to propose preventative and rehabilitative measures". MLAs unanimously supported the suggestion.

The ready access of alcohol and ganja (marijuana), negative impacts of the media, and poor parent-child relationships were some of the factors which Dr. McField cited as contributing to an increase in youth violence. He also pointed out the weakening of authority figures, a prejudicial view of expatriate members of the community, and a lack of success in schools. Dr. McField pointed to a lack of structure and appropriate discipline, and gang membership and influence as other negative factors.

But it was not all doom and gloom. The sociologist also listed numerous recommendations and suggestions to address the situation and he called for a change from a punitive to a "restorative justice system".

In order to assess the problem, Dr. McField and his committee members interviewed a number of young offenders, youth from the Cayman Islands Marine Institute (CIMI), inmates of Her Majesty's Northward Prison, other identified delinquent youth, and a control group of "never offenders". Oral and written reports as well as information from internet sources also aided in the assessment.

Violent and other anti-social behaviours have existed within the Caymanian family, neighbourhood and wider community for as long as some of the committee members could recall, Dr. McField pointed out, adding, "many members of our past and present generations view domestic violence and abuse as normal and acceptable". The committee found that many young offenders "come from families and communities that historically relied upon the use of aggressive behaviour to solve conflict, defend oneself, and enhance one's image".

The report notes that "individual violence has long been a part of the Caymanian culture". It also states that present violent behaviour "can also be attributed to the international phenomenon of cultural penetration in which the teenage culture has been

ayPolitics.com Cayman Islands News: House Hears Report on Youth Violence in Cayman - Fri Jan 23 16:49:09 2004     1/25/04 3:30 PM

Case 1:05-cv-10879-JLT     Document 125-5     Filed 04/09/2008     Page 5 of 6

infiltrated by elements of gang culture". An intensification of group violence is paralleled by an increase in individual youth violence as young people respond to violence in like manner, in self-defence, the committee posited.

Rapid social changes had produced a system of individual rather than the traditional communal responsibilities, the report suggests, with the resulting urbanisation due to rapid economic growth and immigration. This has lead to a weakening of the bonds that once held families and communities together, "social breakdown", the report speculates.

The report highlights six risk factors associated with youth violence. They are:
· Risk factors within the family – Poor parent-child relationships, family structure and negative influences within the home.
· The weakening  of social systems – Since the Cayman Islands have grown economically, the population has increased dramatically, with spiritual, moral and social values becoming more diverse. There has been a weakening of critically important institutions within the society (i.e. churches, schools, social services, law enforcement agencies and the juvenile justice system).
· Lack of success  in educational settings – The correlation of lack of success in educational settings and a significant number of missed opportunities, lack of structure and discipline, poor social skills, drug use and learning disabilities.
· Easy availability of alcohol and marijuana (ganja) – Attitudes toward drug use within the community, family and peer group and the frequency and ease with which young people have access to drugs.
· Negative impact  of the media – The influence of international teen culture on Caymanian youth.
· Membership of a peer group – Gang membership and affiliation include young persons across the spectrum of social, economic and racial backgrounds.

Editor's Note: This is but a brief summary of what is a very lengthy report on a complex matter. CayPolitics.com will be publishing further extracts from the document in the coming days as it believes shedding light on this sensitive subject is of considerable importance to the community.

Return to CayPolitics Home

# CayPolitics .com

## "News behind the news"

Cayman Islands News Politics, Finance and Cayman Islands Government News

7-17-03

## Crime Rate 'Unacceptable'
Archived: Fri Jan 23 16:49:09 2004

A Press Conference was held on the 17th of July in response to a rising crime rate that many residence fear is out of control, in the words of Cayman Island Governor Mr. Bruce Dinwiddy a crime rate that is 'unacceptable'

Leader of Government Business and Leader of the United Democratic Party, Mckeeva Bush, who's Administration has come under tremendous fire on the crime increase stated today that he would like see mandatory life sentences for rapist and those found guilty for the importation of drugs and possession of unlicensed firearms.

Commenting on two issues that will no doubt generate significant dialogue and criticism in some sectors, Bush stated that he would like to see a curfew for children less than 17 years of age and the introduction of a national identification card.

Return to CayPolitics Home

REPLIES:

2003-07-17 21:59:48 Crime Rate 'Unacceptable'
2003-07-18 00:52:03 Crime Rate 'Unacceptable'
2003-07-18 08:41:16 Solution 'Unacceptable'
2003-07-18 08:45:00 Crime Rate 'Unacceptable' - so is the police force
2003-07-18 08:56:37 Crime Rate 'Unacceptable'
2003-07-18 13:04:16 Crime Rate 'Unacceptable'
2003-07-19 20:52:01 Crime Rate 'Unacceptable'
2003-08-02 07:43:14 Crime Rate 'Unacceptable' - Curfew for children, National ID, Immigrati