UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 05-10879-JLT |
| | * |
| COLUMBIA SUSSEX CORPORATION, | * |
| STARWOOD HOTELS & RESORTS | * |
| WORLDWIDE, INC., WESTIN MANAGEMENT | * |
| COMPANY, L.P., | * |
| | * |
| Defendants. | * |

ORDER ON MOTIONS IN LIMINE

April 10, 2008

TAURO, J.

After considering the relevant submissions, this court hereby orders that:

1. The decision on Plaintiff's Motion in Limine to Preclude Testimony by and Evidence that the Westin Casuarina Employed Security Officers/Guards, Directors or Vendors at the Time of the Plaintiff's Rape [#93] is DEFERRED pending the Hearing this afternoon.

2. Plaintiff's Motion in Limine to Allow Counsel to Refer to Chalks and Exhibits in Opening Statement [#94] is ALLOWED, subject to proper foundation being established.

3. Plaintiff's Motion in Limine to Exclude Evidence of the Cause of the Plaintiff's Sister's Death [#95] is ALLOWED.

4. Plaintiff's Motion in Limine to Redact Medical Records and Bills [#96] is ALLOWED.

5. Plaintiff's Motion in Limine to Redact Conversations Relating to Litigation From Psychotherapy Records [#97] is ALLOWED.

6. Plaintiff's Motion in Limine to Permit Jurors to Take Notes [#98] is DENIED.

7. Defendants' Motion in Limine to Bifurcate [#100] is DENIED.

8. Defendants' Motion in Limine to Preclude Post-Incident Evidence [#101] is DENIED.

9. Defendants' Motion in Limine to Preclude the Use of an Audit Report [#102] is DENIED.

10. Defendants' Motion in Limine to Preclude the Use of Keppner v. Galleon Beach [#103] is DENIED WITHOUT PREJUDICE to possible use as impeachment testimony if proper foundation is established.

11. Defendants' Motion in Limine Regarding Testimony of Dr. David Chapin [#104] is DENIED.

12. Defendants' Motion in Limine to Preclude the Use of Reynolds v. Columbia Sussex [#105] is DENIED WITHOUT PREJUDICE to admission as possible impeachment evidence should proper foundation be established.

13. Defendants' Motion in Limine to Preclude Expert Testimony of Robert McCrie [#108] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge