UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY GENEREUX,<br><br>      Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC., WESTIN MANAGEMENT<br>COMPANY, L.P.,<br><br>      Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 05-10879-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

April 10, 2008

TAURO, J.

After a Motion Hearing held on April 10, 2008, this court hereby orders that:

1. Plaintiff's <u>Motion in Limine to Preclude Testimony by and Evidence that the Westin Casuarina Employed Security Officers/Guards, Directors or Vendors at the Time of the Plaintiff's Rape</u> [#93] is ALLOWED.

IT IS SO ORDERED.

                                                            /s/ Joseph L. Tauro
                                                 United States District Judge